**FILED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DEC 05 2019

AT 8:30 ~~8:30~~ 4:00 PM
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Edward S. Kiel |
| v. : | |
| MATTHEW BRENT GOETTSCHE, : | Cr. No. 19-877 (CCC) |
| RUSS ALBERT MEDLIN, : | |
| JOBADIAH SINCLAIR WEEKS, : | |
| JOSEPH FRANK ABEL, and : | Sealing Order |
| SILVIU CATALIN BALACI : | |

This matter having come before the Court upon the application of the United States of America (Jamie L. Hoxie, Assistant U.S. Attorney, appearing), for five arrest warrants, and its concurrent application that the Indictment filed against the people named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this 5th day of December, 2019,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED;

IT IS FURTHER ORDERED that the Indictment shall remain filed under seal until all defendants have been arrested, but that as each defendant is arrested, a copy of the Indictment that has redacted the name of any defendant who has not yet been arrested may be unsealed and shared publicly, with the U.S. Attorney's Office responsible for providing appropriately redacted copies of the Indictment to the Court and defense counsel;

IT IS FURTHER ORDERED that the United States Attorney's Office may obtain copies of the arrest warrants, the Indictment, and this Order for purposes of arrest and extradition, and that the United States Attorney's Office may provide copies of these documents to other agencies and/or governments in order to effectuate the arrest of any defendant located outside of the United States.

EDWARD S. KIEL
United States Magistrate Judge

**RECEIVED**

DEC 0 6 2019

AT 8:30_____M
WILLIAM T. WALSH, CLERK

- 2 -