# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case No.: 19-5256M                                    Date: 12/19/2019

Title: U.S.A. v. Joseph Frank Abel

Present: The Honorable Frederick F. Mumm _____, ☐ District Judge / ☑ Magistrate Judge

| J. Munoz | Alex Wyman | CS 12/19/19 |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Court Reporter / Tape No.* |

| Humberto Diaz | N/A |
|---|---|
| *Counsel for Defendant* | *Interpreter* |

☑ Retd.          ☐ DFPD          ☐ Panel

## PROCEEDINGS:  BAIL REVIEW HEARING

Hearing on modification of bail had and Court orders bail as to the above-named defendant modified to:

☐ Personal Recognizance *(Signature only - no $ amount)*

☐ Unsecured Appearance Bond in amount of $_____

☐ Appearance Bond in amount of $_____
  ☐ With cash deposit *(amount or %)*_____
  ☐ With affidavit of surety *(no justification - Form CR-4)*
  ☐ With justification affidavit of surety *(Form CR-3)*
  ☐ With deeding of property

☐ PSA supervision          ☐ Intensive

☐ Collateral Bond in amount of $_____
  *(Cash or negotiable securities)*

☐ Corporate Surety Bond in amount of $_____
  *(Corporate Surety Bond requires separate form)*

☐ Surety to be _____

☐ Release NOW and justify by _____
  or appear before Magistrate Judge_____
  on _____ at _____ ☐AM /☐ PM

## THE FOLLOWING ADDITIONAL CONDITIONS OF BAIL HAVE BEEN IMPOSED BY THE COURT

☐ Defendant is to surrender to the Clerk of Court any passport issued in his/her name and not apply for the issuance of a passport during the pendency of this case.

☐ Bail is subject to a Nebbia Hearing.

☐ Travel restricted to Central District/California; other _____

☐ Defendant to reside with _____

☐ Defendant is not to use or possess illegal drugs.

☐ Defendant is not to use or possess firearms.

☐ Defendant is to cooperate with Pretrial Services in a drug treatment and testing program.

☐ Defendant is to participate in a residential drug/alcohol treatment program as approved by Pretrial Services.

☐ Defendant is not to commit any federal, state or local crimes.

☐ Defendant is to avoid places of egress, i.e., airports, bus terminals, seaports, etc.

☐ Other conditions: _____

☐ Date Bond Posted: _____          ☐ Release ordered. No. _____

## FURTHER ORDER OF THE COURT

☑ Motion for bail is DENIED.

☐ Case continued to _____ at _____ ☐ AM / ☐ PM for _____

☑ Other: Defendant held to answer District of New Jersey. _____

cc:  Defense Attorney
     Assistant U.S. Attorney
     ☐ USPO
     ☐ PSALA, ☐ PSASA, ☐ PSAED

_____ : ____20

By: JM