UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                                      Hon. Claire C. Cecchi

MATTHEW BRENT GOETTSCHE,          CRIMINAL NO.: 19-cr-00877-CCC
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in the case for Jobadiah Sinclair Weeks.

    I hereby certify under penalty of perjury that I am a member in good standing of the New Jersey bar and that I am not the subject of suspension or disbarment from any Court.

Date: January 3, 2020

*/s/ Adam P. Schwartz*
Attorney ID No. 018351995
CARLTON FIELDS
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL  33607
Telephone: 813.223.7000 (Fla)
Facsimile:  813.229.4133 (Fla.)

and

180 Park Avenue, Ste. 106
Florham Park, NJ  07932-1054
Telephone: 973.828.2600
Facsimile:  973.828.2601

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 3, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve an electronic copy to all counsel of record.

*/s/ Adam P. Schwartz*

120726443.1