Nathaniel S. Weeks
11627 W. 74th Way
Arvada, CO 80005

December 29, 2019

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

Greetings,

I am proud to be Joby's dad. He has been our delight and, although nobody is perfect, generally set a good example as an older brother for Caleb. Joby worked hard, helped a lot of people, and by age 19 was earning $6,000 every 28 days as an independent contractor with Mannatech, Inc. He doesn't pursue wealth so much for what it can buy, but more for the challenge of succeeding, ethically and legally. I remember once when he started with a tennis ball and traded it up, eventually to a guitar. And he has a track record of reimbursing his fellow investors if they followed him into a deal which didn't pan out. I remember being in his company when he mentioned to a friend that he had never been in a fight. That seemed like a pretty unusual claim so I thought back over the last 38 years, and I couldn't remember seeing or hearing him being belligerent. I concluded that it was probably true. Brothers tend to squabble and are rarely each other's best friend. I remember one evening when Caleb said something which was hurtful and instead of snapping back, Joby got up and went outside. I followed him to console and congratulate him for not being mean back to Caleb. Joby broke down into tears as we walked up the street because he loves Caleb and was sure Caleb loved him. He has a tender heart. We have many evidences of Joby's love for us, his parents, as well.

Therefore, I can assure you that he is not a flight-risk, for five reasons:
#1. The security of a home matters a lot to his mother, but she didn't hesitate to join me in offering up both of our homes to guarantee that Joby would show up for his trial. We are certain that he will, because Joby loves us and would never leave us homeless and on the street.
#2. Joby loves his wonderful wife, Stephanie, and their cute, little 18-month old daughter, Liberty, and Justice her hoped for brother. Joby wants to assure his future with them.
#3. Joby wants to clear his reputation. In mid-December, Dr. Reg McDaniel, honored by Texas as their Physician of the Year, called and volunteered to fly in to be a character witness for Joby. Hundreds of his investors and friends have offered to do likewise.
#4. Joby understands the charges but doesn't see himself as guilty. He wasn't involved in BitClub until it was founded, up and running for almost two years. He flew to Iceland to check out the facilities. An innocent man has no reason to flee the country.
#5. Indeed, Joby looks forward to being present at the trial and doing all he can to put those founding scoundrels away for the full twenty-five years! Because of how we raised Joby (a willingness to trust and obey God, reinforced by the Pioneer Valley Christian School & Evangelical Covenant Church, plus Faith Christian Academy & Arvada Covenant Church, and summer camp at Summit Ministries, a mission trip to Mexico and ID-RA-HA-JE) he has a good heart and just doesn't think about ripping others off. Consequently, he himself has been blind-sided and burned from time to time. Yet, he never took the law into his own hands. This will be his big chance to finally make some of this right for himself and his friends who trusted him.

There is no way he will miss this opportunity! In deed, he would probably buy into a chance to participate in seeing justice prevail.

So, please rest assured, because of Joby's love for us, for his family, his integrity, his innocence, and his sense of duty, Joby is a perfectly safe risk. Is it right to put an innocent fellow in prison for three months and freeze all his assets and accounts so he can't hire his defense or feed his family? Meanwhile, I'd be glad to host Joby. He still has a bedroom at our homes. And I'll make sure he doesn't overlook any of the details of the conditions you'll set. We'll be in Newark a day or two before the trial date!

Sincerely,
Nat

# Bradford S. Weeks, M.D.
317 Cascade Ave.
Langley WA 98260
Tel 360-341-2303   Fax  360-341-2313

Date 12-29-19

To:
US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

Greetings, your honors, and thank you for your careers serving justice.

I am writing to endorse the character of Jobadiah "Joby' Sinclair Weeks who is being accused of illegal business dealings.

I am a medical doctor and psychiatrist with 30 years of practice and, in my professional capacity, I am considered an excellent judge of character. Furthermore, I am well acquainted all manner of sociopathology including corporate sociopaths who have been convicted and found guilty of lying, and stealing and cheating in all manners.  To be clear: I have never treated Joby

professionally, but I have paid close attention to him over the years and I have never noted any sociopathic greedy or selfish behavior. To the contrary, he is generous to and encouraging of others.

I am also an uncle of Joby and while I am not apprised of the specific charges which he faces, I want you to know that I have known Joby all his life and I know him to be unceasingly honest as well as a service-oriented benefactor of his fellow man. He has an excellent work ethic, plays fair and his financial successes have come through legal, concerted efforts and by intelligently and courageously seeking out and capitalizing on market trends. He is a capitalist in the best sense of the word. He climbs the ladder to financial and personal success and at the same time, he reaches back to help others succeed as well.

Joby has a strong Christian orientation and is mindful of right and wrong. He is ethical and fair. It is unfathomable to me that he would act illegally and even more so that he would conspire to take advantage of innocent, trusting business associates. That is not who Joby is.

Lest you discount my endorsement of Joby's character because he is related to me as my nephew, let me assure you that were certain other members of my family before you, indeed I would not be able or willing to

honestly vouch for them as I can now, wholeheartedly, for Joby.

Please understand that my opinion that Joby is honest and fair and it is not biased due to his being family. Rather it is actually an accurate professional assessment and should the courts wish to allow me to share more specifics to clarify Joby's innocence, I would be grateful for the opportunity to speak on his behalf for I know him to be innocent since he would not knowingly take advantage of another person. Joby is an honest and fair man.

I appreciate your attention to his case.

Sincerely,

Bradford S. Weeks, M.D.

December 29, 2019

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi
United States District Court for the District of New Jersey

     RE:    Jobadaih Weeks

My name is Susan Purtle and I live in N. California. I am a retired school teacher with a Bachelor's Degree and Teacher's Credential. I moved from S. California in 2004 to take care of my aging aunt where I became her full time caregiver for five years, until she passed away in her late nineties. I am now retired but continue to work with children.

I met Joby Weeks in 2005. He was working with Mannatech. My 48 year old brother was diagnosed at that time with ALS. He had a wife and two young sons. Joby helped me in every way he could sending me names of doctors and Mannatech products in hopes that my brother would be healed. At that time he had come across other products that he hoped would help my brother, and sent it to him at NO CHARGE. ALS is the worse disease of all and my brother lived for two years and passed away. Joby did all he could do to help us.

I bought some property with Joby, and when the development did not go through Joby sent me ALL my money back. He didn't have to, but that's the kind of man Joby is.

Joby comes from the most wonderful, supportive parents anyone could have. I have met both of his parents and are still in touch with them. When Joby met his wife Stephanie his picture was complete. Both Joby and Stephanie have come to visit me in California. Since then they have become parents to their daughter Liberty. Anyone that knows this couple can see that Liberty is their life. They travel the world and minister to orphanages, and started "The Liberty Lemonade Charity" with all proceeds going to help children in need all over the world. It's important to them to teach Liberty to love and share as they do.

Joby is someone I would be blessed to call my son. He has proven to be a man of his word, a loving son to his parents, a faithful and loving husband to his wife Stephanie, and a wonderful, loving father to Liberty. I regard him highly as hundreds of other friends do.

Thank you,
Susan Purtle

1

December 31, 2019
Ms. Marion Culhane
18037 Chaparral Drive
Penn Valley, CA 95946

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

Your Honor,

I am writing on behalf of Joby Weeks, whom I have known for the past twenty-five years. We have been in the same company, Mannatech, during that time. My partner and I have grown to know and to appreciate Joby and the entire Weeks' family. Because we all achieved high levels of leadership within the Company, we've been able to enjoy many delightful meetings/events and have had special opportunities to travel together over the years.

My partner Louis Kunz and I have been with Mannatech almost since the company opened in 1994. Before that, I attended Stanford University and earned a BS degree in Nursing - (a 5 year program that is no longer offered.) I worked as a Visiting and Public Health Nurse for San Mateo County upon graduation.

In 1963 I married a classmate who graduated from Stanford Law School and raised three children in Denver. I was actively involved in the children's schools and larger community where I lived for 22 years. (President of the PTA, President of the local League of Women Voters, and a number of other organizations.)

My husband and I divorced after 20 years. In 1988 I moved back to Northern California where I joined other co-founders of the non-profit organization called Global Family - an international peace networking organization. (I also co-founded a non-profit in Denver called The Center for Creative Alternatives where we studied and taught classes and led groups based on the "Course in Miracles" - a Christian based spiritual teaching.)

In 1993 I met my current partner of 26 years, Louis Kunz. Louis had received a PhD in Physics from Stanford in 1972.  We joined Mannatech in 1994.  Mannatech is a scientifically based nutritional supplement company with very unique and effective products. It has been a total blessing in our lives for many reasons, not the least of which has been the opportunity to get to know many wonderful fellow associates.

Joby Weeks and his parents Silence and Nat have been among our favorites. They joined the company around the same time we did. Louie's and my organization grew to over 67,000 people, and we quickly achieved the highest leadership level within the company. We continue to be involved with the Mannatech community, but at age 77 are letting go of many of the daily activities.

Mannatech is a very high integrity company with outstanding nutritional supplements, a great leadership team, and wonderful fellow associates. We're grateful for the friendships, income, travel, and wonderful health it has brought into all our lives.

Over the past 25 years, we have come to know Joby to be from a wonderful, closely knit family. Joby's brother, his wife, and his parents are honest, kind, adventuresome, and well meaning. I do not believe that Joby would do anything that he believed to be illegal or that might bring harm to anyone. The Week's family is committed to their faith and to their friends and community. They have many friends who are attracted to their warmth, generosity, and kindness. Joby exemplifies all that is good and kind and honest. He is also very adventuresome.

I believe that it's due to Joby's adventuresome nature that has put him in an adverse position with the law. I do not believe that he would intentionally engage in any activity that he deemed to be illegal. It is not who he is - nor is it an expression of his values. He is responsible and will see this challenge through to its conclusion. I'm confident he will attend any required hearings and not be a flight risk. He is undoubtedly the person who has the greatest interest in bringing this episode to a fruitful conclusion.

Given the length of time I have known Joby and the depth to which I know, trust and admire him and his family, I am writing to ask that you do nothing that would take him away from his family and young child.
He has a good heart and deserves leniency. I'm sure this experience has grown and taught him to be less trusting and to explore at more depth any new endeavor he might encounter. (It's a lesson I've had to learn in my lifetime too. It must come from being raised in a loving, honest family. One tends to give others, who may not deserve it, the benefit of the doubt.) Joby is intelligent. I believe that he has learned his lesson and will use greater care when it comes to trusting others in the future.

Thank you for your consideration,

Marion Culhane



**David Clifton Ministries, Inc.**
1533 Glen Ayr Drive
Lakewood, Colorado 80215-3000

December 31st, 2019

To: The Honorable US Magistrate Judge Edward S. Kiel

& The Honorable US District Judge Claire C. Cecchi

Re: Mr. Joby Weeks

Dear Honorable Justice Kiel and Honorable Justice Cecchi,

My name is Dr David L Clifton, founder and CEO of David Clifton Ministries, Inc., a non-profit, tax-exempt Organization in existence for 30 years. Our organization has been involved in helping the Denver Metro and surrounding areas in alleviating homelessness. We provide hot meals, clothing, shelter, counseling, and a variance of other services to our community at large.

Joby Weeks has been associated with our organization through volunteer efforts. He has also provided financial assistance, donations of his own clothing, shoes, and other items of benefit to homeless families. It has been my privilege to have known Joby for well over 5 years or more, through the association of his parents, Nat and Silence Weeks. I have found him to be a man of integrity, honesty, and an individual whose character is found as impeccable when handling business.

The basis of my opinions stated above are founded on my association and observation of his character over the years. As I have also met his wife and child, I can also say that his family life is also reflected in my assertions already stated.

Should you have the need to contact me further regarding Joby Weeks, please feel free to call me on my Cell at 720-470-6330.

*Sincerely,*
*Dr David L Clifton*
Dr. David L. Clifton
President and Founder of David Clifton Ministries, Inc.