UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        v.                                      Hon. Claire C. Cecchi

MATTHEW BRENT GOETTSCHE,        CRIMINAL NO.:  19-cr-877-CCC
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

                                            ,

## **ORDER**

**THIS MATTER**, being before the Court upon Defendant Jobadiah Sinclair Weeks, ("Defendant") by and through his attorneys, Carlton Fields, for entry of an Order granting Defendant's Motion to Revoke Pretrial Detention Order and the Court having reviewed the submission, and for good cause shown;

**IT IS** on this _____ day of January, 2020,

**ORDERED** that Defendant shall 1) be released into the custody of a third-party custodian, namely Peter Gallic, 2) fulfill the standard conditions of bail and 3) post a multi-million dollar bond.

                                                                       Honorable Judge Claire C. Cecchi