UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Hon. Claire C. Cecchi |
| MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI | CRIMINAL NO.: 19-cr-877-CCC |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in the case for defendant Jobadiah Sinclair Weeks.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court.

| | |
|---|---|
| See attached | See attached |
| Court(s) | Year(s) of Admission |
| Date: January 7, 2020 | */s/ Simon A. Gaugush* |
| | Simon A. Gaugush |
| | CARLTON FIELDS |
| | 4221 W. Boy Scout Blvd., Ste. 1000 |
| | Tampa, FL  33607 |
| | Telephone: 813.229.4227 |
| | Facsimile: 813.229.4133 |

120726407.1

**COURT MEMBERSHIPS**
**SIMON A. GAUGUSH**

| Court | Date Admitted |
|---|---|
| USDC Middle District of Florida | 09/19/2003<br>Re-admitted 12/06/2019 |
| USDC Southern District of Florida | 12/19/2003 |
| USDC Northern District of Florida | 12/19/2003 |
| US Court of Appeals, 11th Circuit | 4/24/2006<br>Re-admitted 11/5/2019 |
| Florida Supreme Court | 12/27/2000 |

120729544.1