UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 19-877 (CCC) |
| MATTHEW BRENT GOETTSCHE, [REDACTED], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI | : : : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by David W. Feder (david.feder@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

CRAIG CARPENITO
United States Attorney

By:  DAVID. W. FEDER
Assistant U.S. Attorney

Dated:   January 7, 2020