UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

      v.

MATTHEW BRENT GOETTSCHE,
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

Hon. Claire C. Cecchi

CRIMINAL NO.: 19-877-CCC

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in the case for Jobadiah Sinclair Weeks.

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court.

See attached
Court(s)

Date: January 7, 2020

See attached
Year(s) of Admission

Michael L. Yaeger
CARLTON FIELDS
405 Lexington Avenue, 36th Floor
New York, NY 10174
Telephone: 212.785.2577
Facsimile: 212.785.5203

## COURT MEMBERSHIPS
## MICHAEL L. YAEGER

| Court | Date Admitted |
|---|---|
| New York State Bar (ID No. 4250304) | July 26, 2004 |
| U.S. Court of Appeals for the Third Circuit | July 17, 2005 |
| U.S. Court of Appeals for the Second Circuit | February 2, 2009 |
| U.S. District Court for the Southern District of New York | December 8, 2005 |
| U.S. District Court for the Eastern District of New York | February 25, 2016 |