UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X

UNITED STATES OF AMERICA,             CASE NO.: 19-877 (CCC)

- against -

JOSEPH FRANK ABEL,             NOTICE OF APPEARANCE
          Defendant.

----------------------------------------------------------X

Undersigned counsel hereby notes his appearance on behalf of defendant JOSEPH FRANK ABEL in the above-captioned matter.

Dated: January 8, 2020

                                            Respectfully submitted,

                                            Jason J. LeBoeuf, Esq. (#03361-2001)
                                            Ziegler, Zemsky & Resnick
                                            651 Old West Mount Pleasant Avenue
                                            Livingston, New Jersey 07039
                                            (973) 533-1100
                                            (973) 533-1144 facsimile
                                            jason@zzrlaw.com