AndUNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.  Hon. Claire C. Cecchi

MATTHEW BRENT GOETTSCHE,  CRIMINAL NO.:  19-cr-877-CCC
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in the case for defendant Jobadiah Sinclair Weeks.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court.

| | |
|---|---|
| <u>USDC, Southern District of Florida</u> | <u>2/13/07</u> |
| <u>Florida Supreme Court</u> | <u>10/27/05</u> |
| Court(s) | Year(s) of Admission |

Date:  January 8, 2020

*/s/ Andrew M. Hinkes*
Andrew M. Hinkes
CARLTON FIELDS
Miami Tower
100 S.E. Second St., Ste. 4200
Miami, FL  33131-2113
Telephone:  305.539.7379
Facsimile:  305.530.0055

120764889.1