UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI<br><br>          Defendants. | Case No. 19-cr-877-CCC |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

   PLEASE NOTE the appearance of Rodney Villazor of Smith Villazor LLP as counsel for Defendant Matthew Brent Goettsche in this action. I am admitted to practice in this Court.

Dated: New York, New York
       January 13, 2020

                              Respectfully submitted,

                              **SMITH VILLAZOR LLP**

                              By: _s/_ _____
                              Rodney Villazor
                              250 West 55th Street, 30th Floor
                              New York, New York 10019
                              (212) 582-4400
                              rodney.villazor@smithvillazor.com

                              *Attorney for Defendant*
                              *Matthew Brent Goettsche*