UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 19-877 (CCC) |
| MATTHEW BRENT GOETTSCHE, [REDACTED], | : | NOTICE OF APPEARANCE |
| JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and | : | |
| SILVIU CATALIN BALACI | : | |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by Anthony Torntore (anthony.torntore@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

CRAIG CARPENITO
United States Attorney

By: ANTHONY TORNTORE
Assistant U.S. Attorney

Dated:   January 14, 2020