# USA Exhibit A

| | |
|---|---|
| Subject: | Re: "Not available" |
| From: | "Joby Weeks" <jobyweeks@gmail.com> |
| Sent: | Thu, 23 Nov 2017 16:19:55 -0500 |
| To: | |
| Cc: | |

lol dude, we gave away 80,000,000 of our crappy coin to our members for free. The coin is worth $6 each today. **Thats almost a half BILLION we gave away to our members**. ($480,000,000) Not including all the money we're making mining dude. Your loss.

On Nov 23, 2017, at 11:16 AM, ███ wrote:

Don't worry, I'm into bitcoin just not with your crappy company.

Sent from my iPhone

On Nov 23, 2017, at 12:34 PM, Joby Weeks ███ wrote:

You don't have better places to put your money… You have OTHER places to put your money. (where you will make a hell of a lot less bro) I highly doubt you are making 1000% a year returns.
The decisions you make in life can be tracked based on simple acts of discipline or simple errors of judgement. Im sorry you're choosing to make another error by failing to see whats in store for the future.
Regardless, you will be using Bitcoin in the future, just like how you eventually started using the internet. You're just going to end up using it when all the rest of the slow, feeble minded people finally figure it out, when its $50,000 a bitcoin or so. Then you'll be able to tell them, "I had a chance to get in before Bitcoin was a $10,000 and I blew it because I chose to live in fear."
Am I calling your decision retarded. Absolutely.
Why?
Because I have a moral obligation to. :)  Every person I told to buy Bitcoin at $1 and then $10, then $100, then $1000 and now its $8000 a bitcoin… Everyone of them, some times dozens a week, come back to me and say, "Hey man, I was retarded. Why didn't you slap me and tell me to shut up and just do it." Like its my fault that they made a bad decision and didn't listen... And I say, "Yes, you were stupid. You should have listened to me. I told you so but you were too hard headed and fearful to figure it out."
Ive done my part ███ so you can't blame me. :) If we ever meet in person, ill be able to say, "I told ya so" face to face bro. Happy thanksgiving :)
Cheers

On Nov 23, 2017, at 7:48 AM, ███ wrote:

Yeah, I'm retarded all right.

Got better places to put my money.  Plus I don't like the way they don't respond to support requests.

**From:** Joby Weeks
**Sent:** Thursday, November 23, 2017 2:53 AM
**To:**
**Subject:** Re: "Not available"

Bro
What are you retarded?
Bitcoin is up 971% this year. You want a refund? Thats the stupidest thing Ive heard all year.
Whats the matter with you      Why don't you start paying attention bro?
You've had 70,000 hours to figure out bitcoin, since it was invented…Bro... you still don't get it?
Bitcoin+golden egg. Bitclub=goose
you had to have heard that story before right?
Which is smarter?

> On Nov 22, 2017, at 8:20 PM,                                    wrote:
>
> Back in September/October I filled out the Refund US form and received message the refund would be coming.  No refund has arrived and my last several messages to the company have gone unanswered.  What's going on here?  Have they just taken the money and run?
>
>
>
>> **From:** Joby Weeks
>> **Sent:** Friday, August 11, 2017 9:51 AM
>> **To:**
>> **Subject:** Re: "Not available"
>>
>> Here is a sneak peak of our Bitcoin transaction processing data center
>> https://www.youtube.com/watch?v=o2wi_5cTjXw&feature=youtu.be
>>
>> Here is a zoom call I just did that you may find interesting.
>> https://www.youtube.com/watch?v=y1zVUMSwJ0o&feature=youtu.be
>>
>> Absolutely the BEST Q & A Call we have done!!!  Be SURE to get this video to all your contacts you have gotten to watch the newwealth.com  Tell them to have the www.newwealth.tech Projection Chart open as they watch the video.  https://vimeo.com/user20887139/bitclubnetwork
>>
>>> On Aug 11, 2017, at 11:43 AM,                                    wrote:

Tell me more. Are you the owner or client? What does it cost to participate?

I have coinbase, futurenet but otherwise don't think I have bitcoin.

**From:** Joby Weeks
**Sent:** Friday, August 11, 2017 9:39 AM
**To:**
**Cc:**
**Subject:** Re: "Not available"

Thats what we are, a huge computer farm.
Here is a sneak peak of our Bitcoin transaction processing data center
https://www.youtube.com/watch?v=o2wi_5cTjXw&feature=youtu.be

You can buy bitcoin which is like buying a golden egg. Or you can mine bitcoin with us which is like buying the goose that lays the golden egg. :)
I can get you signed up if you'd like.
Do you have bitcoin already?