# USA Exhibit B

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      WEST PALM BEACH DIVISION
                     CASE NO.  19-MJ-8526-WM


    UNITED STATES OF AMERICA,

                 Plaintiff,

         vs.
                                         West Palm Beach, Florida
                                         December 17, 2019
    JOBADIAH SINCLAIR WEEKS,             Pages 1-85

                 Defendant.
    _____

                  TRANSCRIPT OF DIGITALLY RECORDED
                    PRETRIAL DETENTION HEARING
             BEFORE THE HONORABLE WILLIAM MATTHEWMAN
                   UNITED STATES MAGISTRATE JUDGE


    APPEARANCES:

    FOR THE PLAINTIFF:
                          United States Attorney's Office
                          BY:  AURORA FAGAN, A.U.S.A.
                          99 Northeast Fourth Street
                          Miami, Florida 33132


    FOR THE DEFENDANT:
                          Carlton Fields
                          BY:  SIMON A. GAUGUSH, ESQ.
                          BY:  ANDREW HINKES, ESQ.
                          100 Southeast Second Street
                          Suite 4200
                          Miami, Florida 33131


    TRANSCRIBED BY:       DAWN M. SAVINO, RPR
                          Official Court Stenographer
                          400 N. Miami Avenue, 10S03
                          Miami, Florida 33128
                          Telephone:  305-523-5598
```

PROCEEDINGS RECORDED BY DIGITAL AUDIO RECORDING
TRANSCRIPT PRODUCED BY MANUAL STENOGRAPHY
AND COMPUTER-AIDED TRANSCRIPTION

1  million.  So he still had to come up with that $700,000 once the
2  transaction had gone through.
3        When he purchased the Saint Kitts property, in his
4  Saint Kitts application, which included a summary of one of his
5  wallets, cryptowallets that starts with "One Jobe", he indicated
6  that it had a final balance of $3.6 million on March 1, 2018 and
7  over the course of its existence had received more than $560
8  million.  In an e-mail to the second citizenship concierge
9  company that Mr. Weeks enlisted in an effort to obtain Saint
10 Kitts citizenship he wrote, quote, "the funds I used to buy the
11 property and pay you came from me selling Bitcoins.  I try to
12 keep my money out of the banks and in Bitcoin instead.  That's
13 why the bank account has such a low balance all the time.  What
14 should we do?  I don't like or trust banks and I'm not a fan of
15 fiat money.  This is one of my Bitcoin addresses", and he names
16 the One Jobe wallet.  "I think I've run through $62 million in
17 the last year selling computer equipment that mines Bitcoin.
18 Now you know why I don't want my US passport anymore.  Imagine
19 the tax liability", exclamation point.
20        We do not believe, Your Honor, that he did obtain
21 citizenship in Saint Kitts, although he did attempt to.
22        After that --
23        THE COURT:  That statement where you say he said "I
24 don't want my US passport anymore", where is that contained
25 within?