UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: January 16, 2020

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 19-CR-877 (CCC)

Title of Case: U.S.A. v. MATTHEW GOETTSCHE, et als.

Appearances:   Jamie Hoxie & David Feder, AUSAs, for the Government
Rodney Villazor & Benjamin Sauter, Esqs. for Defendant GOETTSCHE
Adam Schwartz, Michael Yaeger & Simon Gaugush, Esqs. for Defendant WEEKS
Jason LeBoeuf, Esq. for Defendant ABEL

**Nature of Proceeding:   Initial Appearance & Arraignment**

All Defendants present.
Defendant advised of their rights.
Initial appearance held.
Defendant advised of his/her rights, charges and penalties
Counsels waives formal reading of the Indictment
Defendants consent to detention at this time with a right to come back for bail hearings.
PLEA:  all defendant's plea NOT GUILTY to all Counts of the Indictment
Interim Scheduling Order filed.
Continuance Order filed.
Ordered Defendants remanded.

Time Commenced   2:45 p.m.                                    Time Adjourned   3:15  p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk