UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        v.                              Hon. Claire C. Cecchi

MATTHEW BRENT GOETTSCHE,       CRIMINAL NO.: 19-cr-877-CCC
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

                              ,

## **ORDER**

This matter having come before the Court on the application of Defendant JOBADIAH SINCLAIR WEEKS, by and through his attorneys, Carlton Fields, for an order granting Defendant Jobadiah Sinclair Weeks' Unopposed Motion for Leave to File a Reply to the Government's Opposition to Defendant Weeks' Motion to Revoke Pretrial Detention and Request for Enlargement of Page Limit, and the Court having reviewed the submission, and for good cause shown;

On this _____ day of January, 2020, Defendant Weeks' Unopposed Motion for Leave to File a Reply to the Government's Opposition to the Motion to Revoke Pretrial Detention and Enlargement of Page Limit is

**GRANTED.** The Reply shall be filed no later than 7 days prior to the motion day, scheduled for February 10, 2020. The Reply shall not exceed 20 pages.

                                                                        Honorable Judge Claire C. Cecchi
                                                                        United States District Judge

120898573.1