# Exhibit A



shadowtrack
PROVIDING SOLUTIONS IN CORRECTIONS USING BIOMETRIC TECHNOLOGY

January 31, 2020

Jobadiah Weeks
66 Lake Road
Far Hills, NJ 07931

Re: Home Incarceration Pre-Approval

Dear Jobadiah Weeks,

We have pre-approved you for enrollment into the Shadowtrack community based home monitoring program, pending the court's approval and the offense is not violent or sexual in nature. Please present this letter to your attorney, Judge, and/or the prosecutor in your case. If they have any questions, please have them call our office for additional details about the program.

Shadowtrack Technologies, Inc. has been providing its unique voice biometric monitoring solution for the courts all over the country for over a decade. The six benefits we offer the Courts, Prosecutors, Probation Officers and the Offenders are as follows:

1. Positive offender identification through random voice biometric interaction with facial recognition as a back up
2. No geographical boundaries (The offender can live anywhere in the country)
3. Detailed compliance reports
4. All alerts are investigated by our compliance officer
5. Affordable and dignified solution
6. Optional random sobriety compliance monitoring (Additional Fee)

Should the court accept this program, curfew monitoring will take place at the following location: 66 Lake Road, Far Hills, NJ 07931.

A schedule will be created to deliver random verification sessions to verify presence at your restricted curfew location. Allowance for work, school, medical, and any other court ordered activities are created in the schedule. We can accommodate the court's desire to limit activities or allow additional time away from home. Detailed reports are available to the court, prosecutor, and probation officer by request or, we can deliver instant notification if required.



Please keep in mind the following fees are non refundable. Weekly service fees are paid on a weekly basis and are not prorated for any reason.

Enrollment fee          175.00 one time expense. If you require immediate enrollment there is an additional rush fee of $100.
Monitoring fee          70.00/wk
Monitoring with Sobriety   80.00/wk- This is only if you are ordered to complete alcohol monitoring with Shadowtrack as well.  You are also required to buy the alcohol device on your own. Please use the link below to find a location near you.

https://www.bactrack.com/pages/retail-partners.



Thank you for considering Shadowtrack as a viable option.  If you need additional information or have any questions, please do not hesitate to reach out to me.

With kind regards,

Nancy J. Adams
Nancy J. Adams
Enrollment Services

Home - Shadowtrack Case 2:19-cr-00877-CCC Document 37-1 Filed 02/03/20 Page 4 of 9 PageID: 582 Page 1 of 6

Enrollment Agreement (https://www.shadowtrack.com/enrollment/shadowtrack.html)

shadowtrack
PROVIDING SOLUTIONS IN CORRECTIONS USING BIOMETRIC TECHNOLOGY
(HTTPS://WWW.SHADOWTRACK.COM/)

Nothing Tracks Like Shadowtrack

138422

OFFENDERS

362

COURTS

https://www.shadowtrack.com/ 2/3/2020

1639

ATTORNEYS

248

AGENCIES

# Welcome to Shadowtrack

Shadowtrack is a House Arrest monitoring and an offender communication platform tool available to the Community Corrections industry that can be used as an alternative to expensive, traditional and embarrassing House Arrest, Home Incarceration (https://shadowtrack.wpengine.com/services/home_incarceration/) monitoring or Home detention methods. With Shadowtrack, it is not necessary for the enrollee to install expensive electronic monitoring devices on themselves or at their residence for House Arrest monitoring (https://www.shadowtrack.com/ufaqs/what-do-i-need-to-get-

enrolled/). Unlike expensive traditional home incarceration programs, Shadowtrack can be implemented for a fraction of the cost.

Need Assistance? Start Here!

# A Monitoring System Focused on Outcomes

Based upon your assessment of public threat, recidivism risk, and criminogenic needs, Shadowtrack has the ability to supplement modules and web based reporting.

For all community supervision programs, Shadowtrack offers a sophisticated array of self-contained modules providing house arrest monitoring, home Incarceration, home detention, voice

recognition, identity verification, alcohol monitoring, interactive voice interview, self reporting, collections and compliance monitoring. These modules can be used individually or combined with other Shadowtrack components. Shadowtrack can also be integrated with devices from other compliance monitoring firms as well as caseload management systems.

View ShadowtrackONE Brochure (/shadowtrackone-brochure/)

# Looking For Assistance?

### Start Here!

# Offenders

Are you an **individual** who is required to do house arrest or home incarceration (https://shadowtrack.wpengine.com/services/home_incarceration/)? Are you concerned about having to wear an electronic bracelet? Learn how we can help.

Learn More (https://www.shadowtrack.com/clients/offenders/)

# Agencies

Are you with an **Agency** interested in implementing a turn-key, Voice Biometric Curfew Management or Interactive Voice Interview (https://shadowtrack.wpengine.com/services/interactive_voice_interview/) system?

Learn More (https://www.shadowtrack.com/clients/agencies/)

# Courts

Are you with a **court** and are interested in implementing a turn-key, state-of-the-art Voice Biometric Curfew Management solution? We can help!

Learn More (https://www.shadowtrack.com/clients/courts/)

# Attorneys

Are you an **attorney** who is interested in our house arrest monitoring or home detention services for your clients? Learn how we can help your clients with their court-ordered house arrest.

Learn More (https://www.shadowtrack.com/clients/attorneys/)


Home - Shadowtrack Page 6 of 6

## Contact Us

Toll Free Call: (877) 396-0385 (tel:8773960385) • Local: (985) 867-3771 (tel:9858673771) • For More Information Click Here (mailto:support@shadowtrack.com) • Mon – Fri 8:00 AM – 5:00 PM Central Time

SHADOWTRACK (/) ABOUT US (HTTPS://WWW.SHADOWTRACK.COM/ABOUT_US/)
SERVICES (HTTPS://WWW.SHADOWTRACK.COM/SERVICES/)
FAQ (HTTPS://SHADOWTRACK.WPENGINE.COM/QUESTIONS/OFFENDERS_FAQ/)
COOKIE POLICY (HTTPS://WWW.SHADOWTRACK.COM/COOKIE-POLICY/)

COPYRIGHT 2000-2019 SHADOWTRACK TECHNOLOGIES, INC.

https://www.shadowtrack.com/ 2/3/2020