# Exhibit F

Welcome to Weeks Abroad | What's On Your Bucket List? Page 1 of 7

Case 2:19-cr-00877-GCC Document 37-6 Filed 02/03/20 Page 2 of 8 PageID: 613

TRENDING: Travel Hacks: Cutting Expenses




🏠 About Us    🌐 Start Here ⌄    🍸 Retreat    🛒 Shop



Donate to **Liberty's Lemonade** and you will help a child in need.

*Click here* to learn more!

# ABOUT US

Welcome, friends!

Joby and Stephanie Weeks, here—or, as you'll come to know us, Weeks Abroad. We've been traveling the world together for over a decade, now. Together, we've explored 141 countries and counting. Our goal has been to pack seven lifetimes into one and have a whole lot of fun doing it, going everywhere and doing everything.

**JUST RELEASED!**
BUY STEPH'S NEW BOOK **FOOD OF THE SPIRIT ON AMAZON!**

BUY STEPH'S BOOK

Welcome to Weeks Abroad | What's On Your Bucket List? Page 2 of 7

Case 2:19-cr-00877-CCC Document 37-6 Filed 02/03/20 Page 3 of 8 PageID: 614

# JOURNEY WITH US

At the beginning of each new year, we make a bucket list. We write down all of places we want to see or things we want to do...and then we go do them. We've been blessed to learn a lot and meet tons of interesting people along the way. We love sharing our adventures and travel hacks. Traveling for more than a couple of weeks a year was once just a dream. Like many of you, we didn't want to be confined to a time table that dictated when we could travel and what we'd be able to see and do each year. So we broke out on a mission to see the world in our own way and time. Journey with us, here, on the adventure of a life time. Learn how you, too, can become a travel junkie. Discover the best places to see and grab inspiration from our insider guides regarding amazingly cool things to do.

Start making your own bucket list. Here we go...

**JUST RELEASED!**
BUY STEPH'S NEW BOOK **FOOD OF THE SPIRIT ON AMAZON!**

BUY STEPH'S BOOK



# WHAT'S ON YOUR BUCKET LIST?

**JUST RELEASED!**
BUY STEPH'S NEW BOOK **FOOD OF THE SPIRIT ON AMAZON!**

BUY STEPH'S BOOK

Welcome to Weeks Abroad | What's On Your Bucket List? Page 4 of 7

Case 2:19-cr-00877-GCC Document 37-6 Filed 02/03/20 Page 5 of 8 PageID: 616



The Cook Islands: A Remote Paradise
November 5, 2019

Kia Orana! This is the greeting used to welcome visitors to the Cook Islands, fifteen of the most remote islands in the world. Spanning two million … Read more

# HERE WE GO!

**7**
Continents

**141**
Countries

**5**
Oceans

**1237**
Cities

**JUST RELEASED!**
BUY STEPH'S NEW BOOK **FOOD OF THE SPIRIT ON AMAZON!**

BUY STEPH'S BOOK

Welcome to Weeks Abroad | What's On Your Bucket List? Page 5 of 7

Case 2:19-cr-00877-GCC Document 37-6 Filed 02/03/20 Page 6 of 8 PageID: 617

# INSIDER GUIDES



Welcome to Weeks Abroad | What's On Your Bucket List? Page 6 of 7

Case 2:19-cr-00877-GCC   Document 37-6   Filed 02/03/20   Page 7 of 8 PageID: 618



© 2020 **RIVER NET CREATIVE INDUSTRIES** | A DIVISION OF **RIVER NET COMPUTERS**

**JUST RELEASED!**
BUY STEPH'S NEW BOOK **FOOD OF THE SPIRIT ON AMAZON!**

BUY STEPH'S BOOK