# Exhibit G













