**Sent:**     Mon, 9 Dec 2013 10:33:50 -0700
**Subject:**  Payment Made...
**From:**     Matt Goettsche ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**To:**       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ I just sent you $1,000 via paypal... Thanks again for helping me out!

Is there anything I should do before the end of 2013 that will help me out? Do you think I should try and shut down Graser Fetch officially, or can I just leave it for dead? I've never actually shut down a company so not sure what it entails

New businesses formed in 2013...
- BMB Network LLC (Me and ▮▮▮ own this 50/50)
- POW Members LLC - Me 100%
- XPowerTeam LLC - Me 100%

- Dansanity LLC - This is ▮▮▮ new company 100%.... She started a fitness brand and we have built a gym in our basement and she plans to do personal training and we will branch out to having her sell stuff online in 2014 (after we have a baby in March)

Old Businesses...
Graser Fetch LLC - Shut down?
BlockBuzz LLC - Still operating but with bank account shut down and some other issues we are basically 90% outside the US and not making very much at all.
Getch Inc - Still operating... Should I pay myself a salary from here by year's end? Also I think my registration is overdue for filing in NV

Other Stuff...

**10-99's...
Do I need to get these out by the end of the year? How should I do ▮▮▮ I send him money all the time from Getch Inc, BlockBuzz, BMB Network, and some other ventures that we split money on. ==I am taking all the tax burden here and pretty much paying him under the table as expenses. Should I 10-99 him his share or continue to pay him by allocating expenses.==

**MMD Holdings LLC...
I purchased 147,000 shares of WUN Stock for bringing over TFT members to WakeupNow. It was a stock option deal that I chose to buy the stock rather than have it be given to me so that I would not have to pay income tax, rather capital gains tax. Do I need to report buying this? I paid $1,470 for them and they are trading on the pink sheets right now. I have a lockout agreement on them but they are planning to file registration statement in 2014 and I will probably liquidate some of them if they are priced right. (just want to make sure I dont get screwed here)

**NEW... I opened 4 Stock Accounts in 2013...
This year I was able to get some money into 4 portfolio accounts, 3 of them have a 50% margin and one is my IRA that I have contributed $5,500 to. I have bought and sold stock in each account but have not

GOVERNMENT EXHIBIT
B

taken any money out so not sure how to treat the gains... This will be my first year having to report these so just wondering how to do them and if I need to do anything for year end... Here are the numbers for each account..

Merrill Edge - $43,000 investment... $58,000 in account
Ameritrade - $7,000 investment... $23,000 in account
Wells Fargo Trader - $5,000 investment... $4,300 in account
Fidelity IRA - $10,000 contribution... $15,000 in account

Any advice you have for wrapping up the year and setting up for the next years I would appreciate it

Thanks,
-Matt


--
_____
Matt Goettsche