**From:** BitClub Network
**Sent:** Tue, 13 Jan 2015 23:57:02 +0000
**Subject:** Re: BTC price
**To:** Catalin Balaci

ok well, lets just continue to back it down gradually... We need a big
catalyst because we want people to be buying right now in droves while
the price is low so once this email thing is ready we will come up
with a good campaign. The key is to grow very fast over the next 90
days and then hope the price shoots up while keeping the mining
relatively the same.

On Tue, Jan 13, 2015 at 11:33 PM, Catalin Balaci
wrote:
> well it does not matter because you do not run a normal pool sharing. This
> would have been a problem if each share would have been tied to a mining
> amount, but you did not want that because, in your words: "everybody else
> does that". So the advantage here is that you are not tied to difficulty at
> all. Second, we started paying a shitload of money, totally unsustainable
> amount! That was because you wanted to attract people initially. We are
> still paying unsustainable amounts each single day, they are still high!
> Amounts have constantly dropped every day with minor jumps up. But as it
> stands now, we still pay a lot more than what should be paid if we were to
> do it in a sustainable manner. Keep in mind that only 40% is generating
> mining commissions (well, 40% is allocated to mining the rest being
> commissions for binary and levelup).
>
> So, as a conclusion, based on the mining allocation % and time frame of the
> share validity I think the payments are still unsustainable and too high.
> Since you made the revenue share a different way, you are not bound to
> respect difficulty at all. But in the end it is your decision so let me know
> how you want it.
>
> Catalin
>
>
> On Tue, Jan 13, 2015 at 10:21 PM, BitClub Network
> wrote:
>>
>> Hey, based on the big dip and current price, should we be adjusting
>> mining earnings? Or because of difficulty slide are we inline?
>>
>> I think we should update or announce something reasonable
>
>

**GOVERNMENT EXHIBIT D**