**Sent:** Sun, 10 Sep 2017 10:36:02 -0700
**Subject:** Re: Idea...
**From:**
**To:** BitClub Network

I like it. Call me when you can.

On Sun, Sep 10, 2017 at 8:34 AM, BitClub Network ⬛ wrote:

> Dude, had an idea... on a plane so cant chat but what do you think of this...
>
> We close the current pool to new shares, we call it the Early Adopters Pool or Legacy Pool or some shit like this. We continue to pay out for the total of the life of the pool but no more partial shares or new shares allowed in. This means the day we close it we have 1,000 days that we calculate out and put on autopilot.
>
> Then we open up a brand new pool with different terms... Basically we call this the "new reality of Bitcoin pool" and we start mining 3 versions of Bitcoin... BTC, BCH, and whatever the fuck they call Segwit2x. Shit we can even have it where shares can be controlled to either of these coins (or any coin that uses sha256).
>
> We come up with completely new terms on this pool payout and allow everyone to participate in it. This is where your brain comes in :) Im thinking old members in Legacy pool can roll their shares over to new pool or they can buy into the new pool as a Founder again... We call this something else... All Founder shit expires! But either way we make them qualify for it and the idea is they see its obvious they should roll their legacy shares over!
>
> Also, for the new one we can still have partial shares but we dont assign 1,000 days to them. Instead they are assigned only to the original date of purchase of the full share. I think we should put at like 2 years (730 days). Or ideally 500 days if we can get away with it.
>
> The way I see it this will be much better for new members and it will allow us to soft land the first pool and expire all the shares. Over the course of the 1,000 days we will offer very attractive promotions to legacy pool shares to roll over.
>
> Here is the current plan... (in my head)
>
> 1. Limit sales by the hour to do $50 mil per month
>
> 2. Drop mining earnings significantly starting now
>
> 3. Restrict all US and EU members - offer easy refund button and process and really kick these markets in the balls. Also, we start to strategicaly KYC people. Debit Cards and Hardware Wallets have helped a lot with this! We need some other promotions to collect more data on people. We should look at this as two fold... One we need it in case we are dealing with dirty money and two we can easily introduce products in the future that are tangible.
>
> 4. Allow members the option to get 100% of pool earnings while at the


GOVERNMENT EXHIBIT E

same time change the partial shares repurchase to once per month instead of set percentage

5. Starting on a set date we make the default option 100% earnings and we stop doing automated repurchases, we make members push a button each month.

6. We change the partial shares to stop paying for 1,000 days somehow! Either with the new pool idea I mentioned or something that cuts this off and robs us of our future fortune lol.

7. We Launch Fucking CoinPay! Shift a lot of focus into this realm and away from mining.

8. We retire RAF!!! (rich as fuck)