

GOVERNMENT EXHIBIT F