**Sent:** Wed, 12 Apr 2017 14:03:30 -0600
**Subject:** New NV entity
**From:** Matt Goettsche
**To:**

Need to start a new NV entity, this will be a partnership (known) between myself and another guy called Bitwealth Investments Inc. I will be 50/50 on this and would like you to do the whole 9 here... entity, registered agent, office, bank account, and have it ready to fund.

Let me know what information you need... We can either keep this one private and then do an operating agreement detailing ownership or just have it set up 50/50. This company will be used to fund above board investments.

Thanks!
--


_____
Matt Goettsche



GOVERNMENT EXHIBIT
G