**Sent:** Mon, 1 May 2017 11:05:08 -0600
**Subject:** Intro for NV entity...
**From:** Matt Goettsche
**To:**

▓▓▓ I want you to meet ▓▓▓ He is going to be my partner on the BitWealth Investments entity we created in NV. I know you are traveling right now to Belize but wanted to plug you guys in together so we can get all the paperwork together and begin funding this company. When you get a chance please send him all the docs you have filed so far.

▓▓▓ I have known ▓▓▓ for 10+ years, he has set up dozens of entities for me and has done my taxes for a decade. I trust him fully so feel free to disclose all details of these deals we do because he can also help us structure them to get the best tax advantages out of the ones that pop.

I think the plan here is to get a bank account set up ASAP when you get back in town ▓▓▓ You are back on the 9th right? We will then put together an operating agreement that ▓▓▓ and I will sign and be 50/50 on to begin funding deals. We already have like 3 in the pipeline that we need to use this entity for so lets plan on getting together in Vegas to finalize between the 10-15th.

Thanks!
-Matt

--

_____
Matt Goettsche

**GOVERNMENT EXHIBIT H**