**From:** ▓▓▓▓▓▓▓▓
**Sent:** Wed, 17 May 2017 10:32:46 -0700
**Subject:** BMBR LLC
**To:** Matt Goettsche ▓▓▓▓▓▓▓▓

We left this deal hanging...

I created the LLC with you as sole member.  I haven't obtained the EIN yet.  Let me know if/how you want to proceed on this.

I've been thinking a lot about ▓▓▓ and his "situation" here in the states.  I keep vacillating back and forth about an idea I have to save his ass.  I keep weighing the risks v rewards.

I have a strategy to solve his problem by sending the agency a change of address to ▓▓▓ address and using ▓▓▓ legal trust acct to pay what's owed to the agency after ▓▓▓ transfers funds to ▓▓▓ (who can convert btc via bitpay).  This would prevent the agency from having any access to ▓▓▓ personal acct info. Basically, ▓▓▓ would provide a barrier of confidentiality and protection because he's an attorney with privilege rights that I can't afford ▓▓▓, even as a CPA.

Of course, we would have to run this by ▓▓▓ to get his sign-on and he will want fees to handle the transactions.

Once we did a change of address, the agency would automatically send all notices there.  I could then prep and file all returns, but I would not sign them professionally so they can't come after me for any additional information or professional liability.

I honestly don't think the agency will want to dig deeper into the sourcing of his money so long as we match up all reported sources on his returns.  We can do this by ordering annual transcripts which show the 1099's and other sources of income that have been reported to him.

I would also want to be paid a large sum from ▓▓▓ (in btc) to take this on.  At the end of it all, we could all rest peacefully knowing it's been put to bed.

What do you think?



GOVERNMENT EXHIBIT
J