**From:**
**Sent:** Thu, 5 Apr 2018 11:35:12 -0600
**Subject:** Decisions
**To:** ███████████████████████████████████████████████████████████ Matt Goettsche

Hi ███,

It was really nice seeing you the other day even if only for a few minutes. Sorry your trip was so dusty and that there was seaweed. It seems to be clearing out a bit now.

███ and I just spoke and we have some uncertainties and so wanted to get them out there so that we are all on the same page going forward. Forgive me if I ramble, trying to get my thoughts out before I forget which is happening more and more.

- What is to be done with the Jersey Trust/Company? Will it be dissolved and do we need to do anything on our end to help? This will affect things in Belize as paperwork has been submitted to companies registry regarding ownership etc. reflecting Tracy Island so we do need to know the plan if possible in order to prepare on this end. Our annual Hotel License and Tour Operator license as well as pretty much all official business asks for proof of ownership so it is important we figure out who is the true owner on paper once and for all.
- If ███ 'gifts' Hatchet Caye Limited and Argo Services Limited to Matt G, will funds still be sent to Belize via his company ███████████████? We ask because obviously the money has to match the ownership. ███ ███ has finally been added to the banking system and we are good to go receiving wires. If we change the source of funds we will have to go through new due diligence - FYI.
- Would it be possible to wait until we have all the directors filed, paperwork submitted to registry here in Belize, all new boats registered, licensed and insured (working on this now), new signees added to accounts, applied for Amex machine, cleared up all tax and covenant issues with WO etc. BEFORE we file the 'gift' in Belize? It has taken time and will take more time to get it all organized between the filings for ███████ acquisition and ████████████ acquisition and we worry that adding a change in ownership before the ink dries on the first batch of filings will push us into an abyss of wait time and delay not to mention loads more questions and possible tax audit. We really want to change local legal corporate representation also and were waiting for all of the above to be settled before we move things over to a better and more cost efficient office.
- Do we need to do anything further regarding ███████████ company and/or expense account set up?
- Aside from getting you 2017 reports (we are almost there) is there anything you need from us?

We also wanted to apologize on a united front if it came across that we were being negative regarding the work permit issue for ███████ We are only wanting to give everyone the true picture so that there are no surprises later and so that we are sure to maintain positive relations with municipal and general government bodies etc. Belize is so very small and EVERYONE is talking and listening so the environment is a bit delicate. We stand ready, committed and willing to help in any way we can going forward.

Warm Regards,

**GOVERNMENT EXHIBIT M**