UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE,<br>[DEFENDANT TWO REDACTED],<br>JOBADIAH SINCLAIR WEEKS,<br>JOSEPH FRANK ABEL, and<br>SILVIU CATALIN BALACI | Hon. Claire C. Cecchi<br><br>CRIMINAL NO.:  19-cr-877-CCC |

**DEFENDANT JOBADIAH SINCLAIR WEEKS' NOTICE OF FILING UNPUBLISHED AUTHORITIES AND SUPPLEMENTAL DOCUMENTS IN SUPPORT OF HIS MOTION TO REVOKE THE PRETRIAL DETENTION ORDER**

Defendant Jobadiah Sinclair Weeks gives notice of filing unpublished authorities and supplemental documents in support of his Motion to Revoke the Pretrial Detention Order (D.E. 12) and Reply (D.E. 37).  The unpublished authorities are cited in the Motion or Reply.  The supplemental documents consist of additional letters of support for Mr. Weeks, airplane records, Mr. Weeks' termination of his JetSmarter membership agreement, and photos of BitClub Network's data mining centers.

**Cases**

*United States v. Bodmer*,
　　Case No. 03-CR-947 (SAS), 2004 WL 169790 (S.D.N.Y. Jan. 28, 2004).........................**A**

*United States v. Burks*,
　　Case No. 3:14-cr-208-MOC-DSC (W.D.N.C. 2016) (D.E. 6, 7).....................................**B**

*United States v. Cirillo*,
　　Case No. 99-1514, 1999 WL 1456536 (3d Cir. July 13, 1999) ......................................**C**

*United States v. Cosmo*,
　　Case No. 2:09-cr-00255-DRH-ETB (E.D.N.Y. 2009) (D.E. 61)....................................**D**

*United States v. Dehmer*,
   Case No. 2:10-cr-00851-CCC (D.N.J. Jan. 20, 2011) (D.E. 38) ...................................... E

*United States v. Depiro*,
   Case No. 2:10-cr-00851-CCC (D.N.J. Mar. 8, 2001) (D.E. 91) ....................................... F

*United States v. Griffith*,
   Case No. 1:20-CR-15 (S.D.N.Y. Dec. 30, 2019) (D.E. 8) ................................................ G

*United States v. Harry*,
   Case No. 2:19-CR-246 (D.N.J. Nov. 15, 2019) (D.E. 85) ................................................ H

*United States v. Madoff*,
   Case No. 1:09-CR-213, Dkt No. 22 (S.D.N.Y. Jan. 16, 2009) (D.E. 22) .......................... I

*United States v. Noel*,
   Case No. 2:06-mj-04050-CCC (D.N.J. Nov. 3, 2006) (D.E. 10) ...................................... J

*United States v. Oliver*,
   Criminal No. 16-40, 2016 WL 1746853 (W.D. Pa. May 3, 2016) ................................... K

*United States v. Renzulli*,
   Cr. No. 87–258–7, 1987 WL 17562 (E.D. Pa. Sept. 28, 1987) ........................................ L

*United States v. Webb*,
   Case No. 15-CR-252 (PKC) (E.D.N.Y.) (D.E. 57) ......................................................... M

*United States v. Webb*,
   Case No. 15-CR-252 (PKC) (E.D.N.Y.) (D.E. 142) ....................................................... N

**Other Authorities**

*Connecticut-Based Bitcoin Mining Fraudster Sentenced to Prison*,
   SEC Litigation Release No. 24281 (Sept. 20, 2018) ....................................................... O

Glenn A. Grant, J.A.D., Jan. 1. – Dec. 31 2018 *Report to the Governor and the Legislature*,
   Criminal Justice Reform (Apr. 2019) ............................................................................. P

Nathaniel Popper, *Identity Thieves Hijack Cellphone Accounts to Go After Virtual Currency*,
   The New York Times (Aug. 21, 2017) ............................................................................ Q

Samuel R. Wiseman, *Pretrial Detention and the Right to Be Monitored*, 123 Yale L.J. 1344
   (2014) .............................................................................................................................. R

**Supplemental Documents**

Letters of Support .................................................................................................... S

Airplane Records ..................................................................................................... T

JetSmarter Membership Agreement Termination.................................................... U

**BitClub Network Data Mining Center Photos**

    Georgia (country of) ..................................................................................... V

    Iceland.......................................................................................................... W

    Montana ....................................................................................................... X

**Property Records**

    Arvada Property .......................................................................................... Y

    Buena Vista Property................................................................................... Z

    Sangre De Cristo Ranch............................................................................ AA

Dated:  February 11, 2020

CARLTON FIELDS

*/s/ Simon Gaugush*
Simon Gaugush, Esq.
Fla. Bar No. 0440050
Michael L. Yaeger, Esq.
Andrew M. Hinkes, Esq.
Adam P. Schwartz, Esq.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL  33607
Telephone: 813.223.7000 (Fla.)
Facsimile:  813.229.4133 (Fla.)

and

180 Park Avenue, Ste. 106
Florham Park, NJ  07932-1054
Telephone: 973.828.2600
Facsimile:  973.828.2601
*Counsel for Defendant Jobadiah Weeks*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve an electronic copy to all counsel of record.

*/s/ Simon Gaugush*
Simon Gaugush, Esq.
