# EXHIBIT B

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:14-cr-00208-MOC-DSC-1

Case title: USA v. Burks

Date Filed: 10/24/2014
Date Terminated: 02/13/2017

**Special Master**

**Matthew E. Orso**    represented by    **Kenneth D. Bell**
McGuire Woods LLP
Fifth Third Center
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-4011
704-373-4620
Fax: 704-373-8836
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Assigned to: District Judge Max O. Cogburn, Jr
Referred to: Magistrate Judge David S. Cayer

Appeals court case number: 17-4143 Fourth Circuit

**Defendant (1)**

**Paul Burks**    represented by    **C. Melissa Owen**
*TERMINATED: 02/13/2017*
Tin, Fulton, Walker & Owen
301 East Park Avenue
Charlotte, NC 28203
704-338-1220
Fax: 704-338-1312
Email: cmowen@tinfulton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isham Mahesh Reavis**
Aoki Law PLLC
IBM Building
1200 5th Avenue, Suite 750
Seattle, WA 98101
206-624-1900
Fax: 206-442-4396
Email: isham@aokilaw.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jacob H. Sussman**
P.O. Box 79225
Waverly, MA 02479
857-242-6740
Email: jakesussmanlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noell P. Tin**
Tin Fulton Walker & Owen, PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220
Fax: 704-338-1312
Email: ntin@tinfulton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349 - CONSPIRACY TO COMMIT WIRE AND MAIL FRAUD<br>(1) | 176 mos. impr.; 3 yrs s/r; $100.00 sp. asst.; $244,000,000.00 rest. |
| 18:1341 - MAIL FRAUD<br>(2) | 176 mos. impr. to run concurrent; 3 yrs s/r to run concurrent; $100.00 sp. asst. |
| 18:1343 - WIRE FRAUD<br>(3) | 176 mos. impr. to run concurrent; 3 yrs. s/r to run concurrent; $100.00 sp. asst. |
| 18:371 CONSPIRACY TO COMMIT TAX FRAUD<br>(4) | 60 mos. impr. to run concurrent; 3 yrs. s/r to run concurrent; $100.00 sp. asst. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Corey F. Ellis**<br>United States Attorney's Office<br>227 West Trade Street<br>Charlotte, NC 28202<br>704-338-3133<br>Email: corey.ellis@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Jenny Grus Sugar**<br>U.S. Attorneys Office<br>227 W. Trade Street<br>Suite 1650<br>Charlotte, NC 28202<br>704-344-6222<br>Fax: 704-344-6629<br>Email: jenny.sugar@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Benjamin Bain-Creed**<br>U.S. Attorney's Office<br>227 West Trade Street<br>Carillon Building, Suite 1650<br>Charlotte, NC 28202<br>704-338-3123<br>Fax: 704-344-6629<br>Email: benjamin.bain-creed@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2014 | 1 | INDICTMENT as to Paul Burks (1) count(s) 1, 2, 3, 4. (Attachments: # 1 Unredacted Signature Page, # 2 Cover Sheet) (mga) (Entered: 10/24/2014) |
| 10/24/2014 | 2 | Summons Issued *(Sealed - Court)* in case as to Paul Burks Initial Appearance set for 11/13/2014 09:30 AM in Magistrate Courtroom, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David S. Cayer. (mga) (Entered: 10/24/2014) |
| 10/29/2014 | 3 | Summons Returned Executed *(Sealed - Court)* on 10/27/2014 as to Paul Burks. (jlk) (Entered: 10/29/2014) |
| 11/11/2014 | 4 | NOTICE OF ATTORNEY APPEARANCE: Noell P. Tin appearing for Paul Burks (Tin, Noell) (Entered: 11/11/2014) |
| 11/11/2014 | 5 | NOTICE OF ATTORNEY APPEARANCE: C. Melissa Owen appearing for Paul Burks (Owen, C.) (Entered: 11/11/2014) |
| 11/13/2014 |  | Minute Entry: INITIAL APPEARANCE, ARRAIGNMENT and DETENTION HEARING as to Paul Burks (1) Count 1,2,3,4 held before Magistrate Judge David S. Cayer. Defendant pled not guilty. Defendant advised of rights & charges. Defendant retained counsel. Defendant released on conditions. Government attorney: Jenny Sugar. Defendant attorney: Noell Tin & C. Melissa Owen. Court Reporter: DCR. (tob) (Entered: 11/13/2014) |

| | | |
|---|---|---|
| 11/13/2014 | 6 | **Unsecured Bond Entered** *(Restricted)* **as to Paul Burks in amount of $ 25,000,. Signed by Magistrate Judge David S. Cayer on 11/13/14. (tob)** (Entered: 11/13/2014) |
| 11/13/2014 | 7 | **ORDER** *(Restricted)* **Setting Conditions of Release as to Paul Burks (1) 25KU. Signed by Magistrate Judge David S. Cayer on 11/13/14. (tob)** (Entered: 11/13/2014) |
| 11/13/2014 | | **SCHEDULING ORDER as to Paul Burks. (Click on this link to obtain the Standard Arraignment Order) . Docket Call set for 11/18/2014 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.. Entered by Magistrate Judge David S. Cayer on 11/13/14. (tob)** (Entered: 11/13/2014) |
| 11/13/2014 | | **Standard Discovery Order in case as to Paul Burks. (Click on this link to obtain the Standard Criminal Discovery Order) . Entered by Magistrate Judge David S. Cayer on 11/13/14. (tob)** (Entered: 11/13/2014) |
| 11/13/2014 | 8 | NOTICE OF ATTORNEY APPEARANCE: Jacob H. Sussman appearing for Paul Burks (Sussman, Jacob) (Entered: 11/13/2014) |
| 11/17/2014 | 10 | MOTION to Continue Docket Call/Trial by Paul Burks. Responses due by 11/28/2014 (Tin, Noell) (Entered: 11/17/2014) |
| 11/17/2014 | 11 | **ORDER granting 10 Motion to Continue Docket Call/Trial as to Paul Burks (1). Docket Call re-set for 1/20/2015 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. Signed by District Judge Max O. Cogburn, Jr on 11/17/2014. (eef)** (Entered: 11/17/2014) |
| 11/18/2014 | 12 | Unopposed MOTION To Appoint Special Master by USA as to Paul Burks. Responses due by 11/28/2014 (Ellis, Corey) (Entered: 11/18/2014) |
| 11/19/2014 | 13 | PRETRIAL CRIMINAL HISTORY *(SEALED - Attorney)* as to Paul Burks (available to USA, Paul Burks) (Jake Stoltenberg - amm) (Entered: 11/19/2014) |
| 11/20/2014 | 14 | **ORDER granting 12 Unopposed MOTION To Appoint Special Master as to Paul Burks (1). Kenneth D. Bell is appointed as Special Master in accordance with 18 U.S.C. §§ 1956(b)(4) and 3664(d)(6). Signed by District Judge Max O. Cogburn, Jr on 11/19/2014. (eef)** (Entered: 11/20/2014) |
| 11/20/2014 | 15 | NOTICE OF ATTORNEY APPEARANCE Benjamin Bain-Creed appearing for USA. (Bain-Creed, Benjamin) (Entered: 11/20/2014) |
| 12/12/2014 | 16 | **ORDER as to Paul Burks, ( Inquiry into Status of Counsel Hearing set for 12/18/2014 02:00 PM in Courtroom, 401 W Trade St, Charlotte, NC 28202, Status Conference set for 12/18/2014 02:00 PM in Courtroom, 401 W Trade St, Charlotte, NC 28202. Each party shall file under seal on or before 5:00pm on Wednesday, December 17, 2014 a brief of 10 pages or less addressing whether the hearing should be sealed, and any issues regarding Defendant's legal representation.. Signed by Magistrate Judge David Keesler on 12/12/2014. (chh)** (Entered: 12/12/2014) |
| 12/15/2014 | | NOTICE OF HEARING as to Paul Burks: Inquiry into Status of Counsel Hearing set for 12/18/2014 02:00 PM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David Keesler. Status Conference set for 12/18/2014 02:00 PM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David Keesler. *This is your only notice - you will not receive a separate document.*(chh) (Entered: 12/15/2014) |
| 12/17/2014 | 17 | SEALED DOCUMENT *(Sealed - Attorney)*: Brief by Paul Burks; (available to: USA, Paul Burks) (Tin, Noell) (Entered: 12/17/2014) |
| 12/17/2014 | 18 | SEALED DOCUMENT *(Sealed - Attorney)*: by USA; (available to: USA, Paul Burks) |

| | | |
|---|---|---|
| | | (Ellis, Corey) (Entered: 12/17/2014) |
| 12/18/2014 | | Minute Entry: INQUIRY INTO STATUS OF COUNSEL as to Paul Burks held before Magistrate Judge David Keesler. Noell Tin and the Fulton & Tin Law Firm will continue to represent defendant Paul Burks. Government attorney: Jenny Sugar and Corey Ellis. Defendant attorney: Noell Tin, C. Melissa Owen, Jacob Sussman and Walter Holton(Conflict Attorney). Court Reporter: DCR. (mga) (Entered: 12/18/2014) |
| 12/18/2014 | 19 | SEALED EXHIBIT *(Sealed - Attorney)*: re: Inquiry into Status of Counsel, by Defendant; (available to: USA, Paul Burks) (mga) (Entered: 12/18/2014) |
| 12/19/2014 | 21 | SEALED DOCUMENT *(Sealed - Attorney)*: Government's Motion for Inquiry into Status of Counsel re: 18 Sealed Document by USA; (available to: USA, Paul Burks) (Attachments: # 1 Attachment)(Sugar, Jenny) (Entered: 12/19/2014) |
| 01/06/2015 | 22 | NOTICE *OF UNAVAILABILITY* by Paul Burks (Tin, Noell) (Entered: 01/06/2015) |
| 01/12/2015 | 23 | MOTION to Continue Docket Call/Trial by Paul Burks. Responses due by 1/23/2015 (Tin, Noell) (Entered: 01/12/2015) |
| 01/16/2015 | 24 | **ORDER granting 23 Motion to Continue Docket Call/Trial as to Paul Burks (1) Docket Call set for 3/16/2015 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. Signed by District Judge Max O. Cogburn, Jr on 01/16/2015. (jlk)** (Entered: 01/16/2015) |
| 01/19/2015 | 25 | NOTICE *Unavailability* by Paul Burks (Sussman, Jacob) (Entered: 01/19/2015) |
| 03/13/2015 | 26 | Unopposed MOTION to Continue Docket Call/Trial by Paul Burks. Responses due by 3/23/2015 (Tin, Noell) (Entered: 03/13/2015) |
| 03/16/2015 | 27 | **ORDER granting 26 Motion to Continue Docket Call/Trial as to Paul Burks (1). Docket Call re-set for 5/18/2015 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. Signed by District Judge Max O. Cogburn, Jr on 3/16/2015. (eef)** (Entered: 03/16/2015) |
| 05/07/2015 | 28 | Joint MOTION to Continue and for a Peremptory Setting by Paul Burks. Responses due by 5/18/2015 (Tin, Noell) (Entered: 05/07/2015) |
| 05/15/2015 | 29 | MOTION to Continue Docket Call/Trial *and for Peremptory Setting* by USA as to Paul Burks. Responses due by 5/26/2015 (Sugar, Jenny) (Entered: 05/15/2015) |
| 05/18/2015 | 30 | MEMORANDUM in Support by Paul Burks re 28 Joint MOTION to Continue and for a Peremptory Setting (Attachments: # 1 Exhibit Declaration of Russell M. Aoki)(Sussman, Jacob) (Entered: 05/18/2015) |
| 05/20/2015 | | Minute Entry: IN CHAMBERS CONFERENCE re: Request for peremptory setting as to Paul Burks held before District Judge Max O. Cogburn, Jr. Government attorney: Corey Ellis, Jenny Sugar, Benjamin Bain-Creed. Defendant attorney: C. Melissa Owen, Jacob Sussman, Noell Tin. Court Reporter: n/a. (chh) (Entered: 05/21/2015) |
| 05/22/2015 | | NOTICE OF HEARING as to Paul Burks: Oral Argument re 6th amendment and speedy trial set for 5/27/2015 11:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.*(chh) (Entered: 05/22/2015) |
| 05/27/2015 | | Minute Entry: ORAL ARGUMENT HEARING re: peremptory setting for trial as to Paul Burks held before District Judge Max O. Cogburn, Jr. Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Melissa Owen, Jacob Sussman and Noell Tin. Court Reporter: Cheryl Nuccio. (chh) (Entered: 05/29/2015) |

| | | |
|---|---|---|
| 05/29/2015 | 31 | **ORDER granting 28 Motion to Continue Docket Call as to Paul Burks (1); finding as moot 29 Motion to Continue Docket Call/Trial as to Paul Burks (1) Docket Call set for 5/16/2016 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. Signed by District Judge Max O. Cogburn, Jr on 5/28/2015. (chh)** (Entered: 05/29/2015) |
| 01/12/2016 | 33 | SEALED TRANSCRIPT *(Sealed - Court)* for proceedings as to Paul Burks held on 12/18/14 before Judge Keesler. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 01/12/2016) |
| 02/25/2016 | 37 | Joint MOTION for Status Conference by Paul Burks. Responses due by 3/7/2016 (Tin, Noell) (Entered: 02/25/2016) |
| 03/01/2016 | 38 | **ORDER granting 37 Motion Status Conference as to Paul Burks (1). Scheduled 3/21/16 at 10:00 am immediately following calendar call. Signed by District Judge Max O. Cogburn, Jr on 3/1/16. (ssh)** (Entered: 03/02/2016) |
| 03/02/2016 | | NOTICE OF HEARING as to Paul Burks: Status Conference set for 3/21/2016 10:00 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.*(ssh) (Entered: 03/02/2016) |
| 03/15/2016 | 39 | MOTION for Bill of Particulars by Paul Burks. Responses due by 3/25/2016 Motions referred to David S. Cayer(Sussman, Jacob) (Entered: 03/15/2016) |
| 03/15/2016 | 40 | MEMORANDUM in Support by Paul Burks re 39 MOTION for Bill of Particulars (Sussman, Jacob) (Entered: 03/15/2016) |
| 03/15/2016 | 41 | MOTION for Release of Brady Materials , MOTION for Discovery by Paul Burks. Responses due by 3/25/2016 Motions referred to David S. Cayer(Sussman, Jacob) (Entered: 03/15/2016) |
| 03/15/2016 | 42 | MOTION In Camera Review *of Sealed Materials* by Paul Burks. Responses due by 3/25/2016 (Sussman, Jacob) (Entered: 03/15/2016) |
| 03/21/2016 | | Minute Entry: STATUS CONFERENCE as to Paul Burks held before District Judge Max O. Cogburn, Jr. Government attorney: Jenny Sugar. Defendant attorney: C. Melissa Owen. Court Reporter: Cheryl Nuccio. (chh) (Entered: 03/21/2016) |
| 03/24/2016 | 43 | **ORDER GRANTING JOINT ORAL MOTION TO CONTINUE - Ends of Justice as to Paul Burks Time excluded from 5/16/2016 until 7/5/2016. Docket Call set for peremptory setting of 7/5/2016 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.. Signed by District Judge Max O. Cogburn, Jr on 3/24/2016. (chh)** (Entered: 03/24/2016) |
| 03/25/2016 | 44 | RESPONSE in Opposition by USA as to Paul Burks re 39 MOTION for Bill of Particulars , 41 MOTION for Release of Brady Materials MOTION for Discovery (Sugar, Jenny) (Entered: 03/25/2016) |
| 03/25/2016 | 45 | RESPONSE to Motion by USA as to Paul Burks re 42 MOTION In Camera Review *of Sealed Materials and First Motion in Limine Regarding Reliance Defense* (Attachments: # 1 Attachment A)(Sugar, Jenny) (Entered: 03/25/2016) |
| 03/31/2016 | 46 | **ORDER granting 42 Motion for In Camera Review of Sealed Filiings in Related Criminal Case as to Paul Burks (1) Signed by District Judge Max O. Cogburn, Jr on 3/31/2016. (chh)** (Entered: 03/31/2016) |
| 03/31/2016 | 47 | MOTION in Limine by USA as to Paul Burks. Responses due by 4/11/2016 (Attachments: # 1 Attachment A)(Sugar, Jenny) (Entered: 03/31/2016) |

| Date | # | Description |
|---|---|---|
| 04/01/2016 | 48 | REPLY TO RESPONSE to Motion by Paul Burks re 39 MOTION for Bill of Particulars (Sussman, Jacob) (Entered: 04/01/2016) |
| 04/01/2016 | 49 | REPLY TO RESPONSE to Motion by Paul Burks re 41 MOTION for Release of Brady Materials MOTION for Discovery (Attachments: # 1 Exhibit Discovery Policy) (Sussman, Jacob) (Entered: 04/01/2016) |
| 04/01/2016 | 50 | MOTION to Seal Document by Paul Burks. Responses due by 4/11/2016 Motions referred to David S. Cayer(Sussman, Jacob) (Entered: 04/01/2016) |
| 04/01/2016 | 51 | SEALED DOCUMENT *(Sealed - Attorney)*: re: 41 MOTION for Release of Brady Materials MOTION for Discovery , 49 Reply to Response, 50 MOTION to Seal Document by Paul Burks; (available to: USA, Paul Burks) (Attachments: # 1 Appendix A)(Sussman, Jacob) (Entered: 04/01/2016) |
| 04/04/2016 | | **TEXT-ONLY ORDER granting 50 Motion to Seal Document as to Paul Burks (1) Entered by Magistrate Judge David S. Cayer on April 4, 2016. (DSC)** (Entered: 04/04/2016) |
| 04/11/2016 | 52 | RESPONSE in Opposition by Paul Burks re 47 MOTION in Limine (Sussman, Jacob) (Entered: 04/11/2016) |
| 04/18/2016 | 53 | RESPONSE *to Court's Order Regarding Disclosure of PSRs* by USA as to Paul Burks (Sugar, Jenny) (Entered: 04/18/2016) |
| 04/18/2016 | 54 | SEALED RESPONSE *(Sealed - Attorney)* to Motion re: 42 Motion for Miscellaneous Relief by USA; (available to: USA) (Attachments: # 1 Attachment A, # 2 Attachment B) (Sugar, Jenny) (Entered: 04/18/2016) |
| 04/19/2016 | 55 | MOTION to Produce *Information Related to Seizure and Handling of Confidential and Privileged Communications* by Paul Burks. Responses due by 4/29/2016 Motions referred to David S. Cayer(Sussman, Jacob) (Entered: 04/19/2016) |
| 04/19/2016 | 56 | MOTION to Seal Document by Paul Burks. Responses due by 4/29/2016 Motions referred to David S. Cayer(Sussman, Jacob) (Entered: 04/19/2016) |
| 04/19/2016 | 57 | SEALED DOCUMENT *(Sealed - Attorney)*: re: 55 MOTION to Produce *Information Related to Seizure and Handling of Confidential and Privileged Communications*, 56 MOTION to Seal Document by Paul Burks; (available to: USA, Paul Burks) (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exh. A, # 3 Exhibit Exh. B, # 4 Exhibit Exh. C, # 5 Exhibit Exh. D, # 6 Exhibit Exh. E, # 7 Exhibit Exh. F, # 8 Exhibit Exh. G, # 9 Exhibit Exh. H, # 10 Exhibit Exh. I, # 11 Exhibit Exh. J, # 12 Exhibit Exh. K, # 13 Exhibit Exh. L, # 14 Exhibit Exh. M, # 15 Exhibit Exh. N, # 16 Exhibit Exh. O, # 17 Exhibit Exh. P-1, # 18 Exhibit Exh. P-2, # 19 Exhibit Exh. Q, # 20 Exhibit Exh. R, # 21 Exhibit Exh. S, # 22 Exhibit Exh. T, # 23 Exhibit Exh. U, # 24 Exhibit Exh. V, # 25 Exhibit Exh. W, # 26 Exhibit Exh. X, # 27 Exhibit Exh. Y, # 28 Exhibit Exh. Z, # 29 Exhibit Exh. AA)(Sussman, Jacob) (Entered: 04/19/2016) |
| 04/21/2016 | | **TEXT-ONLY ORDER granting 56 Motion to Seal Document as to Paul Burks (1) Entered by Magistrate Judge David S. Cayer on April 21, 2016. (DSC)** (Entered: 04/21/2016) |
| 04/22/2016 | 58 | **ORDER as to Paul Burks that Govt disclose to defendant the PSR's as redacted. Signed by District Judge Max O. Cogburn, Jr on 4/22/16. (ssh)** (Entered: 04/22/2016) |
| 04/29/2016 | 59 | RESPONSE to Motion by USA as to Paul Burks re 55 MOTION to Produce *Information Related to Seizure and Handling of Confidential and Privileged Communications* (Attachments: # 1 Attachment A)(Sugar, Jenny) (Entered: 04/29/2016) |

| Date | # | Description |
|---|---|---|
| 05/04/2016 | 60 | **MEMORANDUM AND ORDER denying 39 Motion for Bill of Particulars; denying 41 Motion for Order Directing the Prosecution to Identify and Produce Rule 16 and Brady Material from Receivership and SEC File as to Paul Burks (1). Signed by Magistrate Judge David S. Cayer on 5/4/2016. (tmg)** (Entered: 05/04/2016) |
| 05/09/2016 | 61 | NOTICE OF APPEAL from Order of Magistrate Judge to District Court by Paul Burks re 60 Order on Motion for Bill of Particulars, Order on Motion for Release of Brady Materials, Order on Motion for Discovery,,,. (Sussman, Jacob) (Entered: 05/09/2016) |
| 05/09/2016 | 62 | NOTICE OF APPEAL from Order of Magistrate Judge to District Court by Paul Burks re 60 Order on Motion for Bill of Particulars, Order on Motion for Release of Brady Materials, Order on Motion for Discovery,,,. (Sussman, Jacob) (Entered: 05/09/2016) |
| 05/09/2016 | 63 | MOTION to Seal by Paul Burks. Responses due by 5/19/2016 Motions referred to David S. Cayer(Sussman, Jacob) (Entered: 05/09/2016) |
| 05/09/2016 | 64 | SEALED DOCUMENT *(Sealed - Attorney)*: re: 63 MOTION to Seal , 62 Appeal of Magistrate Judge Order to District Court (available to: USA, Paul Burks) (Attachments: # 1 Appendix A)(Sussman, Jacob) (Entered: 05/09/2016) |
| 05/10/2016 |  | **TEXT-ONLY ORDER granting 63 Motion to Seal as to Paul Burks (1) Entered by Magistrate Judge David S. Cayer on May 10, 2016. (DSC)** (Entered: 05/10/2016) |
| 05/16/2016 | 65 | RESPONSE in Opposition by USA as to Paul Burks re 61 Appeal of Magistrate Judge Order to District Court, 62 Appeal of Magistrate Judge Order to District Court (Attachments: # 1 Attachment A)(Sugar, Jenny) (Entered: 05/16/2016) |
| 05/17/2016 | 66 | **Order Affirming Decision of the Magistrate Judge re: 61 Appeal of Magistrate Judge Order to District Court, 62 Appeal of Magistrate Judge Order to District Court. Signed by District Judge Max O. Cogburn, Jr on 5/17/2016. (chh)** (Entered: 05/17/2016) |
| 05/17/2016 | 67 | NOTICE of withdrawal by Paul Burks re 55 MOTION to Produce *Information Related to Seizure and Handling of Confidential and Privileged Communications* (Sussman, Jacob) (Entered: 05/17/2016) |
| 06/08/2016 | 68 | MOTION to Dismiss *Count Four of the Indictment* by Paul Burks. Responses due by 6/20/2016 (Tin, Noell) (Entered: 06/08/2016) |
| 06/08/2016 | 69 | MEMORANDUM in Support by Paul Burks re 68 MOTION to Dismiss *Count Four of the Indictment* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tin, Noell) (Entered: 06/08/2016) |
| 06/10/2016 | 70 | GOVERNMENT's NOTICE of Intent to Use Evidence by USA as to Paul Burks (Sugar, Jenny) (Entered: 06/10/2016) |
| 06/10/2016 | 71 | MOTION Proposed Juror Questionnaire by Paul Burks. Responses due by 6/20/2016 (Attachments: # 1 Exhibit Proposed Questionnaire, # 2 Exhibit Index of Media Articles)(Sussman, Jacob) (Entered: 06/10/2016) |
| 06/12/2016 | 72 | MOTION for Hearing *and Appropriate Relief* by Paul Burks. (Sussman, Jacob) (Entered: 06/12/2016) |
| 06/12/2016 | 73 | MOTION to Seal Document by Paul Burks. Responses due by 6/23/2016 Motions referred to David S. Cayer(Sussman, Jacob) (Entered: 06/12/2016) |
| 06/12/2016 | 74 | SEALED DOCUMENT *(Sealed - Attorney)*: re: 73 MOTION to Seal Document , 72 MOTION for Hearing *and Appropriate Relief* (available to: USA, Paul Burks) (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 |

| | | |
|---|---|---|
| | | Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13, # [15](#) Exhibit 14, # [16](#) Exhibit 15, # [17](#) Exhibit 16, # [18](#) Exhibit 17, # [19](#) Exhibit 18, # [20](#) Exhibit 19A, # [21](#) Exhibit 19B, # [22](#) Exhibit 20, # [23](#) Exhibit 21, # [24](#) Exhibit 22, # [25](#) Exhibit 23, # [26](#) Exhibit 24, # [27](#) Exhibit 25, # [28](#) Exhibit 26, # [29](#) Exhibit 27, # [30](#) Exhibit 28, # [31](#) Exhibit 29, # [32](#) Exhibit 30)(Sussman, Jacob) (Entered: 06/12/2016) |
| 06/13/2016 | | **TEXT-ONLY ORDER granting 73 Motion to Seal Document as to Paul Burks (1) Entered by Magistrate Judge David S. Cayer on June 13, 2016. (DSC)** (Entered: 06/13/2016) |
| 06/14/2016 | 75 | **ORDER denying 71 Motion jury questionnaire as to Paul Burks (1) Signed by District Judge Max O. Cogburn, Jr on 6/14/16. (ssh)** (Entered: 06/14/2016) |
| 06/14/2016 | 76 | RESPONSE in Opposition by USA as to Paul Burks re 69 Memorandum in Support, 68 MOTION to Dismiss *Count Four of the Indictment* (Sugar, Jenny) (Entered: 06/14/2016) |
| 06/16/2016 | | Minute Entry: TELEPHONE CONFERENCE as to Paul Burks held before District Judge Max O. Cogburn, Jr. Government attorney: Jenny Sugar. Defendant attorney: Noel Tin. Court Reporter: na. (chh) (Entered: 06/17/2016) |
| 06/18/2016 | 77 | RESPONSE in Opposition by USA as to Paul Burks re 72 MOTION for Hearing *and Appropriate Relief* (Sugar, Jenny) (Entered: 06/18/2016) |
| 06/19/2016 | 78 | Second MOTION in Limine by USA as to Paul Burks. Responses due by 6/30/2016 (Sugar, Jenny) (Entered: 06/19/2016) |
| 06/20/2016 | 79 | **ORDER denying 68 Motion to Dismiss as to Paul Burks (1) Signed by District Judge Max O. Cogburn, Jr on 6/20/2016. (chh)** (Entered: 06/20/2016) |
| 06/20/2016 | 80 | **ORDER denying 72 Motion for Hearing as to Paul Burks (1) Signed by District Judge Max O. Cogburn, Jr on 6/20/2016. (chh)** (Entered: 06/20/2016) |
| 06/21/2016 | 81 | Proposed Jury Instructions by USA as to Paul Burks (Sugar, Jenny) (Entered: 06/21/2016) |
| 06/23/2016 | 82 | Third MOTION in Limine by USA as to Paul Burks. Responses due by 7/5/2016 (Sugar, Jenny) (Entered: 06/23/2016) |
| 06/24/2016 | 83 | TRIAL BRIEF by USA as to Paul Burks (Sugar, Jenny) (Entered: 06/24/2016) |
| 06/24/2016 | 84 | Proposed Jury Instructions by Paul Burks (Tin, Noell) (Entered: 06/24/2016) |
| 06/28/2016 | 85 | MOTION in Limine *regarding Defendant's Notebooks* by USA as to Paul Burks. Responses due by 7/8/2016 (Attachments: # 1 Attachment A, # 2 Attachment B)(Sugar, Jenny) (Entered: 06/28/2016) |
| 06/28/2016 | 86 | TRIAL BRIEF by Paul Burks (Sussman, Jacob) (Entered: 06/28/2016) |
| 06/29/2016 | 87 | SEALED MOTION *(Sealed - Attorney)* Motion for deposition filed by US; (available to: USA, Paul Burks) (Attachments: # 1 Exhibit, # 2 Proposed Order)(Ellis, Corey). Motions referred to David S. Cayer. (Entered: 06/29/2016) |
| 06/29/2016 | 88 | **ORDER *(Sealed - Attorney)* granting 87 Sealed Motion (available to: USA, Paul Burks) as to Paul Burks (1) Signed by District Judge Max O. Cogburn, Jr on 6/29/2016. (chh)** (Entered: 06/29/2016) |
| 06/29/2016 | | NOTICE OF HEARING as to Paul Burks: Jury Trial set for 7/5/2016 09:30 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.*(chh) (Entered: 06/29/2016) |

| | | |
|---|---|---|
| 06/30/2016 | 89 | MOTION to Exclude *or Limit Expert (Greer/PWC))* by Paul Burks. Responses due by 7/11/2016 (Attachments: # 1 Exhibit Greer CV, # 2 Exhibit PWC Draft Reconstruction Report)(Sussman, Jacob) Modified on 7/1/2016 to remove referral(chh). (Entered: 06/30/2016) |
| 07/01/2016 | 90 | MOTION to Exclude *Expert testimony of John White and to exclude and/or limit expert testimony of Morris Aaron* by USA as to Paul Burks. Responses due by 7/11/2016 Motions referred to David S. Cayer(Sugar, Jenny) (Entered: 07/01/2016) |
| 07/01/2016 | 91 | RESPONSE in Opposition by Paul Burks re 90 MOTION to Exclude *Expert testimony of John White and to exclude and/or limit expert testimony of Morris Aaron* (Attachments: # 1 Exhibit Aaron Report, # 2 Exhibit White Report, # 3 Exhibit Email from USAO)(Sussman, Jacob) (Entered: 07/01/2016) |
| 07/04/2016 | 92 | MOTION to Continue Docket Call/Trial by Paul Burks. Responses due by 7/14/2016 (Attachments: # 1 Exhibit)(Sussman, Jacob) (Entered: 07/04/2016) |
| 07/04/2016 | 93 | RESPONSE in Opposition by USA as to Paul Burks re 92 MOTION to Continue Docket Call/Trial (Sugar, Jenny) (Entered: 07/04/2016) |
| 07/04/2016 | 94 | WITNESS LIST *(Sealed - Participants)* by Paul Burks (Sussman, Jacob) (Entered: 07/04/2016) |
| 07/04/2016 | 95 | EXHIBIT LIST by Paul Burks (Sussman, Jacob) (Entered: 07/04/2016) |
| 07/04/2016 | 96 | EXHIBIT LIST by Paul Burks (Sussman, Jacob) (Entered: 07/04/2016) |
| 07/04/2016 | 97 | WITNESS LIST *(Sealed - Participants)* by Paul Burks (Sussman, Jacob) (Entered: 07/04/2016) |
| 07/05/2016 | 98 | EXHIBIT LIST by USA as to Paul Burks (Sugar, Jenny) (Entered: 07/05/2016) |
| 07/05/2016 | 99 | WITNESS LIST *(Sealed - Participants)* by USA as to Paul Burks (Sugar, Jenny) (Entered: 07/05/2016) |
| 07/05/2016 | 100 | Stipulation by Paul Burks re: Disclosure of RVG. (Sugar, Jenny) (Entered: 07/05/2016) |
| 07/05/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr. Jury selected and sworn. Jury Trial set for 7/6/2016 09:30 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Noell Tin, Melissa Owen, Jacob Sussman. Court Reporter: Cheryl Nuccio. (chh) (Entered: 07/06/2016) |
| 07/06/2016 | 101 | MOTION for Leave to Appear Pro Hac Vice as to Isham Reavis (Filing fee $ 276, receipt number 0419-3037975) by Paul Burks. Motions referred to David S. Cayer(Sussman, Jacob) (Entered: 07/06/2016) |
| 07/06/2016 | 102 | **ORDER granting 101 Motion for Leave to Appear Pro Hac Vice added Isham M. Reavis for Paul Burks as to Paul Burks (1) Signed by Magistrate Judge David S. Cayer on 7/6/16. (tob)** (Entered: 07/06/2016) |
| 07/06/2016 | | Notice to Isham M. Reavis: Pursuant to Local Rule 83.1 you are required to **Register** for ECF at www.ncwd.uscourts.gov. Deadline by 7/18/2016. (tob) (Entered: 07/06/2016) |
| 07/06/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Opening Statements. Evidence Introduced. Jury Trial set for 7/7/2016 09:30 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: |

| | | |
|---|---|---|
| | | Melissa Owen, Noell Tin, Melissa Owen, Isham M. Reavis. Court Reporter: Cheryl Nuccio. (chh) (Entered: 07/07/2016) |
| 07/07/2016 | 103 | Memorandum of Law Concerning Admissibility of Evidence by Paul Burks. Responses due by 7/18/2016 (Sussman, Jacob) Modified on 7/7/2016 to correct text(chh). (Entered: 07/07/2016) |
| 07/07/2016 | 104 | EXHIBIT LIST by USA as to Paul Burks (Sugar, Jenny) (Entered: 07/07/2016) |
| 07/07/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Jury Trial set for 7/8/2016 09:30 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Jacob Sussman, Melissa Owen, Noell Tin, Isham Reavis. Court Reporter: Cheryl Nuccio. (chh) (Entered: 07/08/2016) |
| 07/08/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Jury Trial set for 7/11/2016 09:30 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Melissa Owen, Noell Tin, Jacob Sussman, Isham Reavis. Court Reporter: Cheryl Nuccio. (chh) (Entered: 07/11/2016) |
| 07/10/2016 | 105 | REPLY TO RESPONSE to Motion by USA as to Paul Burks re 90 MOTION to Exclude *Expert testimony of John White and to exclude and/or limit expert testimony of Morris Aaron* (Sugar, Jenny) (Entered: 07/10/2016) |
| 07/11/2016 | | **TEXT-ONLY ORDER denying 92 Motion to Continue Docket Call/Trial as to Paul Burks (1)** *Text of Order: denied for reasons discussed in court So Ordered.* **Entered by District Judge Max O. Cogburn, Jr on 7/11/2016. (Davis, David)** (Entered: 07/11/2016) |
| 07/11/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Jury Trial set for 7/12/2016 09:00 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Melissa Owen, Noell Tin, Jacob Sussman, Isham Reavis. Court Reporter: Cheryl Nucio/Laura Andersen. (chh) (Entered: 07/11/2016) |
| 07/12/2016 | 106 | MOTION in Limine *Regarding reliance witnesses* by USA as to Paul Burks. Responses due by 7/22/2016 (Attachments: # 1 Exhibit Attachment 1, # 2 Exhibit Attachment 2) (Ellis, Corey) (Entered: 07/12/2016) |
| 07/12/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Jury Trial set for 7/13/2016 09:30 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Noell Tin, Jacob Sussman, Melissa Owen, Isham Reavis. Court Reporter: Cheryl Nuccio. (chh) (Entered: 07/13/2016) |
| 07/13/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Government rested. Oral Rule 29 Motion by defendant is denied by court. Jury Trial set for 7/14/2016 09:00 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Jacob Sussman, Isham Reavis, Melissa Owen, Noell Tin. Court Reporter: Cheryl Nuccio/Laura Andersen. (chh) (Entered: 07/14/2016) |

| | | |
|---|---|---|
| 07/14/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Jury Trial set for 7/15/2016 09:00 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Noell Tin, Jacob Sussman, Melissa Owen, Isham Reavis. Court Reporter: Cheryl Nuccio/Laura Andersen. (chh) (Entered: 07/15/2016) |
| 07/15/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Jury Trial set for 7/18/2016 09:30 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Noell Tin, Jacob Sussman, Melissa Owen. Court Reporter: Cheryl Nuccio. (chh) (Entered: 07/15/2016) |
| 07/18/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Jury Trial set for 7/19/2016 09:00 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Noell Tin, Jacob Sussman, Melissa Owen, Isham Reavis. Court Reporter: Cheryl Nuccio/Laura Andersen. (chh) (Entered: 07/19/2016) |
| 07/19/2016 | 107 | MOTION for Acquittal *Under Rule 29 (Count Four)* by Paul Burks. Responses due by 7/29/2016 (Sussman, Jacob) (Entered: 07/19/2016) |
| 07/19/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Jury Trial set for 7/20/2016 09:00 AM in Courtroom 2-1, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Noell Tin, Jacob Sussman, Melissa Owen, Isham Reavis. Court Reporter: Cheryl Nuccio/Laura Andersen. (chh) (Entered: 07/20/2016) |
| 07/20/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Evidence continued. Oral Renewed Rule 29 Motion is Denied by Court. Jury Trial set for 7/21/2016 08:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Noell Tin, Melissa Owen, Jacob Sussman, Isham Reavis. Court Reporter: Cheryl Nuccio/Laura Andersen. (chh) (Entered: 07/21/2016) |
| 07/21/2016 | | Minute Entry: JURY TRIAL as to Paul Burks held before District Judge Max O. Cogburn, Jr.. Closing arguments. Courts charge. Jury retired to deliberate. Jury returns verdict. Government attorney: Jenny Sugar, Corey Ellis. Defendant attorney: Melissa Owen, Jacob Sussman, Noell Tin, Isham Reavis. Court Reporter: Cheryl Nuccio. (chh) (Entered: 07/22/2016) |
| 07/21/2016 | 108 | JURY VERDICT as to Paul Burks (1) Guilty on Count 1,2,3,4. (Attachments: # 1 Unredacted Signature Page)(chh) (Entered: 07/22/2016) |
| 07/21/2016 | | **ORDER finding as moot, denying in part, granting in part 47 Motion in Limine as to Paul Burks (1); 78 Motion in Limine as to Paul Burks (1); 82 Motion in Limine as to Paul Burks (1); 85 Motion in Limine as to Paul Burks (1); 89 Motion to Exclude as to Paul Burks (1); 90 Motion to Exclude as to Paul Burks (1); 106 Motion in Limine as to Paul Burks (1); 107 Motion for Acquittal as to Paul Burks (1). Entered by District Judge Max O. Cogburn, Jr. (chh)** (Entered: 08/23/2016) |
| 10/13/2016 | 110 | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED - Attorney)* as to Paul Burks. Objections to PSI due 10/27/2016. (available to USA, Paul Burks)(Laura M Ensley - dcb) (Entered: 10/13/2016) |
| 10/25/2016 | 111 | Unopposed MOTION for Extension of Time to File Objections to PSR by Paul Burks. |

| | | |
|---|---|---|
| | | (Sussman, Jacob) (Entered: 10/25/2016) |
| 11/01/2016 | 112 | **ORDER granting 111 Motion for Extension of Time to File Objections to PSR as to Paul Burks (1), and defendant is allowed up to and inclusive of November 7, 2016, to so respond. Signed by District Judge Max O. Cogburn, Jr on 10/31/2016. (eef)** (Entered: 11/01/2016) |
| 11/07/2016 | 113 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT *(Sealed - Attorney)* by Defendant; (available to: USA, Paul Burks) (Sussman, Jacob) (Entered: 11/07/2016) |
| 11/21/2016 | 114 | PRESENTENCE INVESTIGATION REPORT (Final Report) *(SEALED - Attorney)* as to Paul Burks. (available to USA, Paul Burks) Schedule for Sentence on or after 11/28/2016. (Laura M Ensley - dcb) (Entered: 11/21/2016) |
| 12/20/2016 | 116 | SEALED DOCUMENT *(Sealed - Attorney)*: Report of Special Master (available to: USA, Paul Burks, Kenneth Bell) (Attachments: # 1 Proposed Order)(Bell, Kenneth) Modified to give access to Kenneth Bell on 12/21/2016 (tmg). (Entered: 12/20/2016) |
| 12/22/2016 | 117 | SEALED DOCUMENT *(Sealed - Attorney)*: Amended Report of Special Master (available to: USA, Paul Burks, Kenneth D. Bell) (Attachments: # 1 Proposed Order)(Bell, Kenneth) Modified on 12/27/2016 to give access to Special Master Kenneth Bell (tmg). (Entered: 12/22/2016) |
| 01/05/2017 | 118 | SEALED SENTENCING MEMORANDUM *(Sealed - Attorney)* by USA; (available to: USA, Kenneth D. Bell, Paul Burks) (Bain-Creed, Benjamin) (Entered: 01/05/2017) |
| 01/10/2017 | | NOTICE OF HEARING as to Paul Burks: Sentencing set for 1/19/2017 10:00 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.*(chh) (Entered: 01/10/2017) |
| 01/10/2017 | | NOTICE OF HEARING as to Paul Burks: Sentencing RESET for 1/19/2017 10:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.*(chh) (Entered: 01/10/2017) |
| 01/11/2017 | 119 | Joint MOTION to Continue Sentencing by Paul Burks. Responses due by 1/18/2017 plus an additional 3 days if served by mail (Sussman, Jacob) (Entered: 01/11/2017) |
| 01/12/2017 | 120 | **ORDER granting 119 Motion to Continue sentencing hearing as to Paul Burks (1) Sentencing set for 2/13/2017 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. Signed by District Judge Max O. Cogburn, Jr on 1/12/2017. (chh)** (Entered: 01/12/2017) |
| 01/20/2017 | 121 | MOTION for Forfeiture of Property *(Forfeiture Money Judgment)* by USA as to Paul Burks. Responses due by 1/27/2017 plus an additional 3 days if served by mail (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Bain-Creed, Benjamin) (Entered: 01/20/2017) |
| 01/30/2017 | | NOTICE OF HEARING ON MOTION in case as to Paul Burks 121 MOTION for Forfeiture of Property *(Forfeiture Money Judgment)* : Motion Hearing set for 2/13/2017 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.* (chh) (Entered: 01/30/2017) |
| 02/08/2017 | 122 | SEALED SENTENCING MEMORANDUM *(Sealed - Attorney)* by usa; (available to: USA, Kenneth D. Bell, Paul Burks) (Attachments: # 1 Attachment A)(Sugar, Jenny) Modified on 2/9/2017 to give access to dft Burks (tmg). (Entered: 02/08/2017) |
| | | |

| | | |
|---|---|---|
| 02/09/2017 | 123 | PRESENTENCE INVESTIGATION REPORT (Supplement) (SEALED - Attorney) as to Paul Burks. (available to USA, Kenneth D. Bell, Paul Burks) (Sentencing set for 2/13/2017 09:30 AM in Courtroom, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr.)(Laura M Ensley - dcb) (Entered: 02/09/2017) |
| 02/09/2017 | 124 | SEALED SENTENCING MEMORANDUM *(Sealed - Attorney)* (available to: USA, Paul Burks) (Attachments: # 1 Exhibit Letters in Support, # 2 Exhibit Dr. Alexander Letter, # 3 Exhibit Dr. Mitchell Letter, # 4 Exhibit Susan Burks Records, # 5 Exhibit Wright Olivares Proffer, # 6 Exhibit Caldwell to Burks Email, # 7 Exhibit Burks to Caldwell Email, # 8 Exhibit Wright Olivares Text, # 9 Exhibit Wright Olivares Text, # 10 Exhibit Text Exchange, # 11 Exhibit Wright Olivares to Olivares Text)(Sussman, Jacob) (Entered: 02/09/2017) |
| 02/13/2017 | | Minute Entry: SENTENCING as to Paul Burks held before District Judge Max O. Cogburn, Jr. Government attorney: Corey Ellis, Jenny Sugar. Defendant attorney: Noell Tin, Jacob Sussman, Melissa Owen. Court Reporter: Cheryl Nuccio. (chh) (Entered: 02/13/2017) |
| 02/16/2017 | 125 | **MONEY JUDGMENT, ORDER granting 121 Motion for Forfeiture of Property as to Paul Burks (1). The following is subject to forfeiture: a Money Judgment in the amount of $244,000,000.00 payable by defendant Paul Burks to the United States of America. Further, the United States is authorized to conduct discovery, as necessary and authorized by Fed. R. Crim. P. 32.2 to locate assets to satisfy the money judgment. Signed by District Judge Max O. Cogburn, Jr on 2/16/2017. (chh) (Entered: 02/16/2017)** |
| 02/22/2017 | 126 | **JUDGMENT as to Paul Burks (1), Count(s) 1, 176 mos. impr.; 3 yrs s/r; $100.00 sp. asst.; $244,000,000.00 rest.; Count(s) 2, 176 mos. impr. to run concurrent; 3 yrs s/r to run concurrent; $100.00 sp. asst.; Count(s) 3, 176 mos. impr. to run concurrent; 3 yrs. s/r to run concurrent; $100.00 sp. asst.; Count(s) 4, 60 mos. impr. to run concurrent; 3 yrs. s/r to run concurrent; $100.00 sp. asst. Restitution Ordered *to be paid jointly and severally*. Signed by District Judge Max O. Cogburn, Jr on 2/22/2017. (chh)** (Entered: 02/22/2017) |
| 02/22/2017 | 127 | **STATEMENT OF REASONS *(Sealed - Attorney)* re: 126 Judgment,, (available to: USA, Paul Burks). Signed by District Judge Max O. Cogburn, Jr on 2/22/2017. (chh)** (Entered: 02/22/2017) |
| 03/07/2017 | 128 | MOTION for Bond *Pending Appeal* by Paul Burks. Responses due by 3/14/2017 plus an additional 3 days if served by mail (Sussman, Jacob) Modified on 3/8/2017 to remove referral(chh). (Entered: 03/07/2017) |
| 03/07/2017 | 129 | NOTICE OF APPEAL by Paul Burks. *Use this link www.ca4.uscourts.gov to retrieve 4th Circuit case opening documents, i.e. Appearance of Counsel, Docketing Statement, Disclosure Statement, Transcript Order Form, and CJA 24 Vouchers.* Note: Your Transcript Order Form (and CJA 24 if applicable) must be served on the District Court as well as the Circuit Court. (IFP/CJA) (Sussman, Jacob) (Entered: 03/07/2017) |
| 03/07/2017 | 130 | Transmission of Notice of Appeal as to Paul Burks to US Court of Appeals re 129 Notice of Appeal, (jaw) (Entered: 03/08/2017) |
| 03/10/2017 | 131 | USCA Case Number as to Paul Burks 17-4143 for 129 Notice of Appeal, USCA Case Manager: Cathy Poulsen. (ssh) (Entered: 03/10/2017) |
| 03/10/2017 | 132 | RESPONSE in Opposition by USA as to Paul Burks re 128 MOTION for Bond *Pending Appeal* (Sugar, Jenny) (Entered: 03/10/2017) |
| 03/21/2017 | 133 | MOTION for Extension of Time to Report to BOP by Paul Burks. (Sussman, Jacob) |

| | | |
|---|---|---|
| | | (Entered: 03/21/2017) |
| 03/22/2017 | 134 | ORDER of USCA as to Paul Burks re: appointing Noell Peter Tin as counsel on appeal. (jaw) (Entered: 03/23/2017) |
| 03/23/2017 | 135 | **ORDER denying 128 Motion for Bond Pending Appeal; granting 133 Motion for Extension of Time to Report to BOP as to Paul Burks (1). Defendant shall be prepared to report to FCI Lexington on May 1, 2017, if so instructed by the Bureau of Prisons. Signed by District Judge Max O. Cogburn, Jr on 3/23/2017. (eef)** (Entered: 03/23/2017) |
| 04/05/2017 | 136 | TRANSCRIPT REQUEST by Paul Burks for proceedings held on July 5-6, 2016 before Judge Cogburn, (Tin, Noell) (Entered: 04/05/2017) |
| 04/05/2017 | 137 | USCA TRANSCRIPT ORDER ACKNOWLEDGMENT as to Paul Burks re 129 Notice of Appeal, (jaw) (Entered: 04/05/2017) |
| 05/11/2017 | 138 | TRANSCRIPT of Voir Dire *(Restricted)* as to Paul Burks held on 7/5/16 before Judge Cogburn. Partial Release of Transcript Restriction set for 8/7/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 05/11/2017) |
| 05/11/2017 | 139 | TRANSCRIPT of Opening Statements as to Paul Burks held on 7/6/16 before Judge Cogburn, **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request*. **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - Yes.)* Release of Transcript Restriction set for 8/7/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 05/11/2017) |
| 05/11/2017 | 140 | Disposition Notice Regarding US Passport *(Sealed - Attorney)* as to Paul Burks; (available to: USA, Paul Burks) (Sarah Wright - zzt) (Entered: 05/11/2017) |
| 06/02/2017 | 141 | TRANSCRIPT of Trial Proceedings, Vol I as to Paul Burks held on 7/6/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request*. **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 142 | TRANSCRIPT of Trial Proceedings, IIA as to Paul Burks held on 7/7/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request*. **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 143 | TRANSCRIPT of Trial Proceedings Vol II-B as to Paul Burks held on 7-7-2016 before Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21** |

| | | |
|---|---|---|
| | | calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov Release of Transcript Restriction set for 8/28/2017. (Reporter: Laura Andersen, 704-350-7493) (Entered: 06/02/2017) |
| 06/02/2017 | 144 | TRANSCRIPT of Trial Proceedings, Vol III as to Paul Burks held on 7/8/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 145 | TRANSCRIPT of Trial Proceedings, Vol IV-A as to Paul Burks held on 7/11/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 146 | TRANSCRIPT of Trial Proceedings-Vol. IV-B as to Paul Burks held on 7/11/2016 before Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Laura Andersen, 704-350-7493) (Entered: 06/02/2017) |
| 06/02/2017 | 147 | TRANSCRIPT of Trial Proceedings, Vol V-A as to Paul Burks held on 7/12/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 148 | TRANSCRIPT of Trial Proceedings-Vol. V-B as to Paul Burks held on 7/12/2016 before Judge Max O. Cogburn, Jr.. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Laura Andersen, 704-350-7493) (Entered: 06/02/2017) |

| | | |
|---|---|---|
| 06/02/2017 | 149 | TRANSCRIPT of Trial Proceedings, Vol VI-A as to Paul Burks held on 7/13/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 150 | TRANSCRIPT of Trial Proceedings-Vol. VI-B as to Paul Burks held on 7/13/2016 before Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Laura Andersen, 704-350-7493) (Entered: 06/02/2017) |
| 06/02/2017 | 151 | TRANSCRIPT of Trial Proceedings, Vol VII-A as to Paul Burks held on 7/14/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 152 | TRANSCRIPT of Trial Proceedings-Vol. VII-B as to Paul Burks held on 7/14/2016 before Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Laura Andersen, 704-350-7493) (Entered: 06/02/2017) |
| 06/02/2017 | 153 | TRANSCRIPT of Trial Proceedings, Vol VIII as to Paul Burks held on 7/15/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 154 | TRANSCRIPT of Trial Proceedings, Vol IX-A as to Paul Burks held on 7/18/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the** |

| | | |
|---|---|---|
| | | court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 155 | TRANSCRIPT of Trial Proceedings-Vol IX-B as to Paul Burks held on 7/18/2016 before Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Laura Andersen, 704-350-7493) (Entered: 06/02/2017) |
| 06/02/2017 | 156 | TRANSCRIPT of Trial Proceedings, Vol X-A as to Paul Burks held on 7/19/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 157 | TRANSCRIPT of Trial Proceedings-Vol X-B as to Paul Burks held on 7/19/2016 before Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Laura Andersen, 704-350-7493) (Entered: 06/02/2017) |
| 06/02/2017 | 158 | TRANSCRIPT of Trial Proceedings, Vol XI-A as to Paul Burks held on 7/20/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 06/02/2017 | 159 | TRANSCRIPT of Trial Proceedings-Vol XI-B as to Paul Burks held on 7/20/2016 before Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Laura Andersen, 704-350-7493) (Entered: 06/02/2017) |
| 06/02/2017 | 160 | TRANSCRIPT of Trial Proceedings, Vol XII as to Paul Burks held on 7/21/16 before Judge Cogburn. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have |

| | | |
|---|---|---|
| | | **5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 8/28/2017. (Reporter: Cheryl Nuccio, 704-350-7494) (Entered: 06/02/2017) |
| 08/23/2018 | 161 | Unpublished Opinion from Fourth Circuit Court of Appeals as to Paul Burks re: 129 Notice of Appeal. 4th Circuit decision: Affirmed. [17-4143] (Attachments: # 1 USCA Judgment)(ams) (Entered: 08/23/2018) |
| 09/07/2018 | 162 | 4th Circuit NOTICE as to Paul Burks regarding Stay of Mandate pending ruling on petition for rehearing/rehearing en banc/ [17-4143] (ni) (Entered: 09/07/2018) |
| 09/26/2018 | 163 | MANDATE of USCA as to Paul Burks re 129 Notice of Appeal, 161 Opinion/Judgment - USCA. [17-4143] (ams) (Entered: 09/26/2018) |