# EXHIBIT U



February 11, 2020

Michael Yaeger, Esq.
Carlton Fields
405 Lexington Avenue
36th Floor
New York, NY 10174

    Re:  *Termination of Jobadiah "Joby" Weeks Membership Agreement*

Dear Michael:

We write in response to your request, made on behalf of Jobadiah Weeks, to terminate Mr. Weeks' JetSmarter Sophisticated membership effective immediately. This letter agreement ("Agreement") hereby evidences the terms of certain understandings between you, on behalf of Mr. Weeks, and JetSmarter regarding the termination of Mr. Weeks' membership.

1. Each of parties to this letter agreement represents and warrants that they have all necessary authority to enter into this letter agreement and that the person executing this letter agreement on behalf of each such party is authorized to execute this letter agreement.

2. Upon execution of this Agreement, Mr. Weeks' Sophisticated JetSmarter membership shall be terminated effective as of the date set forth above.

3. Pursuant to Section 5 of the Membership Agreement, "the Membership Fee is an access fee for use of the Service, is not payment for air transportation, *and is non-refundable.*" Accordingly, you acknowledge and agree that Mr. Weeks shall not be entitled to a refund of the Membership Fee in any amount resulting from the termination of his Sophisticated membership.

4. You acknowledge that any and all benefits accrued or awarded during Mr. Weeks' membership term shall be forfeited upon termination of his membership.

5. This letter agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signed copy of this letter agreement delivered means electronic transmission shall be deemed to have the same legal effect as a delivery of an original signed copy of this letter agreement. Furthermore, each signatory hereto agrees that electronic signatures of such signatory included in this Amendment are intended to authenticate this writing and to have the same force and effect as manual signatures.

If you are in agreement with the provisions set forth herein, please execute and return a copy of this letter agreement at your soonest convenience.

                                        Accepted and Agreed as of
                                        the date first set forth above

                                        By: Michael Yaeger
                                        Title: Shareholder, Carlton Fields

JetSmarter Inc. • 500 E. Broward Blvd., Suite 1900 • Ft. Lauderdale, FL 33394
www.jetsmarter.com