# EXHIBIT V



Georgia Facility



Georgia Facility



Georgia Facility



Georgia Facility



Georgia Facility