# EXHIBIT W

Iceland Facility



Iceland Facility



Iceland Facility

**Iceland Facility**

Iceland Facility



Iceland Facility

Iceland Facility

Iceland Facility



Iceland Facility

**Iceland Facility**

Iceland Facility