# EXHIBIT X



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



**Montana Facility**



Montana Facility



Montana Facility



Montana Facility



**Montana Facility**



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



**Montana Facility**



Montana Facility



Montana Facility



Montana Facility



Montana Facility



**Montana Facility**



Montana Facility



Montana Facility