# EXHIBIT Z

| | |
|---|---|
| **PREPARED FOR:** | FIRST AMERICAN |
| **NAME(S):** | N/A, N/A |
| **ADDRESS:** | 15200 COUNTY ROAD 353 C |
| | BUENA VISTA, CO 81211 |
| **DATE:** | 01/24/2020 |



**PAGE:** 1

## PROPERTY REPORT

**ORDER #:** 300795
**ENTERPRISE #:** EOR20200123-3341501
**LOAN #:** FIRST AMERICAN

### LOCATION

| | | | |
|---|---|---|---|
| **ORDER ADDRESS:** | 15200 COUNTY ROAD 353 C BUENA VISTA, CO 81211 | **COUNTY:** | CHAFFEE |
| **ASSESSED ADDRESS:** | 15200 COUNTY ROAD 353 C BUENA VISTA, CO 81211 | **PARCEL #(S):** | 327106400120 |

### CURRENT CONVEYANCES

**GRANTEE:** THE 15200 COUNTY RD LIMITED PARTNERSHIP
**GRANTOR:** NATHANIEL S. WEEKS & SILENCE W. WEEKS
**DOCUMENT TYPE:** QUITCLAIM DEED

| **DOCUMENT DATE** | **RECORDING DATE** | **RECORDING INFO** | **CONSIDERATION** |
|---|---|---|---|
| 10/31/2008 | 11/04/2008 | 377534 | $10.00 |

**GRANTEE:** THE 15200 COUNTY RD, LIMITED PARTNERSHIP
**GRANTOR:** ROBERT E. WOERNER
**DOCUMENT TYPE:** WARRANTY DEED

| **DOCUMENT DATE** | **RECORDING DATE** | **RECORDING INFO** | **CONSIDERATION** |
|---|---|---|---|
| 04/29/2005 | 04/29/2005 | 350470 | $155,000.00 |

### CURRENT MORTGAGES

NONE FOUND.

This Property Report (and any revisions hereto) is issued solely for the convenience of the person or company ordering it. Any liability arising under this Property Report is limited to the cost of the Property Report. Current ownership of the subject property was determined by the last grantor/grantee transaction of public record, subject to the recording procedures of the applicable county. This Property Report is not and should not be construed or interpreted as an opinion, representation or guarantee of title or ownership.

| | | | |
|---|---|---|---|
| **PREPARED FOR:** | FIRST AMERICAN | | |
| **NAME(S):** | N/A, N/A | | |
| **ADDRESS:** | 15200 COUNTY ROAD 353 C | | |
| | BUENA VISTA, CO 81211 | | |
| **DATE:** | 01/24/2020 | | **PAGE:** 2 |



## PROPERTY REPORT

### OPEN JUDGMENTS

NONE FOUND.
THE JUDGMENT RECORD REFLECTS A SEARCH WHICH WAS LIMITED TO PARTY(IES) AS TITLED.

### TAX INFORMATION

**TAX ID#:** 327106400120
**TAXES (YEAR):** 2019
**TAX TYPE(S):** COUNTY
**SCHEDULE:** SEMI ANNUALLY
**TOTAL BASE AMT:** $881.32

| DUE DATE | AMOUNT | STATUS |
|---|---|---|
| 02/28/2020 | $440.66 | OPEN |
| 06/15/2020 | $440.66 | OPEN |

### ASSESSMENT INFORMATION

| PARCEL ID | LAND | IMPROVEMENTS | TOTAL |
|---|---|---|---|
| 327106400120 | $4,650.00 | $11,280.00 | $15,930.00 |

**EFFECTIVE DATE:** 01/14/2020

**VESTED IN:** THE 15200 COUNTY RD LIMITED PARTNERSHIP

This Property Report (and any revisions hereto) is issued solely for the convenience of the person or company ordering it. Any liability arising under this Property Report is limited to the cost of the Property Report. Current ownership of the subject property was determined by the last grantor/grantee transaction of public record, subject to the recording procedures of the applicable county. This Property Report is not and should not be construed or interpreted as an opinion, representation or guarantee of title or ownership.

# Comparative Market Analysis



**Researched and prepared by**

Austin Campbell

**Prepared exclusively for**

Nathaniel Weeks

**Subject Property**

15200 Alpine Road

Buena Vista, Colorado

81211

**Prepared on**

February 10, 2020



**Austin Campbell**

Century 21 Summit Realty, Inc

P.O. Box 1354
Buena Vista, CO 81211
719-293-5058
Austin@Century21SummitRealty.com

Copyright: 2020 All rights reserved.
This is a broker price opinion or comparative market analysis and should not be considered an appraisal or opinion of value. In making any decision that relies upon my work, you should know that I have *not* followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation .

**Austin Campbell**
Broker Associate
Austin@Century21SummitRealty.com
Mobile: 719-293-5058

Subject Property: 15200 Alpine Road, Buena Vista 81211                              February 10, 2020

## Summary of Comparable Listings

This page summarizes the comparable listings contained in this market analysis.

### Closed Listings

| Address | Price | Bd | Bth | Abv Area | Ttl Area | PSF Abv | PSF Ttl | Close Date |
|---|---|---|---|---|---|---|---|---|
| 15200 Alpine Road | | 1 | 1 | 1090 | 1090 | | | |
| 29850 County Road 355 | $275,000 | 2 | 1 | 800 | 800 | $ 343.75 | $ 343.75 | 01/17/2020 |
| 29834 County Road 357 | $288,000 | 3 | 2 | 1,120 | 1,120 | $ 257.14 | $ 257.14 | 01/21/2019 |
| 16920 County Road 338 | $299,000 | 3 | 2 | 1,232 | 1,232 | $ 242.69 | $ 242.69 | 10/10/2019 |
| 29055 Pinon Circle Drive | $380,000 | 2 | 3 | 1,291 | 1,291 | $ 294.35 | $ 294.35 | 05/03/2019 |
| 31397 County Road 384 | $390,000 | 3 | 2 | 1,296 | 1,296 | $ 300.93 | $ 300.93 | 12/13/2019 |
| 30102 County Road 353 | $396,000 | 2 | 2 | 1,323 | 1,323 | $ 299.32 | $ 299.32 | 10/01/2019 |
| 36300 US Highway 24 | $398,500 | 2 | 2 | 1,064 | 1,064 | $ 374.53 | $ 374.53 | 04/24/2019 |
| Averages: | $346,643 | 2.4 | 2.0 | 1,161 | 1,161 | $301.82 | $301.82 | |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $275,000 | $380,000 | $346,643 | $398,500 | 7 |
| **Adjusted Comparable Price** | $275,000 | $380,000 | $346,643 | $398,500 | 7 |

On Average, the 'Closed' status comparable listings sold in 46 days for $346,643

**Austin Campbell**
Broker Associate
Austin@Century21SummitRealty.com
Mobile: 719-293-5058

**Subject Property: 15200 Alpine Road , Buena Vista, 81211**                                         February 10, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**15200 Alpine Road**


**29850 County Road 355**


**29834 County Road 357**

|  | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID |  | 4848354 |  | 6270190 |  |
| Status | Not Active | Closed |  | Closed |  |
| Price |  | 275,000.00 |  | 288,000.00 |  |
| Structure Type | LOG Cabin | House |  | House |  |
| Levels | 1 | One |  | One |  |
| Total Beds | 1 | 2 |  | 3 |  |
| Total Baths | 1 | 1 |  | 2 |  |
| Abv Grd Fin | 1090 | 800 |  | 1,120 |  |
| Liv Area (SF Fin) | 1090 | 800 |  | 1,120 |  |
| Area (SqFt) Tot | 1090 | 800 |  | 1,120 |  |
| Blw Grd Finish | 0 | 0 |  | 0 |  |
| Blw Grd Unfin | 0 | 0 |  | 0 |  |
| Basement Y/N | No | No |  | No |  |
| Basement | No |  |  | None |  |
| Lot Sz SqFt |  | 59,242 |  | 57,064 |  |
| Lot Sz Acres | 2.01 | 1.36 |  | 1.31 |  |
| Parking Total |  | 6 |  | 3 |  |
| Year Built | 1950 | 1975 |  | 2010 |  |
| Construction | Frame | Frame, Wood Siding |  | Frame, Vinyl Siding |  |
| Heating | Electric | Forced Air, Natural Gas |  | Electric, Radiant, Wood |  |
| Cooling | None | None |  | None |  |
| Water Source | Well | Well |  | Well |  |

|  |  |  |
|---|---|---|
| Price | $275,000 | $288,000 |
| Total Adjustments | $0 | $0 |
| Adjusted Price | $275,000 | $288,000 |

Researched and prepared by Austin Campbell
**Century 21 Summit Realty, Inc**
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

Austin Campbell
Broker Associate
Austin@Century21SummitRealty.com
Mobile: 719-293-5058

**Subject Property: 15200 Alpine Road , Buena Vista, 81211**  February 10, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**15200 Alpine Road**


**16920 County Road 338**


**29055 Pinon Circle Drive**

|  | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID |  | 5784899 |  | 5092098 |  |
| Status | Not Active | Closed |  | Closed |  |
| Price |  | 299,000.00 |  | 380,000.00 |  |
| Structure Type | LOG Cabin | House |  | House |  |
| Levels | 1 | One |  | One |  |
| Total Beds | 1 | 3 |  | 2 |  |
| Total Baths | 1 | 2 |  | 3 |  |
| Abv Grd Fin | 1090 | 1,232 |  | 1,291 |  |
| Liv Area (SF Fin) | 1090 | 1,232 |  | 1,291 |  |
| Area (SqFt) Tot | 1090 | 1,232 |  | 1,291 |  |
| Blw Grd Finish | 0 | 0 |  | 0 |  |
| Blw Grd Unfin | 0 | 0 |  | 0 |  |
| Basement Y/N | No | No |  | No |  |
| Basement | No | Crawl Space, None |  | Crawl Space, None, Unfinished |  |
| Lot Sz SqFt |  | 65,340 |  | 122,404 |  |
| Lot Sz Acres | 2.01 | 1.50 |  | 2.81 |  |
| Parking Total |  | 8 |  | 11 |  |
| Year Built | 1950 | 1972 |  | 1982 |  |
| Construction | Frame | Brick, Vinyl Siding |  | Frame, Wood Siding |  |
| Heating | Electric | Forced Air, Propane |  | Baseboard, Electric |  |
| Cooling | None |  |  |  |  |
| Water Source | Well | Well |  |  |  |

|  |  |  |
|---|---:|---:|
| Price | $299,000 | $380,000 |
| Total Adjustments | $0 | $0 |
| Adjusted Price | $299,000 | $380,000 |

Researched and prepared by Austin Campbell
**Century 21 Summit Realty, Inc**
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Austin Campbell**
Broker Associate
Austin@Century21SummitRealty.com
Mobile: 719-293-5058

**Subject Property: 15200 Alpine Road , Buena Vista, 81211**                                    February 10, 2020

# CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**15200 Alpine Road**


**31397 County Road 384**


**30102 County Road 353**

|  | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID |  | 8246908 |  | 5125273 |  |
| Status | Not Active | Closed |  | Closed |  |
| Price |  | 390,000.00 |  | 396,000.00 |  |
| Structure Type | LOG Cabin | House |  | House |  |
| Levels | 1 | Two |  | One |  |
| Total Beds | 1 | 3 |  | 2 |  |
| Total Baths | 1 | 2 |  | 2 |  |
| Abv Grd Fin | 1090 | 1,296 |  | 1,323 |  |
| Liv Area (SF Fin) | 1090 | 1,296 |  | 1,323 |  |
| Area (SqFt) Tot | 1090 | 1,296 |  | 1,323 |  |
| Blw Grd Finish | 0 | 0 |  | 0 |  |
| Blw Grd Unfin | 0 | 0 |  | 0 |  |
| Basement Y/N | No | No |  | No |  |
| Basement | No | Crawl Space, None |  | None |  |
| Lot Sz SqFt |  | 65,340 |  | 87,120 |  |
| Lot Sz Acres | 2.01 | 1.50 |  | 2.00 |  |
| Parking Total |  |  |  | 2 |  |
| Year Built | 1950 | 1978 |  | 2012 |  |
| Construction | Frame | Frame, Wood Siding |  | Other |  |
| Heating | Electric | Baseboard, Electric |  | Electric, Forced Air |  |
| Cooling | None | None |  | None |  |
| Water Source | Well | Well |  | Well |  |

|  |  |  |
|---|---|---|
| Price | $390,000 | $396,000 |
| Total Adjustments | $0 | $0 |
| Adjusted Price | $390,000 | $396,000 |

Researched and prepared by Austin Campbell
**Century 21 Summit Realty, Inc**
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Austin Campbell**
Broker Associate
Austin@Century21SummitRealty.com
Mobile: 719-293-5058

**Subject Property: 15200 Alpine Road , Buena Vista, 81211**                                    February 10, 2020

# CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**15200 Alpine Road**


**36300 US Highway 24**

| | Subject Details | Details | Adjust |
|---|---|---|---|
| Listing ID | | 9196149 | |
| Status | Not Active | Closed | |
| Price | | 398,500.00 | |
| Structure Type | LOG Cabin | House | |
| Levels | 1 | One | |
| Total Beds | 1 | 2 | |
| Total Baths | 1 | 2 | |
| Abv Grd Fin | 1090 | 1,064 | |
| Liv Area (SF Fin) | 1090 | 1,064 | |
| Area (SqFt) Tot | 1090 | 1,064 | |
| Blw Grd Finish | 0 | 0 | |
| Blw Grd Unfin | 0 | 0 | |
| Basement Y/N | No | No | |
| Basement | No | Crawl Space, None | |
| Lot Sz SqFt | | 106,286 | |
| Lot Sz Acres | 2.01 | 2.44 | |
| Parking Total | | 6 | |
| Year Built | 1950 | 2009 | |
| Construction | Frame | Frame, Wood Siding | |
| Heating | Electric | Electric, Radiant, Wood | |
| Cooling | None | | |
| Water Source | Well | Well | |

|  |  |
|---:|---:|
| Price | $398,500 |
| Total Adjustments | $0 |
| Adjusted Price | $398,500 |

Researched and prepared by Austin Campbell
**Century 21 Summit Realty, Inc**
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Austin Campbell**
Broker Associate
Austin@Century21SummitRealty.com
Mobile: 719-293-5058

**Subject Property: 15200 Alpine Road , Buena Vista, 81211**                                                                February 10, 2020

# Pricing Recommendation

## General Facts About Pricing...

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

## Market Statistics...

| Sell Price Statistics | | Sell Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $346,600 | Average Price/Sq Ft: | $302 |
| High Price: | $398,500 | High Price/Sq Ft: | $375 |
| Median Price: | $380,000 | Median Price/Sq Ft: | $299 |
| Low Price: | $275,000 | Low Price/Sq Ft: | $243 |

Figures are based on selling price after adjustments, and rounded to the nearest $100

**Comparing the Area (SqFt) Total of the subject property with those of the comparables suggests a price of 349,900.**

Researched and prepared by Austin Campbell
**Century 21 Summit Realty, Inc**
**All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.**

**Austin Campbell**
Broker Associate
Austin@Century21SummitRealty.com
Mobile: 719-293-5058

**Subject Property: 15200 Alpine Road , Buena Vista, 81211**  February 10, 2020

## CMA Map Layout

This page displays the Map for the CMA Subject and your comparables.



| # | Address |
|---|---|
| 1 | 15200 Alpine Road |
| 2 | 31397 County Road 384 |
| 3 | 29850 County Road 355 |
| 4 | 16920 County Road 338 |
| 5 | 30102 County Road 353 |
| 6 | 29055 Pinon Circle Drive |
| 7 | 29834 County Road 357 |
| 8 | 36300 US Highway 24 |