# EXHIBIT AA

| | | | |
|---|---|---|---|
| **PREPARED FOR:** | FIRST AMERICAN | | |
| **NAME(S):** | N/A, N/A | | |
| **ADDRESS:** | 86 HAMILTON CREEK RD<br>COALDALE, CO 81222 | | |
| **DATE:** | 01/27/2020 | | **PAGE:** 1 |

## PROPERTY REPORT

**ORDER #:** 300792
**ENTERPRISE #:** EOR20200123-3578949
**LOAN #:** FIRST AMERICAN

### LOCATION

**ORDER ADDRESS:** 86 HAMILTON CREEK RD
COALDALE, CO 81222

**COUNTY:** FREMONT

**ASSESSED ADDRESS:** 86 HAMILTON CREEK RD
COALDALE, CO 81222

**PARCEL #(S):** 78002780

### NOTES

VESTED TITLE HOLDER

### CURRENT CONVEYANCES

**GRANTEE:** SANGRE DE CRISTO RANCH, LLC, A COLORADO LIMITED LIABILITY COMPANY

**GRANTOR:** JAMES E. NELSEN AS TO A LIFE ESTATE INTEREST AND JAMES R. NELSEN, JODY MCKEAN AND EDWIN VANVLACK

**DOCUMENT TYPE:** WARRANTY DEED

| DOCUMENT DATE | RECORDING DATE | RECORDING INFO | CONSIDERATION |
|---|---|---|---|
| 01/05/2014 | 01/05/2015 | 924571 | $340,000.00 |

### CURRENT MORTGAGES

NONE FOUND.

### OPEN JUDGMENTS

THE JUDGMENT RECORD REFLECTS A SEARCH WHICH WAS LIMITED TO PARTY(IES) AS TITLED.

**PLAINTIFF:** CRAIG TOMLINSON
**DEFENDANT:** SANGRE DE CRISTO RANCH, LLC
**DOCUMENT TYPE:** LIEN

| RECORDING DATE | RECORDING INFO | AMOUNT |
|---|---|---|
| 06/08/2016 | 939768 | $50,000.00 |

This Property Report (and any revisions hereto) is issued solely for the convenience of the person or company ordering it. Any liability arising under this Property Report is limited to the cost of the Property Report. Current ownership of the subject property was determined by the last grantor/grantee transaction of public record, subject to the recording procedures of the applicable county. This Property Report is not and should not be construed or interpreted as an opinion, representation or guarantee of title or ownership.

| | | |
|---|---|---|
| **PREPARED FOR:** | FIRST AMERICAN | |
| **NAME(S):** | N/A, N/A | |
| **ADDRESS:** | 86 HAMILTON CREEK RD<br>COALDALE, CO 81222 | |
| **DATE:** | 01/27/2020 | **PAGE:** 2 |



## PROPERTY REPORT

### TAX INFORMATION

| | |
|---|---|
| **TAX ID#:** | 78002780 |
| **TAXES (YEAR):** | 2018 |
| **TAX TYPE(S):** | COUNTY |
| **SCHEDULE:** | SEMI ANNUALLY |
| **TOTAL BASE AMT:** | $963.36 |

| DUE DATE | AMOUNT | STATUS |
|---|---|---|
| 02/28/2019 | $481.68 | DELINQUENT |
| 06/15/2019 | $481.68 | DELINQUENT |

| DELINQUENT AMT | DATE GOOD THROUGH |
|---|---|
| $1,103.99 | 02/15/2020 |

| | |
|---|---|
| **TAX ID#:** | 78002780 |
| **TAXES (YEAR):** | 2019 |
| **TAX TYPE(S):** | COUNTY |
| **SCHEDULE:** | SEMI ANNUALLY |
| **TOTAL BASE AMT:** | $1,061.64 |

| DUE DATE | AMOUNT | STATUS |
|---|---|---|
| 02/28/2020 | $530.82 | OPEN |
| 06/15/2020 | $530.82 | OPEN |

### ASSESSMENT INFORMATION

| PARCEL ID | LAND | IMPROVEMENTS | TOTAL |
|---|---|---|---|
| 78002780 | $0.00 | $0.00 | $303,826.00 |

**EFFECTIVE DATE:** 01/15/2020

**VESTED IN:** SANGRE DE CRISTO RANCH, LLC, A COLORADO LIMITED LIABILITY COMPANY

This Property Report (and any revisions hereto) is issued solely for the convenience of the person or company ordering it. Any liability arising under this Property Report is limited to the cost of the Property Report. Current ownership of the subject property was determined by the last grantor/grantee transaction of public record, subject to the recording procedures of the applicable county. This Property Report is not and should not be construed or interpreted as an opinion, representation or guarantee of title or ownership.

# Comparative Market Analysis



**Researched and prepared by**

Paula Bradfield

**Prepared exclusively for**

Dave Rodman

**Subject Property**

00086 HAMILTON CREEK Road

Coaldale, Colorado

81222

**Prepared on**

February 11, 2020



**Paula Bradfield**

Keller Williams Performance Realty

203 F St
Salida, CO 81201
719-207-1334
paula@brg7.com
http://bradfieldramseygroup.com

Copyright: 2020 All rights reserved.
This is a broker price opinion or comparative market analysis and should not be considered an appraisal or opinion of value. In making any decision that relies upon my work, you should know that I have *not* followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation .

Paula Bradfield
Keller Williams Performance Realty
paula@brg7.com
719-207-1334
Together we make it happen!

**Subject Property: 00086 HAMILTON CREEK Road , Coaldale, 81222**  February 11, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**00086 HAMILTON CREEK Road**


**955 County Road 6**


**390 North Lane**

| | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID | | 4233543 | | 8311571 | |
| Status | | Closed | | Closed | |
| Price | | 565,000.00 | | 307,000.00 | |
| Structure Type | House | | | House | |
| Levels | One | One | | Two | |
| Total Beds | 2 | 3 | -14,000 | 2 | |
| Total Baths | 1 | 1 | | 2 | -7,000 |
| Abv Grd Fin | 1176 | 1,176 | | 1,884 | -29,736 |
| Liv Area (SF Fin) | 1176 | 1,176 | | 2,258 | |
| Area (SqFt) Tot | 1176 | 2,352 | | 3,678 | |
| Blw Grd Finish | 0 | 0 | | 374 | |
| Blw Grd Unfin | 0 | 1,176 | | 1,420 | |
| Basement Y/N | n | Yes | -8,000 | Yes | -15 |
| Basement | Crawl Space | Block, Cellar, Full, Unfinished | | Exterior Entry, Finished, Full, Ir | |
| Lot Sz SqFt | | 0 | | 1,586,020 | |
| Lot Sz Acres | 109 | 85.15 | 78,705 | 36.41 | 240,900 |
| Parking Total | 1 | 2 | | 2 | |
| Year Built | 1949 | 1957 | | 1991 | |
| Construction | Frame, Stucco | Frame, Log | | Frame, Wood Siding | |
| Heating | Wood | Forced Air, Propane, Wood | | Propane, Solar, Wall Furnace | |
| Cooling | | None | | None | |
| Water Source | | Well | | | |
| Green House | | | 60,000 | | 60,000 |
| Water Tanks | | | 18,000 | | 18,000 |
| Watering Truck | | | 30,000 | | 30,000 |
| OutBuildings | | | | | |

| | Price | $565,000 | $307,000 |
|---|---|---|---|
| | Total Adjustments | $164,705 | $312,149 |
| | Adjusted Price | $729,705 | $619,149 |

Researched and prepared by Paula Bradfield
Keller Williams Performance Realty
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Paula Bradfield**
Keller Williams Performance Realty
paula@brg7.com
719-207-1334
Together we make it happen!

Subject Property: 00086 HAMILTON CREEK Road , Coaldale, 81222                    February 11, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**00086 HAMILTON CREEK Road**


**24634 US Highway 50**


**9653 Cty Rd 12**

| | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID | | 4716844 | | 6247174 | |
| Status | | Closed | | Closed | |
| Price | | 310,000.00 | | 350,000.00 | |
| Structure Type | House | House | | House | |
| Levels | One | Two | | One | |
| Total Beds | 2 | 4 | -14,000 | 2 | |
| Total Baths | 1 | 4 | -21,000 | 1 | |
| Abv Grd Fin | 1176 | 2,040 | -35,288 | 1,564 | -14,688 |
| Liv Area (SF Fin) | 1176 | 3,360 | | 1,564 | |
| Area (SqFt) Tot | 1176 | 3,360 | | 1,564 | |
| Blw Grd Finish | 0 | 1,320 | | 0 | |
| Blw Grd Unfin | 0 | 0 | | 0 | |
| Basement Y/N | n | Yes | -15,000 | No | |
| Basement | Crawl Space | Exterior Entry, Finished, Full, W | | None | |
| Lot Sz SqFt | | 1,524,600 | | 2,164,061 | |
| Lot Sz Acres | 109 | 35.00 | 295,020 | 49.68 | 195,756 |
| Parking Total | 1 | 2 | | 1 | |
| Year Built | 1949 | 2004 | | 1932 | |
| Construction | Frame, Stucco | Stucco | | Log, Other, Stone | |
| Heating | Wood | Forced Air, Propane, Wood | | Forced Air, Propane, Wood | |
| Cooling | | None | | None | |
| Water Source | | Well | | | |
| Green House | | | 60,000 | | 60,000 |
| Water Tanks | | | 18,000 | | 18,000 |
| Watering Truck | | | 30,000 | | 30,000 |
| OutBuildings | | | | | |

| | Price | $310,000 | $350,000 |
|---|---|---|---|
| | Total Adjustments | $317,732 | $289,068 |
| | Adjusted Price | $627,732 | $639,068 |

Researched and prepared by Paula Bradfield
Keller Williams Performance Realty
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Paula Bradfield**
Keller Williams Performance Realty
paula@brg7.com
719-207-1334
Together we make it happen!

Subject Property: 00086 HAMILTON CREEK Road , Coaldale, 81222                                   February 11, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**00086 HAMILTON CREEK Road**


**257 Antelope Trail**


**4478 County Road 352a**

|  | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID |  | 7491436 |  | 6965309 |  |
| Status | Closed | Closed |  | Closed |  |
| Price |  | 379,000.00 |  | 385,000.00 |  |
| Structure Type | House | House |  | House |  |
| Levels | One | One |  | Two |  |
| Total Beds | 2 | 3 | -7,000 | 3 | -7,000 |
| Total Baths | 1 | 3 | -14,000 | 2 | -7,000 |
| Abv Grd Fin | 1176 | 1,200 | -1,008 | 1,950 | -32,508 |
| Liv Area (SF Fin) | 1176 | 2,400 |  | 1,950 |  |
| Area (SqFt) Tot | 1176 | 2,400 |  | 3,150 |  |
| Blw Grd Finish | 0 | 1,200 |  | 0 |  |
| Blw Grd Unfin | 0 | 0 |  | 1,200 |  |
| Basement Y/N | n | Yes | -10,000 | Yes |  |
| Basement | Crawl Space | Block, Exterior Entry, Finished, |  | Full, Unfinished |  |
| Lot Sz SqFt |  | 3,484,800 |  | 1,528,956 |  |
| Lot Sz Acres | 109 | 80.00 | 8,570 | 35.10 | 243,870 |
| Parking Total | 1 | 1 |  | 2 |  |
| Year Built | 1949 | 1997 |  | 1996 |  |
| Construction | Frame, Stucco | Frame, Wood Siding |  | Other, Wood Siding |  |
| Heating | Wood | Propane, Wall Furnace |  | Forced Air, Propane |  |
| Cooling |  |  |  | None |  |
| Water Source |  | Well |  | Well |  |
| Green House |  |  | 60,000 |  | 60,000 |
| Water Tanks |  |  | 18,000 |  | 18,000 |
| Watering Truck |  |  | 30,000 |  | 30,000 |
| OutBuildings |  |  |  |  |  |

|  | Price | $379,000 | $385,000 |
|---|---|---|---|
|  | Total Adjustments | $84,562 | $305,362 |
|  | Adjusted Price | $463,562 | $690,362 |

Researched and prepared by Paula Bradfield
Keller Williams Performance Realty
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Paula Bradfield**
Keller Williams Performance Realty
paula@brg7.com
719-207-1334
Together we make it happen!

Subject Property: 00086 HAMILTON CREEK Road , Coaldale, 81222 — February 11, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**00086 HAMILTON CREEK Road**


**875 Waugh Mountain Road**


**701 Green Mountain Road**

| | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID | | 7786828 | | 9845918 | |
| Status | | Closed | | Closed | |
| Price | | 390,000.00 | | 405,000.00 | |
| Structure Type | House | House | | House | |
| Levels | One | One | | Two | |
| Total Beds | 2 | 1 | 7,000 | 4 | -21,000 |
| Total Baths | 1 | 3 | -14,000 | 3 | -14,000 |
| Abv Grd Fin | 1176 | 1,351 | -7,350 | 1,726 | -23,100 |
| Liv Area (SF Fin) | 1176 | 1,351 | | 3,026 | |
| Area (SqFt) Tot | 1176 | 2,702 | | 3,152 | |
| Blw Grd Finish | 0 | 0 | | 1,300 | |
| Blw Grd Unfin | 0 | 1,351 | | 126 | |
| Basement Y/N | n | Yes | -10,000 | Yes | -20,000 |
| Basement | Crawl Space | Exterior Entry, Full, Interior Ent | | Finished, Full, Walk-Out Access | |
| Lot Sz SqFt | | 3,325,370 | | | |
| Lot Sz Acres | 109 | 76.34 | 107,778 | 45.00 | 211,200 |
| Parking Total | 1 | 4 | | 3 | |
| Year Built | 1949 | 1998 | | 2002 | |
| Construction | Frame, Stucco | Cedar, Frame | | Log | |
| Heating | Wood | Hot Water, Passive Solar, Prop | | Propane, Wall Furnace, Wood, | |
| Cooling | | None | | | |
| Water Source | | Well | | | |
| Green House | | | 60,000 | | 60,000 |
| Water Tanks | | | 18,000 | | 18,000 |
| Watering Truck | | | 30,000 | | 30,000 |
| OutBuildings | | | | | |

| | Price | $390,000 | $405,000 |
|---|---|---|---|
| | Total Adjustments | $191,428 | $241,100 |
| | Adjusted Price | $581,428 | $646,100 |

Researched and prepared by Paula Bradfield
Keller Williams Performance Realty
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Paula Bradfield**
Keller Williams Performance Realty
paula@brg7.com
719-207-1334
Together we make it happen!

| Subject Property: 00086 HAMILTON CREEK Road , Coaldale, 81222 | February 11, 2020 |
|---|---|

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**00086 HAMILTON CREEK Road**


**2255 County Road 16**


**1922 Wildridge Road**

|  | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID |  | 1677590 |  | 8057512 |  |
| Status |  | Closed |  | Closed |  |
| Price |  | 410,000.00 |  | 430,000.00 |  |
| Structure Type | House | House |  | House |  |
| Levels | One | One |  | Two |  |
| Total Beds | 2 | 2 | -7,000 | 2 |  |
| Total Baths | 1 | 2 | -7,000 | 3 | -14,000 |
| Abv Grd Fin | 1176 | 1,540 | -15,288 | 2,535 | -57,078 |
| Liv Area (SF Fin) | 1176 | 1,540 |  | 2,535 |  |
| Area (SqFt) Tot | 1176 | 1,540 |  | 2,535 |  |
| Blw Grd Finish | 0 | 0 |  | 0 |  |
| Blw Grd Unfin | 0 | 0 |  | 0 |  |
| Basement Y/N | n | No |  | No |  |
| Basement | Crawl Space | None |  | None |  |
| Lot Sz SqFt |  | 1,705,374 |  | 1,548,122 |  |
| Lot Sz Acres | 109 | 39.15 | 230,505 | 35.54 | 242,418 |
| Parking Total | 1 | 2 |  |  |  |
| Year Built | 1949 | 2004 |  | 2003 |  |
| Construction | Frame, Stucco | Log |  | Concrete, Stucco |  |
| Heating | Wood | Propane, Wood, Wood Stove |  | Hot Water, Radiant |  |
| Cooling |  | None |  |  |  |
| Water Source |  | Well |  |  |  |
| Green House |  |  | 60,000 |  | 60,000 |
| Water Tanks |  |  | 18,000 |  | 18,000 |
| Watering Truck |  |  | 30,000 |  | 30,000 |
| OutBuildings |  |  |  |  |  |

|  | Price | $410,000 | $430,000 |
|---|---|---|---|
|  | Total Adjustments | $309,217 | $279,340 |
|  | Adjusted Price | $719,217 | $709,340 |

Researched and prepared by Paula Bradfield
Keller Williams Performance Realty
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

Paula Bradfield
Keller Williams Performance Realty
paula@brg7.com
719-207-1334
Together we make it happen!

**Subject Property: 00086 HAMILTON CREEK Road , Coaldale, 81222**          February 11, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**00086 HAMILTON CREEK Road**


**603 Green Mountain Road**

| | Subject Details | Details | Adjust |
|---|---|---|---|
| Listing ID | | 4026041 | |
| Status | Closed | Closed | |
| Price | | 565,000.00 | |
| Structure Type | House | House | |
| Levels | One | Multi/Split | |
| Total Beds | 2 | 3 | -7,000 |
| Total Baths | 1 | 2 | -7,000 |
| Abv Grd Fin | 1176 | 872 | 12,768 |
| Liv Area (SF Fin) | 1176 | 1,976 | |
| Area (SqFt) Tot | 1176 | 1,976 | |
| Blw Grd Finish | 0 | 1,104 | |
| Blw Grd Unfin | 0 | 0 | |
| Basement Y/N | n | Yes | -10,000 |
| Basement | Crawl Space | Full, Unfinished | |
| Lot Sz SqFt | | 1,965,427 | |
| Lot Sz Acres | 109 | 90.00 | 6,270 |
| Parking Total | 1 | | |
| Year Built | 1949 | 1996 | |
| Construction | Frame, Stucco | Log | |
| Heating | Wood | Forced Air, Radiant, Solar, Wo | |
| Cooling | | | |
| Water Source | | Well | |
| Green House | | | 60,000 |
| Water Tanks | | | 18,000 |
| Watering Truck | | | 30,000 |
| OutBuildings | | | |

| | | |
|---|---|---|
| Price | | $565,000 |
| Total Adjustments | | $103,038 |
| Adjusted Price | | $668,038 |

Researched and prepared by Paula Bradfield
Keller Williams Performance Realty
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Paula Bradfield**
Keller Williams Performance Realty
paula@brg7.com
719-207-1334
Together we make it happen!

**Subject Property: 00086 HAMILTON CREEK Road , Coaldale, 81222**                                                                February 11, 2020

# Pricing Recommendation

## General Facts About Pricing...

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

## Market Statistics...

| Sell Price Statistics | | Sell Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| **Average Price:** | $644,900 | **Average Price/Sq Ft:** | $342 |
| **High Price:** | $729,700 | **High Price/Sq Ft:** | $620 |
| **Median Price:** | $646,100 | **Median Price/Sq Ft:** | $338 |
| **Low Price:** | $463,600 | **Low Price/Sq Ft:** | $187 |

Figures are based on selling price after adjustments, and rounded to the nearest $100

**The Land is spectacular, rolling hills, great views. The fencing for the ranch is poor, The growing facilitys (green house, watering truck, tank and water tanks are in mint condition). See below for more.**

**The house is worth about $100,000 and needs work (see attached photos. The land is worth about $3,300 per acre in that area. See adjustments for the other properties. The value for the Ranch is between $463,000 and $729,705. I Recommend $600,000 because of the improvements that the assessor has not taken into account.. irrigation, growing operation, greenhouse infrastructure,  and equipment.**

Researched and prepared by Paula Bradfield
Keller Williams Performance Realty
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.