# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE JUDGE: Michael A. Hammer

**UNITED STATES OF AMERICA**
*Plaintiff*

v.

**MATTHEW BRENT GOETTSCHE**
*Defendant*

CASE NO. 19-cr-877
DATE OF PROCEEDINGS: 2/13/2020

DATE OF ARREST: _____

**PROCEEDINGS:** Bail Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: Exhibits entered

- [ ] TEMPORARY COMMITMENT
- [ ] DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
   - UNSECURED BOND
- [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [x] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: February 14, 2020
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: Jamie Hoxie and David Feder

AFPD/CJA/RETAINED: Rodney Villazor and Andrew Lourie

PO/PTSO: _____

INTERPRETER _____
   Language: _____

TIME COMMENCED: 4:52
TIME TERMINATED: 6:28
CD NO: Court Reporter: Walter Perelli

J. Baker
DEPUTY CLERK