# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| **UNITED STATES OF AMERICA** *Plaintiff* <br> v. <br> **JOBADIAH SINCLAIR WEEKS** *Defendant* | MAGISTRATE JUDGE: Michael A. Hammer <br> CASE NO. 19-cr-877 <br> DATE OF PROCEEDINGS: 2/13/2020 <br><br> DATE OF ARREST: |

**PROCEEDINGS:** Bail Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [✓] OTHER: Exhibits entered

- [ ] TEMPORARY COMMITMENT
- [ ] DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - UNSECURED BOND
- [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [✓] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE: <br>
DATE: February 14, 2020 <br>
DATE: <br>
DATE: <br>
DATE:

**APPEARANCES:**

AUSA: Jamie Hoxie and David Feder

AFPD/CJA/RETAINED: Simon Gaugush and Adam Schwartz

PO/PTSO:

INTERPRETER
   Language:

TIME COMMENCED: 4:52
TIME TERMINATED: 6:28
CD NO: ECR

J. Baker
DEPUTY CLERK