# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Chambers of**
**Michael A. Hammer**
United States Magistrate Judge

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 776-7858

February 24, 2020

### LETTER ORDER

RE:   **USA v. Jobadiah Sinclair Weeks**
      **Criminal Action No. 19-877 (CCC)**

Dear Counsel:

The Court is in receipt of a letter from defendant Jobadiah Sinclair Weeks. It doesn't appear that Mr. Weeks provided a copy of the letter to either his own counsel or the Government. Because Mr. Weeks is represented by counsel, the Court will take no action at this time on his submission.

To avoid any inadvertent disclosure of the attorney-client privilege by Mr. Weeks, I am not including Mr. Weeks' letter with the Government's copy of this letter. I have included a copy of Mr. Weeks' letter with defense counsel's copy of this letter.

Very truly yours,

Michael A. Hammer
United States Magistrate Judge