UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | |
| | Criminal No.  19-877 |
| MATTHEW BRENT GOETTSCHE [DEFENDANT TWO] JOBADIAH SINCLAIR WEEKS JOSEPH FRANK ABEL SILVIU CATALIN BALACI | COMPLEX CASE ORDER & ORDER FOR CONTINUANCE |

This matter having come before the Court on the application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (by Jamie L. Hoxie, David W. Feder, Anthony P. Torntore, Assistant U.S. Attorneys, appearing); for an order granting a continuance of proceedings in the above-captioned matter; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.     This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the number of defendants, the nature of the prosecution, and the existence of novel questions of fact and law such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2.  The discovery in the case is expected to be voluminous, consisting of, among other things, the review of nearly two million electronic records, several

1

different images and extractions of over 80 digital devices that have been

seized, and the reconstitution and review of copies of website servers, and

additional time is necessary to ensure that, taking into account the exercise of

diligence, defense counsel have sufficient time to review and inspect discovery

and further investigate the charges in this matter.

       3.      The parties in this action have agreed on a process designed to

reasonably protect the defendants' attorney-client privilege (the "Filter Process")

and that Filter Process will not conclude until July 15, 2020, at the earliest.

       4.      As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A)

and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this

continuance outweigh the best interests of the public and the defendants in a

speedy trial.

       IT IS, therefore, on this _____day of March, 2020,

(1)     ORDERED that this action be, and hereby is, continued from May

         11, 2020 until July 15, 2020, and it is further

(2)     ORDERED that the period from May 11, 2020 through

July 15, 2020 be and it hereby is excluded in computing time under the

Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*


                                  _____

                                    Honorable Claire C. Cecchi
                                    United States District Judge