# EXHIBIT C

| LOG IN

ADVERTISEMENT

# Coronavirus in the U.S.: Latest Map and Case Count

By Mitch Smith, Karen Yourish, Sarah Almukhtar, Keith Collins, Amy Harmon, Allison McCann and Jin Wu  Updated March 22, 2020, 1:01 P.M. E.T.

Map
Cases by Day
Table of Counties

Nearly 30,000 cases of the coronavirus have now been identified in the United States, a figure that continues to grow rapidly as testing expands and the virus spreads through the country. As of Sunday afternoon, at least 29,666 people across every state, plus Washington, D.C., and three U.S. territories, have tested positive for the virus, according to a New York Times database, and at least 377 patients with the virus have died.

**Where cases have been reported**





Note: The map shows the known locations of coronavirus cases by county. Circles are sized by the number of people there who have tested positive, which may differ from where they contracted the illness. Some people who traveled overseas were taken for treatment in California, Nebraska and Texas. Puerto Rico and the other U.S. territories are not shown. Sources: State and local health agencies, hospitals, C.D.C. Data as of 1:01 p.m. E.T., Mar. 22.

More state and private labs have started running tests for the coronavirus in recent days, increasing the capacity to identify new patients after weeks of delays and test kit shortages. Officials in New York State announced more than 4,800 new cases on Sunday morning, far more than any other state has identified to date.

As the United States scrambled to understand the scope of an escalating health crisis, public life in most states has come to a standstill. Governors have ordered schools to shut down. Gatherings, meetings and sporting events have been canceled. In Michigan, hair and nail salons were among the businesses forced to close. People arriving in Hawaii will soon have to quarantine themselves for two weeks or risk a year in jail.

Here is how the virus devastated one nursing home in Washington State.

As the death toll reached 377 on Sunday, the danger that the coronavirus poses — especially to older people and those with health problems — became starkly clear.

At least 35 of the deaths were connected to a single nursing center in Washington State, and residents of other long-term care facilities — in

Kansas, Louisiana, South Carolina, Wisconsin and at least two other centers in Washington State — have also died.

But states have also reported deaths in middle-aged adults, including a man in his 50s from the Phoenix area, a 46-year-old man on Long Island and a woman in her 40s in Maryland who had underlying health problems.

See our live coverage of the coronavirus outbreak for the latest news.

The outbreak looks vastly different in the United States than it did just a few weeks ago. At the start of March, with extremely limited testing underway, only 70 cases had been reported in the country, most of them tied to overseas travel. Since then, new cases have been reported, first by the hundreds, now by the thousands.

**New coronavirus cases announced in the U.S. each day**

6000 cases
5000
4000
3000
2000
1000
0
Jan. 21                                                                                           Mar. 21

Source: C.D.C., state and local health agencies, hospitals.

The New York Times is engaged in a comprehensive effort to track the details of every confirmed case in the United States, collecting information from federal, state and local officials around the clock. The numbers in this article are being updated several times a day based on the latest information our journalists are gathering from around the country.

See our maps tracking the coronavirus outbreak around the world.

# Washington State has been hit hard.

As new cases continued to be found in Washington State, officials there scrambled to impose restrictions on public gatherings and slow the transmission rate. That state was among the first to call for stringent measures to slow the spread, and other states have followed suit.

With hospitals stretched thin, officials in King County, which includes Seattle, announced the acquisition of a motel to use as an isolation area. They also purchased a "fully self-contained tent, with flooring and heat" to hold more people with the illness. And with at least 96 deaths reported in the state, officials banned gatherings of more than 50 people and ordered the closure of theaters, fitness clubs and bars. Playgrounds in local parks have been closed.

"We are at a critical moment in this crisis," the King County executive, Dow Constantine, has said. "Go to work if you must. But hunker down if you are able. Postpone anything you can. Treat the next two weeks as a period of self-quarantine, to protect yourself and the lives and health of your loved ones and the entire community."

| STATE | CASES | DEATHS |
|---|---|---|
| **New York** | 15,168 | 114 |
| **Washington** | 1,648 | 96 |
| **California** | 1,520 | 27 |
| **New Jersey** | 1,336 | 16 |
| **Louisiana** | 837 | 20 |
| **Florida** | 830 | 12 |
| **Michigan** | 786 | 6 |
| **Illinois** | 753 | 6 |
| **Georgia** | 555 | 20 |
| **Massachusetts** | 525 | 1 |

Show more

Other West Coast states have seen severe effects. Community spread of the virus has been reported in many parts of California, where the governor has ordered people to remain at home, and in Oregon, where several cases have been linked to a home for veterans.

Most of the first patients on the West Coast traveled in China or were passengers on two cruise ships where outbreaks emerged. But as the virus has circulated widely within those states, and as the number of diagnoses has increased from a few dozen to many hundreds, officials have been unable to pinpoint how most of the newest patients became ill.

| HOW VIRUS WAS CONTRACTED | CASES |
| --- | --- |
| **Personal contact in U.S.** | 205 |
| **Travel overseas** | 128 |
| **Cluster connected to a community in New Rochelle, N.Y.** | 113 |
| **Travel within the U.S.** | 99 |
| **Nursing facility in Kirkland, Wash.** | 59 |
| **Travel in Egypt** | 48 |
| **Diamond Princess cruise ship** | 43 |
| **Long-term care facility in DuPage County, Ill.** | 42 |
| **Travel in Italy** | 39 |
| **Business conference in Boston** | 30 |

Show more

As more U.S. patients were diagnosed without any history of overseas travel, it became clear that people were being exposed in schools, offices and medical facilities. Among the latest cases: police officers in Illinois and Maryland, residents of an assisted living facility in Fort Lauderdale, Fla., and Sean Payton, the coach of the New Orleans Saints.

## Counties where cases have been found

Hundreds of counties have reported at least one case. Here is a list of cases

Times journalists have collected. Cases in New York City and Kansas City, Mo., both of which span several counties, are grouped together.

| STATE | COUNTY | CASES |
|---|---|---|
| **Alabama** | Montgomery | 3 |
| **Alabama** | Marion | 1 |
| **Alabama** | Cullman | 2 |
| **Alabama** | Jackson | 1 |
| **Alabama** | Shelby | 17 |
| **Alabama** | Jefferson | 61 |
| **Alabama** | Calhoun | 1 |
| **Alabama** | St. Clair | 1 |
| **Alabama** | Baldwin | 2 |
| **Alabama** | Chambers | 1 |

Show more

## New York: 15,168 cases have been identified.

Health officials in New York State have raced to contain the virus's spread as the number of confirmed diagnoses has surged. Many of the early cases there were traced to a man from Westchester County who attended public gatherings before knowing he had the coronavirus. The National Guard has been deployed in New Rochelle, the center of that outbreak.

Over the last week, dozens of deaths have been reported in New York City, where thousands of new diagnoses are being announced each day. Clusters have also been identified on Long Island, in the New York City suburbs and in dozens of other counties.

Gov. Andrew Cuomo, a Democrat, called for a nationalization of the medical supply chain and warned that intensive care units would soon be full. He asked President Trump to send the Army Corps of Engineers to convert university dorms and other buildings to house those patients. He also urged retired doctors and medical students to sign up to return to

work.

"We are doing more tests than any other state," Mr. Cuomo wrote Saturday on Twitter. "So we know the numbers will go up. But that's a good thing — we are identifying positive cases."

## In Washington State, 96 people have died.

Since the first known coronavirus deaths in the United States were reported on Feb. 29 in King County, Wash., which includes Seattle, officials there have continued to announce fatal cases of the illness.

By Saturday, some 35 deaths had been tied to the Life Care nursing facility in Kirkland, Wash., where dozens of residents, staff members and visitors were sickened. Many of those cases involved older people with other health problems that made them especially vulnerable.

On Friday, officials in the Seattle area reported eight additional deaths, all in people over age 60.

## Louisiana: Case numbers spike suddenly

At the start of March, with large outbreaks already reported on both coasts, officials in Louisiana had not yet identified a single case of the coronavirus. But in the days since, the state has been pummeled. By Sunday morning, 837 Louisianans had been infected and at least 20 had died.

"Our trajectory is basically the same as what they had in Italy," Gov. John Bel Edwards said last week as he restricted public gatherings and urged people to stay inside.

In New Orleans, where a majority of the cases had been identified, cars lined up early Sunday at a drive-through testing site.

"This should not be unfamiliar to us as New Orleanians," the city's mayor, LaToya Cantrell, said on Twitter. "We know how to handle storms, and this is not so different."

## Most states have reported their first deaths.

While about half of the deaths tied to coronavirus have been in New York or Washington, more and more states have reported fatal cases in recent days. In Minnesota, officials said Saturday that a person in their 80s had died in the St. Paul area, the state's first fatal case. In Wisconsin, the state's first four deaths were announced in recent days. And in the Los Angeles area, a second death tied to the virus has been reported.

"The spread of Covid-19 is broad," Barbara Ferrer, the Los Angeles County public health director said in a statement. "Everyone should assume that anyone can have Covid-19, and anyone could unintentionally infect others."

Data are based on reports by states and counties at the time of publication. Local governments may revise reported numbers as they get new information.

Reporting was contributed by Jordan Allen, Jeff Arnold, Mike Baker, Nicholas Bogel-Burroughs, Maddie Burakoff, Christopher Calabrese, Robert Chiarito, Matt Craig, John Eligon, Matt Furber, Lauryn Higgins, Jake Holland, Jon Huang, Danya Issawi, Danielle Ivory, Jacob LaGesse, Patricia Mazzei, Miles McKinley, Sarah Mervosh, Andrea Michelson, Steven Moity, Jugal Patel, Azi Paybarah, Sean Plambeck, Scott Reinhard, Thomas Rivas, Alex Schwartz, Anjali Singhvi and Jeremy White.

ADVERTISEMENT

Go to Home Page »

**NEWS**

**OPINION**

**ARTS**

**LIVING**

**LISTINGS & MORE**

© 2020 The New York Times Company

| NYTCo | Contact Us | Work with us | Advertise | T Brand Studio | Your Ad Choices | Privacy | Terms of Service | Terms of Sale |

Site Map    Help    Subscriptions