# EXHIBIT E

## Press Briefing: Friday, March 20, 2020
For More Information:
Timothy Killian, Press Liaison
press@lcca.com



## Update from Life Care Center of Kirkland – March 20, 2020
Additional Updates will be announced as needed

# Residents:
**Original Number of Residents on 2/19: 120**

**Number Transferred to Hospitals since 2/19: 66**

>COVID-19 Test Results: 57 positive, 7 Negative, 2 Not Tested, 2 Pos to Neg

**Number of Deaths Since 2/19: 33 (+1)**
*Note: In a typical month, we may have between 3-7 deaths.

>**Patients who have died in Hospitals: 22 (+1)**

>>COVID-19 Test Results: 21 positive, 1 Negative

>**Patients who have died in Our Facility since 2/19: 11**

>>COVID-19 Post-Mortem Test Results: 8 positive, 1 Negative, 2 not tested

**Current Number of Residents: 42**

>COVID-19 Test Results: 31 positive, 11 Negative


# Employees:
**Original Number of Employees on 2/19: 180 +/-**

**Employees with no history of symptoms: 71**

**Employee Tests: 55 positive, 33 negative, 11 pending**

**Employees Lost Feb 27th to 29th: 48**

**Employees Lost March 1-7: 32**

###