# EXHIBIT A

March 24, 2020

To: The Honorable US Magistrate Judge Michael A. Hammer

Re: Jobadiah Sinclair Weeks

Dear Judge Hammer,

My training and subsequent career as a Respiratory Therapist started in 1973 at York College of Pennsylvania and finished up with a degree program at the CC of Denver in 1975.  I was employed as a professional Respiratory Therapist at Presbyterian Hospital in Denver, CO, York Hospital in York, PA, and Craig Hospital in Craig, CO.  I was very grateful for my training when our eldest son, Joby, was diagnosed with asthma as a youngster.  He always had his inhaler with him.  Our family was fortunate enough to learn about the Mannatech products in 1995 and once Joby started taking their products, particularly one called PLUS, his respiratory challenges were reduced.  After a few years on the product line of nutrients, he was able to eliminate using his inhaler as long as he was on the products.

As a mother and a respiratory therapist, I am very concerned that if he would contract the coronavirus with all its respiratory effects, this could be life threatening for him if we can't get him back on the products that helped him contain it.  The products also support his immune system, which is what doctors are saying is the best way to avoid the virus at the moment.

Thank you for your humanitarian efforts on behalf of our son.  You will not regret it!


Gratefully,

Silence Weeks, R.T. and Mom