# EXHIBIT B

# Coronavirus Disease 2019 (COVID-19)

People with Asthma and COVID-19

This information is based on what we currently know about the spread and severity of coronavirus disease 2019 (COVID-19).

# Risk of Getting COVID-19

People with asthma may be at higher risk of getting very sick from COVID-19.  COVID-19 can affect your respiratory tract (nose, throat, lungs), cause an asthma attack, and possibly lead to pneumonia and acute respiratory disease.

# Treatment

There is currently no specific treatment for or vaccine to prevent COVID-19.  The best way to prevent illness is to avoid being exposed to this virus.

# Prepare for COVID-19

- [Stock up on supplies](#).
- Take [everyday precautions](#) to keep space between yourself and others.
- When you go out in public, keep away from others who are sick.
- Clean your hands often by washing with soap and water or using an alcohol-based hand sanitizer.
- [Avoid crowds](#) and people who are sick.

- Avoid sharing personal household items such as cups and towels.

# Follow your Asthma Action Plan

- Take your asthma medication exactly as prescribed. Talk to your healthcare provider, insurer, and pharmacist about creating an emergency supply of prescription medications, such as asthma inhalers. Make sure that you have 30 days of non-prescription medications and supplies on hand too in case you need to stay home for a long time.
- Know how to use your inhaler.
- Avoid your asthma triggers.
- Clean and disinfect frequently touched surfaces like tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks daily to protect yourself against COVID-19. Avoid disinfectants that can cause an asthma attack.
- As more cases of COVID-19 are discovered and our communities take action to combat the spread of disease, it is natural for some people to feel concerned or stressed. Strong emotions can trigger an asthma attack. Take steps to help yourself cope with stress and anxiety.

# If you have symptoms

Contact your health care provider to ask about your symptoms.

Page last reviewed: March 17, 2020

Coronavirus Disease 2019 (COVID-19)

How to Prepare

Symptoms & Testing

Are You at Higher Risk for Severe Illness?

   People Who are at Higher Risk

   Older Adults

   **People with Asthma and COVID-19**

- People with HIV
- Steps to Prevent Getting Sick

If You Are Sick or Caring for Someone

Frequently Asked Questions

Travel

Cases & Latest Updates

Schools, Workplaces & Community Locations

Healthcare Professionals

Healthcare Facilities

Health Departments

Laboratories

Communication Resources

## ☐ Get Email Updates

To receive email updates about COVID-19, enter your email address:

[What's this?](#)

**HAVE QUESTIONS?**

Visit CDC-INFO

Call 800-232-4636

Email CDC-INFO

Open 24/7

**CDC INFORMATION**

About CDC

Jobs

Funding

Policies

File Viewers & Players

Privacy

FOIA

No Fear Act

OIG

Nondiscrimination

Accessibility

**CONNECT WITH CDC**

U.S. Department of Health & Human Services

USA.gov

CDC Website Exit Disclaimer

SAS stats