# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  
**JUDGE:** Michael A. Hammer  
**COURT RECORDER:** ECR  

**DATE:** 3/24/2020

**DOCKET #:** 19-877-CCC

**TITLE OF CASE**:

UNITED STATES OF AMERICA  
      vs.

MATTHEW BRENT GOETTSCHE and JOBADIAH SINCLAIR WEEKS

**APPEARANCE**:

David Feder, Jamie Hoxie and Anthony Torntore, for Government

Rodney Villazor, Benjamin Sauter and Andrew Lourie for Goettsche; Michael Yaeger and Simon Gaugush for Weeks

Michele Roman, Kristen McKeown and Elizabeth Auson, for PTS

**NATURE OF PROCEEDINGS**:

Telephone Status Conference with counsel only  
Please see today's oral order  
Telephone Conference on Goettsche's and Week's Motions for Release scheduled for 3/30/2020 at 11:00 a.m.

**TIME COMMENCED**: 12:02  
**TIME ADJOURNED**: 12:16

J. Baker  
_____  
DEPUTY CLERK