# Exhibit D

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUCERO XOCHIHUA-JAIMES, | No. 18-71460 |
| Petitioner, | Agency No. A206-105-249 |
| v. | |
| WILLIAM P. BARR, Attorney General, | ORDER |
| Respondent. | |

Before: SILER,[*] WARDLAW, and M. SMITH, Circuit Judges.

The inclusion of the "For Publication" designation on the Order filed by the court on March 23, 2020 (Dkt. No. 53) was a clerical error. The correct Order is attached hereto.

**IT IS SO ORDERED.**

---

[*] The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

(2 of 2)

Case 2:19-cr-00877-CC, 03/24/2020, ID: 11644203, DktEntry: 54-2, Page 2 of 3  Case: 18-71460, 03/24/2020, ID: 11627720, DktEntry: 3, Page 1 of 3  PageID: 1620

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUCERO XOCHIHUA-JAIMES, | No. 18-71460 |
| Petitioner, | Agency No. A206-105-249 |
| v. | ORDER |
| WILLIAM P. BARR, Attorney General, | |
| Respondent. | |

Before: SILER,* WARDLAW, and M. SMITH, Circuit Judges.

In light of the rapidly escalating public health crisis, which public health authorities predict will especially impact immigration detention centers, the court sua sponte orders that Petitioner be immediately released from detention and that removal of Petitioner be stayed pending final disposition by this court. *See* 8 U.S.C. § 1252(b)(3)(B); 28 U.S.C. § 1651(a).

The matter is remanded to the BIA for the limited purpose of securing Petitioner's immediate release.

**IT IS SO ORDERED.**

---

\*     The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.