# Exhibit G

# Second ICE detainee in New Jersey tests positive for coronavirus

Monsy Alvarado, NorthJersey.com   Published 12:56 p.m. ET March 26, 2020 | **Updated 8:24 p.m. ET March 26, 2020**

A second immigrant detainee in a New Jersey jail has tested positive for the coronavirus, this time a 52-year old held at the Essex County Correctional Facility in Newark.

The detainee, a citizen of Guatemala, was sent to University Hospital in Newark on Sunday for another medical issue, according to an emailed statement from Essex County.

"During his stay at the hospital, he started to display symptoms consistent with coronavirus," said the statement. "He was administered a test, and that test came back positive. He currently remains under care at University Hospital in isolation."

This article is **FREE** to your community.
**99¢ per month for 3 months. Save 90%.**

**WHAT TO DO**
## Coronavirus in NJ



- What is closed and what is open during the coronavirus shutdown? (https://www.northjersey.com/story/news/coronavirus/2020/03/21/coronavirus-nj-shutdown-what-closed-open-what-can-you-still-do/2890892001/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=5032348002)

- Netflix Party: Have movie nights while social distancing. Here's how (https://www.usatoday.com/story/entertainment/tv/2020/03/17/coronavirus-netflix-party-lets-friends-do-movie-nights-quarantine/5072347002/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=5032348002)

- 100 things to do while stuck inside due to a pandemic (https://www.usatoday.com/story/life/health-wellness/2020/03/16/coronavirus-quarantine-100-things-do-while-trapped-inside/5054632002/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=5032348002)

- No gym? No kids' sports? How to stay active at home (https://www.northjersey.com/story/news/coronavirus/2020/03/19/nj-coronavirus-no-gym-kid-sports-but-there-ways-stay-active/5058229002/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=5032348002)

- Coronavirus, allergies or flu? Here's the difference (https://www.usatoday.com/story/news/health/2020/03/20/coronavirus-allergies-cold-flu-strep-these-differences/2882663001/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=5032348002)

Emilio Dabul, a spokesman for ICE in Newark, said those who came in contact with the detainee have been "cohorted" and are being monitored for symptoms. He would not say how long the detainee had been held at the jail.

Earlier this week, ICE and Bergen County officials said that a Mexican national (/story/news/coronavirus/2020/03/24/bergen-county-jail-lockdown-detainee-tests-positive-coronavirus/2910131001/)held at the Bergen County jail in Hackensack had tested positive for coronavirus, the first detainee to do so anywhere in the nation. On Thursday, Bergen County officials said ICE had ordered the detainee to be released to their spouse, at the request of the detainee's attorney.

This article is **FREE** to your community.
**99¢ per month for 3 months. Save 90%.**



**Essex County Correctional Facility sign** *(Photo: Monsy Alvarado/NorthJersey.com)*

The announcement comes as advocates and immigration attorneys across the country renew calls for the release of immigrant detainees who don't pose a risk to the community and who have underlying health issues that may make them more vulnerable.

About 37,000 ICE detainees are being held nationwide, including about 1,200 at three county jails and a private facility in New Jersey. All four of the sites in New Jersey have reported a coronavirus case among either guards or inmates in recent days.

On Thursday, the Office of Refugee Resettlement, an agency within the U.S. Department of Health and Human Services responsible for housing migrant minors,  said that there have been three confirmed COVID-19 cases among unaccompanied minor children who are currently at a New York state provider. They said the agency is suspending releases from New York care provider facilities.

The statement said the office has stopped placements of unaccompanied minor children in the states of California, New York, and Washington, which have been the hardest hit by the coronavirus.

Get the **Coronavirus Watch** newsletter in your inbox.

Updates on how the coronavirus is affecting your community and the nation

Delivery: Varies

Your Email →

*Monsy Alvarado is the immigration reporter for NorthJersey.com. To get unlimited access to the latest news about one of the hottest issues in our state and country,  please subscribe or activate your digital account today (https://offers.northjersey.com/specialoffer).*

Email: alvarado@northjersey.com (mailto:alvarado@northjersey.com) Twitter: @monsyalvarado (https://twitter.com/MonsyAlvarado?s=17)

Read or Share this story: https://www.northjersey.com/story/news/new-jersey/2020/03/26/coronavirus-nj-second-ice-detainee-tests-positive-covid-19/2916525001/

This article is **FREE** to your community.
**99¢ per month for 3 months. Save 90%.**