# Exhibit K

  

Home  /  Daily News  /  Above the Law founder David Lat is put on…

COVID-19

# Above the Law founder David Lat is put on a ventilator after COVID-19 diagnosis

BY DEBRA CASSENS WEISS (HTTPS://WWW.ABAJOURNAL.COM/AUTHORS/4/)

MARCH 23, 2020, 9:50 AM CDT

Like 338   Share   Tweet    Share



*David Lat. Photo from Above the Law (https://abovethelaw.com/author/david-lat/).*

Above the Law founder David Lat is in critical condition and has been put on a ventilator after being diagnosed with the novel coronavirus, according to a news report over the weekend.

Lat's husband, Zachary Baron Shemtob, told the New York Law Journal (https://www.law.com/international-edition/2020/03/21/david-lat-is-put-on-ventilator-as-his-covid-19-condition-worsens-378-137470/) that Lat was put on a ventilator late Friday or early Saturday after his oxygen levels dropped. Earlier on Friday, Lat had posted on Facebook (https://www.facebook.com/photo.php?fbid=10102711255878284&set=a.706076410054&type=3&theater) that he was in fair condition and doing fine.

Lat, 44, is "not doing great," Shemtob told the New York Law Journal in its March 21 story. "They're taking it hour by hour, day by day."

Lat is a currently a recruiter and a former ABA Journal Legal Rebel (https://www.abajournal.com/legalrebels/article/david_lat_gossip_at_law/). He announced his diagnosis on social media (https://twitter.com/DavidLat/status/1239765732088479744) on March 16. He is being treated at (https://www.abajournal.com/news/article/atl-founder-david-lat-has-the-coronavirus-which-he-announced-on-social-media) NYU Langone Hospital in Manhattan.

Shemtob said doctors have prescribed Lat the anti-malarial drug chloroquine and azithromycin to help fight the COVID-19. He is also receiving an IL 6-inhibitor to fight lung inflammation.

Lat has said he is a very healthy person who has run two New York City marathons, although he does have exercise-induced asthma. Lat and Shemtob have a 2½-year-old son.

*Give us feedback, share a story tip or update, or report an error.*

      

Copyright 2020 American Bar Association. All rights reserved.