UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                 Hon. Michael A. Hammer

MATTHEW BRENT GOETTSCHE,      CRIMINAL NO.: 19-877-CCC
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

                              ,

**DEFENDANT JOBADIAH SINCLAIR WEEKS'
NOTICE OF FILING OF *EXHIBIT L* TO HIS SUPPLEMENTAL LETTER/BRIEF
IN SUPPORT OF HIS MOTION FOR TEMPORARY RELEASE (D.E. 73)**

Defendant Jobadiah Sinclair Weeks, through his undersigned attorneys, hereby submits *Exhibit L* to the Court, which was inadvertently omitted from the filing of his Supplemental Letter/Brief in Support of His Motion for Temporary Release (D.E. 73).

DATED: March 27, 2020           CARLTON FIELDS

                                        */s/ Simon Gaugush*
                                        Simon Gaugush, Esq.
                                        Fla. Bar No. 0440050
                                        4221 W. Boy Scout Blvd., Ste. 1000
                                        Tampa, FL 33607
                                        Telephone: 813.223.7000 (Fla.)
                                        Facsimile: 813.229.4133 (Fla.)

                                        and

                                        Michael L. Yaeger, Esq.
                                        405 Lexington Avenue, 36th Floor
                                        New York, NY 10174
                                        Telephone: 212.785.2577

                                        *Counsel for Defendant Jobadiah Weeks*

121605608.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve an electronic copy to all counsel of record.

*/s/ Simon Gaugush*
Simon Gaugush, Esq.

121605608.1