# Exhibit L

March 27, 2020

The Honorable Michael A. Hammer
United States District Court, District of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

Dear Judge Hammer,

In the twelve years Joby and I have been together, I have witnessed him deal with a number of medical issues. We have spent a great deal of time and money to try and get his symptoms under control. Unfortunately, there are still issues that plague him such as his exercise induced asthma. At times, walking up a flight stairs or taking a walk will create breathing issues for him. Some of his main issues are wheezing, shortness of breath and tightness in his chest. I am concerned that if Joby would contract COVID-19 he would be at an increased risk of hospitalization or worse. This, as you know, is a disease that effects the lungs and can plague anyone young or old. Please take into consideration the increased risk that Joby faces in the pandemic.

*Stephanie Weeks*
Stephanie Weeks