**Jobadiah Sinclair Weeks' Declaration**

I, Jobadiah Sinclair Weeks, hereby state the following:

1. As a young child, whenever I played sports, I experienced shortness of breath, wheezing, and discomfort in my chest.

2. I went to a doctor and was diagnosed with exercise-induced asthma.

3. The doctor prescribed me an inhaler. I used an inhaler to manage my asthma up through the beginning/middle of high school.

4. While I was in high school, my mother, who was previously a respiratory therapist, started giving me supplements to help my body manufacture the steroids necessary to manage my asthma. These substances worked. By taking these supplements, I was able to get away from using an inhaler.

5. As long as I have been taking my supplements, I have been able to manage my asthma. I have been able to play sports, like skiing, hiking, and basketball. Part of managing my exercise-induced asthma is pacing myself. If I start wheezing or get shortness of breath, I take a break.

6. When I was interviewed by the intake doctor at the Essex County Jail, I didn't mention my exercise-induced asthma because it was not bothering me at that time, and I was exhausted by my transfer from Miami to Oklahoma to Newark. I had been able to manage the symptoms for years. Since the jail denied my requests for my supplements, I have felt my symptoms coming back. Also, the air-conditioning vent blowing on my face every night has caused me to wake up every morning with a stuffy nose and a sore throat.

7. I am concerned for my physical well-being. In light of the jail's lack of responsiveness to my requests to see the jail doctor, and the poor medical care I have received at the jail, I am concerned if I contract coronavirus it will have a detrimental impact on my health.

I declare the contents of this statement to be true and correct.

*Acknowledged by Instant Messaging System*
Joby Weeks (March 29, 2020)

121610248.2