0%

(500 chars remaining)

**CLOSE**  **SAVE DRAFT**  **SEND**



From: Jobodiah S Weeks
Subject:

hey Simon! welcome to the getting out app. yes. the above is correct.

MAR.
29
15:03