**Ziegler, Zemsky & Resnick**
651 Old West Mount Pleasant Avenue
Livingston, New Jersey 07039
(973) 533-1100
(973) 533-1144 (f)
jason@zzrlaw.com
JASON J. LeBOEUF, ESQ. (#03361-2001)
Attorney(s) for Defendant

|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |

------------------------------X
UNITED STATES OF AMERICA,

v.                                             Criminal No.: 19-cr-877-CCC

JOSEPH FRANK ABEL.,                            Notice of Motion to
                                               Reconsider
            Defendant.                         Pretrial Detention
                                               and Order Immediate Release

------------------------------X

To:
    *Via Email*
    The Honorable Michael A. Hammer, U.S.M.J.
    District Court of New Jersey
    M.L. King Jr. Bldg. & Courthouse
    50 Walnut Street
    Newark, New Jersey 07101

    *Via Email*
    AUSA Jamie Lynn Hoxie
    United States Attorney's Office
    970 Broad Street, Room 700
    Newark, New Jersey 07102

    **PLEASE TAKE NOTICE** that on a time and date to be set by the Court, if necessary, Counsel for the Defendant, Joseph Abel, shall move before the District Court of New Jersey, the Honorable Michael A. Hammer, presiding for an order for reconsideration of pretrial detention and an order immediate release of defendant.

    **IN SUPPORT OF SAID MOTIONS**, the Defendant will rely upon the attached Certification of Counsel.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: March 26, 2020

                                    Respectfully submitted,
                                    */s/ Jason LeBoeuf*
                                    Jason J. LeBoeuf, Esq.