# Ziegler, Zemsky & Resnick

**MEMBERS**
VIKKI S. ZIEGLER-PAYNE[1]
MELISSA B. ZEMSKY
STEVEN M. RESNICK[2]
ROBERT A. EPSTEIN[2]
ASHLEY VALLILLO MANZI[2]

**OF COUNSEL**
RUTH KIM
MARK H. ARONOWITZ
SHEENA BURKE WILLIAMS[2]
JASON J. LEBOEUF[4,*]
POLINA M. DOSTALIK[2]

651 W. MT. PLEASANT AVE., STE. 150
LIVINGSTON, NJ 07039
PHONE: (973) 533-1100
FAX: (973) 533-1144

**REPLY TO LIVINGSTON**

www.zzrlaw.com
jason@zzrlaw.com



**ASSOCIATES**
ALEXANDRA KACHALA BOUADANA[3]
ADAM WISEBERG[2]
ELIZABETH D. BURKE
JONATHAN H. BLONSTEIN[2]
SAVVY T. DARRAGH

[1]MEMBER OF NJ, NY & DC BAR
[2]MEMBER OF NJ & NY BAR
[3]MEMBER OF NJ & FL BAR
[4]MEMBER OF NJ DISTRICT COURT

[*]CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

April 8, 2020

**Via Efile**
The Honorable Michael A. Hammer, U.S.M.J.
District Court of New Jersey
M.L. King Jr. Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    **United States of America v. Joseph Abel**
               **Docket No.: 19-cr-877-ccc**

Dear Judge Hammer:

    As Your Honor is aware this firm represents Joseph Abel in the above-captioned matter. At this time the defendant is withdrawing his pending motion without prejudice.

    Thank you.

                                     Respectfully submitted,
                                     ***s/ Jason LeBoeuf***
                                     JASON J. LEBOEUF, ESQ.

JJL/ap