*Essex County Correctional Facility*
*354 Doremus Avenue*
*Newark, New Jersey 07105*



*Attention Court Clerk*
*Fisher Fed. Bldg. & U.S. Courthouse*
*402 East State Street*
*Trenton, New Jersey 08608*

"Legal Mail"

08608-150799