UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Hon. Claire C. Cecchi |
| MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI, | CRIMINAL NO.: 19-cr-877-CCC |

## ORDER

This matter having come before the Court on the application of Defendant JOBADIAH SINCLAIR WEEKS, by and through his attorneys, Carlton Fields, for an order granting Defendant Jobadiah Sinclair Weeks' Unopposed Motion for Enlargement of Page Limit with regard to filing a motion to review and revoke the pretrial detention order issued on February 14, 2020, and the Court having reviewed the submission, and for good cause shown;

On this _____ day of April, 2020, Defendant Weeks' Motion for Enlargement of Page Limit is **GRANTED.** Defendant Weeks' Motion shall not exceed 40 pages, 12-point proportional font.

_____
Honorable Judge Claire C. Cecchi
United States District Judge

121814527.1