UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        v.                               Hon. Claire C. Cecchi

MATTHEW BRENT GOETTSCHE,      CRIMINAL NO.:  19-cr-877-CCC
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

                                     ,

## **ORDER**

       This matter having come before the Court on the application of Defendant JOBADIAH SINCLAIR WEEKS, by and through his attorneys, Carlton Fields, for an order granting Defendant Jobadiah Sinclair Weeks' Unopposed Motion for Enlargement of Page Limit with regard to filing a motion to review and revoke the pretrial detention order issued on February 14, 2020, and the Court having reviewed the submission, and for good cause shown;

       On this __27__ day of April, 2020, Defendant Weeks' Motion for Enlargement of Page Limit is **GRANTED.**  Defendant Weeks' Motion shall not exceed 40 pages, 12-point proportional font.

                                                  *[signature]*

                                   Honorable Judge Claire C. Cecchi
                                   United States District Judge