

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

___

*970 Broad Street, 7th floor*　　　　　　973-645-2700
*Newark, New Jersey 07102*

May 18, 2020

**Filed Via ECF**
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

　　　　Re:　*United States v. Matthew Brent Goettsche, et al.*,
　　　　　　　Crim. No. 19-877

Your Honor:

　　The United States of America, through the undersigned (the "Government"), respectfully submits this letter to provide this Court with a proposed scheduling order that has been agreed upon by defendants Matthew Brent Goettsche, Jobadiah Sinclair Weeks, and Joseph Frank Abel.

　　The Government respectfully also requests that the Court schedule a status conference in this case for a date during or after the week of July 13, 2020.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　CRAIG CARPENITO
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:  Jamie L. Hoxie
　　　　　　　　　　　　　　　Assistant U.S. Attorney