# EXHIBIT F

April 24, 2020

Honorable Judge Claire C. Cecchi
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ  07101

Dear Judge Cecchi:

My name is Caleb Weeks and I've been Joby's brother since 1983 (my whole life!). What was it like growing up with Joby? Well, I can say that I was always happy to be his brother. He included me, he picked me in sports to be on his team, he never mocked or pushed me aside, and I knew he loved me. I have no memory of him ever putting me down, while I have countless memories of doing things together with him. In 18 years of growing up in the same house with Joby, I can only recall ever having but 1 actual fight and it was when we were younger boys (involving a super soaker water gun of all things; I definitely played a role in it!).

Moral of the story: if you were a little brother of Joby Weeks, you were happy to be that. Joby was literally the best at everything: MVP every year for nearly every sport we played, biggest/ strongest/fastest, etc. and I got to be on his team; he not only included me but wanted me. He was a really good brother in these ways. Many of the skills I developed were, in large part, because I played with and competed with him every day at home. So those 18 years as his younger brother were really great years for me. Mom and Dad did a great job encouraging us in our strengths and teaching us right and wrong and to fear the Lord.

It's now been 18 years since I left home (I'm 36) and no longer live every day with Joby. After college and then grad school, I became an adjunct faculty member at Belmont University's School of Music here in Nashville. My simultaneous interest in graphic design and curiosity for "how the web works" turned into what is my full-time work today. I became a husband to Emily during this time, and am now "Dad" to our 3 kiddos. So now I only see Joby in person a few times a year.

But what has it been like to be his brother the last 18 years as adults? Well, once again, I would report very similar things in my experience as his brother growing up (including, I confess, 1 noteworthy quarrel during Christmas 2006 that I, once again, played a role in!). I think what I am saying is that Joby has been very consistent whether in 3rd grade or in his 3rd decade. I would imagine many brothers can think of more than one time in their lives growing up that they had a fight. But for me growing up with Joby, it was once, and I totally played a role in it. Maybe I'm wrong, but it feels like you have to be a pretty patient and kind older brother to pull that off.

So, in what ways is the brother I grew up with still the same person today? Joby is still thoughtful of me (and others) as an adult arranging his schedule to make it to our home to meet both of our daughters in person during their first week of life. Also, the same energy and

determination that he brought to sports as a kid he brought into his entrepreneurial endeavors as an adult. Just like we were always playing basketball or doing something active outside to get better at that sport while growing up, so today anybody who knows Joby knows that that internal motor keeps going; he is almost always working on or learning something. Also, the experience I felt of being included and invited to be on his team or join what he was doing as a kid is something that he has carried into adulthood not just for me but for almost everyone he talks to. Joby networks endlessly. And those extra hours shooting baskets in the rain and running drills, going to summer camp, etc. that we did as kids – I watched him do all of that from afar as an adult by his own will while he learned through successes and frustrations to keep going in his adult life. I admire this in Joby. His level of belief not only in himself but in the principles he believes to be true is undeniable.

I believe Joby will show up for trial because he wants to prove his innocence. He wants to defend his integrity on this issue both because of his pride and because of the principle of it. Though he has learned through the years to "not care" what people think about him when they "reject" what he is marketing or promoting, he **does** care about what people think about him when it comes to this type of issue (legal allegations, etc.), and he cares about the principle of it. I have no doubt about this. Our dad was a history teacher growing up and talked about the "principles of life" all the time. It's one of the things he basically passed on to us: skiing, tennis, garage sales, a miracle journal and the principles of life. He would tell us as kids that the "details" of an event in history are interesting and certainly important, but the principles learned from an event in history are so much more valuable to your life so you can hopefully learn from (and not repeat) their mistakes. I believe without a doubt that Joby cares about defending his reputation in this area, and I've seen that happen in the past where when Joby sets his mind to something, even if it costs him, he is committed to it. And it's not just his reputation but the principle of clearing your name or making things right that is inside of him.

I have never once detected in all my years with Joby an intent to defraud people for any reason. Joby wants to build wealth, but he wants to do it legally and legitimately. And he wants to defend himself in person. I have no doubt about that.

Thank you for taking this letter into consideration. Happy to respond to any questions or requests!

Sincerely,

Caleb Weeks

121810756.2

US magistrate judge Edward S Keil
US District Judge Claire C. Cecchi

Jobadiah Sinclair Weeks was our first-born son with whom we were well-pleased to parent. We were 30 years old when he came into our lives, so he was a wanted child, a first grandchild and nephew for multiple members of our family. Therefore he received a lot of attention and love as a baby. He was a very giving, loving child who looked after his younger brother Caleb and played well with him. When cautioned to be careful and not hurt him during play since he was smaller, Joby obeyed and backed off with his playful "wrestling" which the boys did often together and with their father. :-)

We had become Christians at age 23 so we wanted the values transmitted to our boys so we took them to church and Sunday school all of their growing up years. Here Joby learned the difference between right and wrong, loving your neighbor as yourself, and being honest. My husband was the Director of Development for the school in MA they attended, so Joby was always looking out to make the new kids feel welcomed at the school and included in activities. The values followed him into high school and his business ventures.

Joby's dad was a teacher for much of his career, so we as a family did not have a lot of money since I stayed home to raise the boys and did a bit of part-time teaching and tutoring at the school. So when I joined Mannatech and got such great results with the products with my hormone challenges, I started to make some money by helping others. Joby saw this and liked the idea of making money by helping others to succeed, so he joined the efforts in 1997 and began working with me and continued when he graduated instead of going to college. We were a great team. His friends wanted to make the money and their parents and all their friends needed the products. In 3 years time, Joby rose to the Presidential rank because of his enthusiasm to help others with their health and wealth. This gave him income of around $6,000/month. Many lives were changed from his efforts.

He invested his money into worthy projects over the years and began to travel the world building his business. Many Presidentials from Australia paid for him to come and teach their teams what he had done so the young people over there would be inspired as well. Traveling became a passion for Joby and he quickly had a wonderful international business. Through one of the contacts he met through Mannatech, he met his wife Stephanie who he married in 2009. She traveled with him and supported his efforts to build his business. As additional opportunities presented themselves, he invested in other worthy projects with his income.

He and Stephanie have traveled a lot with us and it is always a joy to be with them. They have met a lot of people along the way whom they have inspired and helped. Now they have little Liberty who is a wonderful addition to their family and ours!

Joby is a wonderful addition to society and always works to benefit those around him. Even though he likes to travel, he would not leave his family and his parents homeless. We trust him fully and have put up our properties as a testimony to that. The sooner he can be released to work on being able to prove himself innocent of these charges, the better off it will be not just for him but for the others that he benefits. He is a great person to have in this world!

Most sincerely,

Silence Weeks (Joby's mom)

Bradford S. Weeks, M.D.
317 Cascade Ave.
Langley WA 98260
Tel 360-341-2303   Fax  360-341-2313

Date 12-29-19

To:
US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

Greetings, your honors, and thank you for your careers serving justice.

I am writing to endorse the character of Jobadiah "Joby' Sinclair Weeks who is being accused of illegal business dealings.

I am a medical doctor and psychiatrist with 30 years of practice and, in my professional capacity, I am considered an excellent judge of character. Furthermore, I am well acquainted all manner of sociopathology including corporate sociopaths who have been convicted and found guilty of lying, and stealing and cheating in all manners.  To be clear: I have never treated Joby

professionally, but I have paid close attention to him over the years and I have never noted any sociopathic greedy or selfish behavior. To the contrary, he is generous to and encouraging of others.

I am also an uncle of Joby and while I am not apprised of the specific charges which he faces, I want you to know that I have known Joby all his life and I know him to be unceasingly honest as well as a service-oriented benefactor of his fellow man. He has an excellent work ethic, plays fair and his financial successes have come through legal, concerted efforts and by intelligently and courageously seeking out and capitalizing on market trends. He is a capitalist in the best sense of the word. He climbs the ladder to financial and personal success and at the same time, he reaches back to help others succeed as well.

Joby has a strong Christian orientation and is mindful of right and wrong. He is ethical and fair. It is unfathomable to me that he would act illegally and even more so that he would conspire to take advantage of innocent, trusting business associates. That is not who Joby is.

Lest you discount my endorsement of Joby's character because he is related to me as my nephew, let me assure you that were certain other members of my family before you, indeed I would not be able or willing to

honestly vouch for them as I can now, wholeheartedly,
for Joby.

Please understand that my opinion that Joby is honest
and fair and it is not biased due to his being family.
Rather it is actually an accurate professional assessment
and should the courts wish to allow me to share more
specifics to clarify Joby's innocence, I would be grateful
for the opportunity to speak on his behalf for I know
him to be innocent since he would not knowingly take
advantage of another person.  Joby is an honest and fair
man.

I appreciate your attention to his case.

Sincerely,

Bradford

January 11, 2020

US District Judge Claire C. Cecchi
US Magistrate Judge Edward S. Kiel

My name is Rev Joshua A Foster and I have been a pastor and evangelist focusing on at risk teenagers in the community for the past 18 years. Many of which have no positive Male influence in their life whatsoever and have a high risk chance to become criminals as a result. I work with those teens specifically to try and give them that influence and save them from the bad influences that are awaiting them in their every day lives. I have a passion to help people and have a high functioning autism condition called asperger's that does not inhibit me from judging character, but enables me to see the real person behind the mask that most put up.

I met Joby and his soon to be wife shortly after my Dad passed away in 2007. He was introduced to me through a friend and a business opportunity. Although he had no financial interest to spend any time with me at all, and actually was losing money to answer my questions, he spent over an hour thoroughly answering every question that I had for him and treated me like I mattered. We have since became good friends and taken trips where we met up across the country from time to time. During this time, I have been introduced to many opportunities, been asked for advice, and gotten a terrific look into who the man Joby Weeks truly is. I have met his Mom, Dad, brother, wife, and even was one of the first to meet his daughter whom he has dedicated every waking moment to from the moment she was conceived.

Joby is a man who had nothing to gain from having a relationship with me, but chose to do so because he is a genuine person that over the past nearly 13 years, I have seen go out of his way to share financial blessing with anyone he comes across. He is not a slick salesman or dishonest person, but simply a man who wants to make the world and more specifically the people around him better. He has done this through healthy living and various financial opportunities that he first studies out himself to ensure he does not get people involved in something shady. Numerous times, he has instructed me to wait on an opportunity while he checks it out, because he knows that I don't have much to invest.

Joby is a kind hearted individual who uses the luxury that he has earned to travel the world, enjoy the excitement it has to offer, develop lasting and meaningful friendships, and bless as many people as he can. He is constantly educating himself and asking questions rather than answering them. I have spent entire weeks with him and been there for private conversations and phone calls that many have not been there for. Never once has he tried to go to another room to discuss nor expressed any inkling of dishonesty in any of these transactions. He has always been honest and upright, and I have seen countless people come and go in my life because they were dishonest and I can't have people like that in my life.

Joby and his family are good honest people that have and will be there for me and I for them. He is the kind of person I want in my life, the kind of person I want around my kids, the kind of person I desire and aspire to be like, and although I do not know the specifics of accusations towards him, I can say without a shadow of a doubt that he is an honest man that strives to do everything according to the constitution and laws of this country. He has never once showed any inkling to do any business dishonestly and has lost money by not working with those types of

1

people and actually cut things off with someone and lost a significant amount of capital when I informed him about their dishonest practices because he completely cut things off with them. Since Liberty was born, he has wanted nothing more than to be the best Dad possible. His way of doing that is a little extreme at times, but with him in her life, that girl is going to grow up well and change this world for the better. Please don't take him away from her. Thank you for your time in reading this letter, and I hope and pray for your wisdom in discerning the matter before you. I trust that the voters have entrusted and enlisted an unbiased, educated, and righteous judge who will handle this matter with prudence and understanding.

Sincerely,
Joshua A Foster

To: US Magistrate Judge Edward S Kiel
    US District Judge Claire C. Cecchi

My name is Brian Pitcher from Draper Utah. I am currently 42 years old and work in the real estate industry. I have been a real estate agent since 2004 as well as an influential real estate investor in my area. I have been flipping homes and buying and holding onto rentals for a decade. I was also in the Short Sale business bailing people out of underwater homes and saving them from foreclosure and bankruptcy. I have sold around 1000 homes in my career and many of those have been my own. I teach classes several times a month teaching the public how to become real estate investors or real estate agents to improve their financial position. I love teaching people how to succeed in life by changing their poor mindset and acquiring new belief systems that serve them well.

I have known Joby since the summer of 2001. I met him through a mutual acquaintance when he was 18 and I was 23. I met him through the Mannatech Network marketing community which I was a part of. I also met Nat and Silence, Joby's parents. Even though he was younger than me he was able to teach me a lot about personal development and business. I stayed at his home for a month of the summer of 2002 to work with him in growing our business. We became really good friends and we had a lot in common. If we weren't snowboarding or wakeboarding we were talking about business and traveling the world. Even though he lived in Denver and I in Salt Lake City, we saw each other often. Joby came to Salt Lake quite often and he stayed at my home most of the time. He would bring his lovely wife Stephanie and we became good friends with her too. I always look forward to seeing one of my best friends.

Joby is a good man. One of my best friends. If I ever got in a jam, I could call him anywhere in the world and he would do whatever he could to help me. I would also do the same for him. Joby was there for me in a really trying time in my life and because of the advice he gave me I was able to save my marriage with my wife Brandi. I will forever be grateful to him for that. I have always known Joby to be an honest man. He would never do business with anyone unless it was a win-win scenario. Joby would make friends anywhere he went and would genuinely try to help in anyway he could. He inspires people to be better and do better. I saw that when he was 18 and even more so now.

I understand what Joby is being accused of. If there is any truth to it, I believe it was never intentional and wouldn't come from him. That is where having a bad partner can take you down by association.

I hope that what I have shared with you will show you that Joby is an upstanding, honest man.

Regards,
Brian Pitcher
Draper UT
801-891-6604

120895510.1



LOGICAL REAL ESTATE, LLC
PO BOX 57023
LOS ANGELES, CA
90057-0023
INFO@ARTISTHOUSING.COM
(3)818-LOFT

## Jobadiah Weeks Character Witness Statement

January 17, 2020

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

My name is Kelvin Xuna. I am a professional real estate investor and developer located in Los Angeles. My company provides non subsidized affordable housing to aid aspiring film and music youths in the California. My company has been recognized by the mayor Eric Garcetti for helping housing crisis. I am a credible citizen. I am a combat engineer US Army veteran and I graduated Harvard with a Master's degree in Housing and Urbanization. More about me and my business can be found at ArtistHousing.com, LogicalHousing.com, or https://www.linkedin.com/in/kxuna/.

I have known Joby since high school and has always remained a close friend and since become a close friend to my entire family. We were all shocked to hear the news. I couldn't imagine him doing nothing unethical. As you may have already seen he is very knowledgeable and conscious. he is very religious and spiritual. He has a high level of moral and ethics. Taking advantage of people would go against everything he believes. He enjoys helping others.

In conclusion, I know Joby very well, and if he is given an opportunity to redeem himself and or rectify the situation he most certainly will. Please give him that opportunity to explain himself and show you how he will make things right. I know he can.

Please mail human or responsance to:

Logical Real Estate,
PO Box 57023
Los Angeles,
90057-0023

Sincerely,

Kelvin R. Xuna
CEO Logical Real Estate

January 9, 2020

Re: Joby Weeks

To: The Honorable US Magistrate Judge Edward S. Kiel and US District Judge Claire C. Cecchi

I, Dr. Matthew Tripp, have had the pleasure of knowing Joby Weeks since 1998 and am more than happy to serve as a character reference for Joby Weeks. We originally met when we were kids attending the same church school: Faith Bible Chapel in Arvada, Colorado. Joby was a kind, warm, and compassionate person right from the start. I was new to the school, and we became friends right away through basketball. He helped me meet new people at the school and within the church and made me feel welcome in the community immediately.

Later in life we worked together for a vitamin company. Joby quickly moved up within the company due to his hard work ethic and intelligence. Through the many years that we worked together, I can say that I saw him grow as well as the people around him. His honesty and integrity seemed to shine through to all of those that he was involved with. He is always willing to drop everything to help and be there for those around him, and he continues to be a good friend.

I do not know the details of the current case that he is involved in.    I can only ask that you please take into consideration the many lives he has touched through the years and the many people he has helped and hope the court will show some leniency. Joby also has a new daughter, Liberty, and a loving wife, Stephanie, that need this special man to remain active in both of their lives.

Thank you for your time and consideration in this extremely important matter. Despite the current case against him, I believe Joby Weeks to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,

Matthew Tripp



**Weiss Investment**
**Commercial Real Estate**

*Judd Weiss*
*DIRECT (310) 476-8295 • FAX (310) 476-8296*
*1106 Linda Flora Dr. • Los Angeles, CA 90049*

January 6, 2020

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

I am a Commercial Real Estate Broker in Los Angeles. I'm also a world renowned enthusiast photographer. I've been flown around the world to capture events beautifully.
This is how I met Joby Weeks. We've known of each other for years before we met. I met his wife Stephanie in 2014. Joby and I finally met at an international event in 2016, quickly becoming good friends after that. We've spent time together in numerous cities, and have even travelled together. He's stayed as a guest at my home multiple times while he was in Los Angeles.
Joby Weeks is an inspiration, one of the most amazing people I know. He brings energy, positivity and enthusiasm everywhere he goes. He's kind, generous, thoughtful, honest and honorable. He treats everyone with such a high level of integrity, even when it's not reciprocated. He's an incredible loving father. And a rare friend that you can rely on. Joby has been there for me during challenging times. He means a lot to me and to so many people in our community.

I look forward to seeing my exceptional friend again soon.

Thank you,

Judd Weiss



**David Clifton Ministries, Inc.**
**1533 Glen Ayr Drive**
**Lakewood, Colorado 80215-3000**

December 31st, 2019

To: The Honorable US Magistrate Judge Edward S. Kiel

& The Honorable US District Judge Claire C. Cecchi

Re: Mr. Joby Weeks

Dear Honorable Justice Kiel and Honorable Justice Cecchi,

My name is Dr David L Clifton, founder and CEO of David Clifton Ministries, Inc., a non-profit, tax-exempt Organization in existence for 30 years. Our organization has been involved in helping the Denver Metro and surrounding areas in alleviating homelessness. We provide hot meals, clothing, shelter, counseling, and a variance of other services to our community at large.

Joby Weeks has been associated with our organization through volunteer efforts. He has also provided financial assistance, donations of his own clothing, shoes, and other items of benefit to homeless families. It has been my privilege to have known Joby for well over 5 years or more, through the association of his parents, Nat and Silence Weeks. I have found him to be a man of integrity, honesty, and an individual whose character is found as impeccable when handling business.

The basis of my opinions stated above are founded on my association and observation of his character over the years. As I have also met his wife and child, I can also say that his family life is also reflected in my assertions already stated.

Should you have the need to contact me further regarding Joby Weeks, please feel free to call me on my Cell at 720-470-6330.

*Sincerely,*
*Dr David L Clifton*
Dr. David L. Clifton
President and Founder of David Clifton Ministries, Inc.

120697473.1

**Avens O'Brien**
2461 Santa Monica Blvd #207 | Santa Monica CA 90404
818.308.5098 | avens.obrien@gmail.com

January 6, 2020

To the attention of:

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecch

Thank you for taking the time to read my letter. My name is Avens O'Brien. I'm a writer, photographer, speaker and activist within a social community devoted to trying to make the world a better place for our children and those we love – and I have been doing this for nearly two decades now. I am on the Board of Directors of a non-profit organization focused on women's rights, called Feminists for Liberty. I run a scholarship program for bringing young activists to conferences within our community. Professionally, I work with multiple start-up companies here in Los Angeles where I handle accounting and investor relations.

It is through my social community that I first met Joby Weeks, in early 2016, at an event we both attended. I had known him by reputation before that. I had known before I met him that he would be honest, smart, and interesting, but I was not prepared for the energy, enthusiasm and pure zest for life he possesses. In the time we've known each other, we have attended numerous events together, in cities all over the US and internationally, he has stayed as a guest in my home, he has supported my work through social promotion to new contacts, and I have been honored to call him my friend.

Meeting his wife Stephanie was also a joy, to learn there was somebody who could actually keep up with his optimism and excitement! In October of 2018, the two of them welcomed little Liberty, and somehow this man I thought couldn't get any happier exploded with joy. I remember him asking all our friends for advice about what to do before the baby came. I loved to see how open he was to advice, to information, and soaking it up like a sponge. He is an incredible husband and father – he is a family man, and an upstanding member of his community, who is generous with his time, with his resources, and with his boundless energy. I have always known him to be honest, even embarrassingly so, with his candor. I have known him to be a man of integrity and kindness, even as others have fallen short of either. He is always seeking to be greater than himself, and it's an inspiring trait to behold.

Joby is a light within our circle of friends and to a much larger community dedicated to improving the conditions by which all of us live. I hope to see his sunny face returning to visit soon, not just for my sake, and the sake of our community, but particularly for his daughter.

I appreciate your time,

Avens O'Brien



U.S. Magistrate Judge William Matthewman
U.S. District Court, Southern District of Florida
701 Clematis Street #453
West Palm Beach, Florida 33401,

My name is Samuel Barlow and I'm proud to offer additional character support for Jobadiah Weeks, whom I have known for some time now as a friend and fellow entrepreneur. I first met Joby through mutual friends of ours at a tech conference in Boston.

During my relationship with Joby I have experienced an individual who is friendly, kind and clear and concise in his professional dealings. Joby and I have had a few business meetings together as well social engagements, and in every occasion, Joby has always presented himself with honest and intelligent conduct.

I'm not aware of the situation or circumstances to why Joby is having to appear in court, but I didn't hesitate at the opportunity to help him when asked for support. I absolutely believe that Joby's good character, if relevant to the case, should not be in doubt.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Samuel Barlow
CEO
C: +44 (0) 7775 683416
E: samuel@openstage.live

**Gaugush, Simon A.**

|   |   |
|---|---|
| m: | McKinley Hlady <mckinley@lifetecgroup.ca> |
| Sent: | Sunday, December 15, 2019 6:50 PM |
| To: | Gaugush, Simon A. |
| Subject: | Friend of Jobadiah Sinclair Weeks |

U.S. Magistrate Judge William Matthewman
U.S. District Court, Southern District of Florida 701 Clematis Street #453 West Palm Beach, Florida 33401

I have known Joby Weeks since December 16th 2017. I met Joby at a private entrepreneurial conference with a group of heartfelt positive people, all talking about ways to help the earth and do good things in business to be able to benefit people.

I know Joby to be a very true spirited entrepreneur, that takes risks and trusts people with an intention to always give back, and further humanity in a positive way. I know he has both lost a lot of capital trusting the wrong people, but also done well in some cases financially. In the wins he's had he is always looking to pay it forward. We connected on projects that would benefit the earth mainly.

I know he was heavily involved in bitcoin and it does not surprise me that he got involved in an MLM in that space being BitClub. In reading the news articles, one part did strike me true to his character, that he said some things were "not right". I know Joby has been involved in many investments at arms length, and especially has been focused on family lately. I don't know the details on how Bitclub or MLMs in general fully work, but my imption would be that he may have been locked in at some point, without ability to influence. What he could have done from there I'm not sure, but I know Joby to have a great heart and care about people, so I believe he will be inclined and motivated to make things right, at least financially, however possible at this point.

I hope Joby's good character can be separated from what looks like a reckless head of an organization that was most definitely doing things that were "not right".

Please feel free to call me anytime at 1.236.882.4625 or reach back here, or my personal email
mckinley101@gmail.com

Thank you and Godbless.


--
McKinley Hlady ¦ Co-Founder / VP Manufacturing

LifeTec Construction Group | www.lifetecgroup.ca
Mobile Canada : 236.882.4625
Mobile U.S.A. : 310.494.1318
Office: 604.260.6303 ext 1002
3750 North Fraser Way | Burnaby | BC | Canada | V5J 5G1



1



U.S. Magistrate Judge William Matthewman
U.S. District Court, Southern District of Florida
701 Clematis Street #453
West Palm Beach, Florida 33401,

My name is Jeff Sparrow and I'm proud to offer additional character support for Jobadiah Weeks, whom I have personally known for more than 12 years as a friend and fellow entrepreneur. I first met Joby through mutual friends of ours at a tech conference.

During my relationship with Joby I have experienced an individual who shows up when asked, works hard, and carries himself in a polite, respectable, and compassionate manner. Joby and I have had numerous business meetings together as well outside of family or social gatherings, and in every occasion, Joby is a family-person who has always presented himself with honesty and grace.

I'm not aware of the situation or circumstances to why Joby is having to appear in court, but I didn't hesitate at the opportunity to help him or his amazing family when asked for support. I would absolutely believe and attest that Joby's character is and should be a strong position to his defense no matter what the case entails.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Jeff Sparrow
CEO
C: (805) 748-0056
E: Jeff@geocommerce.com

GeoCommerce, Inc.        1621 Alton Pkwy #160, Irvine, CA 92606        www.geocommerce.com

December 29, 2019

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi
United States District Court for the District of New Jersey

     RE:    Jobadaih Weeks

My name is Susan Purtle and I live in N. California. I am a retired school teacher with a
Bachelor's Degree and Teacher's Credential. I moved from S. California in 2004 to take care of
my aging aunt where I became her full time caregiver for five years, until she passed away in her
late nineties. I am now retired but continue to work with children.

I met Joby Weeks in 2005. He was working with Mannatech. My 48 year old brother was
diagnosed at that time with ALS. He had a wife and two young sons. Joby helped me in every
way he could sending me names of doctors and Mannatech products in hopes that my brother
would be healed. At that time he had come across other products that he hoped would help my
brother, and sent it to him at NO CHARGE. ALS is the worse disease of all and my brother lived
for two years and passed away. Joby did all he could do to help us.

I bought some property with Joby, and when the development did not go through Joby sent me
ALL my money back. He didn't have to, but that's the kind of man Joby is.

Joby comes from the most wonderful, supportive parents anyone could have. I have met both of
his parents and are still in touch with them. When Joby met his wife Stephanie his picture was
complete. Both Joby and Stephanie have come to visit me in California. Since then they have
become parents to their daughter Liberty. Anyone that knows this couple can see that Liberty is
their life. They travel the world and minister to orphanages, and started "The Liberty Lemonade
Charity" with all proceeds going to help children in need all over the world. It's important to
them to teach Liberty to love and share as they do.

Joby is someone I would be blessed to call my son. He has proven to be a man of his word, a
loving son to his parents, a faithful and loving husband to his wife Stephanie, and a wonderful,
loving father to Liberty. I regard him highly as hundreds of other friends do.

Thank you,
Susan Purtle

1

December 31, 2019
Ms. Marion Culhane
18037 Chaparral Drive
Penn Valley, CA 95946

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

Your Honor,

I am writing on behalf of Joby Weeks, whom I have known for the past twenty-five years. We have been in the same company, Mannatech, during that time. My partner and I have grown to know and to appreciate Joby and the entire Weeks' family. Because we all achieved high levels of leadership within the Company, we've been able to enjoy many delightful meetings/events and have had special opportunities to travel together over the years.

My partner Louis Kunz and I have been with Mannatech almost since the company opened in 1994. Before that, I attended Stanford University and earned a BS degree in Nursing - (a 5 year program that is no longer offered.) I worked as a Visiting and Public Health Nurse for San Mateo County upon graduation.

In 1963 I married a classmate who graduated from Stanford Law School and raised three children in Denver. I was actively involved in the children's schools and larger community where I lived for 22 years. (President of the PTA, President of the local League of Women Voters, and a number of other organizations.)

My husband and I divorced after 20 years. In 1988 I moved back to Northern California where I joined other co-founders of the non-profit organization called Global Family - an international peace networking organization. (I also co-founded a non-profit in Denver called The Center for Creative Alternatives where we studied and taught classes and led groups based on the "Course in Miracles" - a Christian based spiritual teaching.)

In 1993 I met my current partner of 26 years, Louis Kunz. Louis had received a PhD in Physics from Stanford in 1972.  We joined Mannatech in 1994.  Mannatech is a scientifically based nutritional supplement company with very unique and effective products. It has been a total blessing in our lives for many reasons, not the least of which has been the opportunity to get to know many wonderful fellow associates.

Joby Weeks and his parents Silence and Nat have been among our favorites. They joined the company around the same time we did. Louie's and my organization grew to over 67,000 people, and we quickly achieved the highest leadership level within the company. We continue to be involved with the Mannatech community, but at age 77 are letting go of many of the daily activities.

Mannatech is a very high integrity company with outstanding nutritional supplements, a great leadership team, and wonderful fellow associates. We're grateful for the friendships, income, travel, and wonderful health it has brought into all our lives.

Over the past 25 years, we have come to know Joby to be from a wonderful, closely knit family. Joby's brother, his wife, and his parents are honest, kind, adventuresome, and well meaning. I do not believe that Joby would do anything that he believed to be illegal or that might bring harm to anyone. The Week's family is committed to their faith and to their friends and community. They have many friends who are attracted to their warmth, generosity, and kindness. Joby exemplifies all that is good and kind and honest. He is also very adventuresome.

I believe that it's due to Joby's adventuresome nature that has put him in an adverse position with the law. I do not believe that he would intentionally engage in any activity that he deemed to be illegal. It is not who he is - nor is it an expression of his values. He is responsible and will see this challenge through to its conclusion. I'm confident he will attend any required hearings and not be a flight risk. He is undoubtedly the person who has the greatest interest in bringing this episode to a fruitful conclusion.

Given the length of time I have known Joby and the depth to which I know, trust and admire him and his family, I am writing to ask that you do nothing that would take him away from his family and young child.
He has a good heart and deserves leniency. I'm sure this experience has grown and taught him to be less trusting and to explore at more depth any new endeavor he might encounter. (It's a lesson I've had to learn in my lifetime too. It must come from being raised in a loving, honest family. One tends to give others, who may not deserve it, the benefit of the doubt.) Joby is intelligent. I believe that he has learned his lesson and will use greater care when it comes to trusting others in the future.

Thank you for your consideration,

Marion Culhane

Nathaniel S. Weeks
11627 W. 74th Way
Arvada, CO 80005

December 29, 2019

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

Greetings,

I am proud to be Joby's dad. He has been our delight and, although nobody is perfect, generally set a good example as an older brother for Caleb. Joby worked hard, helped a lot of people, and by age 19 was earning $6,000 every 28 days as an independent contractor with Mannatech, Inc. He doesn't pursue wealth so much for what it can buy, but more for the challenge of succeeding, ethically and legally. I remember once when he started with a tennis ball and traded it up, eventually to a guitar. And he has a track record of reimbursing his fellow investors if they followed him into a deal which didn't pan out. I remember being in his company when he mentioned to a friend that he had never been in a fight. That seemed like a pretty unusual claim so I thought back over the last 38 years, and I couldn't remember seeing or hearing him being belligerent. I concluded that it was probably true. Brothers tend to squabble and are rarely each other's best friend. I remember one evening when Caleb said something which was hurtful and instead of snapping back, Joby got up and went outside. I followed him to console and congratulate him for not being mean back to Caleb. Joby broke down into tears as we walked up the street because he loves Caleb and was sure Caleb loved him. He has a tender heart. We have many evidences of Joby's love for us, his parents, as well.

Therefore, I can assure you that he is not a flight-risk, for five reasons:

#1. The security of a home matters a lot to his mother, but she didn't hesitate to join me in offering up both of our homes to guarantee that Joby would show up for his trial. We are certain that he will, because Joby loves us and would never leave us homeless and on the street.

#2. Joby loves his wonderful wife, Stephanie, and their cute, little 18-month old daughter, Liberty, and Justice her hoped for brother. Joby wants to assure his future with them.

#3. Joby wants to clear his reputation. In mid-December, Dr. Reg McDaniel, honored by Texas as their Physician of the Year, called and volunteered to fly in to be a character witness for Joby. Hundreds of his investors and friends have offered to do likewise.

#4. Joby understands the charges but doesn't see himself as guilty. He wasn't involved in BitClub until it was founded, up and running for almost two years. He flew to Iceland to check out the facilities. An innocent man has no reason to flee the country.

#5. Indeed, Joby looks forward to being present at the trial and doing all he can to put those founding scoundrels away for the full twenty-five years! Because of how we raised Joby (a willingness to trust and obey God, reinforced by the Pioneer Valley Christian School & Evangelical Covenant Church, plus Faith Christian Academy & Arvada Covenant Church, and summer camp at Summit Ministries, a mission trip to Mexico and ID-RA-HA-JE) he has a good heart and just doesn't think about ripping others off. Consequently, he himself has been blind-sided and burned from time to time. Yet, he never took the law into his own hands. This will be his big chance to finally make some of this right for himself and his friends who trusted him.

1

There is no way he will miss this opportunity! In deed, he would probably buy into a chance to participate in seeing justice prevail.


So, please rest assured, because of Joby's love for us, for his family, his integrity, his innocence, and his sense of duty, Joby is a perfectly safe risk. Is it right to put an innocent fellow in prison for three months and freeze all his assets and accounts so he can't hire his defense or feed his family? Meanwhile, I'd be glad to host Joby. He still has a bedroom at our homes. And I'll make sure he doesn't overlook any of the details of the conditions you'll set. We'll be in Newark a day or two before the trial date!

Sincerely,
Nat

February 7, 2020

Dear Judge Edwards S. Kiel and Judge Claire C Cecchi,

 I apologize for the informality  of this letter, but feel at this late date that  I need to write to you about my friend Joby Weeks whom I've known for the past 19 years. We first met when he and his family introduced me to Mannatech and their story of Healthy Living . Their  guidance has impacted my life and helped me to  be an active almost 79 year old. I was amazed at Joby's charisma, thirst for knowledge, ability to express himself, and excel in the business world  at such a young age. I have known his parents,Silence and Nat over almost two decades and consider them some of my dearest and most caring friends. They have a magnificent family. I have met Joby's very talented brother  Caleb and his wonderful wife Emily,as well. Joby has been very fortunate to have an incredible wife, Stephanie,author and nutrition consultant and devoted mother of Liberty,. She has been at his side through his adventurous, fast-paced, passionate pursuits.   I have been in contact with the Weeks  often and have welcomed them to stay with me in my home during their many business and pleasure trips to Hawaii .

I just wanted to be counted as one who believes Joby to be a very unique and amazing entrepreneur, world traveler, investor, leader, and friend to people all over the world. I have known him to be caring and honest in his dealings with those I know.He has an amazing zest for life! I hold his family in highest regard for their love, search for truth, outreach and service to people all over the US and many parts of the world.

I am a mother of 9 children (six of whom were adopted), a teacher, artist and owner manager of a busy guesthouse in rural Hawaii. I studied International Relations,worked in rural Mexico,the Guatemalan highlands with a medical missionary, and lived and worked on the Navajo and Hopi Reservations, so I have a deep love and empathy for others. I meet lots of interesting people from all over the world, and I can say that Joby was one who really stands out. My deep appreciation for his precious parents who mentored him well, is the motivation for my letter to you. Joby has a very loving and close family. He has been raised to know and do what's right, and to show compassion and concern for others.  I don't know what has occurred, but I do know that he has been a blessing in my life, has so much to offer with his enthusiasm and zest for knowledge. I pray that he will be able to overcome any challenges and continue to be a positive force for good, above all for his dear wife,precious child and  those of us who love him. I am confident that it is his desire to contribute to our world  and that he  and Stephanie aim to  pursue a path of wisdom and service .

Thank you very much for your consideration,

Sincerely,
Barbara "Bobi" Moreno
Kohalacountryhaven.com

**Pioneer Valley Christian Academy**
**965 Plumtree Road**
**Springfield, MA 01119**

February 5, 2020

To:   US Magistrate Judge Edward S. Kiel
        US District Judge Claire C. Cecchi

I am writing on behalf of Joby Week who will stand before the court next week.  I have been a headmaster of Pioneer Valley Christian Academy in Springfield, Massachusetts for 40 years. The Academy has had good standing in the community since its inception in 1972, seeking to instill moral values into the lives of its students from grades preschool through grade twelve.

Joby Weeks attended the Academy from preschool through grade eight.  I have known the family for 32 years.  His father worked at the Academy as our Director of Development from 1988 to 1996.  Joby was a strong student academically and enjoyed athletics, especially basketball.  He was always perceived as a leader among his peers, holding leadership positions within the middle school division.  He was the same age as my own son; thus, they became good friends and spent considerable time together outside of school.

The Weeks family moved to Denver, Colorado in 1996, but we have continued to stay in contact with each other over the intervening years.  I never had any reason to suspect that there was anything in Joby's life which was not noble.  He has been a very successful entrepreneur from a young age and enjoyed the company of other men and woman who are seeking to make a positive difference in our world.  He has a wonderful, supportive wife and a new baby, whom he adores.

Joby has continued to keep in contact with me as to how he could continue to support the Academy has a former student.  Upon his visits back to Springfield, his one desire has been to discuss with me various ways that he can financially help, especially as we look forward to the future and the sustainability of the Academy.

I would be happy to provide any other information to you which would be pertinent to his situation.

Yours truly,

Timothy Duff
Headmaster

US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

121002883.1

February 9, 2020

To: US Magistrate Judge Edward S. Kiel
US District Judge Claire C. Cecchi

Re: Jobodiah (Joby) Weeks

I have lived in South Central Pennsylvania all of my life, and I am 73 years of age. My wife and I have been married for 54 years, and we have two married children and four grandchildren. I have been in the Christian ministry for 53 years. I began Gettysburg Baptist Church (GBC) 37 years ago, and continue to serve as the Senior Pastor. In all of my time in ministry, I have been very actively involved with thousands of people and the details of their lives. I have spent tens of thousands of hours talking with and counseling thousands of people. I know people, and I can read them very well.

I have known Joby Weeks and his parents for at least 14 years. His parents are very good friends of ours. Joby was raised in a godly home by wonderful parents. When Joby met his wife, and they wanted to get married, they asked me to officiate at their wedding. After premarital counseling, I performed their ceremony about 10 years ago. During the years of friendship with Joby and Stephanie, we have been with them in various locations. In fact, Joby's grandma lived about 20 miles from our home, and we visited with them when they came into the area to see her. Joby and Stephanie have been to my church during those visits.

I know Joby to be an extremely intelligent, very outgoing and friendly person. His background is solid, and he is of outstanding moral character. He is trustworthy. He is a man of integrity. He is extremely loving and faithful to Stephanie and their little daughter. I do not hesitate to give my highest recommendation for Joby Weeks.

Thank you for taking the time to read my letter.

Rev. William G. Mummert
Senior Pastor
Gettysburg Baptist Church (GBC)
95 Fairview Road
Gettysburg, PA 17325
(717) 451-5998

February 9, 2020

Attn: US Magistrate Judge Edward S. Kiel
and
US District Judge Claire C. Cecchi

**Character Witness Letter for Joby Weeks**

This is JC Spencer in Houston, Texas. I am CEO of the Texas Endowment for Medical Research (www.TexasEndowment.org) and have collaborated with universities and researchers in over a dozen countries. We have trained physicians and healthcare professionals and written the **Glycoscience Whitepaper** (www.GlycoscienceWhitepaper.com), **Glycoscience 101**, **To Kill A Rat** (www.ToKillARatBOOK.com) and several other books available on Amazon.

My wife and I have known Joby Weeks for about 25 years and have the highest regard for his integrity and have always appreciated his excitement and knowledge in this science. When he was younger, he stayed in our home when visiting Houston.

A few months ago, he and his wife visited me while I was recovering from a hip replacement. They were very proud of their new baby and wanted us meet her.

Our experience with Joby is that his word is his bond.

Thanks for listening,

JC Spencer
17911 Ridge Top Drive
Houston, Texas 77090
Cell: 713-385-8099



**DENVER**
**RESCUE**
**MISSION**

P.O. Box 5206
Denver, Colorado 80217
Phone: 303.297.1815
Fax: 303.294.9503
DenverRescueMission.org

Judge Cecchi
MLK Jr. Building & Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Cecchi,

Jobadiah Weeks generously volunteered at the Denver Rescue Mission. He has a heart for helping the poor, hungry and homeless men, women, and children we serve. We could not provide vital and critical services to impoverished individuals and families without much needed volunteers such as Jobadiah Weeks.

We are very grateful to him for making such a difference in the lives of those that need it most. We appreciate his kind and generous support.

Sincerely,

Lisette Williams
Manager of Community Relations
(303) 313-2414



*Denver Rescue Mission is changing lives in the name of Christ by meeting people at their physical and spiritual points of need with the goal of returning them to society as productive, self-sufficient citizens.*