# EXHIBIT I

April 24, 2020

Honorable Judge Claire C. Cecchi
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Dear Judge Cecchi:

My name is Emily Weeks, and I am the sister-in-law of Joby Weeks. I'm writing this letter as additional character support for Joby, who I have known for approximately 17 years. It's been an honor to be married to his brother for 15 years, and to be a part of the Weeks family.

Joby and I have always genuinely appreciated each other and enjoyed the time spent together at holidays, visits, etc. He's been a wonderful brother in-law, and member of our family. An example of his commitment to family, which makes me smile upon reflection of it, is that he wanted to be the very first family member to meet and hold our first two newborn babies, and so he made sure he headed right to us after each of the babies were born. Sure enough, he was the first family member to hold each child! He would have been the first to meet our third, had he not been welcoming his own baby the very next week! We loved that enthusiasm for our kids, and know he has even more love and affection for his own beautiful family.

Throughout my relationship with Joby, I have admired his generosity and benevolence, his work ethic, his passion to learn and grow, his strong desire to leave the world a better place than he found it, his commitment and loyalty to his family and friends, and the high value he places on transparency. He loves people and believes in them. When I reflect on what I have observed in him over the last 17 years or so, I've never had a reason to doubt that he consistently has the best interests of others in mind. Due to these character observations from the last 17 years, I have confidence that he will be trustworthy and full of integrity throughout this process.

Thank you very much for your time, and I wish you the best.

Sincerely,

*Emily E. Weeks*
Emily Weeks