# EXHIBIT K

<-----></----->










Case 2:19-cr-00877-CCC Document 37-1 Filed 02/03/20 Page 7 of 9 PageID: 626





