# EXHIBIT O


بنك الإمارات دبي الوطني
Emirates NBD

## كشف حساب
## Statement of Account

| | |
|---|---|
| Date | 01 JAN 2020 | التاريخ |
| Branch | BUSINESS BAY BRANCH | الفرع |
| Tel. no. | هاتف Fax | فاكس |
| Pages | 1   الصفحات   No. 1 | الرقم |
| Currency | US DOLLAR | العملة |
| Account no. | 031-XXX38XXX-02 | رقم الحساب |
| IBAN | XXXX XXXX XXXX XXXX XXXX XXX | آيبان |
| Account type | CURRENCY PASSPORT SAVINGS AC | نوع الحساب |
| Customer TRN : | | |

MR. JOBADIAH SINCLAIR WEEKS
COLORADO
POSTAL CODE-80005
UNITED STATES OF AMERICA

| التاريخ<br>Date | التفاصيل<br>Description | مدين<br>Debits | دائن<br>Credits | الرصيد<br>Balance |
|---|---|---|---|---|
| 30SEP19 | BROUGHT FORWARD | | | 70,227.33Cr |
| 06OCT19 | BANKNET TRANSFER TO - ▮▮▮▮▮53801; BNK REF.-59554409 | 15,000.00 | | 55,227.33Cr |
| 07OCT19 | TRANSFER 000060148403 SWIFT CODE DIFFER | | 65,000.00 | 120,227.33Cr |
| 11NOV19 | TRANSFER TO ▮▮▮▮▮53801 | 120,227.33 | | 0.00 |
| 13NOV19 | INTEREST PAYMENT/▮▮▮▮▮53802/ 01-10 TO 31-10 INTEREST RUN | | 11.51 | 11.51Cr |
| 13NOV19 | TRANSFER TO ▮▮▮▮▮0542-AC CLOSURE | 11.51 | | 0.00 |
| | CARRIED FORWARD | | | 0.00 |

Confirmation of the correctness of the statement as rendered will be assumed if no notice of disagreement with any of the entries is received by the bank within 15 days of the date of the statement.

يعتبر كشف الحساب صحيحاً إذا لم يتم إرسال إشعار واعتراض على أي من القيود المبينة فيه إلى البنك خلال ١٥ يوماً من تاريخ كشف الحساب.

**BANK OF GEORGIA**

Bank Code: BAGAGE22

Central Branch

Account Owner: GEO Servers LLC

Account owner code in bank: 

Account N: 

Account Statement

Period   01.03.18 - 03.10.19

| Date | Doc N | Loro Account | Debit | Credit | Description |
|------|-------|--------------|-------|--------|-------------|
| *01.03.18* | Begining Balance | | | *0.00* | |

Bank Of Georgia
29a, Gagarini str., Tbilisi, 0160, Georgia, Phone (995 32) 2444 444, welcome@bog.ge www.bog.ge

კონფიდენციალური
- Confidential -

04.10.19 11:26

Page 1 (Total 14 Page)



| 03.10.19 | Ending Balance | 0.00 |



Bank Of Georgia
29a, Gagarini str., Tbilisi, 0160, Georgia, Phone (995 32) 2444 444, welcome@bog.ge www.bog.ge

კონფიდენციალური
- Confidential -

04.10.19 11:26

Page 14 (Total 14 Page)