# EXHIBIT R



**Iceland Facility**



Iceland Facility



**Iceland Facility**



**Iceland Facility**



**Iceland Facility**



**Iceland Facility**





Iceland Facility



**Iceland Facility**



**Iceland Facility**