# EXHIBIT S



Georgia Facility



Georgia Facility



Georgia Facility



Georgia Facility



Georgia Facility