# EXHIBIT T



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



**Montana Facility**



**Montana Facility**



**Montana Facility**



**Montana Facility**



Montana Facility



Montana Facility



Montana Facility



**Montana Facility**



**Montana Facility**



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility



Montana Facility