# EXHIBIT V



## Essex County Correctional Facility
## 354 Doremus Avenue
## Newark, New Jersey 07105

Operating in an abundance of caution in light of COVID-19, the Essex County Department of Corrections has suspended all family and friends visitations at the Essex County Correctional Facility.

Considering our mission to protect the public by operating a safe, secure and humane facility; current circumstances, recommendations from the Center for Disease Control and the World Health Organization and in line with the Governors orders video teleconferencing and telephonic visitation will be utilized for attorney visits between the hours of 9am to 3pm. To schedule a Video Teleconference, attorneys should call (973) 274-6246 at least one day before. It should be noted that Video Teleconferencing requires the attorney to be at the facility. Video Teleconferencing is private, is allotted on a first come first served basis and is limited to 20 minute increments, unless there is no attorney waiting.

All attorneys entering the building must submit to a medical screening which will consist of a temperature reading. Should the attorney's temperature be above 100.4 degrees, they will be asked to complete a questionnaire. At that point, the recommendation of the facility medical director or his designee will determine whether entry is granted. Should the attorney's temperature be 100.3 degrees or below, access will be granted by the medical and custody staff on sight.

Provisions for the passing of legal documents and obtaining signatures will be provided to all attorneys when required. Should a item need to be given to the inmate/detainee or an item requires an inmate's/detainee's signature, please let the visit Sergeant know and he will facilitate the movement of the legal item as requested.

Finally, we would remind all that our response to COVID-19 is fluid however we endeavor to inform the public of all changes and modifications made as soon as practicable.

|  | ATTORNEYS | VISITORS |
|---|---|---|
| MONDAY | 9AM to 3PM | NO VISITS |
| TUESDAY | 9AM to 3PM | NO VISITS |
| WEDNESDAY | 9AM to 3PM | NO VISITS |
| THURSDAY | 9AM to 3PM | NO VISITS |
| FRIDAY | 9AM to 3PM | NO VISITS |
| SATURDAY | NO VISITS | NO VISITS |
| SUNDAY | NO VISITS | NO VISITS |