# EXHIBIT W



Essex County Correctional Facility
354 Doremus Avenue
Newark, New Jersey 07105

Effective Wednesday, April 1, 2020, in light of COVID 19, in an effort to provide all wards of the Essex County Correctional Facility legal access, attorney visitation is as follows:

**Video Teleconference Booth Visitation**

(20 minutes per inmate)

Monday – Friday

9:00am – 3:00pm

Please call to schedule appointment

973-274-6246

Notification of the reimplementation of visitation can be found on the Essex County website at

https://essexcountynj.org/corrections/

Warden William J. Anderson