## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | : | |
| v. | : | |
| | : | |
| MATTHEW BRENT GOETTSCHE, | : | Crim. No. 19-877 |
| RUSS ALBERT MEDLIN, | : | |
| JOBADIAH SINCLAIR WEEKS, | : | |
| JOSEPH FRANK ABEL, and | : | |
| SILVIU CATALIN BALACI | : | |

This matter having come before the Court upon the application of the United States of America (Jamie L. Hoxie, Assistant U.S. Attorney, appearing) requesting that the Indictment returned on December 5, 2019 be unsealed and the identity of Defendant Two be disclosed, and good cause having been shown,

IT IS, on this 17th day of June, 2020,

ORDERED that, the Indictment returned December 5, 2019 is hereby unsealed; and

IT IS FURTHER ORDERED that the identity of Defendant Two—Russ Albert Medlin—may be disclosed on the docket and in the public filings in this case.

_____
CLAIRE C. CECCHI
United States District Judge