

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

| | |
|---|---|
| 970 Broad Street, 7th floor | 973-645-2700 |
| Newark, New Jersey 07102 | |

June 29, 2020

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *United States v. Jobadiah Sinclair Weeks, et al.*,
      Crim. No. 19-877

Your Honor:

  The Government understands that counsel for Jobadiah Sinclair Weeks ("Weeks") does not intend to file a formal motion to seal Weeks' Memorandum in Support of his Motion for Appeal (previously filed under seal at Dkt. No. 94). *See* Dkt. No. 96.

  Please allow this letter to confirm that the Government has no objection to defendant Weeks' Motion for Appeal (Dkt. 94) being unsealed.

             Respectfully submitted,

             CRAIG CARPENITO
             United States Attorney

             */s/ Anthony P. Torntore*

             By: Anthony P. Torntore
                David W. Feder
                Jamie L. Hoxie
                Assistant U.S. Attorneys