

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　　　973-645-2700
*Newark, New Jersey 07102*

June 29, 2020

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *United States v. Jobadiah Sinclair Weeks, et al.*,
     Crim. No. 19-877

Your Honor:

  The Government understands that counsel for Jobadiah Sinclair Weeks ("Weeks") does not intend to file a formal motion to seal Weeks' Memorandum in Support of his Motion for Appeal (previously filed under seal at Dkt. No. 94). *See* Dkt. No. 96.

  Please allow this letter to confirm that the Government has no objection to defendant Weeks' Motion for Appeal (Dkt. 94) being unsealed.

             Respectfully submitted,

             CRAIG CARPENITO
             United States Attorney

Clerk's Office is directed to unseal
the Motion for Appeal by Defendant
Jobadiah Sinclair Weeks [DE#94].

             By: Anthony P. Torntore
                David W. Feder
SO ORDERED            Jamie L. Hoxie
  *s/Claire C. Cecchi*          Assistant U.S. Attorneys
Claire C. Cecchi, U.S.D.J.

Date: 6/30/2020