# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

SILVIU CATALIN BALACI

MAGISTRATE JUDGE: Leda D. Wettre

MAGISTRATE NO.: 2:19-CR-877-5 (CCC)

DATE OF PROCEEDINGS: 7/7/2020

DATE OF ARREST: 7/7/2020

PROCEEDINGS: Initial Appearance/Arraignment

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___AFPD ___CJA
( ) WAIVER OF HRG.: ___PRELIM ___REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
(X) PLEA ENTERED: ___GUILTY _X_ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) DEFENDANT CONSENTS TO VIDEO CONFERNCE
(X) DISCOVERY SCHEDULE TO BE ENTERED

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $500,000
    (X) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED  NJ & SDNY
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE:
( ) DETENTION / BAIL HRG.    DATE:
( ) TRIAL: ___COURT ___JURY    DATE:
( ) SENTENCING    DATE:
( ) OTHER:    DATE:

APPEARANCES:

AUSA   Jamie Hoxie, AUSA

DEFT. COUNSEL   Robert Anello, Brian Jacobs & Meghan Vasu, Retained

PROBATION

INTERPRETER
    Language: (    )

Time Commenced: 6:04 pm
Time Terminated: 6:16 pm
CD No: ECR

*Kimberly Darling*

DEPUTY CLERK