**APPENDIX B. CRIMINAL CASE APPEARANCE FORM**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

SILVIU CATALIN BALACI

CRIMINAL NO. 19-877 (05)

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for  Silviu Catalin Balaci
                                                                                              Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| New York | 1981 |
| Southern District of New York | 1981 |
| Eastern District of New York | 1981 |
| *see below for additional courts* | *see below for additional years of admission* |

Date: July 7, 2020

/s/ Robert J. Anello
Signature of Attorney

Robert J. Anello
Print Name

Morvillo Abramowitz Grand Iason & Anello LLP
565 Fifth Avenue
Address

New York    NY    10017
City    State    Zip Code

212-880-9520    212-856-9494
Phone Number    Fax Number

*Additional Courts*

| | |
|---|---|
| U.S.C.A. for the Second Circuit | 1985 |
| U.S.C.A. for the Third Circuit | 2016 |
| U.S. Supreme Court | 1984 |