**APPENDIX B. CRIMINAL CASE APPEARANCE FORM**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 19-877 (05)

SILVIU CATALIN BALACI  **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for  Silviu Catalin Balaci
                                                                                                         Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| New York | 2018 |
| Eastern District of New York | 2018 |
| Southern District of New York | 2019 |

Date: July 7, 2020

/s/ Joseph Stern
Signature of Attorney

Joseph Stern
Print Name

Morvillo Abramowitz Grand Iason & Anello LLP
565 Fifth Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| 212-880-9523 | 212-856-9494 |
|---|---|
| Phone Number | Fax Number |