# USA Exhibit B

| Timestamp | From | To | Message |
|---|---|---|---|
| 2017-09-07T00:48:45Z | 872995062 Facebook - Joby Weeks | ▮ | Manila |
| 2017-09-07T00:49:33Z | ▮ | 872995062 Facebook - Joby Weeks | how long are you there? |
| 2017-09-07T00:49:38Z | 872995062 Facebook - Joby Weeks | ▮ | Till the 11th |
| 2017-09-07T00:50:46Z | ▮ | 872995062 Facebook - Joby Weeks | what's up un Manila? |
| 2017-09-07T00:52:14Z | 872995062 Facebook - Joby Weeks | ▮ | Bitcoin baby! |
| 2017-09-07T00:52:51Z | ▮ | 872995062 Facebook - Joby Weeks | packing people into events? |
| 2017-09-07T00:53:49Z | 872995062 Facebook - Joby Weeks | ▮ | Yea, we have 300,000 people now brotha |
| 2017-09-07T00:53:58Z | 872995062 Facebook - Joby Weeks | ▮ | Did $90,000,000 last month! |
| 2017-09-07T00:54:09Z | ▮ | 872995062 Facebook - Joby Weeks | In your downline? |
| 2017-09-07T00:54:25Z | 872995062 Facebook - Joby Weeks | ▮ | I think Bitclub is now the biggest bitcoin company in the world. We should break a billion dollars over the next year |