# USA Exhibit C



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEWS** | BUSINESS | SE ASIA | OPINION | LIFESTYLE | TRAVEL | MULTIMEDIA | DEEP LOOK | PAPER EDITION | MORE | |

PREMIUM SUBSCRIPTION  LOG IN / REGISTER

| NEWS | OPINION | TRAVEL | MULTIMEDIA | MORE |
|---|---|---|---|---|
| INDEX | INDEX | INDEX | INDEX | JOBS |
| POLITICS | ACADEMIA | NEWS | VIDEO | EVENTS |
| WORLD | COMMENTARY | DESTINATIONS | PHOTO | WRITING CENTER |
| INDONESIA | INSIGHT | JAKPOST GUIDE TO | DEEP LOOK | IMAGES |
| JAKARTA | ANALYSIS | | PODCAST | MOBILE APPS |
| SPORTS | INTERVIEW | | | PUBLISH |
| POSTSCRIPT | | | | |

NEWS  >  CITY

# American fugitive arrested in Jakarta a known pedophile: Jakarta Police

News Desk
The Jakarta Post

Jakarta  /  Thu, June 18, 2020  /  05:24 pm



Jakarta Police spokesperson Sr. Comr. Yusri Yunus (center) and special crime unit head Sr. Comr Roma Hutajulu (left) show evidence pertaining to alleged sexual assault against minors committed by a United States national identified as Russ Albert Medlin (behind, center) during a press briefing on June 16. (Antara/Reno Esnir)



0
SHARES

Russ Albert Medlin, an American fugitive recently arrested in Jakarta for alleged sexual assault against minors, is a known pedophile in his home country, according to Jakarta Police.

Jakarta Police spokesperson Sr. Comr. Yusri Yunus said Medlin had previously been charged in connection to sexual violence against a 14-year-old in the United States prior to his arrest in Indonesia.

"[He] was charged with sexual violence against a minor twice by a district court in Nevada between 2006 and 2008, and had served two years in prison," he said on Tuesday, as quoted by *kompas.com*.



The US authorities' investigation found that Medlin recorded his sexual acts on video – a practice he would do again in his most recent crime involving an Indonesian child, according to Yusri.

Read also: Children 'trapped' in pornography: KPAI

During his stay in Jakarta, Medlin had contacted a local 20-year-old woman, identified only as A, who was known to have ties to child trafficking, the police spokesperson said.

"[Medlin] asked A via WhatsApp to introduce him to a minor. A then introduced him to the victim, SS, who is still 15 years of age," Yusri said.

Medlin later talked to SS and asked them to bring along their friends, LF and TR. Each child was promised Rp 2 million, Yusri went on to say.

"[Medlin] asked one child to record his [sexual acts] with the other minors using his phone," he said.

Medlin, who entered Indonesia on a tourist visa last year, was apprehended at his residence on Monday after police questioned three minors.

The US national has been on the Federal Bureau of Investigation's (FBI) wanted list for crimes related to an investment scam in bitcoin stocks, Yunus said, adding the scam totaled $722 million. (rfa)

