# USA Exhibit 9

**From:** Joby Weeks <jobyweeks
**Subject:** Re: Regarding my bank account funds
**Sent:** Thu, 8 Jun 2017 01:45:45 +0200
**To:**

Awesome
What I sent you was one of my wallet addresses that holds bitcoin. Notice the "joby" in the address. :)
You're paid in full and the property is paid in full.
I promise I won't go on welfare when I get citizenship. :)
Will get the rest of the paper work to you when I get everything put together. Some stuff is back in Colorado. Im in Malta now...
Cheers
Joby

On Jun 7, 2017, at 1:10 PM, wrote:

Hi Joby,
The CEO of the citizenship unit is returning to island later today so I will discuss the bitcoin matter with him in order to get some guidance. I'm not up to speed with the whole bitcoin industry but do you have a "personal" account that shows how much bitcoin you hold etc?

St. Kitts and Nevis | Grenada | Antigua and Barbuda | Dominica | Saint Lucia

The information contained in this email and in any attachments is confidential and designated solely for the attention and use of the intended recipient(s). This information may be subject to legal professional privilege. If you are not an intended recipient of this email, you must not use, disclose, copy, distr bute or retain this message or any part of it. If you have received this email in error, please delete all copies of this email from your computer system(s).

On Jun 5, 2017, at 8:22 AM, Joby Weeks <jobyweeks@ wrote:

Aloha
The funds that I used to buy the property and pay you came from me selling some bitcoins.
I try to keep my money out of the banks and in Bitcoin instead.
Thats why that bank account has such a low balance all the time.
What should we do? I don't like or trust banks and I am not a fan of fiat money.

This is one of my bitcoin wallet addresses, 1JobyWkspb4B

You can see on the blockchain how much money has gone through that wallet here.

https://blockchain.info/address/1JobyWkspb

I think Ive run through around $62,000,000 in the last year selling computer equipment that mines bitcoin.

Now you know why I don't want my US Passport anymore. Imagine the tax liability!

There are a lot more people like me who will be coming to St Kitts. May want to get the government guys there educated about the shift thats taking place.

You should consider getting some bitcoin yourself bro. Its doubled in value since I say you last. Mining it with us is quite profitable.

Cheers bro.
Joby