2017R00326/DWF/JLH/APT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19-877 |
| | : | |
| v. | : | Hon. Claire C. Cecchi |
| | : | |
| SILVIU CATALIN BALACI | : | 18 U.S.C. § 371 |
| | : | |

I, Silviu Catalin Balaci, the above-named defendant, who is charged with conspiracy to devise a scheme and artifice to defraud, and to obtain money and property from victims by means of false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme and artifice to defraud, to transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds, contrary to Title 18, United States Code, Section 1343, and to directly and indirectly willfully offer and sell unregistered securities, contrary to Title 15, United States Code, Sections 77e and 77x, all in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed Superseding Information, and my rights, hereby waive in open court on July 9, 2020, prosecution by indictment and

1

consent that the proceeding may be by information rather than by indictment.

				_____
				Silviu Catalin Balaci
				Defendant

				_____
				Robert Anello, Esq.
				Brian Jacobs, Esq.
				Margaret Vasu, Esq.
				Counsel for Defendant

Before:	_____
		HONORABLE CLAIRE C. CECCHI
		United States District Judge