IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 19-877 (CCC) (05) |
| | * | |
| SILVIU CATALIN BALACI | * | |
| | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

☑   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

☑   That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

See Attachment A


Accordingly, the proceeding(s) held on this date may be conducted by:

☑   Video Teleconferencing

☐   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐   Other:


Date: 7/9/2020

_____
Honorable Claire C. Cecchi
United States District Judge

## ATTACHMENT A

      Balaci's guilty plea hearing cannot be further delayed without serious harm to the interests of justice because Balaci has specifically traveled from Germany during the global COVID-19 pandemic to plead guilty to the charge in the Superseding Information, and it is currently unknown when or whether Balaci, who normally resides in Germany, would be able to plead guilty to this charge if proceedings were delayed.  Additionally, speedy resolution of the charges against Balaci by permitting the guilty plea will help narrow the scope of the case, which will preserve the Court's and the parties' resources.  These specific circumstances are such that this hearing cannot be further delayed without serious harm to the interests of justice.