UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: July 9, 2020

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 19-CR-877 (CCC)-05

Title of Case: U.S.A. v. SILVIU CATALIN BALACI

Appearances:   Jamie Hoxie, David Feder & Anthony Torntore, AUSAs, for the Government
Robert Anello, Brian Jacobs & Joseph Stern, Esqs. for Defendant BALACI

**Nature of Proceedings:**        Plea to a Superseding Information Via Zoom Video

Ordered defendant sworn.
Defendant consents to plea to be held via videoconference, placed on the record
COVID 19 Order filed.
Defendant consents to his counsel signing his name on his behalf on all documents placed on the record
Defendant advised of his/her rights.
Defendant advised of his/her rights, charges and penalties
Counsel waives formal reading of the Information
Waiver of indictment filed.
SUPRSEDING INFORMATION filed.
PLEA: GUILTY to all Counts of the Information.
Rule 11 documents filed.
Ordered sentence date November 18, 2020 at 11:30 AM.
Ordered bail continued.

Time Commenced   __10:00 a.m.___          Time Adjourned  ___11:30 a.m._____.

_____ *Jacquie Lambiase* _____

Jacquie Lambiase, Deputy Clerk