UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | |
| MATTHEW BRENT GOETTSCHE<br>RUSS ALBERT MEDLIN<br>JOBADIAH SINCLAIR WEEKS<br>JOSEPH FRANK ABEL<br>SILVIU CATALIN BALACI | Criminal No. 19-877<br><br>SCHEDULING ORDER |

This matter having come before the Court for consideration; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Jamie L. Hoxie, Anthony P. Torntore, David W. Feder, Assistant U.S. Attorneys, appearing (the "Government's Attorneys")); and defendant Matthew Brent Goettsche being represented by Rodney Villazor, Esq., Andrew Lourie, Esq., Hartley M.K. West, Esq., and Benjamin J.A. Sauter, Esq.; and defendant Jobadiah Sinclair Weeks being represented by Adam P. Schwartz, Esq., Andrew M. Hinkes, Esq., Michael L. Yaeger, Esq., and Simon A. Gaugush, Esq.; and defendant Joseph Frank Abel being represented by Jason J. LeBoeuf, Esq. (collectively, the "Defendants"); and the parties having conferred; and the parties having agreed upon a proposed scheduling order; and the Court having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the

Court having accepted the proposed schedule of the parties for the exchange of the discovery, and for good cause shown,

It is on this 16th day of July, 2020, ORDERED that:

1. The Government shall continue to provide discovery required by Federal Rule of Criminal Procedure 16(a)(1) as soon as practicable on a rolling basis, as described further below.

   a. The Government agrees that it will make a production by September 2, 2020 of additional Rule 16 records that were collected after the covert portion of the Government's investigation. The Government will continue to produce Rule 16 discoverable material on a rolling basis in light of its obligations to supplement discovery.

   b. The Government will produce on a rolling basis Technically Difficult Records and Paper Records (as previously defined in the Court's May 21, 2020 order) as it is reasonably able to do so.

   c. The Government will produce non-filtered records that were produced by Apple in response to search warrants that presented technical difficulties by September 30, 2020.

2. Each Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before October 30, 2020.

3. Each Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1)(A) on or before October 30, 2020.

4.	For the review and determination of potentially privileged material involving Goettsche, Weeks, and Abel, no later than October 30, 2020, each Defendant will make privilege designations, identifying the records in question and the basis for the claims of privilege to the attorney for the Government responsible for the filter process (the "Filter Attorney").

5.	The Court will hold a scheduling conference on November 12, 2020 at 4:00 p.m. to address further deadlines in this case.

_____
Honorable Claire C. Cecchi
United States District Judge