UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | |
| MATTHEW BRENT GOETTSCHE [DEFENDANT TWO] JOBADIAH SINCALIR WEEKS JOSEPH FRANK ABEL SILVIU CATALIN BALACI | Criminal Number: 19-877 (CCC) |

## PROPOSED ORDER

**THIS MATTER**, being before the Court upon Defendant Silviu Catalin Balaci's ("Defendant") request by and through his attorney, Robert J. Anello, for permission to travel from this District to Germany, and the Court having reviewed the submission, the government and Pretrial having no objection, and for good cause shown;

On this 21st day of July, 2020, it is **ORDERED** that:

1. Defendant may travel from this District to Germany, on or after July 25, 2020, and may reside there until a Court hearing or sentencing in the above-captioned action, or until directed to return to this District by Pretrial Services ("PTS");

2. Defendant must check in with PTS on a schedule as directed by PTS for the duration of his time in Germany during the pendency of the above-captioned action; and

3. PTS must return to Defendant his passport at a time and place as directed by PTS prior July 25, 2020.

*Leda Dunn Wettre*
_____
Honorable Leda D. Wettre
United States Magistrate Judge