2020R0XXXXX/APT/JLH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 20- |
| JOSEPH FRANK ABEL | : | 26 U.S.C. § 7206(1) |

**WAIVER OF INDICTMENT AND VENUE**

I, JOSEPH FRANK ABEL, the above-named defendant, who is charged with: engaging in monetary transactions in property derived from specified unlawful activity, in violation of Title 26, United States Code, Section 7206(1); and being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on September ___, 2020 prosecution by indictment and consent that the proceeding may be by information rather than by indictment. Being advised of my rights, I further wish to plead guilty to the offense in violation of Title 26, United States Code, Sections 7206(1), in the District of New Jersey, and consent to the disposition of the charged violation of Title 26, United States Code, Section 7206(1), in the District of New Jersey, and waive venue for the offense in violation of Title 26, United States Code, Section 7206(1), in the Central District of California.

_____
JOSEPH FRANK ABEL
Defendant

_____
JASON LEBOEUF, ESQ.
Counsel for Defendant

Before: _____
HONORABLE CLAIRE C. CECCHI
United States District Judge