# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __LEDA D. WETTRE__ |
| v. | MAGISTRATE NO.: __2:19-CR-877 (CCC)__ |
| JOSEPH ABEL | DATE OF PROCEEDINGS: __9/11/2020__ |
| | DATE OF ARREST: __Click here to enter text.__ |

PROCEEDINGS: __Bail Hearing__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD  ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) DEFENDANT CONSENTS TO VIDEO CONFERENCE

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $2,000,000
    ( ) UNSECURED BOND
    (X) SURETY BOND SECURED BY PROPERTY
(X) TRAVEL RESTRICTED
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.   DATE:
( ) DETENTION / BAIL HRG.   DATE:
( ) TRIAL: ___ COURT ___ JURY   DATE:
( ) SENTENCING   DATE:
( ) OTHER: ___   DATE:

APPEARANCES:

AUSA __Anthony Torntore, AUSA__

DEFT. COUNSEL __Jason LeBoeuf, CJA__

PROBATION _____

INTERPRETER _____
    Language: ( )

Time Commenced: 12:00 pm
Time Terminated: 12:30 pm
CD No: ECR

*Kimberly Darling*
DEPUTY CLERK