UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                       Date: September 15, 2020

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 19-CR-877 (CCC)-01

Title of Case: U.S.A. v. MATTHEW BRENT GOETTSCHE

Appearances:  Shawn Barnes, AUSA, for the Government
              Paul Condon, Esq. for Defendant

**Nature of Proceeding:   Fry Hearing**

Defendant present.
Defendant sworn
Defendant consents to plea to be held via videoconference, placed on the record
COVID 19 Order filed.
Defense counsel for defendant advised the Court that he/she received, reviewed and discussed the plea agreement with the defendant in a timely manner.
Inquiry made by the Court to defendant, who acknowledged receipt, review and discussions with attorney as to the plea agreement.
Defendant advised the Court that he REJECTED the plea offer and would like to proceed to trial.
Motion schedule to be set (Order to be filed)

Time Commenced   11:30 a.m.                                    Time Adjourned   12:00 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk