2020R00957/APT/JLH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi Crim. |
| | : | |
| v. | : | No. 19-cr-877 (CCC)-03 |
| | : | |
| JOBADIAH SINCLAIR WEEKS | : | 26 U.S.C. § 7201 |

## **I N F O R M A T I O N**

The defendant, JOBADIAH SINCLAIR WEEKS, having waived in open court prosecution by Indictment and venue in the District of Colorado, the United States Attorney for the District of New Jersey charges:

1. At times relevant to this Information:

    a. Defendant JOBADIAH SINCLAIR WEEKS ("WEEKS") was a resident of Colorado.

    b. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, responsible for administering and enforcing the tax laws of the United States, and collecting the taxes that were due and owing to the Treasury of the United States by its citizens and businesses.

    c. WEEKS was a promoter of the BitClub Network, a worldwide fraudulent scheme that, among other things, solicited money from investors in exchange for shares of pooled investments in cryptocurrency mining and that rewarded existing investors for recruiting new investors.

    d. WEEKS was required to report income he earned, including through his affiliation with the BitClub Network, on a U.S. Individual Income Tax Return, Form 1040 ("Form 1040").

2. As part of a scheme to evade income taxes, WEEKS failed to file a Form 1040 for the calendar years 2015 through 2018, thus failing to report at least approximately $18 million of taxable income to the IRS, including income earned by WEEKS through his affiliation with the BitClub Network. By failing to report this income, WEEKS failed to pay approximately $7 million in federal income taxes to the United States.

3. From in or about January 2015 through in or about April 2019, in the District of Colorado and elsewhere, defendant

JOBADIAH SINCLAIR WEEKS

willfully attempted to evade and defeat the income taxes due and owing by him to the United States of America, for the calendar years 2015, 2016, 2017, and 2018, totaling at least approximately $7 million, by committing the following affirmative acts, among others: (a) using a virtual private network, or VPN, to obscure his true, U.S.-based IP addresses, so that he could avoid detection and regulation by U.S. law enforcement, including the IRS; (b) applying for citizenship in the Federation of Saint Christopher and Nevis; and (c) concealing income and other assets through the use of private cryptocurrency wallets.

In violation of Title 26, United States Code, Section 7201.

*[signature]*
CRAIG CARPENITO
United States Attorney

CASE NUMBER: <u>19-CR-877 (CCC)</u>

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**JOBADIAH SINCLAIR WEEKS**

# INFORMATION FOR
26 U.S.C. § 7201

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

ANTHONY P. TORNTORE
JAMIE L. HOXIE
*ASSISTANT U.S. ATTORNEYS*
*NEWARK, NEW JERSEY*
*973-645-2700*