2020R00957/APT/JLH

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 19-877 |
| JOBADIAH SINCLAIR WEEKS | : | 26 U.S.C. § 7201 |

### WAIVER OF INDICTMENT AND VENUE

I, JOBADIAH SINCLAIR WEEKS, the above-named defendant, who is charged with: tax evasion, for tax years 2015, 2016, 2017, and 2018, in violation of Title 26, United States Code, Section 7201; and being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on November __5__, 2020 prosecution by indictment and consent that the proceeding may be by information rather than by indictment. Being advised of my rights, I further wish to plead guilty to the offense in violation of Title 26, United States Code, Section 7201, in the District of New Jersey, and consent to the disposition of the charged violation of Title 26, United States Code, Section 7201, in the District of New Jersey, and waive venue for the offense in violation of Title 26, United States Code, Section 7201, in the District of Colorado.

_____
JOBADIAH SINCLAIR WEEKS
Defendant

_____
SIMON GAUGUSH, ESQ.
Counsel for Defendant

Before: _____
HONORABLE CLAIRE C. CECCHI
United States District Judge