UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: November 5, 2020

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 19-CR-877 (CCC)-03

Title of Case: U.S.A. v. JOBADIAH SINCLAIR WEEKS

Appearances:   Anthony Torntore & Jamie Hoxie, AUSAs, for the Government
Simon Gaugush & Michael Yaeger, Esq. for Defendant

**Nature of Proceedings:**       Plea to an Information & Indictment Via Zoom

Video

Ordered defendant sworn.
Defendant consents to plea to be held via videoconference, placed on the record
COVID 19 Order filed.
Defendant advised of his/her rights.
Defendant advised of his/her rights, charges and penalties
Counsel waives formal reading of the Information
Waiver of indictment filed.
INFORMATION filed.
PLEA: GUILTY to all Counts of the Information.
Plea agreement filed.
Rule 11 documents filed.
Ordered sentence date March 17, 2021 at 10:00 AM.
Ordered defendant remanded.

Time Commenced     9:00 a.m.                    Time Adjourned     10:00 a.m.              .

_Jacquie Lambiase_
Jacquie Lambiase, Deputy Clerk