UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi, U.S.D.J. |
| v. | : | Crim. No. 19-877 |
| MATTHEW BRENT GOETTSCHE, | : | |
| Defendant. | : | |

**FIRST FORFEITURE BILL OF PARTICULARS**

The United States of America, by and through Craig Carpenito, United States Attorney for the District of New Jersey (Sarah Devlin, Assistant U.S. Attorney, appearing), submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, to restate, supplement, and clarify the forfeiture allegations contained in the Indictment, Crim. No. 19-877, and to provide notice to defendant Matthew Brent Goettsche of specific property the government intends to forfeit upon conviction.

1. The allegations set forth in the Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture, pursuant to Federal Rule of Criminal Procedure 32.2(a) and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Property subject to forfeiture in this case to the United States, pursuant to Federal Rule of Criminal Procedure 32.2(a) and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), includes, but is not limited to the property listed in the schedule attached hereto as Exhibit A.

This notice does not limit the government from seeking the forfeiture of additional specific property or limit the government from seeking the imposition of a forfeiture money judgment.

Dated:   Newark, New Jersey
        December 9, 2020

                                      CRAIG CARPENITO
                                      UNITED STATES ATTORNEY

                                      *s/ Sarah Devlin*
                      By:   SARAH DEVLIN
                           Assistant United States Attorney

## **EXHIBIT A**

(a) 4381 W Flamingo Road 5901, Unit 59301, Las Vegas, Nevada 89103;

(b) 3791 63rd Street, Boulder, Colorado; and

(c) 9222 Rimrock Dr, Scottsdale, Arizona.