

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### CONSENT TO COMPLY WITH
### AUDIO AND VIDEO TELECONFERENCE RULES

Due to the ongoing national emergency with respect to the COVID-19 pandemic, the United States District Court for the District of New Jersey has issued standing orders supporting hearings conducted by audio and video teleconference in accordance with applicable statutes and rules of the Judicial Conference of the United States.

As a member of the public or media, you have requested to remotely attend one or more hearings conducted by audio or video teleconference. By requesting such access, you have consented to follow the rules set forth in this document.

The Court's granting of your request is contingent upon your consent to and compliance with all of the following rules:

1. Local Civil Rule 401.1, which prohibits broadcasting, photographing, recording or otherwise transmitting court proceedings, and Amended Standing Order 2020-06, reminding of the general prohibition against photographing, recording, livestreaming on the internet, and rebroadcasting of court proceedings.

2. The information you receive enabling you to access the audio or video teleconference hearing(s) shall **not** be provided to any other individual or entity without the prior express permission of the United States District Court for the District of New Jersey.

3. Anyone found to have violated these rules may face sanctions including but not limited to restricted entry to future proceedings, denial of entry to future proceedings, removal of court-issued media credentials, and punishment for contempt of court.

**Case Name:** USA v. GOETTSCHE

**Case Number:** 19-cr-877

**Hearing Date:** 12/11/2020

**Hearing Time:** 1:00 p.m.

**Public Hearing Connection Information:**

**Teleconference Number:** 646-828-7666     **Videoconference Link:** https://zoomgov.com/join

**Access Code:** 873287     **Meeting ID:** 1619823517