# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* v. MATTHEW BRENT GOETTSCHE *Defendant* | MAGISTRATE JUDGE: Michael A. Hammer  CASE NO. 19-877  DATE OF PROCEEDINGS: 12/11/2020  DATE OF ARREST: _____ |

**PROCEEDINGS:** Bail Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS   [ ] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL:   [ ] AFPD   [ ] CJA
- [ ] WAIVER OF HRG:   [ ] PRELIM   [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED:   [ ] GUILTY   [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED   [ ] FINANCIAL COLLOQUY
- [x] TELE/VIDEOCONFERENCE CONSENT ORDER
- [x] Defendant detained until verification has been provided to Pretrial Services

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: $20,000,000 secured by the available equity (approximately $8,600,000) from properties
  - [ ] UNSECURED BOND
  - [x] SURETY BOND SECURED BY CASH/**PROPERTY**
- [ ] TRAVEL RESTRICTED_____
- [x] REPORT TO PRETRIAL SERVICES
- [x] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] BAIL HRG. CONT.
- [ ] TRIAL:   [ ] COURT   [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:_____

DATE:_____
DATE:_____
DATE:_____
DATE:_____
DATE:_____

**APPEARANCES:**

AUSA: Jamie Hoxie, Anthony Torntore and David Feder

DEFT. COUNSEL: Rodney Villazor, Andrew Lourie, Benjamin Sauter and Amanda Tuminelli

PO/PTS: Kristen McKeown and David Hernandez

INTERPRETER_____
Language:_____

TIME COMMENCED: 1:06
TIME TERMINATED: 3:22
CD NO: ECR

J. Baker
DEPUTY CLERK