UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | : | |
| v. | : | Crim. No. 19-877 (CCC) |
| | : | |
| MATTHEW BRENT GOETTSCHE, | : | |
| RUSS ALBERT MEDLIN | : | **ORDER AUTHORIZING** |
| JOBADIAH SINCLAIR WEEKS, | : | **ALTERNATIVE VICTIM** |
| JOSEPH FRANK ABEL, | : | **NOTIFICATION** |
| SILVIU CATALIN BALACI | : | |

Pursuant to 18 U.S.C. § 3771, the United States of America (Rachael A. Honig, Acting United States Attorney for the District of New Jersey, by Anthony P. Torntore, Assistant United States Attorney, appearing) seeks an order authorizing it to provide notice by publication to the large number of crime victims in this case. Under Section 3771(a)(2), crime victims have a right to "reasonable, accurate, and timely notice" of public court proceedings, including sentencings.

In this case, the victims of the charged wire and securities fraud scheme are individual investors in the BitClub Network ("BCN"). Those numerous individuals have not yet been fully identified and located. The United States estimates that there are thousands of individual investors who purchased shares in BCN. It will thus be impracticable for the Government to identify and locate all investors and provide them with reasonable, accurate, and timely notice by mail of this case and any future proceedings.

Under such circumstances, Section 3771(d)(2) of the Crime Victims' Rights Act gives the Court the authority to "fashion a reasonable procedure to

give effect to this chapter that does not unduly complicate or prolong the proceedings." The Government seeks authorization to provide notice to the potential victims by publication, which directs potential victims to the U.S. Attorney's website, where links provide victims with continuous updates about the status of the case.

The Court finds (1) that the "multiple victim" provisions of 18 U.S.C. § 3771(d)(2) apply to the above-captioned case; (2) that it is impractical for the Government to identify all the direct and proximate victims of the charged offense on an individual basis at this time without unduly complicating or delaying this matter; and (3) notice by publication is a "reasonable procedure" to give effect to the provisions of 18 U.S.C. § 3771. Accordingly, it is ordered that the United State is authorized to comply with 18 U.S.C. § 3771(a)(2) by providing notice of upcoming court proceedings by publication.

_____
Honorable Claire C. Cecchi
United States District Judge

DATE: 2/11/2021