UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-CR-00877 |
| v. | : | |
| MATTHEW BRENT GOETTSCHE | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey, by JOSEPH MINISH Assistant U.S. Attorney, joseph.minish@usdoj.gov, is appearing for the United States of America in the above-captioned matter.

RACHAEL A. HONIG
Acting United States Attorney

/S/ Joseph N. Minish

By: JOSEPH N. MINISH
Assistant U.S. Attorney

Dated:    July 27, 2021