## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                                    :
MATTHEW BRENT GOETTSCHE      :    Crim. No. 19-877 (CCC)
RUSS ALBERT MEDLIN            :
JOBADIAH SINCLAIR WEEKS       :
JOSEPH FRANK ABEL             :    **ORDER ON MOTION TO WITHDRAW**
SILVIU CATALIN BALACI         :    **AS COUNSEL OF RECORD AND TO**
_____:   **CONTINUE BOND REVOCATION**
                                          **HEARING FOR DEFENDANT**
                                          **JOBADIAH SINCLAIR WEEKS**


        This matter has come before the Court on motion of Defendant Jobadiah Sinclair Weeks'

counsel of record to withdraw from representation in the above-referenced case.   On August 12,

2021, Defendant Weeks discharged counsel of record from representation in this matter.

Pursuant to applicable rules of professional conduct from the states of admission for Mr. Weeks'

counsel of record, a lawyer is required to withdraw from representation upon discharge by a

client.  Having been discharged from representation, and pursuant to Local Rule 120.1, counsel

of record are seeking leave of court to withdraw from the above-referenced case.  Counsel of

record also seek a continuance of the bond revocation hearing scheduled for August 16, 2021, at

11:00 a.m. (Dkt. 201).  The Government does not oppose a limited continuance of ten (10) days

for Mr. Weeks to retain new counsel to represent him at the bond revocation hearing and in this

case.

126947827.1

IT IS on this _____ day of August, 2021,

ORDERED that the Motion for Leave to Withdraw as Counsel of Record for Defendant Jobadiah Sinclair Weeks and Motion to Continue Bond Revocation Hearing Scheduled for August 16, 2021, is hereby GRANTED.

_____
Michael A. Hammer
United States Magistrate Judge

126947827.1