# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* <br> v. <br> JOBADIAH SINCLAIR WEEKS *Defendant* | MAGISTRATE JUDGE: Michael A. Hammer <br> CASE NO. 19-877 <br> DATE OF PROCEEDINGS: 8/23/2021 <br> DATE OF ARREST: |

**PROCEEDINGS:** Status Conference

- [ ] SUPERSEDING COMPLAINT
- [ ] ADVISED OF RIGHTS    [ ] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [x] VIDEO/TELECONFERENCING CONSENT

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
   - [ ] UNSECURED BOND
   - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT  [ ] JURY
- [ ] SENTENCING
- [x] OTHER: Hearing cont.

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: 8/27/2021 at 11:00

**APPEARANCES:**

AUSA: Jamie Hoxie and Anthony Torntore

DEFT. COUNSEL: Simon Gaugush and Michael Yaeger

PO/PTS: David Hernandez

INTERPRETER: _____
Language: _____

TIME COMMENCED: 11:17
TIME TERMINATED: 12:02
CD NO: ECR/Zoom

J. Baker
DEPUTY CLERK