# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOBADIAH SINCLAIR WEEKS | Hon. Michael A. Hammer<br><br>CRIMINAL No.: 19-cr-877-CCC |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in the case for Jobadiah Sinclair Weeks.

I hereby certify under penalty of perjury that I am a member in good standing of the New Jersey bar and that I am not the subject of suspension or disbarment from any Court.

Date: August 26, 2021

By: */s/ David S. Stone*
David S. Stone, Esq.
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, New Jersey 07922
Tel: (973) 218-1111
Fax: (973) 218-1106
dstone@stonemagnalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2021, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve an electronic copy to all counsel of record.

By:  *s/ David S. Stone*
David S. Stone, Esq.
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Fax: (973) 218-1106
dstone@stonemagnalaw.com
