# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JOBADIAH SINCLAIR WEEKS
*Defendant*

MAGISTRATE JUDGE: Michael A. Hammer
CASE NO. 19-877
DATE OF PROCEEDINGS: 8/27/2021
DATE OF ARREST: ____

**PROCEEDINGS:** Status Conference

- [ ] SUPERSEDING COMPLAINT
- [ ] ADVISED OF RIGHTS  [ ] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [x] VIDEO/TELECONFERENCING CONSENT
- [x] Motion to Withdraw Granted
- [x] Reply brief - Deft. by 9/3 and Gov. by C.O.B on 9/7
- [x] David Stone retained for pending motion to revoke bail

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: ____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED ____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [x] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: ____

DATE: ____
DATE: 9/9/2021 at 1:00
DATE: ____
DATE: ____
DATE: ____

**APPEARANCES:**

AUSA: Jamie Hoxie and Anthony Torntore
DEFT. COUNSEL: Simon Gaugush, Michael Yaeger and David Stone
PO/PTS: David Hernandez
INTERPRETER ____
Language: ____

TIME COMMENCED: 1:00
TIME TERMINATED: 1:15
CD NO: ECR

J. Baker
DEPUTY CLERK