UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:19-cr-00877-CCC-3

GOETTSCHE ET AL.

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for   Jobadiah Sinclair Weeks
                                                  Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

New York State (continued on next page)
Court(s)

10/30/2003
Year(s) of Admission

Date: 9/3/2021

/s/ Matthew L. Schwartz
Signature of Attorney

Matthew L. Schwartz
Print Name

55 Hudson Yards
Address

New York, NY 10001
City State Zip Code

212.446.2300
Phone Number Fax Number

DNJ-CR-013 (03/2010)

Courts in good standing continuation.

| Courts: | Dates |
|---|---|
| U.S. Supreme Court; | 11/2/2015 |
| U.S. Court of Appeals 2nd Circuit; | 2/15/2006 |
| U.S. Court of Appeals DC Circuit; | 2/28/2019 |
| U.S. Court of Appeals 9th Circuit; | 12/10/2019 |
| Southern District of New York; | 7/29/2004 |
| Eastern District of New York; | 8/2/2004 |
| District of Colorado | 6/19/2015 |