UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-cr-00877-CCC-3

GOETTSCHE ET AL.  **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for   Jobadiah Sinclair Weeks
                                                                Name of Defendant

   I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

*See Ex. A                                  *See Ex. A
Court(s)                                   Year(s) of Admission

Date:  9/3/2021

*David Boies*
Signature of Attorney

David Boies
Print Name

333 Main Street
Address

Armonk, NY 10504
City State Zip Code

914-749-8201
Phone Number Fax Number

DNJ-CR-013 (03/2010)

# EXHIBIT A

| COURT | ADMITTED |
|---|---|
| State of New York | March 27, 1967 |
| United States Supreme Court | October 29, 1974 |
| United States District Court, Eastern District of New York | June 5, 1981 |
| United States District Court, Southern District of New York | September 6, 1991 |
| United States District Court, Eastern District of Wisconsin | December 5, 2011 |
| United States Court of Appeals, First Circuit | July 7, 2006 |
| United States Court of Appeals, Second Circuit | August 4, 2020 |
| United States Court of Appeals, Third Circuit | September 8,1995 |
| United States Court of Appeals, Fourth Circuit | January 16, 2001 |
| United States Court of Appeals, Fifth Circuit | January 20, 2009 |
| United States Court of Appeals, Sixth Circuit | August 26, 2003 |
| United States Court of Appeals, Seventh Circuit | March 22, 2002 |
| United States Court of Appeals, Ninth Circuit | November 13, 1972 |
| United States Court of Appeals, Tenth Circuit | November 20, 1973 |
| United States Court of Appeals, Eleventh Circuit | April 8, 2009 |
| United States Court of Appeals, Federal Circuit | February 9, 2001 |
| United States Court of Appeals, D.C. Circuit | February 6, 1985 |
| United States Court of International Trade | January 5, 1982 |
| United States Court of Federal Claims | November 16, 2011 |