

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*           *973-645-2700*
*Newark, New Jersey 07102*

September 16, 2021

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

       Re:     United States v. Goettsche *et al.*, Crim. No. 19-877

Dear Judge Cecchi:

       Please find attached a Stipulation and Order of Interlocutory Sale and Modification of Post-Indictment Restraining Order for the Court's consideration and endorsement.

                                   Respectfully yours,

                                   RACHAEL A. HONIG
                                   Acting United States Attorney

                                   s/ *Sarah Devlin*

       By:    SARAH DEVLIN
              Assistant U.S. Attorney