

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

November 8, 2021

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    <u>United States v. Goettsche *et al.*</u>, Crim. No. 19-877

Dear Judge Cecchi:

      Please find attached a Stipulation and Order of Interlocutory Sale and Modification of Post-Indictment Restraining Order for the Court's consideration and endorsement.

      Respectfully yours,

      Rachael A. Honig
      Acting United States Attorney

      *s/ Joseph N. Minish*

By:    Joseph N. Minish
        Assistant U.S. Attorney