

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

March 7, 2022

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>United States v. Goettsche *et al.*, Crim. No. 19-877</u>

Dear Judge Cecchi:

    Please find attached a STIPULATION AND MODIFICATION OF POST INDICTMENT RESTRAINING ORDER <u>(purchase of Hard Fork Holdings Inc.'s interest in Cryptowatt Mining, LLC and Cryptowatt Investment Partners, LLC)</u> for the Court's consideration and endorsement.

                      Respectfully yours,

                      Philip R. Sellinger
                      United States Attorney

                      *s/ Joseph N. Minish*

        By:    Joseph N. Minish
                      Assistant U.S. Attorney