

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*                                                     *973-645-2700*
*Newark, New Jersey 07102*


May 9, 2022


Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re:    <u>United States v. Goettsche *et al.*, Crim. No. 19-877</u>

Dear Judge Cecchi:

        Please find attached a STIPULATION AND MODIFICATION OF POST INDICTMENT RESTRAINING ORDER <u>(Bitwealth Oil & Gas LLC's interest in Seeker Resources LLC)</u> for the Court's consideration and endorsement.


                            Respectfully yours,

                            Philip R. Sellinger
                            United States Attorney

                            *s/ Joseph N. Minish*

        By:    Joseph N. Minish
              Assistant U.S. Attorney