3848UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

          v.                        CRIMINAL NO.  19-cr-877-CCC

MATTHEW BRENT GOETTSCHE,
RUSS ALBERT MEDLIN, JOBADIAH
SINCLAIR WEEKS, JOSEPH FRANK
ABEL, AND SILVIU CATALIN BALACI

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Matthew I. Menchel, an attorney with the law firm of Kobre & Kim LLP and admitted to practice in this Court, hereby appears as counsel for Defendant Matthew Brent Goettsche in this action.

Dated: June 3, 2022
       Miami, Florida

                            Respectfully submitted,

                            KOBRE & KIM LLP

                            By: /s/ *Matthew I. Menchel*

                            Matthew I. Menchel
                            201 South Biscayne Boulevard
                            Suite 1900
                            Miami, Florida 33131
                            305-967-6108 (Telephone)
                            305-967-6120 (Fax number)
                            Matthew.Menchel@kobrekim.com