

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

June 21, 2022

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>United States v. Goettsche *et al.*, Crim. No. 19-877</u>

Dear Judge Cecchi:

    Please find attached a STIPULATION AND MODIFICATION OF POST INDICTMENT RESTRAINING ORDER <u>(Gobit LLC's interest in HIIT Health LLC)</u> for the Court's consideration and endorsement.

                                Respectfully yours,

                                Philip R. Sellinger
                                United States Attorney

                                *s/ Joseph N. Minish*

        By:    Joseph N. Minish
               Assistant U.S. Attorney