# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MATTHEW BRENT GOETTSCHE, <br> RUSS MEDLIN, <br> JOBADIAH SINCLAIR WEEKS, <br> JOSEPH FRANK ABEL, and <br> SILVIU CATALIN BALACI <br><br> Defendants. | Case No. 19-cr-877-CCC |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE NOTE the appearance of Brian T. Burns of Smith Villazor LLP as counsel for Defendant Matthew Brent Goettsche in this action. I am admitted to practice in this Court.

Dated: New York, New York
September 20, 2022

Respectfully submitted,

By: *s/ Brian T. Burns*
Brian T. Burns
250 West 55th Street, 30th Floor
New York, New York 10019
(212) 582-4400
brian.burns@smithvillazor.com

*Attorney for Defendant*
*Matthew Brent Goettsche*