UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------- X
                                                                             :

UNITED STATES OF AMERICA,
                                                                             :

        -against-                                                    Crim. No. 2:19-cr-877-CCC
                                                                             :

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,                                                        :
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and                        :
SILVIU CATALIN BALACI
                                                                             :

                    Defendants.

## DECLARATION OF RODNEY VILLAZOR
## IN SUPPORT OF MOTION TO SEAL DOCUMENTS

I, RODNEY VILLAZOR, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.  I am an attorney licensed to practice law in the States of New Jersey, New York and California and a member in good standing of this Court. I am a partner at Smith Villazor LLP and counsel for Defendant Matthew Brent Goettsche in the above-captioned action.

    2.  I make this declaration based on personal knowledge, pursuant to Local Civil Rule 5.3, and in support of Defendant Goettsche's motion to seal the unredacted version of the Motion to Modify Conditions of Pretrial Release (the "Filing"). In compliance with Local Civil Rule 5.3(c)(1), undersigned counsel has met and conferred with counsel for the government who stated that they do not intend to oppose the motion to seal.

    3.  On December 5, 2019, a federal grand jury returned an indictment against Defendant Goettsche, along with four other individuals, for conspiracy to commit wire fraud and conspiracy to offer and sell unregistered securities. (ECF No. 1).

    4.  On March 10, 2020, the Court entered a Protective Order concerning use of discovery materials. (ECF No. 58). This Protective Order states that any "if any party, including the Government, includes any Confidential Discovery Materials in connection with the filing of a

motion, the party shall file such materials provisionally under seal. Any party shall have ten days from the date of such filing to file a formal motion to seal any or all such materials, which may be opposed by any other party. If the Court grants the motion to seal, the materials at issue in the motion to seal shall remain under seal." *Id.* at ¶ 8.

5. On October 16, 2020, Defendant Goettsche filed a Motion to Revoke a Detention Order under seal, and on November 13, 2020, the government filed Government's Opposition to Defendant Goettsche's Detention Appeal under seal (the "Gov't Bail Opp'n"). Local Civil Rule 5.2(16) states that any "document under seal shall not be available to the public through electronic or any other means."

6. On September 20, 2022, the undersigned counsel sent an unredacted version of the Filing to the Court and counsel for the government. On September 21, 2020, the undersigned filed a redacted version of the Filing on the CM/ECF System.

7. The Filing references information from Confidential Discovery Materials as defined in the Protective Order, information from the sealed Gov't Bail Opp'n, and sensitive information as defined in Local Civil Rule 5.2(17).

8. Because disclosure of the unredacted version of the Filing would violate the Protective Order and Local Civil Rule 5.2(16)-(17), the unredacted version of the Filing should be maintained under seal.

DATED: September 21, 2022                          Respectfully submitted,

                                                        *s/ Rodney Villazor*

                                       SMITH VILLAZOR LLP
                                       Rodney Villazor
                                       250 West 55th Street, 30th Floor
                                       New York, New York 10019
                                       TEL: (212) 582-4400
                                       rodney.villazor@smithvillazor.com