UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------- X
                                                   :

UNITED STATES OF AMERICA,

                                                   :

      -against-

                                                 :      Crim. No. 2:19-cr-877-CCC

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,                                     :
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and            :
SILVIU CATALIN BALACI

                                                 :
      Defendants.
-------------------------------------------------------- X

## CERTIFICATE OF SERVICE

      I, Rodney Villazor, hereby certify that on September 21, 2022, I electronically submitted the following documents via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter:

1. Notice of Motion to Seal

2. Declaration of Rodney Villazor

3. Proposed Order

DATED: September 21, 2022                         Respectfully submitted,

                                                                        *s/ Rodney Villazor*

                                                                    SMITH VILLAZOR LLP
                                                                    Rodney Villazor
                                                                    250 West 55th Street, 30th Floor
                                                                    New York, New York 10019
                                                                    TEL: (212) 582-4400
                                                                    rodney.villazor@smithvillazor.com