**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES                    *
                                 *
        v.                       *        CASE NO.  19-877
                                 *
MATTHEW BRENT GOETTSCHE          *
                                 *
                              *****

**<u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING</u>**

In accordance with Standing Order 2020-06, this Court finds:

[✓]    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]    Video Teleconferencing

[ ]    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

[ ]    The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

[ ]    Other:

Date:    10/5/2022                          s/Michael A. Hammer
                                    _____
                                    Honorable Michael A. Hammer
                                    United States Magistrate Judge