# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T  212 582 4400
D  212 377 0852
rodney.villazor@smithvillazor.com

October 19, 2022

**VIA ECF**
Honorable Michael A. Hammer
United States District Court for the
 District of New Jersey
Martin Luther King Courthouse
50 Walnut Street Room 2C
Newark, NJ 07101

      Re:    *United States v. Matthew Goettsche, et al.*, **19-CR-877 (CCC)**
               **Proposed Modification of Pretrial Release Order**

Dear Judge Hammer:

      Please accept this letter in lieu of a more formal motion on behalf of Defendant Matthew Goettsche. We respectfully move to modify his bail conditions to allow him to attend the following:

- School activities about his children or in which his children are involved that take place at their elementary school in Lafayette, Colorado during the fall semester of 2022 and the spring semester of 2023; and
- Up to four church activities per month held at the Church of Latter-day Saints, 701 W. South Boulder Road, Louisville, Colorado. Any off-site church activity may be permitted by Pretrial Services and must be connected to the practice of religion.

Any such school activity or church activity must be approved by Pretrial Services. The time and location of each activity must be disclosed in advance, and any off-site church activity must be disclosed at least three days in advance. Mr. Goettsche must also be always accompanied by a third-party custodian to any school or church activity approved by Pretrial Services.

      The Court's Order Setting Conditions of Release (dkt. 171) requires Mr. Goettsche to remain under home incarceration and that he "shall remain in the presence of a third-party custodian at all times unless otherwise approved by Pretrial Services." The Court previously approved other proposed consent bail modifications to these conditions (dkts 187, 193, 225, 229, 251 and 257). The Court previously denied a motion to modify bail conditions (dkt. 268).

Hon. Michael A. Hammer
October 19, 2022
Page Two

      Pretrial Services has no objection to this proposed request.  The government, through AUSA Jamie Hoxie, defers to Pretrial Services.  Thank you in advance.

                                                  Respectfully submitted,

                                                  /s/

                                                  Rodney Villazor, Esq.
                                                  SMITH VILLAZOR LLP

cc:    Matthew Menchel, Esq.
        Amanda Tuminelli, Esq.
        Government counsel of record (via ECF and e-mail)
        U.S. Pretrial Services Officer David Hernandez (via e-mail)
        U.S. Pretrial Services Officer Troy Ruplinger (via e-mail)