UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X
                                                                          :

UNITED STATES OF AMERICA,

       -against-                            Crim. No. 2:19-cr-877-CCC

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

               Defendants.
----------------------------------------------------------X

**[~~Proposed~~] Order Granting Motion to Modify Conditions of Pretrial Release**

THIS MATTER having come before the Court on the motion of Defendant Matthew Brent Goettsche, through the undersigned counsel, to modify conditions of pretrial release (Dkt. 269), the Court having considered the consent of Pretrial Services and no objection from the government, through Assistant U.S. Attorney Jamie Solano, and having read and considered this motion, hereby adopts the following:

1.     Mr. Goettsche is permitted to attend school activities about his children or in which his children are involved that take place at their elementary school in Lafayette, Colorado during the fall semester of 2022 and the spring semester of 2023.

2.     Mr. Goettsche is permitted to attend up to four church activities per month held at the Church of Latter-day Saints, 701 W. South Boulder Road, Louisville, Colorado or at an off-site location of a church activity. Any such off-site church activity must be connected to the practice of religion.

3.     Any such school activity or church activity must be approved by Pretrial Services. The time and location of each activity must be disclosed in advance, and any off-site church activity must be disclosed at least three days in advance.

4. Mr. Goettsche must always be accompanied by a third-party custodian to any school or church activity approved by Pretrial Services.

It is further ordered that the above conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

SO ORDERED.

Dated:

Hon. Michael A. Hammer
United States Magistrate Judge

10/19/2022