# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE,<br>RUSS MEDLIN,<br>JOBADIAH SINCLAIR WEEKS,<br>JOSEPH FRANK ABEL, and<br>SILVIU CATALIN BALACI | Hon. Claire C. Cecchi<br><br>CRIMINAL NO. 2:19-cr-877-CCC<br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Amanda N. Tuminelli is hereby withdrawn as counsel of record for Defendant Matthew Brent Goettsche ("Mr. Goettsche") as she will no longer be an employee of Kobre & Kim LLP or serving as counsel to Mr. Goettsche as of February 28, 2023. Mr. Goettsche will continue to be represented by Matthew I. Menchel and Sean S. Buckley of Kobre & Kim LLP and by Rodney Villazor of Smith Villazor LLP.

Dated: February 28, 2023

                                                  Respectfully submitted,

                                                  /s/ Amanda N. Tuminelli
                                                  Amanda N. Tuminelli
                                                  KOBRE & KIM LLP
                                                  800 Third Avenue
                                                  New York, NY 10022
                                                  Amanda.Tuminelli@kobrekim.com
                                                  (212) 488-1200