UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | CRIMINAL NO. 2:19-cr-877-CCC |
| MATTHEW BRENT GOETTSCHE, RUSS MEDLIN, JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for   Matthew Brent Goettsche
                                                   Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Courts | Year(s) of Admission |
|---|---|
| New York | 2004 |
| U.S. Court of Appeals for the Federal Circuit | 2007 |
| U.S. Court of Appeals for the Second Circuit | 2005 |
| U.S. Court of Appeals for the Seventh Circuit | 2021 |
| U.S. District Court for the Eastern District of New York | 2005 |
| U.S. District Court for the Northern District of Illinois | 2018 |
| U.S. District Court for the Southern District of New York | 2005 |
| U.S. District Court for the Northern District of Illinois, Trial Bar | 2018 |

Date:   February 28, 2023

|  |
|---|
| /s/ Sean S. Buckley |
| Signature of Attorney |

|  |
|---|
| Sean S. Buckley |
| Print Name |

|  |
|---|
| 800 Third Avenue, 6th Floor |
| Address |

|  |
|---|
| New York, NY 10022 |
| City, State, Zip Code |

|  |
|---|
| (212) 488 1253 / (212) 488-1220 |
| Phone Number / Fax Number |