UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          Hon. Claire C. Cecchi

v.          CRIMINAL NO. 2:19-cr-877-CCC

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for    Matthew Brent Goettsche
                                                                          Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Courts | Year(s) of Admission |
|---|---|
| New York | 2017 |
| U.S. District Court for the Eastern District of New York | 2022 |
| U.S. District Court for the Southern District of New York | 2020 |

Date:   March 10, 2023

/s/ Carolina A. Leung
Signature of Attorney

Carolina A. Leung
Print Name

Av. Presidente Juscelino Kubitschek 1600 Conjunto 112, Itaim Bibi
Address

São Paulo-SP, 04543-000
Brazil
City, State, Zip Code

+55 (11) 4200 3280 / +55 (11) 95303-0536
Phone Number / Fax Number