# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T 212 582 4400
D 212 377 0852
rodney.villazor@smithvillazor.com

March 31, 2023

**VIA ECF**
Honorable Michael A. Hammer
United States District Court for the
  District of New Jersey
Martin Luther King Courthouse
50 Walnut Street Room 2C
Newark, NJ 07101

Re:   *United States v. Matthew Goettsche, et al.*, 19-CR-877 (CCC)
      **Proposed Modification of Pretrial Release Order**

Dear Judge Hammer:

Please accept this letter in lieu of a more formal motion on behalf of Defendant Matthew Goettsche. We respectfully move to add David McNamara, the husband of Sandra Ann Crain, as an additional third-party custodian. The Court previously approved Ms. Crain, Danielle Goettsche and Victoria Landerman as third-party custodians. U.S. Pretrial Services Officer David Hernandez has approved Mr. McNamara as a suitable fourth third-party custodian. I have reviewed each of the terms of the bail conditions with Mr. McNamara. He understands and accepts his responsibilities as a third-party custodian.

Pretrial Services has no objection to this proposed request. The government, through AUSA Jamie Solano, defers to Pretrial Services. Thank you in advance.

Respectfully submitted,

/s/

Rodney Villazor, Esq.
SMITH VILLAZOR LLP

cc:   Matthew Menchel, Esq.
      Carolina Leung, Esq.
      Government counsel of record (via ECF and e-mail)
      U.S. Pretrial Services Officer David Hernandez (via e-mail)
      U.S. Pretrial Services Officer Troy Ruplinger (via e-mail)