UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------- X
                                                        :

UNITED STATES OF AMERICA,
                                                        :

        -against-                                            Crim. No. 2:19-cr-877-CCC
                                                        :

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,              :
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI                                :

                                                        :
                  Defendants.
-------------------------------------------------------- X

**[Proposed] Order Granting Motion to Modify Conditions of Pretrial Release**

THIS MATTER having come before the Court on the motion of Defendant Matthew Brent Goettsche, through the undersigned counsel, to modify conditions of pretrial release (Dkt. ___), the Court having considered the consent of Pretrial Services and no objection from the government, through Assistant U.S. Attorney Jamie Solano, and having read and considered this motion, hereby adopts the following: Mr. Goettsche is permitted to attend the birthday party of his son. The time and location of each party shall be disclosed to and approved by Pretrial Services. He must always remain in the presence of a third-party custodian at the birthday party.

It is further ordered that the above conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

SO ORDERED.

Dated:

_____
Hon. Michael A. Hammer
United States Magistrate Judge