## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOBADIAH SINCLAIR WEEKS. | Hon. Michael A. Hammer, U.S.D.J <br><br> Criminal Action No. 19-cr-877 (CCC) |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Jobadiah Sinclair Weeks moves to modify his bail conditions. In support of this Motion, Mr. Weeks states:

1. Mr. Weeks has complied with his conditions of release and this Court's Orders after his conditions were last modified to Curfew without incident.

2. Sentencing has been delayed for several years, and the sentencing date is still undetermined.

3. Pretrial Services has consented to the proposed Order.

4. The Government takes no position on the proposed Order, except to defer to Pretrial Services.

5. It would spare the Court and the Government and counsel time and resources to have a standing order in place rather than having to review and approve a separate order every time Mr. Weeks petitions to travel.

6. Mr. Weeks will be accompanied at all times by one or more of the third-party custodians included in the November 6, 2020 Order setting the initial conditions of Mr. Weeks's release, and all other restrictions will remain in effect.

Based on the above, Mr. Weeks requests that the Court grant this Motion and enter the accompanying Order.

Respectfully submitted,

Dated: June 16, 2023

*/s/ David S. Stone*
David S. Stone, Esq.
STONE & MAGNANINI LLP
400 Connell Drive, Suite 6200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
dstone@smcomplex.com
*Counsel for Defendant Jobadiah S. Weeks*