**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Michael A. Hammer, U.S.D.J |
| v. | Criminal Action No. 19-cr-877 (CCC) |
| JOBADIAH SINCLAIR WEEKS. | |

**ORDER GRANTING MOTION OF JOBADIAH S. WEEKS TO MODIFY CONDITIONS OF RELEASE**

This Court, having considered the motion of Defendant Jobadiah S. Weeks to modify his conditions of release, and given the consent of Pretrial Services and the Government having deferred to Pretrial services and having made no objection, hereby orders that:

1. Mr. Weeks conditions of release will be modified from curfew to stand alone monitoring enforced by GPS.

2. Mr. Weeks will be permitted to travel within the state of Colorado for business and personal reasons

3. Mr. Weeks will be permitted to travel outside of the state of Colorado for business and personal reasons. Provided however that Mr. Weeks must first provide a detailed itinerary to pretrial and the Government at least 72 hours in advance of any travel.

4. All other conditions of release remain in effect, including the requirement that Mr. Weeks wear a GPS device so that pretrial can track his movements. (E.g., Dkts. 255, 246, 189, 152).

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge