UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE<br>RUSS ALBERT MEDLIN<br>JOBADIAH SINCLAIR WEEKS<br>JOSEPH FRANK ABEL<br>SILVIU CATALIN BALACI | Honorable Claire C. Cecchi<br><br>Crim. No. 19-877 |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Government's motion to allow Assistant United States Attorney Jamie Hoxie Solano to withdraw as counsel of record for the United States, filed May 31, 2023. The Court GRANTS the motion.

Accordingly, it is hereby ORDERED that the Clerk of the Court remove Ms. Solano as counsel of record for the United States in this case and designate Assistant United States Attorney Anthony Torntore as lead counsel of record for the Government.

It is so ordered this  20  day of   June  , 2023.

_____
The Honorable Claire C. Cecchi
U.S. District Judge