## Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
(212) 880-9520

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 7, 2023

**VIA ECF**
The Honorable Michael A. Hammer
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 2C
Newark, New Jersey, 07102

      Re:    *United States v. Silviu Catalin Balaci*, Case No. 19-cr-877-CCC

Dear Judge Hammer:

    In connection with Defendant Silviu Catalin Balaci's letter motion to modify his conditions of release (Dkt. 296), a proposed order is attached.

                      Respectfully submitted,

                      /s/ Robert J. Anello
                      Robert J. Anello
                      *Attorney for Silviu Balaci*

cc:       Assistant United States Attorney Anthony Torntore (via ECF)
          U.S. Pretrial Services Officer Vincent Imbrosciano (via e-mail)