# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SILVIU CATALIN BALACI,<br>                     Defendant. | Case No. 19 Cr. 877-5 (CCC) |

      The Court, having considered the letter motion of Defendant Silviu Catalin Balaci to modify his conditions of release (Dkt. 296), and given the consent of Pretrial Services and the Government, hereby orders that Mr. Balaci is permitted to travel to Romania between August 11, 2023 and August 27, 2023. Mr. Balaci shall provide an itinerary in advance of his travel to Pretrial Services.

      It is further ordered that the above conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

Dated: 8/7/2023

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge