# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
(212) 880-9520

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 30, 2023

**VIA ECF**
The Honorable Leda Dunn Wettre
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 3C
Newark, NJ 07102

      Re:     *United States v. Silviu Catalin Balaci*, Case No. 19-cr-877-CCC

Dear Judge Wettre:

      Please accept this letter in lieu of a more formal motion on behalf of defendant Silviu Balaci. Mr. Balaci's current bail conditions, imposed on July 21, 2020, following his guilty plea on July 9, 2020, require, among other things, that he reside in and remain in Germany. Mr. Balaci has fully complied with his bail conditions to date. We respectfully request, with no objection from the government or Pretrial Services, to modify Mr. Balaci's bail conditions to allow him to travel by car to the Netherlands from October 22, 2023, through October 25, 2023, on an itinerary to be provided in advance to Pretrial Services. The purpose of the travel is for Mr. Balaci to attend a business event hosted a company with which Mr. Balaci does business.

      As noted, neither the government nor Pretrial Services objects to this request. Thank you for the Court's attention to this matter.

                                          Respectfully submitted,
                                          /s/ Robert J. Anello
                                          Robert J. Anello

cc:       Assistant United States Attorney Anthony Torntore (via ECF and email)
          U.S. Pretrial Services Officer Rhonda LeGrand (via email)