# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | **[PROPOSED] ORDER** |
| v. | Case No. 19 Cr. 877-5 (CCC) |
| SILVIU CATALIN BALACI,<br>                    Defendant. | |

    The Court, having considered the letter motion of Defendant Silviu Catalin Balaci to modify his conditions of release, and given the consent of Pretrial Services and the Government, hereby orders that Mr. Balaci is permitted to travel by car to the Netherlands between October 22, 2023 and October 25, 2023.  Mr. Balaci shall provide an itinerary in advance of his travel to Pretrial Services.

    It is further ordered that the above conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

Dated:

_____
HON. LEDA DUNN WETTRE
United States Magistrate Judge