# STONE MAGNANINI

## COMPLEX LITIGATION

October 30, 2023

**VIA ECF**

The Honorable Judge Cecchi, U.S.D.J.
The Honorable Judge Hammer, U.S.M.J.
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   **Re: *United States v. Jobadiah Weeks*, 2:19-cr-877-CCC**

Dear Judge Cecchi:

  On behalf of Defendant Jobadiah Weeks, I respectfully request that the Court issue an order removing Stephanie Weeks as Mr. Weeks's custodian pending his sentencing, currently scheduled for March 12, 2024 at 11:30 a.m. Mr. Weeks's two parents, who reside with him, will remain as his custodians.

  The reason for this request is that Mrs. Weeks has become ill and is seeking treatment outside of the state.

  The Government has informed us that, under the circumstances, they consent to this request.

  All other conditions of release will remain the same. Thank you for your consideration of this request. Please let me know if you have any questions or need any additional information.

             Respectfully submitted,

             *s/ David S. Stone*
             David S. Stone
             Senior Managing Partner

CC: All appearing parties (via ECF)

400 Connell Drive, Suite 6200, Berkeley Heights, New Jersey 07922
P 973.218.1111 / F 973.218.1106 / www.smcomplex.com