# STONE MAGNANINI

## COMPLEX LITIGATION

October 31, 2023

**VIA ECF**

The Honorable Judge Cecchi, U.S.D.J.
The Honorable Judge Hammer, U.S.M.J.
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: **UPDATED AND REVISED** *United States v. Jobadiah Weeks*, 2:19-cr-877-CCC

Dear Judge Cecchi:

    On behalf of Defendant Jobadiah Weeks, I respectfully request that the Court issue an order removing Stephanie Weeks as Mr. Weeks's custodian pending his sentencing, currently scheduled for March 12, 2024 at 11:30 a.m. Mr. Weeks's parents, who do not live with him but live close by, will remain as custodians.

    The reason for this request is that Mrs. Weeks has become ill and is seeking treatment outside of the state and has requested this removal.

    The Government and Pre-Trial Services has informed us that, under the circumstances, they consent to this request.

    All other conditions of release will remain the same. Thank you for your consideration of this request. Please let me know if you have any questions or need any additional information.

                                                 Respectfully submitted,

                                                 *s/ David S. Stone*
                                                 David S. Stone
                                                 Senior Managing Partner

CC: All appearing parties (via ECF)