# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.csvllp.com

**RODNEY VILLAZOR**
T 212 377 0850
rodney.villazor@csvllp.com

November 7, 2023

<u>**VIA ECF**</u>
Honorable Michael A. Hammer
United States District Court for the
  District of New Jersey
Martin Luther King Courthouse
50 Walnut Street Room 2C
Newark, NJ 07101

      Re:    *United States v. Matthew Goettsche, et al.*, 19-CR-877 (CCC)
              **Proposed Modification of Pretrial Release Order**

Dear Judge Hammer:

      Please accept this letter in lieu of a more formal motion on behalf of Defendant Matthew Goettsche. We respectfully move to modify his bail condition so that he, accompanied by a third-party custodian, may attend medical specialist appointments for his child as preapproved by Pretrial Services. The Court's Order Setting Conditions of Release (dkt. 171) requires Mr. Goettsche to remain under home incarceration and that he "shall remain in the presence of a third-party custodian at all times unless otherwise approved by Pretrial Services." The Court previously approved other proposed consent bail modifications to these conditions (dkts 187, 193, 225, 229, 251, 257, 270, 281, 290, and 305). The Court previously denied a motion to modify bail conditions (dkt. 268). The aforementioned proposed modification would not otherwise modify any other conditions as previously set forth or modified by this Court.

      Pretrial Services and the government, through AUSA Anthony Torntore, have no objection to this proposed request. Thank you in advance.

                                    Respectfully submitted,

                                    /s/

                                  Rodney Villazor, Esq.
                                CLARK SMITH VILLAZOR LLP

Hon. Michael A. Hammer
November 7, 2023
Page Two

cc:    Matthew Menchel, Esq.
       Sean Buckley, Esq.
       Carolina Leung, Esq.
       Government counsel of record (via ECF and e-mail)
       U.S. Pretrial Services Officer Barbara Hutchingson (via e-mail)
       U.S. Pretrial Services Officer Kelly G. Fernandes (via e-mail)
       U.S. Pretrial Services Officer Troy Ruplinger (via e-mail)