

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

December 1, 2023

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>United States v. Goettsche *et al.*, Crim. No. 19-877</u>

Dear Judge Cecchi:

    Please find attached a PARTIAL VACATUR OF POST INDICTMENT RESTRAINING ORDER PURSUANT TO 21 U.S.C. § 853(e)(1)(A) for the Court's consideration and endorsement.

    Respectfully submitted,

    Philip R. Sellinger
    United States Attorney

    *s/ Joseph N. Minish*

By:    Joseph N. Minish
    Assistant U.S. Attorney