

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*                                          *973-645-2700*
*Newark, New Jersey 07102*

December 6, 2023

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

           Re:    <u>United States v. Goettsche *et al.*, Crim. No. 19-877</u>

Dear Judge Cecchi:

        Please find attached a STIPULATION AND MODIFICATION OF POST INDICTMENT RESTRAINING ORDER <u>(sale of Bitwealth Holdings LLC's interest in Opiniion, Inc.)</u> for the Court's consideration and endorsement.

                         Respectfully submitted,

                         Philip R. Sellinger
                         United States Attorney

                         *s/ Joseph N. Minish*

        By:    Joseph N. Minish
               Assistant U.S. Attorney