# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SILVIU CATALIN BALACI,<br><br>                    Defendant. | **[PROPOSED]**<br>**CONSENT ORDER**<br><br>Case No. 19 Cr. 877-5 (CCC) |

    The Court, having considered the letter motion of Defendant Silviu Catalin Balaci to modify his conditions of release, and given the consent of Pretrial Services and the Government, hereby orders that Mr. Balaci is permitted to travel throughout the European Union while continuing to reside in Germany. In advance of any such travel, Mr. Balaci shall provide advance notice via email to Pretrial Services detailing his itinerary (including the dates of travel), the purpose of the trip, and any other applicable details.

    It is further ordered that the above conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

Dated:

_____
HON. LEDA DUNN WETTRE
United States Magistrate Judge