UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JOBADIAH SINCLAIR WEEKS

Defendant.

19-cr-877

**ORDER MODIFYING CONDITIONS OF RELEASE**

THIS MATTER, being before the Court upon the Pretrial Service's Petition for Action on Conditions of Pretrial Release of defendant Jobadiah Sinclair Weeks, and the Defendant's motion to modify conditions of release, and for good cause shown;

AND WHEREAS, the defendant's release conditions were previously modified from curfew to stand alone monitoring enforced by GPS; to be permitted to travel within the State of Colorado for business and personal reasons; and, to travel outside of the State of Colorado for business and personal reasons provided that he first provide a detailed itinerary to Pretrial Services and the Government at least 72 hours in advance of any travel;

AND WHEREAS, in lieu of making findings on the issues raised by those motions, and in light of the Petition filed by Pretrial Services, and based upon the representations made by counsel regarding the defendant's acknowledgement of the seriousness of the Petition, the Court accepts the more restrictive modifications to the defendant's conditions of release;

On this ___ day of _____, 2024, it is hereby found and ORDERED that the following conditions of release shall supersede any and all previously issued orders modifying the defendant's conditions of release.

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change of address and/or telephone number.

(3) The defendant must appear in court as required and must surrender to serve any sentence imposed.

### Release on Bond

Bail remain fixed at $2,000,000 and the defendant shall remain released upon the secured appearance bond with co-signors Silence Weeks and Nathanial Weeks and the previously executed agreement to forfeit designated property located at 11627 West 74th Way, Arvada, CO; 15200 County Road 353C, Benua Vista, CO; Sangre De Cristo Ranch, 86 Hamilton Creek Road, Coaldale, CO. All other property previously designated but not listed herein is hereby released from the appearance bond (*i.e.*, a tract of land in County of Island, State of Washington).

### Additional Conditions of Release

**IT IS FURTHER ORDERED** that, in addition to the above, the following conditions are imposed or shall continue to be imposed until the current pending sentencing date for defendant or such earlier date as the Court and the Government may arrange:

(1) Report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.

(2) Silence Weeks and/or Nathaniel Weeks agree (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears. One or more of the third party custodians may travel and attend family functions or business engagements provided however such travel must be cleared in advance by Pretrial Services which shall not unreasonably refuse to permit such travel.

(3) The defendant's travel is restricted to Colorado, and New Jersey for court appearances or to meet with defense counsel, or as otherwise approved by Pretrial Services.

(4) Refrain from possessing a firearm, destructive device, or other dangerous weapons

(6)  Maintain residence at Arvada, Colorado property unless given prior permission to reside at another residence within Colorado by Pretrial Services.

(7)  Have no contact with any and all co-conspirators unless in the presence of counsel.

(8)  The defendant is to continue to participate in the following home confinement program component and abide by all the requirements of the program which will include 24/7 electronic GPS monitoring or other location verification system.

Home Detention. The defendant is restricted to the Arvada, Colorado residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities preapproved by the pretrial services office or supervising officer. Additionally, employment is permitted. The defendant shall undergo an examination for alcohol and drug abuse with a licensed examiner and is expressly permitted to attend an alcohol treatment program approved by pre-trial services at least one day each week. The defendant is also expressly permitted to visit a chiropractor, and other alternative medicine providers, on an as needed basis with advance notice to Pretrial Services.

(9)  The defendant is subject to the following computer/internet restrictions:

   (i)  No Computers – defendant is prohibited from possession and/or use of computers or connected devices.
   (ii) Consent of Other Residents – by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services

(10) The defendant may possess a phone that has call and text capabilities, but no access to or capability to access the internet (*i.e.*, the defendant shall not possess a "smart" phone). However, pre-trial shall work with defendant and counsel to ensure that defendant has a means to communicate privately with counsel to discuss his case and to review documents in a timely manner.

(11) The defendant shall provide 72 hours' advance notice to the government of any visitors to his residence, other than family and counsel unless pre-trial agrees otherwise as to specific persons. The Court is aware that defendant's fiancé will be residing with him at various times. Notice shall not be required for such visits

(12) The defendant shall continue to provide updated financial statements to the government on a quarterly basis or on such other occasions as the Government may agree.

(13) In addition, the defendant shall provide notice to Pretrial Services and the government, through counsel, of any transaction he makes, in any cryptocurrency or similar vehicle other than simply liquidating assets to pay bills, within 72 hours of making such a

(13) transaction. Where practicable, the defendant shall provide advance notice to Pretrial Services of any such transaction. This shall specifically include any indirect transaction.

(14) The defendant shall continue to not directly or indirectly promote or otherwise encourage others to invest in any cryptocurrency or other investment vehicle, including those that employ a multi-level marketing strategy. For purposes of this condition, the defendant shall be deemed to be promoting or otherwise encouraging investment if, among other things, he stands to benefit financially from the investment of a third party, such as through a referral fee. Nothing in this condition is intended to restrict the defendant from transacting in his own assets.

(15) The defendant shall not direct any other person to engage in any restricted activity on his behalf.

(16) The defendant agrees to be subject to search by Pretrial Services to ensure that he is complying with all conditions of release.

(17) This Order shall remain in effect until September 18, 2024 (*i.e.*, the defendant's currently scheduled sentencing date), at which time, if sentencing does not occur on that date, the government, Pretrial Services, and, if necessary, this Court, will review the release conditions for potential modification in light of the lengthy period of time that the defendant has been subject to supervision, provided that the defendant has complied with all of the release conditions imposed.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge