# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JOBADIAH SINCLAIR WEEKS
*Defendant*

MAGISTRATE JUDGE: Michael A. Hammer

CASE NO. 19-877
DATE OF PROCEEDINGS: 3/21/2024

DATE OF ARREST:

**PROCEEDINGS:** Bail Violation Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS  [ ] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL:  [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG:  [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED:  [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [ ] Brady Order
- [✓] Counsel will submit a proposed order that includes the Court's modified conditions

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL:  [ ] COURT  [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Anthony Torntore

DEFT. COUNSEL: David Stone, Eric Cohen and John Zach

PO/PTS: David Hernandez and Barbara Hutchinson

INTERPRETER
Language:

TIME COMMENCED: 2:56
TIME TERMINATED: 3:36
CD NO: ECR

J. Baker
DEPUTY CLERK