UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JOBADIAH SINCLAIR WEEKS

Defendant.

19-cr-877

**ORDER MODIFYING CONDITIONS OF RELEASE**

THIS MATTER, being before the Court upon the Pretrial Service's Petition for Action on Conditions of Pretrial Release of defendant Jobadiah Sinclair Weeks, and the Defendant's motion to modify conditions of release, and for good cause shown;

AND WHEREAS, the defendant's release conditions were previously modified from curfew to stand alone monitoring enforced by GPS; to be permitted to travel within the State of Colorado for business and personal reasons; and, to travel outside of the State of Colorado for business and personal reasons provided that he first provide a detailed itinerary to Pretrial Services and the Government at least 72 hours in advance of any travel;

AND WHEREAS, in light of the Petition filed by Pretrial Services, and based upon the representations made by counsel regarding the defendant's acknowledgement of the seriousness of the Petition, the Court accepts the more restrictive modifications to the defendant's conditions of release;

On this 26th day of March, 2024, it is hereby found and ORDERED that the following conditions of release shall supersede any and all previously issued orders modifying the defendant's conditions of release.

1

(1)   The defendant must not violate any federal, state or local law while on release.

(2)   The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change of address and/or telephone number.

(3)   The defendant must appear in court as required and must surrender to serve any sentence imposed.

### Release on Bond

Bail remain fixed at $2,000,000 and the defendant shall remain released upon the secured appearance bond with co-signors Silence Weeks and Nathanial Weeks and the previously executed agreement to forfeit designated property located at 11627 West 74th Way, Arvada, CO; 15200 County Road 353C, Benua Vista, CO; Sangre De Cristo Ranch, 86 Hamilton Creek Road, Coaldale, CO. All other property previously designated but not listed herein is hereby released from the appearance bond (*i.e.*, a tract of land in County of Island, State of Washington).

### Additional Conditions of Release

**IT IS FURTHER ORDERED** that, in addition to the above, the following conditions are imposed or shall continue to be imposed until the current pending sentencing date for defendant or such earlier date as the Court and the Government may arrange:

(1)   Report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.

(2)   Silence Weeks and/or Nathaniel Weeks and/or Sophia Kelly Treantafeles (subject to the approval of Pretrial Services) agree (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears. The defendant shall remain in the presence of one of the third-party custodians at all times, unless otherwise approved by Pretrial Services.

(3)   The defendant's travel is restricted to Colorado, and New Jersey for court appearances or to meet with defense counsel, or as otherwise approved by Pretrial Services.

(4)   Refrain from possessing a firearm, destructive device, or other dangerous weapons

(6)   Maintain residence at Arvada, Colorado property unless given prior permission to reside at another residence within Colorado by Pretrial Services.

(7)   Have no contact with any and all co-conspirators unless in the presence of counsel.

(8) The defendant is to continue to participate in the following home confinement program component and abide by all the requirements of the program which will include 24/7 electronic GPS monitoring or other location verification system.

Home Incarceration: 24-hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the Court. Pretrial Services will have discretion to allow medical treatment.

(9) The defendant is subject to the following computer/internet restrictions:

    (i) No Computers – defendant is prohibited from possession and/or use of computers or connected devices. The defendant is not permitted to use any computer or connected device and defendant's third-party custodians must immediately inform Pretrial Services if he does so.

    (ii) Consent of Other Residents – by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services

(10) The defendant may possess a phone that has call and text capabilities, but no access to or capability to access the internet (*i.e.*, the defendant shall not possess a "smart" phone). However, Pretrial Services shall work with defendant and counsel to ensure that defendant has a means to communicate privately with counsel to discuss his case and to review documents in a timely manner.

(11) The defendant shall provide 72 hours' advance notice to the government of any visitors to his residence, other than family and counsel unless Pretrial Services agrees otherwise as to specific persons. The Court is aware that Sophia Kelly Treantafeles will be residing with the defendant at various times. Notice shall not be required for such visits.

(12) The defendant shall continue to provide updated financial statements to the Government on a quarterly basis or on such other occasions as the Government may agree.

(13) In addition, the defendant shall provide notice to Pretrial Services and the government, through counsel, of any transaction he makes, in any cryptocurrency or similar vehicle within 72 hours of making such a transaction. Where practicable, the defendant shall provide advance notice to Pretrial Services of any such transaction. This shall specifically include any indirect transaction.

(14) The defendant shall continue to not directly or indirectly promote or otherwise encourage others to invest in any cryptocurrency or other investment vehicle, including those that employ a multi-level marketing strategy. For purposes of this condition, the defendant shall be deemed to be promoting or otherwise encouraging investment if, among other things, he stands to benefit financially from the investment of a third party, such as through a referral fee. Nothing in this condition is intended to restrict the defendant from

3

transacting in his own assets, subject to providing notice of any transaction as required in condition number 13 above.

(15) The defendant shall not direct any other person to engage in any restricted activity on his behalf.

(16) The defendant agrees to be subject to search by Pretrial Services to ensure that he is complying with all conditions of release.

(17) This Order shall remain in effect until September 19, 2024 (*i.e.*, the defendant's currently scheduled sentencing date), at which time, if sentencing does not occur on that date, the government, Pretrial Services, and, if necessary, this Court, will review the release conditions for potential modification in light of the period of time that the defendant has been subject to supervision, provided that the defendant has complied with all of the release conditions imposed.

(18) Defendants third party custodians Silence Weeks and Nathanial Weeks are directed to attempt to locate and take possession of the smart phones defendant is shown to be using and the laptop defendant is shown to be using in the materials provided by Pretrial Services to the Court. They are also directed to search their Arvada residence and take possession of any smart phones or computers other than their personal computers and phones. Defendants are to report to counsel no later than 5 p.m. today that they have done as directed and counsel is to email the Government and Pretrial Services to confirm this. Defendants shall turn over any such devices they have taken possession of to Pretrial Services upon request. To remove any doubt as to the intention of this provision, defendant will have no access to any smartphone or computer in the Arvada residence and as of 5 p.m. today, any such devices shall be in the possession of the third party custodians. Upon request of Pretrial Services, the third party custodians shall allow their personal devices to be password protected as provided Section 9(ii) herein.

(19) The defendant shall undergo a substance abuse evaluation and will be subject to substance abuse testing and/or treatment as directed by Pretrial Services. The defendant will comply with all clinical recommendations as to the level of care and treatment services.

(20) The defendant shall abstain from alcohol use.

HON. MICHAEL A. HAMMER
United States Magistrate Judge