**ZIEGLER LAW GROUP, LLC**
Jason J. LeBoeuf, Esq. (#033612001)
651 Old. Mt. Pleasant Avenue, Suite 150
Livingston, New Jersey 07039
(973) 533-1100/ (973) 533-1144 (f)
jason@zlgllc.com
Attorney(s) for Defendant, Joseph Frank Abel

------------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -                                                                 Docket No.: 2:19-cr-00877-CCC

                                            **CONSENT ORDER**

JOSEPH FRANK ABEL.

                    Defendant.
------------------------------------------------------------X

**THIS MATTER** having been opened to the Court by Jason J. LeBoeuf, Esq., counsel for defendant, Joseph Frank Abel., and A.U.S.A. Antony Torntore for the Government and the Office of Pretrial Services (Officer David E. Hernandez) hereby consenting, it is therefore

**ON THIS** __26__ day of __April__, 2024;

**ORDERED** that the conditions of the defendant's pretrial release are hereby amended as follows: Home Detention, with electronic monitoring, with exceptions for the following: Stationary and verifiable employment; education; religious services; medical; substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services.

                                                         _/s/ Leda Dunn Wettre_
                                                The Honorable Leda Dunn Wettre, U.S.M.J.