UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | Criminal No. 19-877 |
| MATTHEW BRENT GOETTSCHE | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Anthony P. Torntore, Assistant U.S. Attorney, appearing), and defendant MATTHEW BRENT GOETTSCHE (Rodney Villazor, Esq., Sean Buckley, Esq., and Matthew Menchel, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution, and the existence of novel questions of fact and law such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the

1

trial itself within 70 days.

2. The discovery in the case is voluminous, consisting of, among other things, the review of nearly two million electronic records, several different images and extractions of digital devices, the reconstitution and review of copies of website servers, and server data produced to the Government from Romania, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel has sufficient time to review and inspect discovery and further investigate the charges in this matter.

3. The parties continue to engage in discussions that may lead to the resolution of this case without the need for a trial; continuing this matter may likely save judicial resources and the parties' resources.

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this  31  day of May, 2024,

(1)     ORDERED that this action be, and hereby is, continued until July 31, 2024, and it is further

(2) ORDERED that the period from the date of this order through July 31, 2024, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Claire C. Cecchi
United States District Judge

Consented to as to form and entry:

S/ *ANTHONY P. TORNTORE*
Anthony P. Torntore
Assistant U.S. Attorney


S/ *RODNEY VILLAZOR*
Rodney Villazor, Esq.
Sean Buckley, Esq.
Matthew Menchel, Esq.
Counsel for Defendant Matthew Brent Goettsche