UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SILVIU CATALIN BALACI<br>                    Defendant. | Case No. 19 Cr. 877-5 (CCC) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that upon the accompanying declaration of Margaret N. Vasu, dated July 14, 2023, and pursuant to Local Civil Rule 201.1 of the Local Rules of the United States District Court for the District of New Jersey, made applicable to criminal actions by Local Criminal Rule 1.1, Margaret N. Vasu hereby moves to withdraw her individual appearance as counsel of record for defendant Silviu Catalin Balaci in the above-referenced matter.

Robert J. Anello and Brian A. Jacobs of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. will remain as counsel of record to Mr. Balaci.

New York, New York
July 14, 2023

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By: /s/ Margaret N. Vasu
     Margaret N. Vasu

565 Fifth Avenue
New York, New York 10017
(212) 880-9535 (phone)
(212) 856-9494 (fax)
mvasu@maglaw.com

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   6/11/2024