**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

v.

SILVIU CATALIN BALACI,                    Case No. 19 Cr. 877-5 (CCC)

            Defendants.

## MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that upon the accompanying declaration of Joseph Stern, dated

October 18, 2023, and pursuant to Local Civil Rule 201.1 of the Local Rules of the United States

District Court for the District of New Jersey, made applicable to criminal actions by Local

Criminal Rule 1.1, Joseph Stern hereby moves to withdraw as counsel of record for Silviu

Catalin Balaci in the above-referenced matter.

Robert J. Anello and Brian A. Jacobs of the law firm of Morvillo Abramowitz Grand

Iason & Anello P.C. will remain as counsel of record to Mr. Balaci.

Dated:  New York, New York
        October 19, 2023

                                MORVILLO ABRAMOWITZ GRAND
                                IASON & ANELLO P.C.

                                By:    s/ Joseph Stern
                                            Joseph Stern

                                565 Fifth Avenue
SO ORDERED                      New York, New York 10017
                                (212) 880-9523 (phone)
  s/Claire C. Cecchi            (212) 856-9494 (fax)
CLAIRE C. CECCHI, U.S.D.J.      jstern@maglaw.com

Date:    6/11/2024