

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*   973-645-2700
*Newark, New Jersey 07102*

July 30, 2024

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>United States v. Goettsche *et al.*, Crim. No. 19-877</u>

Dear Judge Cecchi:

    Please find attached a STIPULATION AND ORDER OF INTERLOCUTORY SALE AND MODIFICATION OF POST INDICTMENT RESTRAINING ORDER <u>(2054 NE 2nd Street, Deerfield Beach, Florida 33441-3824)</u> for the Court's consideration and endorsement.

    Respectfully submitted,

    Philip R. Sellinger
    United States Attorney

    *s/ Joseph N. Minish*

By:    Joseph N. Minish
    Assistant U.S. Attorney