# STONE MAGNANINI

## COMPLEX LITIGATION

August 27, 2024

**VIA CM/ECF**
Hon. Michael A. Hammer
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   <u>United States v. Jobadiah Weeks,</u> 19-cr-877-CCC

Dear Judge Hammer:

    On Friday, August 23, 2024, we filed a letter motion respectfully requesting that the Court modify Mr. Weeks' conditions of release from home incarceration to curfew. Yesterday evening we conferred with the government and we now believe that it is necessary to provide the Court with additional information about our request that may not have been clear from our letter motion.

    While we requested that Mr. Weeks' release conditions be modified from home incarceration to curfew, we also wrote that "Mr. Weeks is committed to continuing to be compliant with *any conditions* and he will return directly to his home after work hours, a*dhering to any specific conditions or restrictions* the court may impose….." (emphasis added).

    In our discussion with the government, through AUSA Anthony Torntore, we realized that it may not have been clear to the Court or the Government that Mr. Weeks was proposing that he would continue to remain in the presence of a third party custodian at all times (as required by his current release conditions [DKT. 331]), even if allowed to leave his residence to work. In fact, his current approved custodian, Ms. Gordon, has also received an offer to work on the project in Idaho and Ms. Gordon intends to continue to reside and work with Mr. Weeks in Idaho if his release conditions permit him to do so.

    It is also our further understanding, and we invite the government to confirm it, that the government's position on this request is to defer to Pretrial Services' position and that the government did not object to this request for any other specific reason other than that Pretrial Services objected to it.

    We are hopeful that this additional information provides the Court with the guidance it needs to resolve this matter.

1

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*s/ David S. Stone*
David S. Stone
Managing Partner

cc:   AUSA Anthony Torntore *(via CM/ECF and email)*
      David Hernandez *(via email only)*