**CLARK SMITH VILLAZOR**

Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
www.csvllp.com

**RODNEY VILLAZOR**
D: 212.377.0852
rodney.villazor@csvllp.com

September 3, 2024

**VIA ECF**
Honorable Michael A. Hammer
United States District Court for the
  District of New Jersey
Martin Luther King Courthouse
50 Walnut Street Room 2C
Newark, NJ 07101

    Re:    *United States v. Matthew Goettsche, et al.*, 19-CR-877 (CCC)
               Proposed Modification of Pretrial Release Order

Dear Judge Hammer:

      Please accept this letter in lieu of a more formal motion on behalf of Defendant Matthew Goettsche. We respectfully move to modify his third-party custodian condition to apply during his hours of restriction to the residence, *i.e.*, his curfew hours. The Court previously modified his hours of restriction to curfew as directed by Pretrial Services (Dkt. 355). Pretrial Services and the government, through AUSA Anthony Torntore, have no objection to this proposed request. Thank you in advance.

      The Court's Order Setting Conditions of Release (Dkt. 171) requires Mr. Goettsche to remain under home incarceration and that he "shall remain in the presence of a third-party custodian at all times unless otherwise approved by Pretrial Services." The Court previously approved other consent bail modifications, including the third-party custodian conditions (Dkts. 187, 193, 196, 225, 229, 241, 252, 258, 262, 270, 274, 281, 283, 288, 290, 305, 311, 323, and 348). The Court previously denied a motion to modify bail conditions (Dkt. 268). The aforementioned proposed modification to third-party custodian condition to apply during curfew would not otherwise modify any other conditions as previously set forth or modified by this Court.

                                                                   Very truly yours,

                                                                   /s/ *Rodney Villazor*

                                                                   Rodney Villazor, Esq.

                                                                  CLARK SMITH VILLAZOR LLP

Hon. Michael A. Hammer
September 3, 2024
Page Two

cc:    Matthew Menchel, Esq.
       Sean Buckley, Esq.
       Carolina Leung, Esq.
       Government counsel of record (via ECF and e-mail)
       U.S. Pretrial Services Officer Barbara Hutchingson (via e-mail)
       U.S. Pretrial Services Officer Kelly G. Fernandes (via e-mail)
       U.S. Pretrial Services Officer Troy Ruplinger (via e-mail)

CLARK SMITH VILLAZOR