UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,
:
   -against-                                          Crim. No. 2:19-cr-877-CCC
:
MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,                                          :
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and                                :
SILVIU CATALIN BALACI
:
   Defendants.
------------------------------------------------------------- X

### [Proposed] Order Granting Motion to Modify Conditions of Pretrial Release

THIS MATTER having come before the Court on the motion of Defendant Matthew Brent Goettsche, through the undersigned counsel, to modify conditions of pretrial release (Dkt. 360 ), the Court having considered the consent of Pretrial Services and no objection from the government, through AUSA Anthony Torntore, *and no object. by Pretrial Services,* and having read and considered this motion, hereby adopts the following:

Mr. Goettsche's third-party custodian condition shall apply during his hours of restriction to his residence. Mr. Goettsche's hours of restriction to the residence shall continue to be directed by Pretrial Services.

It is further ordered that the above conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

SO ORDERED.

_____
Hon. Michael A. Hammer
United States Magistrate Judge   9/4/2024