UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | 19-cr-877 |
| v. | |
| | **ORDER** |
| JOBADIAH SINCLAIR WEEKS<br>Defendant. | |

THIS MATTER, being before the Court upon the motion of Defendant Jobadiah Sinclair Weeks, seeking the return of third party passports [DKT. 372], and with the consent of the Government and Pretrial Services, and for good cause shown;

On this 19th day of November 2024, it is hereby **ORDERED** that within seven (7) days of the entry of this Order, Pretrial Services shall return the passports of third party Stephanie Stolba (Weeks) and third party Liberty Weeks.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge

1