UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
                                                                                          :

UNITED STATES OF AMERICA,

                                                                                          :

            -against-                                              Crim. No. 2:19-cr-877-CCC

                                                                                         :

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,                          :
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

                                                                                         :

              Defendants.
-----------------------------------------------------------X

### [Proposed] Order Granting Motion to Modify Conditions of Pretrial Release

THIS MATTER having come before the Court on the motion of Defendant Matthew Brent Goettsche, through the undersigned counsel, to modify conditions of pretrial release (Dkt. __), the Court having considered the consent of both Pretrial Services and the government, through Assistant U.S. Attorney Anthony Torntore, and having read and considered this motion, hereby adopts the following: Mr. Goettsche may travel to the Southern District of New York for in-person meetings with his attorneys of record in December 2024 and shall provide a detailed travel itinerary of flights and lodging to Pretrial Services for review and approval at least two weeks in advance of travel.

It is further ordered that the above conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

SO ORDERED.

Dated:

_____
Hon. Michael A. Hammer
United States Magistrate Judge