UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | 19-cr-877 |
| v. | |
| | **ORDER** |
| JOBADIAH SINCLAIR WEEKS | |
| Defendant. | |

THIS MATTER, being before the Court upon the motion of Defendant Jobadiah Sinclair Weeks, seeking authorization to leave his approved residence to travel to a local Passport Agency for the purpose of renewing his minor daughter's passport where the presence of both parents is legally required, and with the consent of the Government and Pretrial Services, and for good cause shown;

On this ___ day of December 2024, the Defendant's motion is hereby **GRANTED**. The Defendant shall notify Pretrial Services at least 24 hours in advance of any travel to the local Passport Agency and the Defendant shall be accompanied by his third party custodian, Silence Weeks, at all times that he is traveling to and from the local Passport Agency.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge