UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.

JOBADIAH SINCLAIR WEEKS
        Defendant.

19-cr-877

**ORDER**

---

THIS MATTER, being before the Court upon the motion of Defendant Jobadiah Sinclair Weeks, seeking authorization to leave his approved residence to travel to a local Passport Agency for the purpose of renewing his minor daughter's passport where the presence of both parents is legally required, and with the consent of the Government and Pretrial Services, and for good cause shown;

On this 19th day of December 2024, the Defendant's motion is hereby **GRANTED**. The Defendant shall notify Pretrial Services at least 24 hours in advance of any travel to the local Passport Agency and the Defendant shall be accompanied by his third party custodian, Silence Weeks, at all times that he is traveling to and from the local Passport Agency.

*Pretrial Services shall determine the period of time that is to be allotted to the Defendant to be away from the residence as set forth above.*

HON. MICHAEL A. HAMMER
United States Magistrate Judge

1