# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Michael A. Hammer |
| v. | CASE NO. 19-877 |
| JOBADIAH SINCLAIR WEEKS *Defendant* | DATE OF PROCEEDINGS: 1/3/2025 |
| | DATE OF ARREST: |

**PROCEEDINGS:** Status Conference Call

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS    [ ] ADVISED OF VIOLATION
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD    [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY
- [✓] Defense's adjournment request granted
- [✓] Briefs are optional. Defense by 1/16 and Government by 1/21
- [✓] Briefs may not exceed three (3) double-spaced pages
- [✓] Call with counsel and pretrial only

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
    - [ ] UNSECURED BOND
    - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [✓] OTHER: Bail Violation Hearing

DATE:
DATE:
DATE:
DATE:
DATE: 1/22/2025 at 2:00 p.m. in Courtroom 2C

**APPEARANCES:**

AUSA: Eric Cohen and David Stone

DEFT. COUNSEL: Anthony Torntore

PO/PTS: David Hernandez

INTERPRETER
     Language:

TIME COMMENCED: 2:34
TIME TERMINATED: 2:47
CD NO: ECR

J. Baker
DEPUTY CLERK