**MEMBERS**
VIKKI S. ZIEGLER-PAYNE[1]
POLINA M. DOSTALIK[2,3]
JASON J. LEBOEUF[3,♦]

**OF COUNSEL**
JARED W. DEROSSO[4]
ELIZABETH M. VINHAL[2]
TARA JONES WILLECKE[2]
CAROLE A. HAFFERTY



E-Mail: jason@zlgllc.com



651 W. MT. PLEASANT AVE., STE. 150
LIVINGSTON, NJ 07039
PHONE: (973) 533-1100
FAX: (973) 533-1144
www.zieglerlawgroupllc.com

**ASSOCIATES**
MICHAEL J. EVANS
THOMAS A. GROSSI
KRISTEN E. BLUCHER
FAWN B. DYER[3,5]

[1]MEMBER OF NJ, NY & DC BAR
[2]MEMBER OF NJ & NY BAR
[3]MEMBER OF NJ DISTRICT COURT
[4]MEMBER OF NY BAR ONLY
[5]MEMBER OF U.S. COURT OF CLAIMS & U.S. SUPREME COURT
[♦]CRIMINAL TRIAL ATTORNEY CERTIFIED BY NJ SUPREME COURT

January 14, 2025

**Via PACER**
The Honorable Claire C. Cecchi, U.S.D.J.

    RE:    USA v. ABEL
            Case No.: 2-:19-cr-00877-CCC

Dear Judge Cecchi:

    This office continues to represent Joseph Frank Abel, the Defendant in the case captioned above.

    This matter is presently scheduled for February 4, 2025, before your honor. Please note that I just initiated a homicide trial today, before Honorable Nesle Rodriguez, J.S.C. in Hudson County and it will be ongoing until the middle of February.

    Accordingly, with the consent of A.U.S.A Torntore, we respectfully request an adjournment for early March.

    We thank the court for its continued courtesies.

                              Very truly yours,

                              *s/ Jason J. LeBoeuf*

                              JASON J. LEBOEUF, ESQ.

JJL/mg
cc:    A.U.S.A Torntore
        Joseph Abel

**REPLY TO LIVINGSTON**

BERGEN COUNTY OFFICE
401 HACKENSACK AVE., STE. 504
HACKENSACK, NJ 07601

NEW YORK OFFICE
107 NORTH MAIN STREET
NEW CITY, NEW YORK 10956