# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE JUDGE: Michael A. Hammer

UNITED STATES OF AMERICA
*Plaintiff*

CASE NO. 19-877
DATE OF PROCEEDINGS: 1/14/2025

v.

JOBADIAH SINCLAIR WEEKS
*Defendant*

DATE OF ARREST:

**PROCEEDINGS:** Virtual Status Conference

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS    [ ] ADVISED OF VIOLATION
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL:    [ ] AFPD    [ ] CJA
- [ ] WAIVER OF HRG:    [ ] PRELIM    [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED:    [ ] GUILTY    [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED    [ ] FINANCIAL COLLOQUY
- [x] Counsel and PTS only
- [x] Next week's Bail Violation Hearing is converted to a Virtual Status Conference

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL:    [ ] COURT    [ ] JURY
- [ ] SENTENCING
- [x] OTHER: Virtual Status Conference

DATE:
DATE:
DATE:
DATE:
DATE: 1/22/2025 at 2:00 p.m.

**APPEARANCES:**

AUSA: David Stone

DEFT. COUNSEL: Anthony Torntore

PO/PTS: David Hernandez

INTERPRETER
Language:

TIME COMMENCED: 3:33
TIME TERMINATED: 3:57
CD NO: NOT ON THE RECORD

J. Baker
DEPUTY CLERK