UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 19-877 (CCC) |
| -v- | |
| JOBADIAH SINCLAIR WEEKS, | |
| Defendant. | **ORDER** |

This matter having come before the Court for a hearing on the motion of counsel for Defendant, Jobadiah Sinclair Weeks, to withdraw pursuant to Rule of Professional Conduct 1.16;

and the Court having held a hearing on the application on the record on February 5, 2025;

and the Court also having held a hearing on February 5, 2025 pursuant to *Faretta v. California,* 422 U.S. 806 (1975) concerning Defendant Jobadiah Sinclair Weeks's request to represent himself in this matter;

and for the reasons set forth on the record on February 5, 2025;

and for good cause shown;

IT IS on this 5th day of February 2025,

ORDERED that the motion of Defense counsel to withdraw from representation in this matter pursuant to Rule of Professional Conduct 1.16 is GRANTED; and it is further

ORDERED that the request of the Defendant, Jobadiah Sinclair Weeks, to represent himself pro se in this matter is GRANTED; and it is further

ORDERED that on or before **February 6, 2025**, the Defendant, Jobadiah Sinclair Weeks, must provide the Clerk of Court with his mailing address and telephone number.

<u>Michael A. Hammer</u>
**United States Magistrate Judge**