UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**United States of America,**
 **v.**
 **Jobadiah Weeks, Defendant.**

**Case No. 19-cr-877-CCC**
 **Hon. Claire C. Cecchi**

## CERTIFICATE OF SERVICE

I, **Jobadiah Weeks**, certify the following:

### 1. Service of September 5, 2024, Records Request

On **September 5, 2024**, my legal counsel served a formal records request (**Exhibit A**) via email to:

- **AUSA Anthony Torntore**
  United States Attorney's Office, District of New Jersey
  970 Broad Street, 7th Floor, Newark, NJ 07102
  Email: **Anthony.Torntore@usdoj.gov**

The request explicitly sought the **Special Agent's Report (SAR) from April 19, 2019**, along with additional **grand jury materials** related to my case.

As of **September 5, 2024**, the government has **failed to provide these materials** since the initial request on September 5, 2024.

### 2. Service of February 13, 2025, Request for Clarification Letter

This filing also references my **February 13, 2025, Request for Clarification Letter** which was previously served via email and remains unanswered. I served the **Request for Clarification Letter** via email to:

- **AUSA Anthony Torntore**
  United States Attorney's Office, District of New Jersey
  970 Broad Street, 7th Floor, Newark, NJ 07102
  Email: **Anthony.Torntore@usdoj.gov**

As of **March 2, 2025**, the government has **failed to respond** to this request.


Initial

### 3. Service of Motion to Compel Discovery

This filing references my **February 13, 2025, Request for Clarification Letter**, which was previously served via email and remains unanswered.

On **February 26, 2025**, I filed the **Motion to Compel Discovery**, along with all attached exhibits (**A-L**), via the Court's **CM/ECF system** and served a complete copy upon:

- **AUSA Anthony Torntore**
  United States Attorney's Office, District of New Jersey
  970 Broad Street, 7th Floor, Newark, NJ 07102
  Email: **Anthony.Torntore@usdoj.gov**

Additionally, a **courtesy copy** of the motion and exhibits was sent via email to AUSA Torntore on the same date.

### 4. Service of Request for Expedited Ruling on Selective Prosecution

On **March 2, 2025**, I filed the **Request for Expedited Ruling on Selective Prosecution** via the **Court's CM/ECF system** and served a copy upon:

- **AUSA Anthony Torntore**
  United States Attorney's Office, District of New Jersey
  970 Broad Street, 7th Floor, Newark, NJ 07102
  Email: **Anthony.Torntore@usdoj.gov**

A **courtesy copy** of this filing was also sent via email on the same date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Dated:** March 4, 2025

**Respectfully submitted,**

**Jobadiah Weeks, Pro Se**
Electronically Signed via DocuSign

Signed by:
Joby Weeks
87866A420DB4490...

**Address:**
11627 West 74th Way
Arcada, Colorado 80005

**E-mail:** silenceweeks1@gmail.com