UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,
Plaintiff,

v.

Jobadiah Weeks,
Defendant.

**Case No. 19-cr-877-CCC**
**Hon. Claire C. Cecchi**

**CERTIFICATE OF SERVICE**

I, Jobadiah Weeks, certify the following:

**Defendant's Supplemental Motion to Compel Discovery (March 5, 2025)**

On **March 5, 2025**, I filed **Defendant's Supplemental Motion to Compel Discovery**, along with all attached exhibits, via the Court's CM/ECF system and served a complete copy upon:

**AUSA Anthony Torntore**
United States Attorney's Office, District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102
Email: Anthony.Torntore@usdoj.gov

Additionally, a courtesy copy of the motion and exhibits was sent via email to **AUSA Torntore** on the same date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Dated:** March 5, 2025

**Respectfully submitted,**

**Jobadiah Weeks, Pro Se**
**Electronically Signed via DocuSign**
11627 West 74th Way
Arcada, Colorado 80005
E-mail: silenceweeks1@gmail.com

Signed by:
Joby Weeks
87866A420DB4490...