UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,
Plaintiff,

v.

Jobadiah Weeks,
Defendant.

**Case No. 19-cr-877-CCC**
**Hon. Claire C. Cecchi**

**[PROPOSED] ORDER GRANTING DEFENDANT'S SUPPLEMENTAL MOTION TO COMPEL DISCOVERY**

Upon consideration of **Defendant's Supplemental Motion to Compel Discovery**, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and the Government is directed to produce the following discovery materials within **seven (7) days** of the issuance of this Order:

1. **The exact email in which the Government provided only 3 out of the 23 requested documents, including the Streamlined SAR, as requested in the letter of September 5, 2024, to David Stone. This email was sent by the Government on or around December 6, 2024.**
2. **All notes, memos, or summaries of phone calls between the prosecution and former lawyers of Stone Magnanini related to the questions in the letter of September 5, 2024, covering the period from July 2024 to the end of January 2025.**
3. **The full Grand Jury Expansion Request Letter submitted by the U.S. Attorney's Office on July 23, 2020.**
4. **All interviews conducted with Joby Weeks as referenced in the Government's statements that these interviews were obtained from the Special Agent and were advised to be included with the plea recommendation sent to the Tax Division.**
5. **Provide confirmation of whether the Streamlined SAR, the full Grand Jury Expansion Request Letter submitted by the U.S. Attorney's Office on July 23, 2020, and all interviews conducted with Joby Weeks were ever requested by former legal counsel. If so, by whom and when, and any Government responses provided.**
6. **Upload all discovery materials to a secure digital repository with proper indexing and labeling. If a server is unavailable, provide an indexed external hard drive containing all discovery.**
7. **In the event of non-compliance, the Court may impose sanctions, including but not limited to:**

- **Exclusion of undisclosed evidence;**
- **Monetary sanctions;**
- **Adverse inference that withheld evidence is favorable to the defense.**

It is further **ORDERED** that an **expedited discovery hearing** is scheduled to ensure compliance and address outstanding discovery disputes. Given the impending trial preparation deadlines and Defendant's **pro se** status, this hearing is necessary to prevent further undue delays. **See United States v. Sterling, 724 F.3d 482 (4th Cir. 2013).**

SO ORDERED.

Dated: _____

**Hon. Claire C. Cecchi**
United States District Judge