3/07/25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

UNITED STATES OF AMERICA         Crim. No. 19-cr-877
v.
JOBADIAH SINCLAIR WEEKS

Dear Magistrate Hammer,
As we wait for the "case dismissed ex parte motion" filed on Feb 11th 2025 to be granted by Judge Cecchi any day now, I wanted to thank you in advance for your order below that states that all conditions of release that have been imposed on Jobadiah Sinclair Weeks are to be removed immediately. Thank you for restoring my constitutional rights, recognizing the fact that I'm free to live, work and travel anywhere within the United States until the conclusion of this case. Thank you for telling pre-trial services to come and immediately remove the ankle bracelet that has been harming me for close to 5 years. I'm ready for the next chapter in my life and am excited for our sons arrival in three months time. My wife and I love my parents and are greateful for them allowing us to live at their home but living with them has become unbearable. We need to get our own place now. Thank you!
/S/ Joby Weeks

Case 2:19-cr-00877-CCC     Document 407     Filed 03/07/25     Page 2 of 2 PageID: 5239