**Jobadiah Weeks,
Defendant Pro Se**

**Honorable Michael A. Hammer**
United States Magistrate Judge
Martin Luther King Jr. Building and United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:     United States v. Jobadiah Weeks
        Crim No. 19-cr-877-CCC

Dear Judge Hammer,

As Your Honor is aware, I am the above Defendant in this matter and representing myself *pro se*. Currently pending before the Court is a motion to remove all pretrial release conditions. [see Docket Entry 407]. For the reasons set forth herein, i respectfully request that the Court temporarily modify my conditions of release while that motion is pending.

The current conditions have become excessive, punitive, and untethered from their original purpose, particularly given the fact that this prosecution dates back to 2019. During that time, I have proven to be no risk of flight nor a danger to the community.

The current restraints require me live in my parents' home, despite other suitable alternatives, including a home of our own, provided by a friend in Steamboat Springs, Colorado.

I am the father of a 6-year-old child, whom I regularly care for. In addition, my wife, Dasha is seven months pregnant and requires frequent medical visits. See attached Exhibit A, Letter from Dasha. Given the current restrictions, I am unable to fulfill my obligations to my child and pregnant wife.

The temporary relief I am seeking is reasonable. I would respectfully request that the Court permit me and my family to relocate to Steamboat Springs, Colorado, after pretrial services has had an opportunity to fully evaluate the proposed location. In addition, I respectfully request to be able to travel within the United States for employment, legal, and family related obligations, subject to advance notice to pretrial services.

Should the Court accept the proposed conditions, I will prepare and file a proposed form of order after submitting it to pretrial services for approval.

Thank you for your time and consideration.

Respectfully submitted,

**Jobadiah Weeks**
Defendant **Pro Se**

**Electronically Signed via DocuSign**
Date: [Insert Date]



Signed by: Joby Weeks
87866A420DB4490...

**Address:**
11627 West 74th Way
Arvada, Colorado 80005

**E-mail:** silenceweeks1@gmail.com

Attachment: letter from my wife

Dear Honorable Judge Hammer,

I am writing you today on behalf of Joby Weeks, my husband. I was in the hearing in February where you approved for him to fire his lawyers and represent himself Pro Se, after years of being detained on house arrest and 11 months in jail, I am praying you can see the urgency for this case to be dismissed, for the health of my baby that is due to be born very soon.

Joby has been restricted from leaving his parents house, he can't even leave the front porch, for over a year and now that he is Pro Se, this is a massive barrier to him being able to proceed with what needs to be done to get this case dismissed. He has great allies in the current Trump administration who are working diligently to get this case dismissed, as there has been no evidence provided for the past 6 years from the prosecutor's team to indicate that he is guilty of any of the allegations they indicted him for.

Our entire family has been traumatized and negatively impacted by this "lawfare" experience, specifically when the feds broke down their front door of their family home in Colorado (the door is still broken by the way), raided his parents home, stole all of their valuables and left them all on house arrest. Nat and Silence Weeks are both 74 years old and they have been traumatized and forced to be custodians in their own home that is being used as a federal detention center. It's not right the way this all has taken place.

I have also been traumatized by this experience as well, as I am in my 3rd trimester of pregnancy and I am feeling afraid and saddened by the possibility that my husband Joby Weeks won't be able to be at the birth of our son. The ankle bracelet has caused physical health issues for Joby, affecting his nerves in his leg and foot, which may end up being a permanent disability. This makes no sense for Joby to be on an ankle bracelet still, considering he has proven over 6 years that he is NOT a flight risk, which was the only reason they said he would be required to wear this ankle bracelet for all these years and the case has been postponed and dragged out so long with no evidence produced from the Prosecutors Team that he has harmed anyone.

During the hearing in NJ on February 11, you told Joby to submit a list of what he needs to be able to successfully represent himself, since you approved him to be Pro Se because his lawyers have stolen millions of dollars over the past 6 years and did not do even one single thing to help him get this case resolved and dismissed.

We are grateful that you granted Joby his right to represent himself, and I am asking you from the bottom of my heart to please sign the short list of requests that Joby submitted to the docket the week after that hearing where you told him to submit his requests. It only listed very practical and simple requests including having the ankle bracelet removed and / or to be granted the right to travel and live within the USA so he can properly represent himself, meet with his allies in the Trump administration who are helping him get this case dismissed and so he can be there with me during the birth of our son.

I am asking you to please sign Joby's motion and grant these simple requests this week so we can move forward to restore our health, the health of our family, and to be able to properly represent himself, as you granted him to do on February 11.

In the court hearing, I felt you are a very compassionate and just man. You have a great heart and I feel you can see the truth and justice shall always prevail, especially for innocent men like Joby, who have contributed greatly to the betterment of society for so long. Joby is a great man and this has gone on for too long, please do what you can to help us.

We would also be grateful if you can communicate with Judge Cecchi, to help her to understand the situation and perhaps you can encourage her to help end this long drawn out unlawful case and give us our lives back.

Thank you from the bottom of my heart.

Blessings,

Dasha Weeks