**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**United States of America**,
 Plaintiff,
v.
 **Jobadiah Weeks**,
 Defendant.

**Case No. 19-cr-877-CCC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of April, 2025, a true and correct copy of the following document(s):

United States v. Jobadiah Weeks, 19-cr-877 (CCC)   United States v. Jobadiah Weeks, 19-cr-877 (CCC)  dated April 24, 2025 was served upon the following by electronic mail:

> **Assistant United States Attorney**
> Anthony Torntore
> Office of the United States Attorney
> Anthony.Torntore@usdoj.gov

**Respectfully submitted,**
**Jobadiah Weeks**
*Defendant Pro Se*
Electronically Signed via DocuSign
**Date:**  April 24 2025
**Address:**
11627 West 74th Way, Arvada, Colorado 80005

Signed by: *Joby Weeks*
87866A420DB4490...

9