Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building and United States Courthouse
50 Walnut Street
Newark, New Jersey 07101


**Re: United States v. Weeks, 19-cr-877 (D.N.J.) – Supplemental Request Regarding Defendant's Temporary Residence in Florida**

Dear Judge Hammer:

I respectfully write to supplement my prior letter of March 27, 2025, regarding my request to remain temporarily in Florida due to urgent family circumstances.

As previously disclosed, my wife, Dasha Weeks, currently resides in Florida at 2321 Collins Ave, Miami Beach FL 33139, United States. She is in her eighth month of pregnancy, and her expected due date is June 15, 2025. We are preparing for the birth of our child within the next few weeks.

In light of these personal and time-sensitive circumstances, I respectfully request permission to continue staying with my wife and support her in Florida pending the Court's resolution of the outstanding motions and the May 8, 2025 hearing.

Should the Court defer ruling on my March 27, 2025 request or on the pending motions related to modifications of the pretrial bail conditions at the May 8 hearing, I respectfully ask that this supplemental letter be considered as a renewed request to remain in Florida with my wife until further Order of the Court.

I thank the Court for its attention to this matter and remain available to provide any additional information or documentation the Court may require.

Thank you for your consideration.

Respectfully submitted,
**Jobadiah Weeks**
Defendant Pro Se
Electronically Signed via DocuSign
Date: May 2, 2025
Address:
11627 West 74th Way
Arvada, Colorado 80005
Email: silenceweeks1@gmail.com

Signed by:
*Joby Weeks*
87866A420DB4490...