**Hon. Claire C. Cecchi**
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: United States v. Jobadiah Weeks, No. 19-cr-877 (D.N.J.)**
 **Request Regarding Pretrial Travel and Bail Modification Letter (Dkt. 425)**

**Dear Judge Cecchi,**

I respectfully submit this letter to request clarification and temporary relief concerning a travel directive issued by Pretrial Services following the cancellation of the May 8, 2025 hearing.

Earlier today, Pretrial Services informed me that I must return home immediately on the first available flight and that my wife, Dasha Weeks Gordon, must accompany me. However, Dasha is currently pregnant, and her midwife has determined that she is not medically permitted to travel at this stage. Travel at this time would violate medical advice and could pose serious health risks.

In compliance with Pretrial's instruction, I will now take the 11:30 AM flight to Denver today. However, I respectfully request that the Court rule on my pending bail modification request (Dkt. 425) so that I may return to Florida to remain with my wife during this critical time.

I understand that Judge Hammer is currently unavailable and expected to return on Monday, May 13. Given the circumstances, I respectfully request expedited consideration of this issue.

Thank you for your attention and consideration.

**Respectfully submitted,**
Jobadiah Weeks
Pro Se Defendant
Electronically Signed via DocuSign
silenceweeks1@gmail.com
11627 West 74th Way
Arvada, CO 80005

Signed by:
*Joby Weeks*
87866A420DB4490...

**Dated:** May 7, 2025