UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 19-877 |
| MATTHEW GOETTSCHE, et al. | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Alina Habba, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Andrew M. Trombly, Assistant U.S. Attorney (andrew.trombly@usdoj.gov), in substitution for Anthony P. Torntore, Assistant U.S. Attorney, who previously appeared in this matter.

                                                              ALINA HABBA
                                                              United States Attorney

                                                              *s/ Andrew M. Trombly*

                                                              By:  Andrew M. Trombly
                                                              Assistant U.S. Attorney

Dated:    May 7, 2025