May 12, 2025

**Hon. Claire C. Cecchi**
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

**Re: United States v. Jobadiah Weeks, No. 19-cr-877-CCC**
**Request to Stay or Delay Ruling on Pending Motions**

Dear Judge Cecchi,

I respectfully write to request a short deferral of any ruling on the motions currently pending at Dkt. Nos. 401, 402, 403, 404, 406, and 407, through May 27, 2025. This brief pause would allow for two important developments: (1) a potential resolution through ongoing discussions with newly assigned AUSA Andrew Trombly, and (2) clarification of the record and procedural posture following recent mislabeling in the Court's docket.

This request is made pursuant to **Federal Rule of Criminal Procedure 47**, which authorizes motions for appropriate relief, and under the Court's **inherent authority to control the docket** (*Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). In the interest of fairness and judicial efficiency, a short stay will support the Government's ability to assess the record independently and allow for the possibility of narrowing or resolving the issues currently before the Court.

In support of this motion, the Defendant states:

1. **Clerical Error in the Record**: On May 6, 2025, the Court issued a text order (Dkt. 427) referencing a docket entry numbered "400." However, no such motion appears on the docket. Of importance for future decisions — at the appropriate time — are Dkt. Nos. **401, 402, 403, 404, 406, and 407**, which are the filings currently pending. Defendant wishes to clarify this for the record and respectfully requests that **no rulings be issued** on these specific motions **until after May 27, 2025**, in accordance with the purpose of this Motion to delay judicial action. *For the avoidance of doubt, this Motion does not request a ruling on Dkt. No. 396. That docket remains pending and no judicial action is sought in relation to it at this time.*

Initial JW

2. **New Prosecutor Assignment and Potential Resolution**: A new Assistant United States Attorney, **Andrew Trombly**, has recently been assigned to this matter. The Defendant intends to engage in productive discussions with AUSA Trombly regarding the outstanding discovery disputes, constitutional violations, and the validity of the plea agreement. These discussions may lead to a resolution or narrowing of the issues currently before the Court. Defendant has also sent a written request to AUSA Trombly to explore the possibility of settlement. A copy of the written settlement request to AUSA Trombly is attached hereto as Exhibit A. However, Defendant understands that the AUSA may require time to review the case and transition into his role before responding substantively.

3. **Judicial Efficiency**: A short delay will promote judicial efficiency and avoid unnecessary rulings by allowing the parties time to clarify the record and pursue potential resolution.

4. **Good Faith and No Prejudice**: This motion is submitted in good faith and not for the purpose of delay. No prejudice will result to the Government or the public interest from a limited deferral.

**WHEREFORE**, Defendant respectfully requests that the Court **defer ruling on the pending motions from Monday, May 12, 2025, through Tuesday, May 27, 2025**, to allow time for clarification of the record and productive dialogue with newly assigned counsel.

Respectfully submitted,
 Dated: May 12, 2025

**/s/ Jobadiah Sinclair Weeks**
**Signed via DocuSign**
Jobadiah Sinclair Weeks
11627 West 74th Way
Arvada, Colorado 80005
Email: silenceweeks1@gmail.com
Pro Se Defendant

Signed by:
Joby Weeks
87866A420DB4490...