Docusign Envelope ID: 9E810B6D-5C9E-436D-86F6-F1B5CFE72660

12/05/2025, 09:11 — Request for Contact Regarding Case Assignment – United States v. Jobadiah Weeks (19-cr-877) - silenceweeks1@gmail.com - Gmail

# Gmail

in:sent

14 of 559

## Request for Contact Regarding Case Assignment – United States v. Jobadiah Weeks (19-cr-877)

**Silence Weeks** <silenceweeks1@gmail.com>   Wed, May 7, 3:48 PM (5 days ago)
to bcc: Wim

**Dear AUSA Trombly,**

I hope this message finds you well. I understand that Mr. Anthony Torntore is no longer assigned to United States v. Jobadiah Weeks, Case No. 19-cr-877 (D.N.J.), and that you may now be the Assistant U.S. Attorney responsible for this matter. If so, I respectfully request confirmation of your assignment and the opportunity to establish contact.

As previously expressed in my letter dated March 9, 2025 (**attached**), I remain open to discussing a potential resolution of this case. In that letter, I encouraged the Government to consider voluntary dismissal in light of the substantial procedural violations identified and noted that early resolution would serve the interests of justice while avoiding unnecessary litigation.

Given the pending motions before the Court, the Government's silence on key matters, and recent changes in case oversight, I would welcome the opportunity to engage in constructive dialogue with the appropriate AUSA. Notably, the Court issued a Text Order on May 6, 2025, stating that the motions will be decided on the papers and canceling the previously scheduled hearing. This suggests a ruling may be imminent, and any discussion of resolution would need to take place promptly.

A constructive resolution at this stage would serve the interests of both parties. It would provide a framework for agreed-upon compensation while allowing the Government to avoid further litigation and reputational risk tied to the procedural violations now before the Court. I remain open to structured dialogue should the Department be willing to engage in good faith.

**Respectfully,**
*Jobadiah Weeks*
Pro Se Defendant

Docusign Envelope ID: 9E810B6D-5C9E-436D-86F6-F1B5CFE72660

11/05/2025, 20:36 Background Summary – United States v. Jobadiah Weeks (19-cr-877) - silenceweeks1@gmail.com - Gmail

Gmail

in:sent

7 of 557

## Background Summary – United States v. Jobadiah Weeks (19-cr-877)

**Silence Weeks** <silenceweeks1@gmail.com>  Thu, May 8, 12:43 PM (3 days ago)
to Andrew.Trombly, bcc: Wim

Dear Mr. Trombly,

I understand you are now assigned as counsel of record in *United States v. Jobadiah Weeks*, Case No. 19-cr-877 (D.N.J.), following Mr. Torntore's withdrawal. I appreciate your time and attention as you become familiar with the matter.

For your reference, I am attaching a memorandum originally prepared as a Post-Hearing submission for the now-cancelled May 8, 2025 hearing. While we are still considering whether to formally file it as a Motion for Reconsideration, the document serves as a comprehensive summary of the pending motions, related filings, and key factual and legal issues. I believe it may be helpful in getting up to speed on the record and current posture of the case.

As mentioned in my prior correspondence, I remain open to constructive dialogue regarding a possible resolution, should the Government be willing to engage in good faith.

Thank you again for your attention and time.

Respectfully,

*Jobadiah Weeks*
Pro Se Defendant
silenceweeks1@gmail.com
[Phone number, if desired]
**Attachment:** *Supplemental_Post_Submission_Memo_05072025.pdf*

2 Attachments • Scanned by Gmail