## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2025, a true and correct copy of the foregoing **Motion to Stay or Delay Judicial Ruling** was served via electronic mail and/or ECF upon:

**Andrew Trombly**
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, NJ 07102
Email: andrew.trombly@usdoj.gov

Respectfully submitted,

**/s/ Jobadiah Sinclair Weeks**
 **Signed via DocuSign**
 Jobadiah Sinclair Weeks
 Pro Se Defendant

