## CERTIFICATE OF SERVICE

I hereby certify that on **May 14, 2025**, I caused a true and correct copy of the foregoing **Notice Regarding Government's Refusal to Engage in Settlement Discussions** to be served via email upon:

> **AUSA Andrew Trombly**
> Assistant United States Attorney
> United States Attorney's Office, District of New Jersey
> andrew.trombly@usdoj.gov

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**



Signed by: Joby Weeks
87866A420DB4490...