UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**
v.
**JOBADIAH SINCLAIR WEEKS**
Criminal No. 19-cr-877 (CCC)

## SUPPLEMENTAL NOTICE REGARDING SUBSTITUTION OF GOVERNMENT COUNSEL AND SETTLEMENT DISCUSSIONS

Defendant **Jobadiah Sinclair Weeks**, proceeding pro se, respectfully submits this notice in light of recent developments affecting the above-captioned matter.

On **May 16, 2025**, Assistant United States Attorney **Andrew Trombly** was formally terminated as counsel of record and replaced by **AUSA Vinay S. Limbachia** (see Dkt. No. 435 and **Exhibit I**). Defendant has since submitted a fully briefed **Supplemental Response to the Government's Motion to Revoke Bail**, which is now before the Court alongside his **Motion to Modify Bail Conditions** (Dkt. 411), supported by his May 14, 2025 supplement (Dkt. 433).

Defendant respectfully requests that the Court proceed to **rule on the bail-related motions** based on the current record, whether at the May 20, 2025 hearing or on the papers.

Separately, Defendant notes that he previously proposed the possibility of **broader settlement discussions** to AUSA Trombly. That proposal remains open to newly assigned counsel. Defendant proposes a **14-day period following resolution of the bail motions** for the Government to evaluate the record and determine whether to engage in good-faith resolution efforts. Defendant is prepared to introduce an experienced former Assistant U.S. Attorney to assist in that process.

This notice is submitted to ensure clarity in the record and to respectfully preserve both Defendant's request for immediate bail relief and his openness to resolution of the broader case.

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
11627 West 74th Way
Arvada, Colorado 80005
silenceweeks1@gmail.com

Signed by:
Joby Weeks
87866A420DB4490...

**Dated:** May 17, 2025