## CERTIFICATE OF SERVICE

I hereby certify that on **May 17, 2025**, I caused a true and correct copy of the foregoing **Supplemental Notice Regarding Substitution of Government Counsel and Settlement Discussions**, including **Exhibit I**, to be served via email upon:

> **Vinay S. Limbachia**
> Assistant United States Attorney
> United States Attorney's Office – District of New Jersey
> vinay.limbachia@usdoj.gov

Respectfully,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**

Signed by:
Joby Weeks
87866A420DB4490...