# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

**MAGISTRATE JUDGE:** Hon. Michael A. Hammer

UNITED STATES OF AMERICA
*Plaintiff*

v.

JOBADIAH WEEKS
*Defendant*

**CASE NO.** 19-877
**DATE OF PROCEEDINGS:** 5/20/2025
**DATE OF ARREST:**

**PROCEEDINGS:** Motion/Bail Modification Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: ___ AFPD ___ CJA
- [ ] WAIVER OF HRG: ___ PRELIM ___ REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED ___ FINANCIAL COLLOQUY
- [x] Sealed Motion to Revoke Bail Denied
- [x] Motions D.E. 363, 407, 411, and 425 are denied, except as stated otherwise in today's ruling/order.
- [x] New TPC Granted. Maintain Florida residence pre-approved by PTS Granted.
- [x] Computer access for PACER Denied.

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: ___
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED ___
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.      DATE:
- [ ] DETENTION/BAIL HRG.           DATE:
- [ ] TRIAL: ___ COURT ___ JURY     DATE:
- [ ] SENTENCING                    DATE:
- [ ] OTHER: ___                    DATE:

**APPEARANCES:**

AUSA: Andrew Trombley and Ingrid Eicher

DEFT. COUNSEL: Ernesto Cerimele (stand by)

PO/PTS:

INTERPRETER ___ Language:

TIME COMMENCED: 2:16
TIME TERMINATED: 3:32
CD NO: ECR

J. Baker
DEPUTY CLERK