UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA,**
v.
**JOBADIAH SINCLAIR WEEKS,**
Defendant.

**Crim. No. 19-910 (SDW)**

Hon. Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Post-Hearing Clarification Regarding May 20, 2025 Bail Decision**

Dear Judge Hammer:

Defendant Jobadiah Sinclair Weeks, proceeding pro se, respectfully submits this **letter to clarify the record following the Court's May 20, 2025 ruling on bail**. This letter is not a motion for reconsideration, nor does it contest the Court's decision. Rather, it is submitted in good faith to acknowledge and appreciate the Court's reasoned ruling—so that I can be with my wife for the birth of our son—while also ensuring that the record is fully and accurately preserved for any future proceedings.

The attached **Post-Hearing Statement of Position** sets out:

- **Acknowledgment of the Court's** reasoned ruling and conditions imposed;
- **Objections to misstatements** made by the Government at the hearing that were not supported by the record;
- **A summary of the Government's failure to respond** to key motions and discovery requests;
- A concise e**xplanation of the systemic DOJ policy and constitutional violations** reflected in the Government's conduct, based on the attached Exhibit A;
- The **defense's ongoing commitment to settlement discussions** as noted during the hearing.

The defense submits this letter to ensure that:

- The record accurately reflects the Defendant's position;
- Misrepresentations or omissions do not prejudice future proceedings;

1

- All pending motions and filings (including Dkt. Nos. 401, 403, 404, 406, 420, 421, 433, and 435) remain properly before the Court and that no waiver or concession is inferred from the defense's silence or procedural caution.

**Respectfully submitted,**
**/s/ Jobadiah Sinclair Weeks**
**Jobadiah Sinclair Weeks**
**Defendant, Pro Se**
**Electronically Signed via DocuSign**
**May 23, 2025**



**Enclosures:**

- Post-Hearing Statement of Position (7 pages)
- Exhibit A – DOJ Standards & Violations (5 pages)

2