**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, a true and correct copy of the **Post-Hearing Statement of Position Following May 20, 2025 Bail Decision**, including **Exhibit A – DOJ Standards & Violations in USA v. Weeks**, was served upon the following parties via electronic mail and/or the Court's electronic filing system (CM/ECF):

**Vinay S. Limbachia**
 Assistant United States Attorney
 United States Attorney's Office
 District of New Jersey
 970 Broad Street, Suite 700
 Newark, NJ 07102
 Vinay.Limbachia@usdoj.gov

Service was effectuated in accordance with the Federal Rules of Criminal Procedure and applicable local rules.

Respectfully submitted,

**/s/ Jobadiah Sinclair Weeks**
**Jobadiah Sinclair Weeks**
**Defendant, Pro Se**
**Electronically Signed via DocuSign**
**May 23, 2025**

Signed by:
Joby Weeks
87866A420DB4490...