Docusign Envelope ID: 99D1F071-FCAA-45B9-BF09-C38E71E9464F

## Certificate of Service

I hereby certify that on **May 26, 2025**, I served a true and correct copy of this letter and its enclosures on counsel of record for the United States via ECF and by email to:

- **AUSA Ingrid Eicher** (Ingrid.Eicher@usdoj.gov)

- **AUSA Vinay S. Limbachia** (Vinay.Limbachia@usdoj.gov)

This service complies with the Federal Rules of Criminal Procedure and the local rules of this Court.

**/s/ Jobadiah Sinclair Weeks**
**Jobadiah Sinclair Weeks**
Defendant, Pro Se
Electronically Signed via DocuSign
Dated: May 26, 2025

Signed by:

Joby Weeks

87866A420DB4490...

1