**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**United States of America**
v.
**Jobadiah Sinclair Weeks**
Crim. No. 19-cr-877 (CCC)

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Jobadiah Sinclair Weeks respectfully submits this Notice of Supplemental Authority to bring to the Court's attention recent legal developments that directly support my previously submitted arguments, which are currently under review on the papers pursuant to Dkt. 427.

Specifically, I respectfully notify the Court of:

The Department of Justice's revised policy, dated April 7, 2025 (the Todd Bianca memo), prioritizing dismissal of purely regulatory charges that do not involve actual financial harm to victims. (**Exhibit A**).

The Government's letter in **United States v. Storm**, No. 21-cr-127 (D.N.J. 2025), in which the Government chose Count 2 (conspiracy to offer and sell unregistered securities) because it did not meet the DOJ's updated enforcement priorities under the Todd Bianca memo. Specifically, the Government stated:

> "*the Government will not proceed to trial on the first object of the conspiracy charged in Count Two*" (Storm Gov't Letter, dated May 10, 2025, at p. 2, lines 10–15) (**Exhibit B**).

The dismissal order in **United States v. Pilipis**, No. 22-cr-18 (D.N.J. 2025), which further illustrates the DOJ's implementation of its updated policy to dismiss similarly regulatory-based charges (**Exhibit C**).

These legal developments confirm the DOJ's consistent application of the revised policy to de-prioritize purely regulatory charges, directly supporting my prior arguments for immediate release and for dismissal of Count 2 in this matter.

I submit this supplemental authority solely to assist the Court in deciding the pending issues already under review on the papers.

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Defendant, Pro Se
**2301 Collins Avenue**
**Miami Beach, FL 33139**
**Electronically Signed via DocuSign**
**Dated: May 30, 2025**

