CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I caused a true and correct copy of the foregoing **Notice of Supplemental Authority** to be filed with the Court's CM/ECF system, which automatically notifies all counsel of record, including:

> **AUSA Ingrid K. Eicher**
> **AUSA Vinay K. Limbachia**
> Office of the United States Attorney
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, New Jersey 07102
> Emails: ingrid.eicher@usdoj.gov; vinay.limbachia@usdoj.gov

/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Defendant, Pro Se
**2301 Collins Avenue**
**Miami Beach, FL 33139**
**Electronically Signed via DocuSign**
**Dated: May 30, 2025**

Signed by:
Joby Weeks
87866A420DB4490...