## Certificate of Service

I hereby certify that on **June 4, 2025**, a true and correct copy of the foregoing **Request for Immediate Release Pending Decision on the Papers** was:

- **filed electronically** via the Court's CM/ECF system, and

- **additionally sent by email** to the following counsel of record:

**Ingrid K. Eicher**
**Vinay K. Limbachia**
Assistant United States Attorneys
Office of the United States Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, New Jersey 07102
Emails: ingrid.eicher@usdoj.gov; vinay.limbachia@usdoj.gov



Dated: June 4, 2025
Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Defendant, Pro Se
2301 Collins Avenue
Miami Beach, FL 33139

4