UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**,

v.

**JOBADIAH SINCLAIR WEEKS**,

Defendant.

**Criminal No. 19-cr-877 (CCC)**

## NOTICE REGARDING EXPIRATION OF SETTLEMENT PAUSE

Defendant Jobadiah Sinclair Weeks, proceeding pro se, respectfully submits this Notice to inform the Court that the 14-day pause previously requested in Dkt. No. 436 has elapsed. Despite this reasonable opportunity—including a 14-day pause requested on May 17, 2025—the Government has not responded or initiated any contact. No settlement discussions occurred during this period, and no agreement was reached.

Accordingly, Defendant confirms that the record is complete and respectfully awaits the Court's ruling on the pending motions to be decided on the papers, as directed in the Court's prior Text Order (Dkt. No. 427).

**Respectfully submitted,**
/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
silenceweeks1@gmail.com

Signed by:
Joby Weeks
87866A420DB4490...

**Dated: June 5, 2025**