## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, a true and correct copy of the foregoing **Notice Regarding Expiration of Settlement Pause** was served by email upon:

**AUSA Ingrid K. Eicher**
**AUSA Vinay K. Limbachia**
Office of the United States Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, New Jersey 07102
**Emails:** ingrid.eicher@usdoj.gov; vinay.limbachia@usdoj.gov

/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
11627 West 74th Way
Arvada, Colorado 80005
silenceweeks1@gmail.com



**Dated:** June 5, 2025