## CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, hereby certify that on this 4th day of June, 2025, a true and correct copy of the foregoing **Supplemental Motion for Return of Seized Assets Pursuant to Rule 41(g)**, including all referenced exhibits, was served via electronic mail upon the following Assistant United States Attorneys:

**AUSA Ingrid Eicher**
United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102
Email: Ingrid.Eicher@usdoj.gov

**AUSA Vinay S. Limbachia**
United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102
Email: Vinay.Limbachia@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

**/s/ Jobadiah Sinclair Weeks**
Jobadiah Sinclair Weeks, Pro Se
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Date: June 4, 2025



7