# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I served a copy of the foregoing **Reply to Government's Opposition to Motion to Terminate Release Conditions** on the following counsel of record via email:

**Ingrid Eicher**
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, New Jersey 07102
Ingrid.Eicher@usdoj.gov

**Vinay S. Limbachia**
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, New Jersey 07102
Vinay.Limbachia@usdoj.gov

**Andrew Kogan**
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, New Jersey 07102
Andrew.Kogan@usdoj.gov

Dated: June 18, 2025
/s/ Jobadiah Weeks
**Jobadiah Sinclair Weeks**
**Pro Se Defendant**
**Electronically Signed via DocuSign**

