UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------- X
                                                           :

UNITED STATES OF AMERICA,

                                                           :

         -against-                                  Crim. No. 2:19-cr-877-CCC

                                                           :

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,                    :
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

                                                          :

               Defendants.
---------------------------------------------------------- X

### [Proposed] Order Granting Motion to Modify Conditions of Pretrial Release

THIS MATTER having come before the Court on the motion of Defendant Matthew Brent Goettsche, through the undersigned counsel, to modify conditions of pretrial release (Dkt. ___), the Court having considered the consent of Pretrial Services and no objection from the government, through Assistant U.S. Attorney Vinay Limbachia, and having read and considered this motion, hereby modifies the bail condition that Defendant Goettsche as follows:

1. The defendant's condition of location monitoring is hereby modified from curfew to stand alone monitoring. The defendant is no longer required to be in the presence of his third-party custodian at all times.

2. The defendant is permitted use of (1) computer or connected device, and is permitted access to the Internet, for legitimate and necessary purposes, as pre-approved and monitored by Pretrial Services.

3. The defendant is subject to the following computer/internet and network restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services.[1] The defendant shall pay or part of the cost for monitoring software based upon his ability to pay, as determined by the pretrial services office or supervising officer. The previous conditions restricting the

---

[1] Any brief or inadvertent access by Pretrial Services of any attorney-client communication or attorney-work product shall not constitute a waiver of privilege.

      defendant's internet access, the use of a computer or connected device, and the notification of virtual conferences are hereby removed.

4. The defendant's travel restrictions are hereby expanded to include the 48 contiguous United States. The defendant shall provide a detailed itinerary to Pretrial Services with at least (7) days notification to the supervising officer.

SO ORDERED.

Dated:

_____
Hon. Michael A. Hammer
United States Magistrate Judge