# Exhibit A

Letter to AUSAs Limbachia and Eicher (July 13, 2025)

Docusign Envelope ID: B8B8788E-8F11-4374-A0D7-59DAD731D273

**Via Email**
AUSA Vinay Limbachia
Ingrid Eicher
U.S. Attorney's Office
District of New Jersey

**Re:** *United States v. Jobadiah Weeks*, No. 2:19-cr-877-CCC

**Dear Mrs. Eicher and Mr. Limbachia,**

I hope this letter finds you in peace and clarity.

Over the past months, I've raised a number of questions. Many of them were not confrontational—just sincere attempts to understand what was happening around me. I asked about things as basic as the **Streamlined SAR**, the **"tax loss appendix"**, and whether the **Bitcoin wallet beginning with 14YyA** was under government control. I inquired about **blockchain tracing results**, **JAXX wallet records**, how the IRS classified both **BCN and me for tax purposes**, and recently, about the **12 individuals listed in the PSR report as victims who were allegedly harmed by my conduct**.

None of these questions were answered.

That silence taught me something. I've come to understand that I should no longer expect answers from those who choose not to give them. This isn't cynicism—it's clarity. As the Stoics remind us: *"Freedom is the only worthy goal in life. It is won by disregarding things that lie beyond our control."* So I set these questions down—not out of frustration, but as an act of inner peace.

One smaller matter remains unresolved: **since the May 20 hearing**, my drug testing frequency was **increased from once a month to twice a week**, without explanation or justification. I comply without protest, **even though it requires a three-hour round trip by public transport**.

**On the Role of the Prosecutor**

I've been thinking more deeply about the nature of a prosecutor's role. Surely, it must begin with a sense of duty—to law, to public interest, to the idea of justice. But that duty is not fulfilled simply by advancing charges or enforcing restrictions. It also demands balance. Mercy. Humility. Perspective.

And I wonder whether that balance is present here.

I was not the founder of the BitClub Network. I did not structure or control its operations. Yet I remain under intense restrictions, while **Mr. Goettsche**, widely recognized as the principal actor, was recently granted his "freedom" from the harsh bail conditions we have endured for the last five years. **He may travel freely within the United States without his 3rd party custodian.** I, on the other hand, **as of the May 20 hearing, cannot go to the gym, the**

1

**swimming pool or use the other facilities in my own residence**. **I am not even allowed to breathe fresh air.**

To me, this feels like administrative bullying. But as a Christian, I accept this with forgiveness. I will not allow resentment to take root in my heart.

**A Personal Reflection**

I was raised with the teachings of Christ. My father taught me the **Ten Commandments** not just as a code, but as a compass. He used to say:

 *"One day, when you leave this earth and go to the next, you should be able to say that you made it a little better than you found it."*

That message lives in many traditions—not just Christianity. Judaism, Islam, Buddhism, Hinduism—they all carry the same wisdom: **do good, be fair, leave something better behind.** I do not claim perfection. But I try, and I keep trying.

I write this not to complain, but to invite reflection. Are the actions taken in this case building something just—or simply defending decisions made long ago? Is this process lifting up or grinding down? I can't answer that for you. But I can answer it for myself—and I will live by the rule my father taught me.

With respect and sincerity,
**Jobadiah Weeks**
Pro Se Defendant
July 13, 2025
Signed by DocuSign

Signed by:
*Joby Weeks*
87866A420DB4490...

2

# Exhibit B

July 3, 2025 email regarding denied pediatric appointment access

 Gmail

**Silence Weeks <silenceweeks1@gmail.com>**

## Mandatory Dr Appt for our baby
3 messages

---

**Silence Weeks** <silenceweeks1@gmail.com>           Thu, Jul 3, 2025 at 8:33 PM
To: Wim Jagtenberg <miwjagtenberg@gmail.com>, tyrone_francis@flfs.uscourts.gov

Hi there Officer Francis,
This email is to put in writing for the record that today, July 3rd 2025, you told Joby and
Dasha Weeks over the phone that we can NOT go to bring our 3 day old, new born baby to
his 1st medical check up with our pediatrition.
You told us that doctors appointments for our child is not "medical necessitie" and that we
needed to take it up with the court to clarify.

The problem is, the court doesn't reply to requests or the many motions that we have filed.
Just have a look at the docket and you can see how many things are pending. The
government has asked for 30+ continuances with no trial date in site.

If a "necessary" and prescribed doctors appointment for our son isn't "medical" then we are
confused as what is considered a medical necessity. The hospital told us we needed to go to
see a pediatrition. we shared with you that the appointment was scheduled for 2:30 July 3rd
and gave you the address. We also told Officer Reid about it yesterday when she came to our
home to visit us.

Dasha had major surgery and is having a really hard time walking and can't drive etc. She is
also Joby's 3rd party custodian... How is she supposed to go get medical treatment at the
hospital while Joby is forced to stay home? Joby is supposed always be with his 3rd party
custodian. This can up in the hearing which the judge touched on. You can see if you request
the transcript. Im not sure how this has gotten lost in translation but we need to have your
denial of our request in writing.

Could you please confirm your decision to deny us medical access, medical care and medical
attention for our family so we can then submit your denial to the docket for the judge to see?

Thank you for your prompt reply.
Dasha and Joby Weeks

---

**Silence Weeks** <silenceweeks1@gmail.com>           Thu, Jul 3, 2025 at 8:38 PM
To: tyrone_francis@flsp.uscourts.gov, Samantha_Reid@flsp.uscourts.gov

Hi there Officer Francis,
This email is to put in writing for the record that today, July 3rd 2025, you told Joby and
Dasha Weeks over the phone that we can NOT go to bring our 3 day old, new born baby to
his 1st medical check up with our pediatrition.
You told us that doctors appointments for our child is not "medical necessitie" and that we
needed to take it up with the court to clarify.

The problem is, the court doesn't reply to requests or the many motions that we have filed.
Just have a look at the docket and you can see how many things are pending. The
government has asked for 30+ continuances with no trial date in site.

If a "necessary" and prescribed doctors appointment for our son isn't "medical" then we are
confused as what is considered a medical necessity. The hospital told us we needed to go to
see a pediatrition. we shared with you that the appointment was scheduled for 2:30 July 3rd

and gave you the address. We also told Officer Reid about it yesterday when she came to our home to visit us.

Dasha had major surgery and is having a really hard time walking and can't drive etc. She is also Joby's 3rd party custodian… How is she supposed to go get medical treatment at the hospital while Joby is forced to stay home? Joby is supposed always be with his 3rd party custodian. This can up in the hearing which the judge touched on. You can see if you request the transcript. Im not sure how this has gotten lost in translation but we need to have your denial of our request in writing.

Could you please confirm your decision to deny us medical access, medical care and medical attention for our family so we can then submit your denial to the docket for the judge to see?

Thank you for your prompt reply Officer Francis denying our request.
Dasha and Joby Weeks

---

**Silence Weeks** <silenceweeks1@gmail.com>                                          Thu, Jul 3, 2025 at 9:47 PM
To: tyrone_francis@flsp.uscourts.gov
Cc: samantha_reid@flsp.uscourts.gov
Bcc: Wim Jagtenberg <miwjagtenberg@gmail.com>

**Dear Officer Francis,**

Thank you very much for informing me that I am permitted to accompany my wife and son to the pediatric medical check-up, both for this visit and for future check-ups. Unfortunately, we were unable to attend today's appointment due to the initial restriction, but I appreciate your follow-up and clarification.

I would also like to respectfully raise another matter for your consideration. At present, I understand that I am now not allowed to use the gym or pool within the building and residence. I would like to discuss the possibility of allowing access to these facilities for basic exercise and fresh air as they are located on-site and do not involve leaving the premises. Over the last **five and a half years**, I have consistently been permitted to be on the grounds belonging to the property where I reside and use all the facilities, and in my view, this access should not now be restricted without cause. Regular movement and fresh air are fundamental to physical and mental health, and I hope we can reach a reasonable agreement on this point as well.

Thank you for your time and continued communication.

Kind regards,
**Dasha and Joby**

[Quoted text hidden]

# Exhibit C

July 8th, 2025 Doctors prescription



Miami Beach Natural Sports Medicine dba:
**Miami Beach Family & Sports Chiropractic Center**
***Todd M. Narson, DC, DACBSP***
975 Arthur Godfrey Road – Suite 102
Miami Beach, FL 33140
Phone: 305.672.2225
Fax: 305.674.4449

# Rx

## Magnetic Resonance Imaging-MRI

07/08/2025

**Patient:** Mr. Joby Weeks

**Diagnosis:**
1. Lumbar Facet Syndrome
2. Sacroiliitis
3. Muscle Spasms
4. Lateral Hip Stabilizer Strain

ORDERS:
- 1-Hour Float in the ocean or swimming pool 1-2x/day to reduce pressure on lumbar facet joints and reduce spasm/hypertonicity on lumbosacral muscles
- Apply heat to lower back and lateral glutes 20-25 min 2-3x/day

Todd M. Narson, DC, DACBSP
*FL Lic#CH6376*