## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2025, a true and correct copy of the foregoing **Motion to Modify Conditions of Release and for Expedited Consideration**, including all attached exhibits, was served via the Court's Electronic Case Filing (ECF) system and/or by email upon the following:

**Vinay Limbachia**
Assistant United States Attorney
U.S. Attorney's Office – District of New Jersey
Email: vinay.limbachia@usdoj.gov

**Ingrid Eicher**
Assistant United States Attorney
U.S. Attorney's Office – District of New Jersey
Email: ingrid.eicher@usdoj.gov

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Dated: July 15, 2025