## CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of July, 2025, a true and correct copy of the foregoing **Motion to Modify Conditions of Release and for Expedited Consideration**, including all attached exhibits, was served via the Court's Electronic Case Filing (ECF) system and/or by email upon the following:

    **Vinay Limbachia**
    Assistant United States Attorney
    U.S. Attorney's Office – District of New Jersey
    Email: vinay.limbachia@usdoj.gov

    **Ingrid Eicher**
    Assistant United States Attorney
    U.S. Attorney's Office – District of New Jersey
    Email: ingrid.eicher@usdoj.gov

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Dated: July 22, 2025

Signed by:
Joby Weeks
87866A420DB4490...