**Honorable Michael A. Hammer**
United States Magistrate Judge
Martin Luther King Jr. Building and United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** *United States v. Jobadiah Sinclair Weeks, Crim. No. 19-877 (CCC)*

Dear Judge Hammer,

I respectfully request permission to travel to **Lake Jackson, Texas**, from **August 8–10, 2025**, in order to attend a private birthday gathering for **Dr. Ron Paul**, who has been both a personal mentor and my family's trusted physician for over 15 years. The event is hosted by **"Friends of Ron Paul"** at the **Dow Academic Center at Brazosport College** (500 College Blvd, Lake Jackson, TX 77566), as part of a longstanding community tradition honoring Dr. Paul's legacy.

Dr. Paul has known me and my family since **2008** when I volunteered for his presidential campaign. He was present at the birth of our daughter, **Liberty**—see attached photo (**Exhibit C**) of Dr. Paul and me with the newborn. I would also like to take this opportunity to discuss a personal medical issue with Dr. Paul and to consult with him about vaccination options for our newborn son, **Legend**.

The purpose of this visit includes not only attending Dr. Paul's **90th birthday celebration** but also reconnecting with my daughter **Liberty**, whom I have not seen for about four months, and her mother, **Stephanie**, in a peaceful, family-centered setting. I will be accompanied by my wife, **Dasha Weeks**, and we also plan to introduce our infant son, **Legend**, to Liberty and Stephanie. Although my designated custodian will travel with me, my former wife **Stephanie** has agreed to serve as a second custodian during the trip to assist as needed with any temporary gaps in supervision that may arise due to baby-related responsibilities. This respectful, child-focused reunion is consistent with our shared custody goals and intended to strengthen the cooperative parenting dynamic we are building.

In addition, I plan to consult in person with **Judge Andrew Napolitano**, a former jurist and respected legal scholar, who has agreed to assist me in developing legal and procedural strategy in the above-captioned matter. This consultation will help support my continued efforts to represent myself responsibly and in full compliance with applicable rules and procedures. I also intend to meet with **Tulsi Gabbard**, the **Director of National Intelligence**, and several **members of Congress** who are expected to attend, to discuss the injustice I have experienced over the past six years and explore potential remedies through appropriate legal and institutional channels.

I have attempted to contact **Pretrial Services** to obtain consent for this travel. I first reached out by email (see **Exhibit B**) and followed up by phone. However, I was informed that **Mr. Limbachia** is no longer employed, and **Mr. Hernandez** is out of the office until **September**.

All travel details and accommodations will be provided to Pretrial Services in advance, and I remain fully committed to abiding by all release conditions. A proposed order is attached for the Court's convenience.

**A letter of support from Dr. Ron Paul**, former Member of Congress and family physician, is attached as Exhibit A, affirming both my longstanding character and his personal involvement in key moments of my family life.

Thank you for your thoughtful consideration.

Respectfully submitted,
**Jobadiah Weeks**
*Defendant Pro Se*
**Electronically Signed via DocuSign**
**Date: August 1, 2025**

**11627 West 74th Way**
**Arvada, Colorado 80005**
**silenceweeks1@gmail.com**

Signed by:
Joby Weeks
87866A420DB4490...