# Exhibit A

**Ron Paul**
**Former Member of Congress**
**U.S. House of Representatives**
220 Blackstock Lane - Lake Jackson, TX 77566

March 20, 2020

To: US Magistrate Judge Edward S. Kiel
    US District Judge Claire C. Cecchi

Regarding: Joby Weeks

I have known Joby since 2008 when he volunteered to work, without pay, in my presidential campaign. Since then I have come to know both Joby and his wife Stephanie. For advice and support they came to Texas for the birth of their daughter. The entire family has visited my home on several occasions.

Joby is a true believer in the libertarian "Freedom Philosophy" of self-responsibility and in the rejection of the initiation of force and violence. This belief includes the obligation to be true to one's word.

I have known Joby for twelve years and never encountered any problems with him or his relations with others. He was a dedicated well-mannered volunteer.

It is my opinion that if Joby is granted bail, he will fulfill his promises and legal obligations.

Sincerely,

*Ron Paul*
Ron Paul, M.D.

# Exhibit B



# Exhibit C

