**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA**,
v.
**JOBADIAH SINCLAIR WEEKS**,
Defendant.

**Crim. No. 19-877 (CCC)**

**ORDER**

This matter having come before the Court on the application of **Jobadiah Sinclair Weeks**, *Defendant Pro Se*, for permission to travel to **Lake Jackson, Texas**, from **August 8–10, 2025**, for the purposes outlined in the accompanying letter;

**IT IS HEREBY ORDERED** that Defendant is permitted to travel to **Lake Jackson, Texas**, from **August 8–10, 2025**, under the same conditions of release previously imposed;

**IT IS FURTHER ORDERED** that Defendant shall provide all travel details and accommodations to **Pretrial Services** in advance of travel and shall remain in full compliance with all terms of release during this period.

SO ORDERED.

Dated: _____, 2025
Newark, New Jersey

**Hon. Michael A. Hammer**
United States Magistrate Judge