## CERTIFICATE OF SERVICE

I hereby certify that on August 1,2025, I served a true and correct copy of the foregoing letter, proposed order, and Exhibit B to:

- **AUSA Ingrid Eicher** via email at [ingrid.eicher@usdoj.gov](mailto:ingrid.eicher@usdoj.gov)

- **U.S. Pretrial Services (Samanta Reid)** via email at *Samantha_Reid@flsp.uscourts.gov*

Respectfully submitted,
**Jobadiah Weeks**
Defendant Pro Se


Signed by:
Joby Weeks
87866A420DB4490...