

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

August 5, 2025

Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building
 & United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    **United States v. Jobadiah Sinclair Weeks**
               **Crim. No. 19-877 (CCC)**

Dear Judge Hammer:

      The Government submits this letter to memorialize its objection to Defendant Jobadiah Sinclair Weeks' ("Weeks") request to travel to Lake Jackson, Texas, from August 8 – August 10. (Doc. No. 460).

      The parties most recently appeared before Your Honor on May 20, 2025 for a bail revocation hearing (the "Hearing"). At the Hearing, Your Honor laid out a record that "makes it abundantly clear that the current bail conditions, including home incarceration with location monitoring and stringent restrictions on his access to and use of any sort of internet-connected device is necessary and appropriate." Tr.[1] 47:23 – 48:2.

      Approximately two months later, Weeks is now seeking permission to take a personal trip to Lake Jackson, Texas.  However, since the Hearing, Weeks has violated the conditions imposed by Your Honor on at least four different occasions. Specifically, on July 23, 2025, Pretrial Services conducted an unannounced visit to Weeks' residence.  Weeks' wife and nanny claimed that Weeks was in the shower, so the officer stood outside to wait.  While outside, the officer saw Weeks exiting a private elevator to his residence. In addition, according to location monitoring reports, Weeks appeared to be at the pool and beach areas of his apartment complex for between 30-45 minutes on July 26, July 29, and July 30, in clear violation of his condition of home incarceration.  This series of repeated violations occurring just

---

[1] "Tr." refers to the transcript from the bail revocation hearing before Judge Hammer on May 20, 2025.

- 2 -

two months after an extensive hearing outlining the parameters of Weeks' home incarceration demonstrates a clear inability to comply with even the most basic restrictions. Based on these violations, the Government intends to seek revocation of Weeks' bail and will file that motion prior to the current response deadline of August 14, 2025.  However, this letter is submitted for the limited purpose of addressing the most recent request to travel to Lake Jackson, Texas.

In light of the ruling at the Hearing, and the repeated violations that Weeks committed following that hearing, the Government objects to Weeks' request to travel to Lake Jackson, Texas from August 8 – August 10.  Granting permission to travel would be completely at odds with the current condition of home incarceration and, as Your Honor noted, "[i]t would certainly be inappropriate to reward these violations by simply doing away with those conditions." Tr. 48:2-4.

Respectfully submitted,

ALINA HABBA
ACTING UNITED STATES ATTORNEY

By:   Ingrid Eicher
      Assistant U.S. Attorney