**CERTIFICATE OF SERVICE**

I, Jobadiah Sinclair Weeks, hereby certify that on **August 6, 2025**, a true and correct copy of the foregoing letter to the Honorable Michael A. Hammer was served via email upon the following counsel of record:

**Ingrid Eicher**
Assistant United States Attorney
U.S. Attorney's Office – District of New Jersey
970 Broad Street, 7th Floor
Newark, New Jersey 07102
**Email:** ingrid.eicher@usdoj.gov

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
*Signed by DocuSign*
Dated: July 15, 2025
2301 Collins Avenue
Miami Beach, FL 33139
silenceweeks1@gmail.com


Signed by:
Joby Weeks
87866A420DB4490...

3