# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JOBADIAH SINCLAIR WEEKS
*Defendant*

MAGISTRATE JUDGE: Michael A. Hammer

CASE NO. 19-877
DATE OF PROCEEDINGS: 8/6/2025

DATE OF ARREST:

**PROCEEDINGS:** Virtual Conference re Motion to Travel

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS  [ ] ADVISED OF VIOLATION
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [x] Motion to Travel Denied w/o prejudice

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT  [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: David Stone
DEFT. COUNSEL: Ingrid Eicher
PO/PTS: Barbara Hutchinson
INTERPRETER
  Language:

TIME COMMENCED: 4:02
TIME TERMINATED: 4:18
CD NO: ECR

J. Baker
DEPUTY CLERK