**UNITED STATES OF AMERICA**
v.
**JOBADIAH SINCLAIR WEEKS**
Criminal No. 2:19-cr-00877-CCC

## DEFENDANT'S MOTION TO SEAL MOTION TO COMPEL RULING ON SECTION VI.A OF SEALED SUPPLEMENTAL NOTICE

Defendant Jobadiah Sinclair Weeks respectfully moves the Court for leave to file under seal his **Motion to Compel Ruling on Section VI.A** of the Supplemental Notice of Post-Filing Discrepancies and Request for Judicial Relief, which was itself filed under seal on June 17, 2025.

### Grounds for Sealing:

1. The Motion references materials contained in a prior **sealed filing**, including non-public chain-of-custody data, inventory discrepancies, and sensitive financial and evidentiary details.

2. Public disclosure of such materials could compromise **investigative integrity**, reveal **forensic targets**, or impair the Defendant's rights in future proceedings.

3. Sealing is narrowly tailored and consistent with the Court's treatment of the June 17 Supplemental Notice and its exhibits.

### Conclusion

WHEREFORE, Defendant respectfully requests that the Court permit the **Motion to Compel Ruling on Section VI.A** to be filed and maintained **under seal**, consistent with the prior sealing order and the sensitive nature of the subject matter.

Respectfully submitted,
/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: August 7, 2025


Signed by:
Joby Weeks
87866A420DB4490...