**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**United States of America**
 v.
**Jobadiah Sinclair Weeks**, Defendant
Criminal No. 2:19-cr-00877-CCC

## MOTION TO COMPEL RULING ON DEFENDANT'S MOTION FOR PARTIAL RETURN OF PROPERTY (Dkt. 446)

Defendant Jobadiah Weeks respectfully moves this Court to issue a ruling on the Motion for Partial Return of Property (Dkt. 446), filed on **June 6, 2025**, which requests the immediate return of the following digital assets:

- 3.6704622 BTC
- 48.916537 ETH
- 91.851854 LTC
- 2.9765462 BCH

This request is narrow and specific. The Defendant is not seeking the return of all seized assets. The assets requested above represent a small and identifiable portion of what was seized and are sought solely to fund legal expenses and meet basic living needs, as outlined in the original motion.

To date:

- The **Government did not respond within the Court's standard timeframe** (typically 14 to 21 days) and has filed **no opposition or objection** to the requested relief.
- More than **seven weeks** have passed since the motion was filed on June 6, 2025.
- **No criminal forfeiture order has ever been issued** in this case. Because no criminal or civil forfeiture authority has been invoked or adjudicated with respect to these specific assets, continued retention lacks legal basis.
- There are **no pending forfeiture proceedings** concerning these assets.

**Given the lack of objection, the passage of time, and the documented financial hardship, Defendant respectfully requests that the Court issue a ruling without further delay.**

The 3.6704622 BTC referenced herein corresponds to digital assets already acknowledged by the Government in its evidence management report dated December 10, 2019, which was provided as Exhibit C to Defendant's June 6, 2025 Motion (Dkt. 446). No further identification is required, as the Government has not disputed its possession or inventory of this amount.

## Relief Requested

An order granting the immediate return of:

- **3.6704622 BTC**
- **48.916537 ETH**
- **91.851854 LTC**
- **2.9765462 BCH**

as requested in Defendant's Motion for Partial Return of Property (Dkt. 446), or, in the alternative, a prompt ruling on that motion.

A copy of the original Motion for Partial Return of Property (Dkt. 446) is attached hereto as **Exhibit A**.

Respectfully submitted,
/s/ Jobadiah Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: August 7, 2025


Signed by: Joby Weeks
87866A420DB4490...