**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America
v.
**Jobadiah Sinclair Weeks**, Defendant
Criminal No. 2:19-cr-00877-CCC

## [PROPOSED] ORDER GRANTING MOTION FOR PARTIAL RETURN OF PROPERTY

This matter having come before the Court on the Defendant's Motion for Partial Return of Property (Dkt. 446), and the Court having considered the motion and the absence of any opposition from the Government, and good cause having been shown;

IT IS on this ___ day of _____, 2025:

**ORDERED** that the Motion for Partial Return of Property is hereby **GRANTED**, and the Government shall promptly return the following digital assets to Defendant Jobadiah Sinclair Weeks:

- **3.6704622 BTC (Bitcoin)**
- **48.916537 ETH (Ethereum)**
- **91.851854 LTC (Litecoin)**
- **2.9765462 BCH (Bitcoin Cash)**

The Government shall complete the transfer of these assets to an account designated by Defendant or his authorized representative within **seven (7) days** of this Order.

IT IS SO ORDERED.

Hon. Claire C. Cecchi
United States District Judge