## CERTIFICATE OF SERVICE

I hereby certify that on **August 8, 2025**, I caused a true and correct copy of the foregoing **Letter to the Honorable Michael A. Hammer requesting modification of home incarceration conditions** and the accompanying **Proposed Order** to be served via **ECF** and/or **email** upon the following:

**Ingrid Eicher**
Assistant United States Attorney
U.S. Attorney's Office, District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Email: **ingrid.eicher@usdoj.gov**

Respectfully submitted,

/s/ **Jobadiah Sinclair Weeks**
**Jobadiah Sinclair Weeks**
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: **silenceweeks1@gmail.com**
Electronically Signed via DocuSign
Dated: **August 8, 2025**

