UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA
 v.
**JOBADIAH SINCLAIR WEEKS**,
Defendant.

Crim. No. 19-877 (CCC)

**[PROPOSED] ORDER**

This matter having come before the Court on the Defendant's request for a modification of home incarceration conditions to allow limited access to the grounds and facilities of his residential complex for physical exercise and well-being, and the Court having considered the request and any opposition,

**IT IS on this \_\_\_ day of August, 2025,**

**ORDERED** that Defendant is permitted to:

1. Be present on the **grounds of his residence** between **9:00 a.m. and 12:00 p.m.** and between **7:00 p.m. and 9:00 p.m.**; and

2. Use **on-site amenities within the building** during those times, including the **swimming pool**, **tennis courts**, and **gym**.

**IT IS FURTHER ORDERED** that these activities shall:

- Take place entirely within the secured property of the Defendant's residence;
- Be conducted under continuous GPS monitoring; and
- Not involve leaving the premises.

All other conditions of release shall remain in full force and effect.

SO ORDERED.

Hon. Michael A. Hammer
 United States Magistrate Judge

Dated: 08-08-2025 _____