**UNITED STATES DISTRICT COURT**
 **DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,

v.                                                                             Criminal No. 2:19-cr-00877-CCC

Jobadiah Sinclair Weeks,
    Defendant.

# [PROPOSED] ORDER

This matter having come before the Court on the supplemental motion of Defendant **Jobadiah Sinclair Weeks** (ECF No. ___) providing additional constitutional grounds in support of his pending *Motion to Withdraw Guilty Plea* (ECF No. 401), and the Court having considered the submissions and the applicable law, and for good cause shown;

**IT IS on this ___ day of _____, 2025,**

**ORDERED** that Defendant's Motion to Withdraw Guilty Plea (ECF No. 401), as supplemented by this filing, is hereby **GRANTED**; and the guilty plea entered on September 21, 2020 is **VACATED**.

SO ORDERED.

Hon. Claire C. Cecchi
United States District Judge