**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2025, I caused a true and correct copy of the foregoing Motion to Withdraw Plea to be served via email upon:

>Ingrid Eicher
>Assistant United States Attorney
>Office of the United States Attorney
>District of New Jersey
>Email: ingrid.eicher@usdoj.gov

Respectfully submitted,

/s/ Jobadiah Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: August 11, 2025


Signed by: Joby Weeks — 87866A420DB4490...