**CERTIFICATE OF SERVICE**

I hereby certify that on **August 20, 2025**, at approximately 3:00 a.m., I caused a true and correct copy of the foregoing Defendant's Response to Government's August 12, 2025 Letter, together with all exhibits thereto, to be filed with the Court's CM/ECF system. The CM/ECF system automatically notifies all counsel of record, including:

> AUSA Ingrid K. Eicher
> Office of the United States Attorney
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, New Jersey 07102
> Email: ingrid.eicher@usdoj.gov

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Defendant, Pro Se
2301 Collins Avenue
Miami Beach, FL 33139
Electronically Signed via DocuSign
Dated: August 20, 2025

Signed by:
*Joby Weeks*
87866A420DB4490...