**CERTIFICATE OF SERVICE**

I hereby certify that on **August 20, 2025**, I caused a true and correct copy of the foregoing *Defendant's Request for Deadline for Government Response to Dkt. 471* to be filed with the Court's CM/ECF system. The CM/ECF system automatically notifies all counsel of record, including:

> AUSA Ingrid K. Eicher
> Office of the United States Attorney
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, New Jersey 07102
> Email: ingrid.eicher@usdoj.gov

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se
2301 Collins Avenue
Miami Beach, FL 33139
Electronically Signed via DocuSign
Dated: August 20, 2025

