UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Criminal No. 2:19-cr-00877-CCC

**Defendant's Request for Deadline for Government Response to Dkt. 471**

Dear Judge Cecchi:

I respectfully write regarding my *Supplemental Submission in Support of Motion to Withdraw Plea and Request for Expedited Ruling* (Dkt. 471), filed on August 11, 2025.

That filing raises **a constitutional defect distinct from the broader issues in Dkt. 401 —** specifically, the retroactive application of a securities theory that did not exist at the time of the alleged conduct. Because this defect implicates the Fifth Amendment's Due Process Clause and **directly affects the validity of the plea, its continued enforcement prolongs a constitutional violation.**

Under this Court's usual practice, responses to letter filings are expected within seven days. No response has been filed. **I therefore respectfully request that the Court direct the Government to file its response to Dkt. 471 by a date certain, so that the matter may be fully submitted and resolved without further delay.**

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se
2301 Collins Avenue
Miami Beach, FL 33139
Electronically Signed via DocuSign
Dated: August 20, 2025

Signed by:
Joby Weeks
87866A420DB4490...