**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
   Plaintiff,

v.

   Jobadiah Sinclair Weeks,
   Defendant.

Case No. 19-cr-00877 (SDW) (MCA)

## NOTICE OF ERRATA / CORRECTED FILING

Defendant Jobadiah Sinclair Weeks, proceeding pro se, respectfully submits this Notice of Errata regarding Defendant's Response to Government's August 12, 2025 Letter (Dkt. 474), filed on August 20, 2025.

On page 1 of that filing, the sentence *"The Government's August 12 letter was filed nine days ago"* was included in the error. A **Corrected Response** is attached hereto with that sentence removed. No other changes have been made.

Defendant respectfully requests that the Court and the parties refer to the corrected version of Dkt. 474 for all purposes.

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se
2301 Collins Avenue
Miami Beach, FL 33139
Electronically Signed via DocuSign
Dated: August 20, 2025


Signed by:
Joby Weeks
87866A420DB4490...