

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, 7th floor  973-645-2700
Newark, New Jersey 07102

August 25, 2025

The Honorable Michael A. Hammer
United States District Court
Martin Luther King Building
and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    *United States v. Jobadiah Sinclair Weeks*, Crim. No. 19-cr-877

Dear Judge Hammer:

    The Government submits this supplemental letter in support of its Motion for Revocation (Doc. No. 472). As your Honor is aware, on May 20, 2025, Your Honor modified Mr. Weeks' conditions to allow him to move to Florida to be there for the birth of his child. It has come to the Government's attention that on the day that his child was born, Weeks met at the hospital with an individual from an online platform entitled "Broken Truth" to record an hour-long interview about this case entitled "6 Years in Captivity with No Trial. The Targeting of Crypto Legend Joby Weeks: US Lawfare in Action."[1] During the beginning of the interview, which ran for 53 minutes and 44 seconds, Weeks told the interviewer that they were at the hospital where his child was born, and the interviewer confirmed their location at the hospital.

    The Government brings this behavior to the attention of the Court because it demonstrates Weeks' continued disregard for court-ordered restrictions. To start, Your Honor approved a modification to allow for Weeks to be present at the hospital for the birth of his child, and Weeks capitalized on this modification to sit for an hour-long interview about this case. This violates, at a bare minimum, the spirit with which the modification was granted. Second, it seems unlikely that Weeks was being supervised by his third-party custodian during the interview since the footage appears to be in a common area of the hospital, and the third-party custodian had given birth just hours before.[2] Finally, meeting with an individual to conduct an

---

[1] The video was posted to YouTube on July 23, 2025.
[2] During the revocation hearing held on May 20, 2025, Weeks elected to move to Florida, stating that Dasha Weeks would serve as his third-party custodian. Your

interview with an online platform to be published on the internet (YouTube)[3] is meant to circumvent the pretrial condition preventing Weeks from accessing the internet.

Based on the numerous violations outlined in the Government's previous briefing (Doc. No. 472), and the additional behavior detailed above, it is clear that Weeks does not take his conditions seriously and cannot reliably be counted on to comply with them. The Government respectfully requests that the Court revoke Weeks' bail and order him detained pending sentencing in this matter.

Respectfully Submitted,

TODD BLANCHE
United States Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

INGRID EICHER
Assistant U.S. Attorney

---

Honor explicitly asked, "[w]hat about when she's in labor or has medical appointments?" to which Weeks replied, "I'll be with her." Your Honor stated "Okay. So you understand you would have to be with her at all times…. I assume, but I want to make a clear record on that." Tr. 54:10-55:6.

[3] https://www.youtube.com/watch?v=Fi-hLHeS99A, last visited August 19, 2025.