# Annex 1

Email August 22 (last Friday), email to the Government requesting copies of the search warrants and the corresponding inventory lists.



# Annex 2

Former AUSA Inventory List (Dkt. 446-1, pp. 96–97)

## SCHEDULE A

I. <u>Items Removed by the IRS from 11627 West 74th Way, Arvada, Colorado, on December 10, 2019, and Apparently Stored in the Denver Holding Office.</u>[1]

| ITEM # | | DESCRIPTION |
|---|---|---|
| 1B192 | (U) Item 104 | "20 Trillion Dollar" Silver (colored) piece. |
| 1B191 | (U) Item 103 | Ron Paul 1 oz copper (colored) coin. |
| 1B190 | (U) Item 102 | Approximately 80 collector quarter dollar coins. |
| 1B189 | (U) Item 101 | (3) NTR Metals 10oz silver (colored) bars. |
| 1B186 | (U) Item 98 | Approximately 22 gold (colored) coins. |
| 1B185 | (U) Item 97 | Approximately 150 dimes. |
| 1B184 | (U) Item 96 | Approximately 72 silver (colored) coins. |
| 1B180 | (U) Item 92 | (20) 1/10 gram gold (colored) certificates in collector cases. |
| 1B179 | (U) Item 91 | 20 cannisters containing approximately 500 silver (colored) coins in plastic case. |
| 1B177 | (U) Item 89 | Ethereum cold storage coin. |
| 1B176 | (U) Item 88 | Trezor Bitcoin wallet hardware. |
| 1B175 | (U) Item 87 | Ledger HW.1 wallet hardware(cryptocurrency) |
| 1B169 | (U) Item 81 | Cash $100.00 x 34 = $3,400, $50.00 x 20 = $1,000, $2.00 x 1 = $2.00, Coins $1.00 x 8 = 8.00 for a total of $4,410.00 in US Currency. |
| 1B166 | (U) Item 78 | 23 cannisters copper (colored) coins. |
| 1B165 | (U) Item 77 | (1) Academy silver (colored) bar, 10 troy oz. |
| 1B164 | (U) Item 76 | (1) NTR 10 troy oz silver (colored) bar. |
| 1B163 | (U) Item 75 | (1) d'Anconia 1oz copper (colored) coin. |
| 1B162 | (U) Item 74 | (1) Rob Gray 1oz copper (colored) coin. |
| 1B161 | (U) Item 73 | (1) AOCS approved 1oz copper (colored) coin. |
| 1B160 | (U) Item 72 | (1) Hunk Papa Lakota 1/2oz copper (colored) coin. |
| 1B158 | (U) Item 70 | (5) 1oz Silver (colored) coins. |
| 1B155 | (U) Item 67 | (1) pouch containing 2 pair gold (colored) earrings, (1) gold (colored) ring, (1) gold (colored) necklace. |
| 1B154 | (U) Item 66 | 1 pair earrings, (3) loose .156 carat diamonds. |

---

[1] See **Attachment A** (a PDF file provided by AUSA Jamie Hoxie to defense counsel); and, **Attachment B** (an Inventory Listing of All Items Seized at Search Warrant Site).

| 1B151 | (U) Item 63 | 45 canisters containing approximately 889 silver (colored) coins. |
|---|---|---|
| 1 | Evidence Box 1 | Stock Certificates |
| 3 | Evidence Box 1 | Folder labeled "Blackchair" with documents in it; debit cards; handwritten notes on bitcoin. |
| 10 | Evidence Box 3 | Miscellaneous coins. |
| 11 | Evidence Box 3 | BTC cold storage coin. |
| 12 | Evidence Box 3 | Possible silver coins. |
| 13 | Evidence Box 4 | Box of coins. |
| 14 | Evidence Box 4 | Possible gold silver copper coins and bars. |
| 15 | Evidence Box 5 | Golden currency style bars. |
| 16 | Evidence Box 5 | Box of coins. |
| 17 | Evidence Box 6 | United States Currency |
| 18 | Evidence Box 6 | Possible silver/gold coins. |
| 19 | Evidence Box 6 | Possible silver coins. |
| 20 | Evidence Box 6 | Possible silver/gold coins. |

II. Items Seized by the IRS Incident to Arrest on or about December 10, 2019, in West Palm Beach, Florida.[2]

| ITEM # | DESCRIPTION |
|---|---|
| 1 | One wedding band. |
| 2 | United States Currency. |

---

[2] See **Attachment C** (a Transfer of Evidence and Chain of Custody form, dated December 10, 2019).

# Annex 3

Overview of Motions Concerning Seized Assets

| Date | Docket | Description | Government Response | Status | Days Pending |
|---|---|---|---|---|---|
| ~October 2023 | Request to AUSA Jamie Hoxie | Asked for return of property not subject to forfeiture; noted that none of the counts of conviction include forfeiture | No response | Pending | 683 |
| 2024-03-22 | Letter from prior counsel (Exhib | Formal request to AUSA Torntore to coordinate asset return; AUSA Torntore acknowledged and agreed to coordinate return (Note 1) | No property returned | Pending | 524 |
| 2024-04-02 | Phone Communication | Call with AUSA regarding status of seized assets | No follow-up | Pending | 513 |
| 2024-04-09 | Phone Communication | Follow-up call to AUSA re: return of BTC from cold wallets | No follow-up | Pending | 506 |
| 2024-04-23 | Phone Communication | Call with Pretrial/Prosecution about asset return delays | No action taken; no property returned | Pending | 492 |
| 2024-05-31 | Phone Communication | Spoke with AUSA re: possible partial return schedule | No property returned | Pending | 454 |
| 2024-07-17 | Notice (Sealed Supplement) | Sealed supplement on asset issues | No response | Pending | 407 |
| 2024-07-17 | Notice | Public notice regarding asset issues | No response | Pending | 407 |
| 2024-09-05 | Letter | Follow-up letter to AUSA Torntore re: asset return and outstanding obligations (Exhibit B) | No response | Pending | 357 |
| 2024-12-06 | AUSA follow-up | Provided Dec. 10, 2019 Report of Activity (Exhibit C) to ex-legal counsel; acknowledged 4.99995661 BTC missing; stated ~8.67 BTC would be returned; no info on JAXX wallet | No follow-up on missing BTC or JAXX wallet | Pending | 265 |
| 2025-01-14 | Email / Follow-up | AUSA Torntore followed up with ex-legal counsel; referenced in Feb. 20, 2025 email from Eric Cohen (Exhibit D) | No further action | Pending | 226 |

| Date | Type | Description | Response | Status | Days |
|---|---|---|---|---|---|
| 2025-02-26 | Motion (Dkt. 402) | Motion to Compel Discovery (Exhibit E) — §4.3 requests order compelling return of all non-forfeitable assets (crypto, precious metals, physical property) within 10 business days | No response | Pending | 183 |
| 2025-02-26 | Rule 41(g) Letter | Direct letter to AUSA Torntore reiterating demand for return of all non-forfeitable assets (Exhibit F) | No response | Pending | 183 |
| 2025-04-02 | Email | AUSA Torntore confirmed FBI/IRS coordination for asset return (Exhibit G) | No property returned | Pending | 148 |
| 2025-04-12 | Letter | Request to AUSA Torntore for follow-up and confirmation of asset return (Exhibit H) | No response | Pending | 138 |
| 2025-05-31 | Letter | Follow-up to newly assigned AUSAs (Exhibit I), requesting confirmation of receipt within 2 business days | No confirmation | Pending | 89 |
| 2025-06-06 | Dkt. 446 (Supplemental Motion) | Supplemental Motion for Return of Seized Assets under Rule 41(g), incorporating prior demands and documenting missing BTC, cash, and inventory deficiencies | No response | Pending | 83 |
| 2025-06-09 | Letter to Government | Follow-up letter detailing additional inventory/custody discrepancies (later attached as Exh. A to 6/17 Notice) | No response | Pending | 80 |
| 2025-06-17 | Notice (Post-Filing Supplement) | Supplemental Notice of Post-Filing Discrepancies and Request for Judicial Relief (attaching 6/9 Letter) | No response | Pending | 72 |
| 2025-06-17 | Motion to Seal | Motion to Seal the Supplemental Notice | — | Filed | 72 |
| 2025-06-27 | Sealed Filing | Sealed motion regarding asset issues, including cryptocurrency on cold wallets | No response | Pending | 62 |

| | | | | | |
|---|---|---|---|---|---|
| **2025-07-17** | Sealed Supplement | Sealed supplement on asset issues (follow-up to 6/27 filing) | No response | Pending | 42 |
| **2025-07-17** | Notice | Notice regarding asset issues | No response | Pending | 42 |
| **2025-08-09** | Dkt. 472 (Gov't Letter) | Government letter referencing alleged drug use (filed while asset issues remain unresolved) | Filed | Addressed separately | 19 |