**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, I caused the foregoing *Defendant's Motion to Unseal Search Warrant Materials and to Compel Production of Chain-of-Custody, Forensic, and Asset-Handling Documents* to be filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record, including **Assistant United States Attorney Ingrid Eicher**, U.S. Attorney's Office for the District of New Jersey.

/s/ Jobadiah Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Dated: August 28, 2025

Signed by:
Joby Weeks
87866A420DB4490...