## CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, hereby certify that on August 29, 2025, I caused a true and correct copy of the foregoing **Defendant's Response to Government's August 25, 2025 Letter (Doc. 476)** to be served by electronic filing through the Court's CM/ECF system, which will send notice of such filing to all counsel of record, including:

> **Ingrid Eicher**
> Assistant United States Attorney
> United States Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ 07102

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks, Pro Se
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Dated: August 29, 2025



4