UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,
Plaintiff,

v.

Jobadiah Sinclair Weeks,
Defendant.

Criminal No. 2:19-cr-00877-CCC

## SUPPLEMENTAL DECLARATION OF JOBADIAH SINCLAIR WEEKS

IN SUPPORT OF MOTION FOR PARTIAL RETURN OF PROPERTY (Dkt. 446)

I, Jobadiah Sinclair Weeks, submit this declaration in further support of my pending Motion for Partial Return of Property (Dkt. 446, filed June 6, 2025) and Motion to Compel Ruling (Dkt. 469, filed August 8, 2025):

1. The assets requested for return are narrow, identifiable digital holdings:

    - 3.6704622 BTC
    - 48.916537 ETH
    - 91.851854 LTC
    - 2.9765462 BCH

2. Collectively, these assets are worth approximately $400,000 at current market value.

3. These assets represent only a small fraction of what was originally seized in this case. No criminal forfeiture order has ever been entered with respect to them, nor has the Government filed an opposition to their return.

4. This return should not be in dispute. The prior Assistant U.S. Attorney handling this matter, **Anthony P. Torntore, expressly confirmed by email** on April 2, 2025, that **he was coordinating with the FBI/IRS to return this property**, and that **arrangements would be made to transfer it to me** through my standby counsel. A copy of this correspondence is attached as Exhibit A. Accordingly, the Court's role here is simply to formalize what was already agreed.

5. In 2025 alone, I have incurred well over $400,000 in legal and consulting fees from previous legal counsel and independent consultancy, in addition to approximately $50,000 in child care, rent, living, and medical expenses.

6. These figures show that, even in just the current year, my obligations already exceed the modest value of the digital assets sought here (approximately $400,000). The requested return is therefore both narrow and necessary to ensure continuity of defense and to meet basic living needs, given the extraordinary financial burdens carried in 2025.

7. The proportionality is clear: my 2025 obligations already exceed $400,000, while the assets requested total approximately the same amount. Granting this relief would simply allow me to meet obligations already incurred, not obtain any windfall.

8. If the Court requires further documentation, I am prepared to provide supporting invoices and records under seal.

**Conclusion**

For these reasons, and given that the Government has already acknowledged these assets should be returned, I respectfully request that the Court promptly grant my Motion for Partial Return of Property (Dkt. 446) and order the immediate release of the specified digital assets.

This relief is narrow, proportionate, and consistent with what was previously agreed, ensuring only that existing obligations and basic living needs can be met.

Respectfully submitted,
 /s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: September 3, 2025

