**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I caused the foregoing *Defendant's Supplemental Declaration in support of Motion for Partial Return of Property (Dkt. 446)* to be filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record, including Assistant United States Attorney Ingrid Eicher, U.S. Attorney's Office for the District of New Jersey.

/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Dated: September 3, 2025

