UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,
v.
 Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 19-877 (CCC)

## NOTICE REGARDING GOVERNMENT EXHIBIT A TO ECF NO. 417

Defendant Jobadiah Sinclair Weeks, proceeding pro se, respectfully submits this notice to address an error in the Government's April 21, 2025 filing.

1. In its Opposition (ECF No. 417), the Government repeatedly cites the November 5, 2020 plea hearing transcript, which it identifies as "Exhibit A."

2. However, the document filed on the docket as Exhibit A to ECF No. 417 is **not** the transcript of the November 5, 2020 plea colloquy.

3. As a result, the Government's Opposition, as filed, does not contain the transcript it relies upon to oppose Defendant's pending motions, including the motion to rescission to my autograph on my plea (ECF No. 401).

Because Rule 11(d)(2)(B) places the burden on the Government to rebut a defendant's showing with record evidence of a knowing and voluntary plea, the absence of the actual transcript from the record means the Government has not carried its burden.

Defendant respectfully requests that the Court strike Exhibit A to ECF No. 417 as improperly filed and disregard any references thereto unless and until the Government files the correct transcript. Even if the Government later attempts to cure this defect, it remains the case that the Government failed to timely file the evidence it claimed to rely upon in its April 21, 2025 Opposition.

**Respectfully submitted,**
/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign

Signed by:
Joby Weeks
87866A420DB4490...

Dated: September 9, 2025