**PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,
v.
Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 19-877 (CCC)

**[PROPOSED] ORDER**

Upon consideration of Defendant's Notice regarding Government Exhibit A to ECF No. 417, and for good cause shown,

IT IS HEREBY ORDERED that Exhibit A to ECF No. 417 is stricken as it is not the transcript of the November 5, 2020 plea colloquy.

IT IS FURTHER ORDERED that any reliance upon Exhibit A as a plea transcript is improper unless and until the correct transcript is filed with the Court.

SO ORDERED.

Dated: _____

Hon. Claire C. Cecchi
United States District Judge