**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,
v.
Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 19-877 (CCC)

## CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, hereby certify that on September 9, 2025, I caused a true and correct copy of the foregoing **Notice Regarding Government Exhibit A to ECF No. 417** and Proposed Order to be served upon counsel for the United States by electronic mail addressed to:

    **Ingrid Eicher, Esq.**
    Assistant United States Attorney
    United States Attorney's Office, District of New Jersey
    970 Broad Street, 7th Floor
    Newark, NJ 07102
    Email: **Ingrid.Eicher@usdoj.gov**

I certify under penalty of perjury that the foregoing is true and correct.

**Respectfully submitted,**

/s/ Jobadiah Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
**Electronically Signed via DocuSign**

Dated: September 9, 2025

