# [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

This matter having come before the Court on my Motion to Declare Continuance Order (Dkt. 478) Invalid as Applied to Defendant Weeks Trial pursuant to 18 U.S.C. § 3162(a)(2), and the Court having considered the submissions and the record;

IT IS on this ___ day of _____, 2025,

**ORDERED** that the continuance entered on August 29, 2025 (Dkt. 478), is declared invalid and inapplicable as to Defendant Weeks; and it is further

**ORDERED** that no time shall be excluded under the Speedy Trial Act for Defendant Weeks pursuant to Dkt. 478; and it is further

**ORDERED** that the continuance entered on August 29, 2025 (Dkt. 478), shall have no effect upon the Speedy Trial Act calculation for Defendant Weeks.

SO ORDERED.

Hon. Claire C. Cecchi
United States District Judge