# CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, hereby certify that on this **10th day of September, 2025**, I caused a true and correct copy of the foregoing **Motion to Declare Continuance Order (Dkt. 478) Invalid as Applied to Defendant Weeks**, together with all exhibits and the proposed order, to be served upon the following by first-class mail and by electronic filing through the Court's CM/ECF system:

> **Ingrid Eicher, Esq.**
> Assistant United States Attorney
> Office of the United States Attorney
> 970 Broad Street, Suite 700
> Newark, New Jersey 07102

**Dated:** September 10, 2025

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant

