UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

## NOTICE OF FILING SUPPLEMENTAL EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL RETURN OF PROPERTY (DKT. 446)

I, Jobadiah Sinclair Weeks, respectfully submit the following supplemental evidence in further support of my pending Motion for Partial Return of Property (Dkt. 446) and related motions (Dkt. 469, 477, 480).

1. On June 6, 2025, I moved for partial return of seized assets (Dkt. 446). That motion remains pending.

2. In further support of that motion, I now file additional evidence relevant to the constitutional and institutional issues underlying the continued restraint of untainted property.

3. Attached as **Exhibit A** is the White Paper entitled *Crypto Enforcement Process Failures: The BitClub Network Case Study & Institutional Audit* (June 15, 2025), prepared by Bradford Geyer and reviewed with the assistance of Professor Alan M. Dershowitz. The White Paper documents systemic enforcement failures, including retroactive charging, overbroad asset seizures, and due process violations directly relevant to my request for relief from ongoing seizures.

4. Attached as Exhibit B is a transmittal letter from Professor Alan M. Dershowitz endorsing the White Paper and underscoring its importance to the issues before the Court.

5. Defendant respectfully requests that the Court consider these exhibits in connection with both the Motion of Rescission of Autograph and Nullification of the Plea Statement (Dkt. 401) and the Motion for Return of Property (Dkt. 446), as well as related filings (Dkts. 469, 477, 480).

I respectfully submit these exhibits for the Court's consideration in connection with Dkt. 446 and subsequent related filings.

**Dated: September 11, 2025**

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign



**Appendices**

- **Exhibit A** – *Crypto Enforcement Process Failures: The BitClub Network Case Study & Institutional Audit* (June 15, 2025, prepared by Bradford Geyer, reviewed with the assistance of Professor Alan M. Dershowitz).

- **Exhibit B** – Transmittal Letter of Professor Alan M. Dershowitz endorsing the White Paper.