# [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,

v.

 Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

**[PROPOSED] ORDER**

Upon consideration of Defendant's Notice of Filing Supplemental Evidence (Dkt. ___), it is hereby ORDERED that Exhibits A and B be accepted and considered in connection with Defendant's Motion of Rescission of Autograph and nullification of the Plea statement (Dkt. 401), Motion for Partial Return of Property (Dkt. 446), and related filings.

SO ORDERED.

Dated: _____

Hon. Claire C. Cecchi
 United States District Judge