## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing **Notice of Filing Supplemental Evidence in Support of Defendant's Motion for Return of Property (Dkt. 446)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

- **AUSA Ingrid Eicher** (U.S. Attorney's Office, District of New Jersey)

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign

