**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

# [PROPOSED] ORDER

This matter having come before the Court on Defendant's Motion to Unseal Prior Filings, and the Court having considered the submissions and the record,

IT IS on this ___ day of _____, 2025,

ORDERED that Defendant's Motion is hereby **GRANTED**; and it is further

ORDERED that the following filings shall be unsealed and placed on the public docket:

1. June 17, 2025 Supplemental Notice of Post-Filing Discrepancies (sealed supplement to Dkt. 446);

2. August 7, 2025 Motion to Compel Ruling on Section VI.A (sealed); and it is further

ORDERED that, in the alternative, if the Court determines redaction is necessary, Defendant is granted leave to refile these submissions in redacted form limited to wallet addresses, serial numbers, or other sensitive identifiers.

SO ORDERED.


Hon. Claire C. Cecchi
United States District Judge