# Certificate of Service

I hereby certify that on this 12th day of September, 2025, a true and correct copy of the foregoing **Motion to Unseal Defendant's Prior Sealed Filings**, together with the attached [Proposed Order], was served via ECF and/or email upon the following:

**Ingrid Eicher**
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Email: ingrid.eicher@usdoj.gov

Respectfully submitted,

/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign

Dated: September 12, 2025

Signed by:

Joby Weeks
87866A420DB4490...