**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,

v.

 Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

# [PROPOSED] ORDER

This matter having come before the Court on Defendant's Supplemental Motion to Vacate the Plea, and the Court having considered the submissions and the record,

IT IS on this ___ day of _____, 2025,

ORDERED that the Government shall, within **14 days**, produce a sworn, reconciled inventory of all property seized from Defendant on or about December 10, 2019, including complete chain-of-custody records and forensic audit reports; and it is further

ORDERED that if the Government fails to produce such an accounting within the time permitted, the Court will deem the Defendant's plea involuntary as a matter of law and will grant the Supplemental Motion to Vacate the Plea without further hearing; and it is further

ORDERED that this matter shall be resolved on the papers unless the Court determines a hearing is necessary.

SO ORDERED.


Hon. Claire C. Cecchi
 United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

# [PROPOSED] ORDER

This matter having come before the Court on Defendant's Supplemental Motion to Vacate the Plea, and the Court having considered the submissions and the record,

IT IS on this ___ day of _____, 2025,

ORDERED that Defendant's Supplemental Motion to Vacate the Plea is hereby **GRANTED**; and it is further

ORDERED that Defendant's guilty plea entered in this matter is hereby **VACATED** pursuant to Fed. R. Crim. P. 11(d)(2)(B); and it is further

ORDERED that this case shall proceed as though no plea had been entered, with Defendant restored to his pre-plea position; and it is further

ORDERED that all deadlines, motions, and related scheduling shall be reset by further order of the Court.

SO ORDERED.


Hon. Claire C. Cecchi
United States District Judge