**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

# [PROPOSED] ORDER

This matter having come before the Court on Defendant's Motion to Compel Accounting of Seized Assets, and the Court having considered the submissions and the record,

IT IS on this ___ day of _____, 2025,

ORDERED that the Motion is hereby **GRANTED**; and it is further

ORDERED that the Government shall, within **14 days**, produce to Defendant and file with the Court:

1. A reconciled inventory cross-referencing all seized items by 1B numbers, control numbers, physical descriptions, evidence box identifiers, and seizure locations;

2. Complete chain-of-custody logs for both the Arvada and Palm Beach seizures, including transport, storage, intake, and transfer records;

3. All forensic imaging reports, blockchain tracing logs, and audit records for seized digital assets and devices;

4. Sworn declarations from responsible custodial agents identifying the current status, location, and handling of all seized property; and

5. Written explanations for any missing or unavailable items, including identification of responsible personnel and efforts to recover records; and it is further

ORDERED that if the Government fails to comply with this Order, the Court will draw an **adverse inference** that the missing property has been lost or dissipated, and will consider such failure as supporting vacatur of Defendant's guilty plea; and it is further

ORDERED that this matter shall be resolved on the papers unless the Court determines a hearing is necessary.

SO ORDERED.

Hon. Claire C. Cecchi
United States District Judge