UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE, et al. | Crim. No. 19-877<br><br>SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Trevor A. Chenoweth, Assistant United States Attorney (trevor.chenoweth@usdoj.gov), is appearing in substitution for Ingrid Eicher, Vinay S. Limbachia, and Sarah Devlin, Assistant United States Attorneys, who previously appeared in this matter.

TODD BLANCHE
United States Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

By:     Trevor A. Chenoweth
        Assistant U.S. Attorney

Dated: September 12, 2025