# [Proposed] Order

This matter having come before the Court on Defendant Jobadiah Sinclair Weeks's **Supplemental Memorandum in Support of Motion to Vacate Plea for Lack of Discovery Access (Dkt. 401)**, and the Court having considered the parties' submissions,

IT IS on this ___ day of _____, 2025,


**ORDERED** that:

1. Defendant's motion is **GRANTED**;

2. The guilty plea entered on November 5, 2020 is hereby **VACATED** as void ab initio;

3. Defendant is restored to his **pre-plea status** with full access to discovery; and

4. Such other and further relief is granted as the Court deems just and proper.


**SO ORDERED.**


Hon. Claire C. Cecchi
United States District Judge