## Certificate of Service

I hereby certify that on September 16, 2025, a true and correct copy of the foregoing **Supplemental Memorandum in Support of Defendant's Motion to Vacate Plea for Lack of Discovery Access (Dkt. 401)**, together with all attached exhibits, was served via electronic mail upon the following:

- Trevor.Chenoweth@usdoj.gov

- Robert.Moore3@usdoj.gov

Dated: September 16, 2025

 Respectfully submitted,

Signed by:
*Joby Weeks*
87866A420DB4490...

Jobadiah Sinclair Weeks
Pro Se Defendant