# UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

## MOTION TO UNSEAL DEFENDANT'S PRIOR FILINGS (COUNT 1 & COUNT 2)

**INTRODUCTION**
Defendant Jobadiah Sinclair Weeks respectfully moves this Court to unseal two of his previously filed submissions that remain under seal: (1) his *Motion to Dismiss Count 1 of the Indictment* (filed June 18, 2025), and (2) his *Motion for Leave to File Supplemental Memorandum on Count 2 Due Process and Retroactivity* with attached memorandum (filed June 20, 2025).

These filings are Defendant's own submissions, they contain no grand jury or classified material, and Defendant expressly waives any confidentiality. They should be available on the public docket for reference in related motions, appellate review, and the public record.

**LEGAL STANDARD**

- The common law and First Amendment provide a qualified right of access to judicial records. *In re Application of Newsday, Inc.*, 895 F.2d 74, 79 (2d Cir. 1990).

- Sealing must be narrowly tailored to serve a compelling interest.

- A party may waive confidentiality over its own filings.

**ARGUMENT**

**1. Transparency Serves Judicial Integrity**
The Count 1 motion raises due process, selective prosecution, and discovery issues of constitutional significance. The Count 2 memorandum addresses retroactivity and lack of fair

notice in securities theories. Both are integral to Defendant's broader motions for plea withdrawal and dismissal. Their continued sealing obscures issues central to this case and undermines the appellate record.

**2. Government's Interests Not Impaired**

Neither filing contains sensitive identifiers, classified information, or grand jury material. To the extent wallet addresses or serial numbers appear, Defendant is amenable to limited redaction.

**3. Defendant Waives Confidentiality**

As the author, Defendant expressly waives confidentiality. Ongoing sealing prevents him from citing his own arguments in pending and future submissions, and risks prejudice on appeal.

**RELIEF REQUESTED**

Defendant respectfully requests that the Court:

1. Unseal the *Motion to Dismiss Count 1 of the Indictment* (filed June 18, 2025);

2. Unseal the *Motion for Leave to File Supplemental Memorandum on Count 2 Due Process and Retroactivity* with attached memorandum (filed June 20, 2025); and

3. In the alternative, permit Defendant to refile these submissions in redacted form, limited to wallet addresses, serial numbers, or other sensitive identifiers.

**CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that this Court grant this Motion and unseal his prior sealed filings regarding Count 1 and Count 2.

Respectfully submitted,
/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: September 17, 2025

