## [PROPOSED] ORDER

This matter having come before the Court on Defendant's Motion to Unseal Prior Filings, and the Court having considered the submissions and the record,

IT IS on this ___ day of _____, 2025,

ORDERED that Defendant's Motion is hereby GRANTED; and it is further

ORDERED that the following filings shall be unsealed and placed on the public docket:

1. Motion to Dismiss Count 1 of the Indictment (filed June 18, 2025);

2. Motion for Leave to File Supplemental Memorandum on Count 2 Due Process and Retroactivity with attached memorandum (filed June 20, 2025); and it is further

ORDERED that, in the alternative, if the Court determines redaction is necessary, Defendant is granted leave to refile these submissions in redacted form limited to wallet addresses, serial numbers, or other sensitive identifiers.

SO ORDERED.

Hon. Claire C. Cecchi
United States District Judge