**CERTIFICATE OF SERVICE**

I, Jobadiah Sinclair Weeks, Pro Se Defendant in the above-captioned matter, hereby certify that on this ___ day of September, 2025, I caused a true and correct copy of the foregoing:

- Motion to Unseal Defendant's Prior Filings (Count 1 & Count 2), and
- Proposed Order

to be served via electronic mail on counsel for the Government:

    **Trevor Chenoweth**
    Assistant United States Attorney
    Email: Trevor.Chenoweth@usdoj.gov

    **Robert Moore**
    Assistant United States Attorney
    Email: Robert.Moore3@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: September 17, 2025

