UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States v. Goettsche, Weeks, et al.
Case No. 2:19-cr-877 (CCC)

## NOTICE OF FILING OF MANDAMUS PETITION

Petitioner Jobadiah Sinclair Weeks, proceeding pro se, hereby gives notice that, on September 23, 2025, he filed in the United States Court of Appeals for the Third Circuit a **Petition for Writ of Mandamus** arising from this case.

For the District Court's convenience and to ensure a complete record, Petitioner appends the following:

- **Appendix A** – Petition for Writ of Mandamus as filed in the Third Circuit (Sept. 23, 2025) (exhibits omitted for volume).

- **Appendix B** – September 12, 2025 complaint to DOJ's Office of Professional Responsibility and Office of Inspector General (not previously docketed).

- **Appendix C** – September 18, 2025 letter to AUSAs Trevor Chenoweth and Robert Moore noting the missed opposition deadline on Dkt. 477 (not previously docketed).

Petitioner files this Notice so that the District Court has a complete record of filings relevant to the pending mandamus petition.

Respectfully submitted,

Jobadiah Sinclair Weeks
Petitioner, pro se
18101 Collins Avenue, #4209
Sunny Isles Beach, FL 33160

Signed via DocuSign

/s/ Jobadiah Sinclair Weeks

Date: September 23, 2025

Signed by:
Joby Weeks
87866A420DB4490...