## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2025, I served a true and correct copy of the foregoing **Notice of Filing of Mandamus Petition with Appendices** by **electronic mail** upon the following:

**Trevor Chenoweth**
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Email: Trevor.Chenoweth@usdoj.gov

**Robert Moore**
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Email: Robert.Moore3@usdoj.gov

Date: September 23, 2025

Jobadiah Sinclair Weeks
Petitioner, pro se

Signed via DocuSign

/s/ Jobadiah Sinclair Weeks

Signed by:
*Joby Weeks*
87866A420DB4490...