UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 19-cr-00877 |
| v. | : | |
| GOETTSCHE et al. | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Robert Taj Moore, (Robert.Moore3@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

Todd Blanche
United States Deputy Attorney General

Alina Habba
Acting United States Attorney and
Special Attorney

/s/ Robert Taj Moore

By:  Robert Taj Moore
Assistant United States Attorney

Dated: September 23, 2025