**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Case No. 2:19-cr-877 (SDW)

## [PROPOSED] ORDER DIRECTING PRODUCTION OF LAB REPORT AND CHAIN OF CUSTODY RECORDS

This matter having come before the Court on Defendant Jobadiah Sinclair Weeks's Letter Motion dated October 2, 2025, requesting production of documentation related to the alleged May 23, 2025 drug test, and the Court noting that the Government has repeatedly cited this test in filings without providing supporting laboratory records or chain-of-custody documentation, and further noting concerns of prolonged non-production consistent with issues raised in related Mandamus proceedings (Mandamus Writ),

IT IS on this ___ day of October, 2025,

**ORDERED** that the Government and/or Pretrial Services shall produce to Defendant the following materials no later than **October 25, 2025**:

1. The full laboratory report of the May 23, 2025 test;

2. The complete chain-of-custody records, including collection, handling, transfer, and receipt documentation;

3. Any confirmatory testing results or related laboratory communications.

SO ORDERED.


Hon. Michael A. Hammer
United States Magistrate Judge