UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Case No. 2:19-cr-877 (SDW)

## CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, hereby certify that on October 2, 2025, I caused a true and correct copy of the foregoing **Letter Motion Requesting Production of Lab Report and Chain of Custody Records** and the accompanying **[Proposed] Order** to be served via the Court's CM/ECF system and by electronic mail upon the following:

- **Trevor Chenoweth, AUSA**

- **Robert Moore, AUSA**
  Office of the United States Attorney
  District of New Jersey

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se

Signed via DocuSign

Dated: October 2, 2025

Signed by:
Joby Weeks
87866A420DB4490...