**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America
 v.
Jobadiah S. Weeks
Defendant (pro se)

Crim. No. 2:19-cr-877

## EMERGENCY MOTION TO TEMPORARILY MODIFY RESIDENCE DUE TO MOLD CONTAMINATION

I, Jobadiah S. Weeks, respectfully move this Honorable Court for permission to temporarily change my approved residence due to an unforeseen health and safety emergency.

1. At the end of September 2025, I discovered a serious mold contamination in my apartment caused by a leaking air-conditioning unit.

2. The property manager informed me that mold remediation and drywall removal are required, and I must vacate the unit for approximately three weeks while the work is completed.

3. Probation Officer Tyrone Francis has been informed of the situation and shown pictures of the damage.

4. In an email dated October 6, 2025, Officer Francis advised that I must file a motion with the Court to request permission to temporarily relocate.

5. The property owner has offered to rent a temporary Airbnb house in West Palm Beach, Florida, for me and my family during the 21-day remediation period. The exact address will be provided to Probation as soon as the booking is confirmed.

6. I will remain fully compliant with all conditions of release and stay in regular communication with Officer Francis regarding my location and activities.

WHEREFORE, I respectfully request that the Court issue an order authorizing a temporary change of residence from my current apartment to the temporary Airbnb residence in West Palm Beach, Florida, for approximately 21 days, or until the mold remediation is completed, whichever occurs first.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign



Dated: October 6, 2025