## PROPOSED ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America
 v.
Jobadiah S. Weeks
Crim. No. 2:19-cr-877

**ORDER**

This matter having come before the Court on the motion of Defendant Jobadiah S. Weeks, pro se, seeking authorization to temporarily modify his residence due to a mold contamination requiring remediation at his current apartment; and for good cause shown,

IT IS on this ___ day of October 2025,

ORDERED that Defendant Jobadiah S. Weeks is authorized to temporarily reside at an Airbnb rental residence in West Palm Beach, Florida, for a period not to exceed twenty-one (21) days, or until mold remediation is completed at his regular residence, whichever occurs first; and it is further

ORDERED that Defendant shall provide the full address of the temporary residence to the United States Probation Office as soon as available and shall remain in full compliance with all other conditions of release.

SO ORDERED.


Hon. Michael A. Hammer
United States Magistrate Judge