**CERTIFICATE OF SERVICE**

I, Jobadiah S. Weeks, certify that on October 6, 2025, I filed the foregoing *Emergency Motion to Temporarily Modify Residence Due to Mold Contamination* and *Proposed Order* through the Court's CM/ECF system, which will serve all registered counsel of record, including Assistant United States Attorneys Robert Moore and Trevor Chenoweth.

I also sent courtesy copies by email to:

- Assistant United States Attorney Robert Moore — Robert.Moore3@usdoj.gov
- Assistant United States Attorney Trevor Chenoweth — Trevor.Chenoweth@usdoj.gov
- U.S. Probation Officer Tyrone Francis — tyrone_francis@flsp.uscourts.gov

/s/ Jobadiah S. Weeks
Jobadiah S. Weeks, Pro Se
Dated: October 6, 2025

Signed by:
Joby Weeks
87866A420DB4490...