# [Proposed] Order Referring Limited Issue to U.S.M.J. Michael A. Hammer

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**United States of America,**
    Plaintiff,

v.

**Jobadiah Sinclair Weeks,**
    Defendant.

Crim. No. 19-877 (CCC)

**[PROPOSED] ORDER REFERRING LIMITED ISSUE TO**

**UNITED STATES MAGISTRATE JUDGE MICHAEL A. HAMMER**

THIS MATTER having been brought before the Court by Defendant *Jobadiah Sinclair Weeks*, appearing pro se, by way of his Motion for Reconsideration and Clarification of the Court's *Opinion and Order* (*Dkt. 497*), and the Court having reviewed the submissions of the parties, including filings at *Dkts. 446 and 480* relating to Defendant's *Motion for Partial Return of Property* and corresponding *Supplemental Declaration* identifying approximately 3.67 BTC as the subject of a pending partial-return request, and for good cause shown,

IT IS on this ___ day of October, 2025,

**ORDERED** that the limited issue of Defendant's request for the return of approximately 3.67 BTC (as referenced in *Dkts. 446 and 480*) is hereby **REFERRED** to United States Magistrate Judge Michael A. Hammer for factual findings and a recommendation pursuant to 28 U.S.C. § 636(b)(1)(B); and

**IT IS FURTHER ORDERED** that the parties shall confer with Magistrate Judge Hammer within fourteen (14) days of this Order to establish a schedule

for any evidentiary review, supplemental briefing, or documentation necessary to verify the custody, disposition, and return of the specified digital assets.

SO ORDERED.

_____

**Hon. Claire C. Cecchi**
United States District Judge
District of New Jersey

Dated: _____, 2025