CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I caused a true and correct copy of the foregoing Motion for Reconsideration and Clarification of October 8, 2025 *Opinion and Order* (*Dkt. 497*), together with with all accompanying exhibits (Exhibits A–C), to be served via electronic mail upon the following Assistant United States Attorneys:

> Robert Frazer Moore
> Assistant United States Attorney
> Office of the United States Attorney, District of New Jersey
> 970 Broad Street, 7th Floor
> Newark, NJ 07102
> Email: Robert.Moore3@usdoj.gov

> Trevor Chenoweth
> Assistant United States Attorney
> Office of the United States Attorney, District of New Jersey
> 970 Broad Street, 7th Floor
> Newark, NJ 07102
> Email: Trevor.Chenoweth@usdoj.gov

Service was made in accordance with *Fed. R. Crim. P.* 49(b) and Local Criminal Rule 49.1 via electronic mail, with acknowledgment requested. This filing is made solely to clarify the procedural record in accordance with the Court's prior directives.

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks (pro se)
Defendant
Dated: October 17, 2025

