UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 19-cr-877 (CCC)

# [PROPOSED] ORDER

Regarding Defendant's Time-Sensitive Motion to Compel Production of the February 5, 2025 Faretta-Hearing Transcript and Correction of the Record Prior to the November 6, 2025 Bail-Status Conference

This matter having come before the Court on the submission of Defendant Jobadiah Sinclair Weeks, appearing pro se, requesting that the record be corrected to ensure completeness in advance of the November 6, 2025 bail-status conference; and the Court having reviewed the motion and the relevant portions of the record; and for good cause appearing,

IT IS on this ___ day of October 2025, ORDERED that:

1. To ensure the completeness of the record, the official transcript of the *Faretta* hearing held on February 5, 2025, before Magistrate Judge Hammer shall be certified and filed on CM/ECF within five (5) days.
    a. If a certified transcript is unavailable, the matter may be referred to Magistrate Judge Hammer to conduct a brief supplemental colloquy confirming the status and scope of Defendant's waiver of counsel.

2. The Clerk of Court shall enter nunc pro tunc Defendant's *Notice of Dismissal of Counsel* bearing the Clerk's "Received January 22, 2025" stamp and correct the docket accordingly pursuant to Fed. R. Crim. P. 36

and L. Civ. R. 79.1.

3. The record shall be supplemented to include Exhibit A referenced in ECF 417, which was previously omitted from the public docket, so that the Court and all parties have access to the complete filing cited in the October 8, 2025 Opinion and Order.

4. The Court retains discretion to issue any further directions necessary to confirm that the docket accurately reflects all relevant proceedings and filings prior to the November 6, 2025 bail-status conference.

**SO ORDERED.**

_____

HONORABLE _____
United States [District / Magistrate] Judge

Dated: _____, 2025
Newark, New Jersey