UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

 Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 19-cr-877 (CCC)

## CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, appearing pro se, hereby certify that on October 20, 2025, I filed and served the following documents:

- *Time-sensitive motion to compel production of the February 5, 2025 Faretta-hearing transcript and correction of the record prior to the November 6 bail-status conference*;

- *Proposed Order*; and

- *Exhibits A, A-1, and B*,

by filing the same through the Court's CM/ECF electronic filing system, which automatically serves all registered counsel of record, including:

    Robert Frazer Moore
    Assistant United States Attorney

    Office of the United States Attorney, District of New Jersey
    970 Broad Street, 7th Floor
    Newark, NJ 07102
    Email: Robert.Moore3@usdoj.gov

Trevor Chenoweth
Assistant United States Attorney
Office of the United States Attorney, District of New Jersey 970 Broad Street, 7th Floor
Newark, NJ 07102
Email: Trevor.Chenoweth@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,


/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks, Pro Se Defendant
Dated: October 20, 2025

Signed by:
Joby Weeks
87866A420DB4490...