UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 19-cr-877 (CCC)

NOTICE OF DOCKET CLARIFICATION

I, Jobadiah Sinclair Weeks, appearing *pro se*, respectfully submit this notice to assist in maintaining an accurate record of prior bail-related filings.

1. On July 15, 2025, the Court entered a Text Order (Dkts. 444 and 457) terminating overlapping bail motions and directing me to file a single consolidated application.

2. I complied with that directive by filing Dkt. 459 (July 22, 2025), which also requested that, for consistency, Dkts. 449 and 450 be deemed terminated or that the Court clarify their procedural status.

3. Subsequent proceedings, including Dkt. 470 (August 8, 2025) and Dkt. 498 (October 10, 2025), resolved the same bail-modification issues, rendering those earlier filings fully satisfied.

In advance of the November 6, 2025 bail-status hearing, and as further explained in my Motion for Reconsideration (Dkt. 500), I respectfully request that the Court or Clerk update the docket to reflect that Dkts. 449 and 450 are terminated for administrative clarity, confirming that no further compliance is required under the July 15 order.

Respectfully submitted,

Jobadiah Sinclair Weeks (pro se)
Signed via DocuSign
/s/ Jobadiah Sinclair Weeks
18101 Collins Avenue, #4209
Sunny Isles Beach, FL 33160

Dated: October 20, 2025

Signed by:
Joby Weeks
87866A420DB4490...