**ZIEGLER LAW GROUP, LLC**
Jason J. LeBoeuf, Esq. (#033612001)
651 Old. Mt. Pleasant Avenue, Suite 150
Livingston, New Jersey 07039
(973) 533-1100/ (973) 533-1144 (f)
jason@zlgllc.com
Attorney(s) for Defendant, Joseph Frank Abel

-----------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -                                              Docket No.: 2:19-cr-00877-CCC

                                   NOTICE OF MOTION
                           TO MODIFY PRETRIAL RELEASE
                                        CONDITIONS

JOSEPH FRANK ABEL,

                    Defendant.
-----------------------------------------------------------X

To:
    ***Via Efiling***
    The Honorable Leda Dunn Wettre, U.S.M.J.
    District Court of New Jersey
    M.L. King Jr. Bldg. & Courthouse
    50 Walnut Street
    Newark, New Jersey 07102

    ***Via Efiling***
    David E. Hernandez
    Office of United States Pretrial Services
    50 Walnut Street
    Newark, New Jersey 07102

    ***Via Efiling***
    AUSA Antony Tortore
    United States Attorney's Office
    970 Broad Street
    Newark, New Jersey 07102

    **PLEASE TAKE NOTICE** that on a time and date to be set by the Court, if necessary, Counsel for the Defendant, Joseph Frank Abel, shall move before the District Court of New Jersey,

the Honorable Leda Dunn Wettre, U.S.M.J., presiding for an order modifying the Defendant's pretrial release conditions.

**IN SUPPORT OF SAID MOTIONS**, the Defendant will rely upon the attached Certification of Counsel, with exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: October 23, 2025

                                          Respectfully submitted,

                                          _____
                                          **Jason J. LeBoeuf, Esq.**
                                          651 Old. Mt. Pleasant Avenue, Suite 150
                                          Livingston, New Jersey 07039
                                          (973) 533-1100/(973) 533-1144 (f)
                                          jason@zlgllc.com

**ZIEGLER LAW GROUP, LLC**
Jason J. LeBoeuf, Esq. (#033612001)
651 Old. Mt. Pleasant Avenue, Suite 150
Livingston, New Jersey 07039
(973) 533-1100/ (973) 533-1144 (f)
jason@zlgllc.com
Attorney(s) for Defendant, Joseph Frank Abel

------------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -                                                    Docket No.: 2:19-cr-00877-CCC

                                                                              **CERTIFICATION OF ATTORNEY**

JOSEPH FRANK ABEL

                                Defendant.
------------------------------------------------------------X

1. I am an Attorney-at-law licensed to practice in the District Court of New Jersey.

2. I am the attorney for the Defendant, Joseph Frank Abel, and as such I am fully familiar with the facts of this case.

3. On September 11, 2020, the Honorable Leda Dunn Wettre , U.S.M.J., on application of United States Pretrial Services and with that body's recommendation and both the Government of the United States and the Defendant having been heard, released the Defendant on a $2,000,000 bond and set the conditions of the Defendant's pretrial release to include home incarceration with electronic monitoring and 24-hour lockdown except for medical necessities and court appearances, or other activities specifically approved by the Court.  (See **Exhibit A**, Order of the Court).

4. Since that time, Joseph Abel's pretrial release conditions have been monitored by the United States Office of Pretrial Services in the Central District of California.

5. On September 3, 2024, Joseph Abel appeared before the Honorable Judge Claire C. Cecchi, U.S.M.J., and entered a plea of guilty.  He has been awaiting sentencing since then, as several of the remaining co-defendants still await trial.

6. Prior to his plea, Joseph Abel met and conferred with the United States District Attorney's Office for the District of New Jersey to discuss his role in the alleged enterprise by way of a proffer.

7. Since his release, Josephe Abel has been under the auspices of this original order of home detention and has been confined since 2020.

8. As such, at this time, this Court is respectfully requested to modify the conditions of Mr. Abel's pretrial release to afford him this opportunity to maintain gainful employment while he awaits sentencing. Substitute his 24-hour confinement with a curfew or limited movement for employment, medical, or family purposes.

9. A copy of the attached motion will be forwarded to all interested parties via email.

I hereby certify that the aforementioned is true to the best of my knowledge  I acknowledge that if any of the foregoing is willfully false, I am subject to penalty.

October 23, 2025                                  _____
                                                  JASON J. LeBOEUF, ESQ.
                                                  Counsel for the Defendant,
                                                  Joseph Frank Abel

# EXHIBIT A

# UNITED STATES DISTRICT COURT

For the _____ District of _____ New Jersey

United States of America
v.
JOSEPH ABEL

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 2:19-CR-877 (CCC)

IT IS ORDERED on this 11th day of September, 2020 that the release of the defendant is subject to the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address and/or telephone number.
(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

### Release on Bond

Bail be fixed at $2,000,000 _____ and the defendant shall be released upon:

( ) Executing an unsecured appearance bond ( ) with co-signor(s)_____;
(X) Executing a secured appearance bond ( ) with co-signor(s)_____, and ( ) depositing in cash in the registry of the Court _____% of the bail fixed; and/or (X) execute an agreement to forfeit designated property located at West Covina, CA; Rowland Heights, CA; Camarillo, CA; Vista, CA . Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

### Additional Conditions of Release

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:

(X) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
(X) The defendant shall be released into the third party custody of Angelique Abel _____

*who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.*

Custodian Signature: s/ Angelique Abel _____  Date: 9/11/2020 _____

(X) The defendant's travel is restricted to (X) New Jersey for Court Purposes Only (X) Other _Central District of California_
    _____  (X) unless approved by Pretrial Services (PTS).
(X) Surrender all passports and travel documents to PTS. Do not apply for new travel documents.
( ) Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.
( ) Refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be removed by_____ and verification provided to PTS.
( ) Mental health testing/treatment as directed by PTS.
( ) Abstain from the use of alcohol.
(X) Maintain current residence or a residence approved by PTS.
( ) Maintain or actively seek employment and/or commence an education program.
( ) No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.
(X) Have no contact with the following individuals: _Any and all Co-Conspirators and co-defendants, unless in the presence of counsel._
(X) Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which (X) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    ( ) (i) Curfew. You are restricted to your residence every day ( ) from_____ to_____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) Home Detention. You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. Additionally, employment ( ) is permitted ( ) is not permitted.
    (X) (iii) Home Incarceration. You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.
( ) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.
    ( ) (i) No Computers - defendant is prohibited from possession and/or use of computers or connected devices.
    ( ) (ii) Computer - No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);
    ( ) (iii) Computer With Internet Access: defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.
    ( ) (iv) Consent of Other Residents -by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

(X) Other: _The defendant shall not be released until Pretrial Services is provided with a travel itinerary for his return to the Central District of California._

(X) Other: _The defendant shall provide a full accounting of all financial holdings, including all domestic and foreign bank accounts, as well as all Krypto currency holdings, to Pretrial Services and the government._

( ) Other: _____

Page 2 of 3

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

s/ Joseph Abel
_____
*Defendant's Signature*

Vista, CA
_____
*City and State*

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
(X) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  9/11/2020

*Leda Dunn Wettre*
_____
*Judicial Officer's Signature*

*Honorable Leda D. Wettre, USMJ*
_____
*Printed name and title*

(REV. 4/09)                                                                                                                                    PAGE 3 OF 3

**ZIEGLER LAW GROUP, LLC**
Jason J. LeBoeuf, Esq. (#033612001)
651 Old. Mt. Pleasant Avenue, Suite 150
Livingston, New Jersey 07039
(973) 533-1100/ (973) 533-1144 (f)
jason@zlgllc.com
Attorney(s) for Defendant, Joseph Frank Abel

------------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -                                                                    Docket No.: 2:19-cr-00877-CCC

**ORDER**

JOSEPH FRAK ABEL.

                                 Defendant.
------------------------------------------------------------X

       **THIS MATTER** having been opened to the Court by Jason J. LeBoeuf, Esq., counsel for defendant, Joseph Frank Abel., and A.U.S.A. Antony Tortore for the Government and the Office of Pretrial Services (Officer David E. Hernandez) having been heard, it is therefore

       **ON THIS** \_\_\_\_ day of _____, 2025;

       **ORDERED** that the conditions of the defendant's pretrial release are hereby amended as follows:

                                              _____
                                            The Honorable Leda Dunn Wettre, U.S.M.J.