ANNEX A — UNSEALING & CUSTODY MATRIX

(Prepared in Compliance with ECF 497 – Joint Letter re Sealed and Unsealed Records)

**Note:** This matrix was transmitted to the Government on October 24, 2025 for completion. No response or positions were received as of October 28, 2025.

| # | Document / Record | Origin / Event / Source | Status in Record | Why It Matters | Defendant's Proposal | Gov't Position (To Be Completed) |
|---|---|---|---|---|---|---|
| 1 | Dkt. 446 – Motion for Interim Release of Assets | Filed by Defendant (Apr 2025) | Sealed | Relates to non-controversial living-expense funds; no third-party data. | Unseal in full or allow redacted re-filing. | ☐ Agree ☐ Oppose |
| 2 | Dkt. 477 – Motion to Unseal Search Warrant Materials | Filed Aug 29 2025 | Sealed | Governs access to warrant + chain-of-custody exhibits; essential for ECF 497 compliance. | Unseal in full. | ☐ Agree ☐ Oppose |
| 3 | Dkt. 484 / 486 – Supplemental Accounting and Declaration | Filed Sept 2025 | Sealed | Completes asset record (3.67 BTC, 48.9 ETH, etc.). | Unseal. | ☐ Agree ☐ Oppose |
| 4 | Dkt. 497 – Oct 8 2025 Order (Sealing Directive) | Court | Public | Establishes current duty to confer and report results. | Reference only. | — |
| 5 | Colorado MoA (Dec 10 2019) + Attachments (Exh. B) | IRS-CI search, Arvada CO | Partially produced / sealed | Core seizure narrative; contains seed-phrase handling and BTC transfer records. | Unseal complete MoA + attachments. | ☐ Agree ☐ Oppose |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Florida MoA (Dec 10 2019) + Attachments (Exh. C) | IRS-CI search, Palm Beach FL | Partially produced / sealed | Connects Florida seizure bags (#2–#4) to Denver intake. | Unseal full MoA + Attachment C (signatures). | ☐ Agree ☐ Oppose |
| 7 | Schedule A / Depot Inventory (Exh. D) | IRS-CI Denver Depot | Incomplete | Lists 1B-series items but omits digital devices and crypto coins. | Unseal or certify complete version. | ☐ Agree ☐ Oppose |
| 8 | Seed Phrase Cards #1–2 & Exodus Restoration Screenshots (Exhs. E–F) | Digital evidence – Colorado MoA | Withheld | Prove ≈ 8.67 BTC and other tokens moved without logged TXIDs. | Unseal images and TXID list for record reconstruction. | ☐ Agree ☐ Oppose |
| 9 | ETH / LTC / BCH Transaction Logs (Exh. G) | IRS-CI attachments Dec 2019 | Withheld | Confirms non-BTC assets transferred contrary to MoA text. | Unseal for custody verification. | ☐ Agree ☐ Oppose |
| 10 | Chain-of-Custody Forms & Depot Intake Receipts | IRS-CI internal (F4000 series, Denver intake) | Missing | Core proof of custody; required under Treasury protocol. | Produce or certify non-existence. | ☐ Agree ☐ Oppose |
| 11 | Judicial or Administrative Authorization for Crypto Transfers | Post-seizure IRS actions | Missing | Confirms lawful digital seizure to gov't wallets. | Produce warrant or Form 14704. | ☐ Agree ☐ Oppose |