**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025, I caused a true and correct copy of the foregoing Letter Submission Pursuant to ECF 497 (Joint Letter re Sealing / Unsealing of Records), together with Annex A – Unsealing & Custody Matrix, to be served via electronic mail upon the following Assistant United States Attorneys:

> **Robert Frazer Moore**
> Assistant United States Attorney
> Office of the United States Attorney, District of New Jersey
> 970 Broad Street, 7th Floor
> Newark, NJ 07102
> Email: *Robert.Moore3@usdoj.gov*

> **Trevor Chenoweth**
> Assistant United States Attorney
> Office of the United States Attorney, District of New Jersey
> 970 Broad Street, 7th Floor
> Newark, NJ 07102
> Email: *Trevor.Chenoweth@usdoj.gov*

Service is made in accordance with Fed. R. Crim. P. 49(b) and Local Criminal Rule 49.1 via electronic mail, with acknowledgment requested.

/s/ **Jobadiah Sinclair Weeks**
Jobadiah Sinclair Weeks (Pro Se Defendant)
Dated: October 28, 2025

Signed by:
Joby Weeks
87866A420DB4490...