**EXHIBIT A — RECORD-BASED ERRORS TABLE**

(Filed herewith; factual index only; no argument included.)

| Docket / Date | Subject / Description | Record Status | Relevance to Reconsideration |
|---|---|---|---|
| ECF 417 (4/22/25) | Government's Opposition citing "Exhibit A" (purported plea transcript) | Exhibit never filed on docket | Basis for Court's reliance in Oct 8 Opinion and Order → record incomplete. |
| ECF 393 (2/5/25) | Faretta hearing before M.J. Hammer | Transcript absent; no written waiver on file | Required to confirm knowing & voluntary self-representation under Faretta and Peppers. |
| — (1/22/25) | Notice of Dismissal of Counsel (bearing "Received" stamp) | Not entered on docket | Needed to establish timeline of pro se status; docket correction required under Rule 36. |
| ECF 402–407 (Feb–Mar 2025) | Discovery / Brady / Selective-Prosecution Motions | Unopposed; no certified Gov't responses | Denied as "moot" though still live under Rules 16 and 41(g); require substantive response. |
| ECF 446 (6/20/25) | Partial Return of Property (≈ 3.67 BTC) | Not addressed on record | Still justiciable post-plea; subject of reconsideration and referral to M.J. Hammer. |
| ECF 467–486 (July–Sept 2025) | Supplemental discovery and asset-accounting submissions | Unopposed; never analyzed in Oct 8 Order | Should receive responses or certifications; part of "pending and unopposed" motions. |
| ECF 396 / 400 (Jan 2025) | Withdrawn motion & sealed duplicate | Improperly adjudicated despite withdrawal | Requires vacatur of denial as exceeding jurisdiction. |
| ECF 481 (9/9/25) | Notice of Errata + Proposed Order | No Court action before Oct 8 ruling | Identified missing Exhibit A and requested record correction; overlooked prior to ruling. |
| — (10/6/25) | Defendant's Memorandum of Law (Digital-Asset Custody) | Provided to Gov't; not docketed | Incorporated by reference for record completeness; establishes context for Rule 41(g) issues |