CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I caused a true and correct copy of the foregoing Motion for Reconsideration (Compliant with L. Civ. R. 7.2(b)) to be served via electronic mail upon the following Assistant United States Attorneys:

> **Robert Frazer Moore**
> Assistant United States Attorney
> Office of the United States Attorney, District of New Jersey
> 970 Broad Street, 7th Floor
> Newark, NJ 07102
> Email: Robert.Moore3@usdoj.gov

> **Trevor Chenoweth**
> Assistant United States Attorney
> Office of the United States Attorney, District of New Jersey
> 970 Broad Street, 7th Floor
> Newark, NJ 07102
> Email: Trevor.Chenoweth@usdoj.gov

Service is made in accordance with Fed. R. Crim. P. 49(b) and Local Criminal Rule 49.1 via electronic mail, with acknowledgment requested.

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks (pro se)
Dated: October 30, 2025

Signed by:

*Joby Weeks*

87866A420DB4490...