**PROPOSED ORDER**

**UNITED STATES DISTRICT COURT – DISTRICT OF NEW JERSEY**

United States v. Goettsche, Weeks, et al. Case No. 2:19-cr-877 (CCC)

**ORDER**

Upon consideration of Defendant Jobadiah Sinclair Weeks's Supplemental Letter-Motion Regarding Outstanding Discovery Clarification, and for good cause shown, it is on this ___ day of November 2025,

**ORDERED** that, by _____, 2025 (three business days from entry), the United States shall file a letter identifying:

1. The dates, formats, and Bates-ranges (or file designations) of any discovery productions made to Defendant's former counsel before September 21, 2020;

2. Any accompanying index, cover letter, or forensic report; and

3. Whether the materials referenced in the Court's October __ 2025 Opinion and Order (including any "August 12 2020 proffer" and "Dkt. 1 at 12") were included in those productions or in any asset-custody disclosures to prior counsel.

4. Whether the IRS-CI "Special Agent's Report" (Report-SAR-Weeks, Jobadiah – Streamlined), referenced by IRS-CI agents in the August 17 2020 Treasury Proffer Memorandum, was provided to Defendant's former counsel before execution of the plea agreement, and, if so, the date, method, and accompanying cover communication of that disclosure.

If the Government is unable to locate or produce any such materials, it shall file a short written certification identifying the items, describing the steps taken to locate them, and stating any valid, excusable reason for their unavailability. Absent such certification, the record will be deemed incomplete for purposes of further proceedings.

**IT IS FURTHER ORDERED** that, if the Government requires additional time or prefers to address these issues orally, the parties shall appear for a short status conference at ____ __.m. on _____, 2025, as set by the Court.

SO ORDERED.

_____

Hon. Michael A. Hammer

United States Magistrate Judge