**CERTIFICATE OF SERVICE**

I, Jobadiah Sinclair Weeks, certify that on November 5, 2025, I filed the foregoing Supplemental Letter-Motion and Proposed Order via CM/ECF, which serves all counsel of record. Courtesy copies were also sent by email to:

- Robert Moore — Robert.Moore3@usdoj.gov
- Trevor Chenoweth — Trevor.Chenoweth@usdoj.gov

Signed via DocuSign

/s/ **Jobadiah Sinclair Weeks**

Defendant (pro se)

Dated: November 5, 2025

