**ZIEGLER LAW GROUP, LLC**
Jason J. LeBoeuf, Esq. (#033612001)
651 Old. Mt. Pleasant Avenue, Suite 150
Livingston, New Jersey 07039
(973) 533-1100/ (973) 533-1144 (f)
jason@zlgllc.com
Attorney(s) for Defendant, Joseph Frank Abel

------------------------------------------------------------X
UNITED STATES OF AMERICA,

- vs-                                                      Docket No.: 2:19-cr-00877-CCC

                                                                                   **CONSENT ORDER**

JOSEPH FRANK ABEL.

                            Defendant.
------------------------------------------------------------X

       **THIS MATTER** having been opened to the Court by Jason J. LeBoeuf, Esq., counsel for defendant, Joseph Frank Abel., and A.U.S.A. Robert Taj Moore and A.U.S.A. Trevor A. Chenoweth for the Government and the Office of Pretrial Services (Officer David E. Hernandez) having been heard, it is therefore

       **ON THIS 10th** day of November, 2025;

       **ORDERED** that the conditions of the defendant's pretrial release are hereby amended as follows: Curfew with specific hours to be determined by Pre-Trial Services.



_____
The Honorable Leda Dunn Wettre, U.S.M.J.