# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**United States of America**

v.

**Jobadiah Sinclair Weeks**

Crim. No. 19-877 (CCC)

**[PROPOSED] ORDER**

**SUPPLEMENTAL SUBMISSION REGARDING BAIL CONDITIONS, DISCOVERY NON-COMPLIANCE, AND RECORD CLARIFICATIONS (PER DKT. 501)**

Upon consideration of Defendant Weeks's Supplemental Submission dated November 10, 2025, filed pursuant to the Court's Text Order of October 20, 2025 (Dkt. 501), and for good cause shown,

**IT IS on this ___ day of November 2025, ORDERED that:**

1. That the Government's assertion that Defendant "tested positive for cocaine" (Gov't Letter, Dkt. 472) lacks evidentiary support, and the certified independent toxicology analysis attached as Exhibit A is accepted as part of the record;

2. That within seven (7) days, the Government shall produce all laboratory records, chain-of-custody documentation, and related correspondence concerning the May 23 2025 toxicology test, as requested in Dkt. 494 and Defendant's October 2 2025 correspondence (Exhibit D);

3. That the conditions of pretrial release are modified to remove any restrictions predicated on the unsubstantiated cocaine allegation and to permit Defendant's

movement within his verified residence area, consistent with Dkt. 459 and Exhibit B;
Defendant shall continue to comply with the standard monthly drug-testing program
previously administered by Pretrial Services;

4.  That the factual clarifications contained in Exhibit F ("Memorandum on Record
Misstatements and Clarifications Relating to Government's January 15 2020 Bail
Filing, ECF 24") are incorporated into the bail record for all purposes of review or
modification; and

That the Court reserves jurisdiction to impose further remedial measures under Fed. R.
Crim. P. 16(d)(2) or other applicable authority should the Government fail to comply
with this Order or its discovery obligations.

**SO ORDERED.**

**Hon. Michael A. Hammer**

United States Magistrate Judge

Dated: _____

Newark, New Jersey