**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I caused a true and correct copy of the foregoing *Proposed Order* to be filed on the docket and served by electronic mail upon the following counsel for the United States:

- AUSA Andrew Moore
- AUSA Aaron Chenoweth
    United States Attorney's Office
    District of New Jersey

Respectfully submitted,

Signed via DocuSign

/s/ Jobadiah Sinclair Weeks

Defendant (pro se)

18101 Collins Avenue, #4209

Sunny Isles Beach, FL 33160

Dated: November 10, 2025

Signed by:
Joby Weeks
87866A420DB4490...