UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America
v.
**Jobadiah Sinclair Weeks**
Criminal No. 19-877 (CCC)

**NOTICE OF RE-FILING OF EXHIBITS A–F (RE DOCKET ENTRY 517)**

Defendant Jobadiah Sinclair Weeks, pro se, respectfully submits this notice to clarify the status of Exhibits A–F previously associated with Dkt. 517 and to record their corrected re-filing.

To ensure continued compliance with Fed. R. Crim. P. 49.1(a) and Local Civ. R. 5.3(c), the following exhibits are now re-filed on the public docket with appropriate redactions:

1. Exhibit A – Certified Hair-Follicle Toxicology Report (Labcorp Report, Nov 7 2025). Redacted solely to remove the Defendant's date of birth and limited personal identifiers. This redacted version replaces the prior sealed copy and is suitable for public filing.

2. Attachment A – Proposed Bail-Condition Modifications and Government Position Table.

3. Exhibit C – Email dated October 13, 2025, subject line "Proposed Joint Submission – Supplemental Motion to Modify Pretrial Release Conditions (ECF 497 Reference)."

4. Exhibit D – Email dated October 2, 2025, subject line "Request for May 23, 2025 Lab Report & Chain of Custody."

5. Exhibit E – Email dated November 4, 2025, subject line "Invitation to Correct Docket Reference to May 23 Toxicology Claim."

6. Exhibit F – Memorandum on Record Misstatements and Clarifications Relating to Government's January 15, 2020 Bail Filing (ECF 24).

Good-Faith Note:
The only changes concern the redaction of limited personal data in Exhibit A. No substantive content in any exhibit has been altered. This re-filing restores full public access while preserving privacy protections required by Rule 49.1 and Local Rule 5.3.

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
Pro Se Defendant
Dated: November 13, 2025

