**CERTIFICATE OF SERVICE**

I, Jobadiah Sinclair Weeks, certify that on November 13, 2025, I filed the foregoing Notice of Re-Filing of Exhibits A–F (Re Dkt. 517) via CM/ECF, which serves all counsel of record. Courtesy copies were also sent by email to:

    Robert Moore — Robert.Moore3@usdoj.gov

    Trevor Chenoweth — Trevor.Chenoweth@usdoj.gov

Signed via DocuSign

/s/ Jobadiah Sinclair Weeks

Defendant (pro se)

Dated: November 13, 2025

