UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

    Plaintiff,

v.

JOBADIAH SINCLAIR WEEKS,

    Defendant.

United States v. Goettsche, Weeks, et al.

Case No. 2:19-cr-877 (CCC)

SUPPLEMENTAL MOTION FOR RETURN OF SEIZED DIGITAL ASSETS AND CURRENCY

**I. INTRODUCTION**

Defendant respectfully submits this Supplemental Motion to clarify and narrow the specific property that can and should be returned immediately under Fed. R. Crim. P. 41(g).

This filing does not include the 3.6704622 BTC that is already before the Court in Dkt. 511 (Motion for Reconsideration) and fully submitted for decision.

This supplement seeks the return of:

1. The following seven digital assets extracted by the Government on December 10, 2019: (ETH, LTC, BCH, ANT, REP, BAT, and the 4.99995661 BTC shown in the agent log.)

    - 48.916537 ETH
    - 91.851854 LTC
    - 2.9765462 BCH
    - 492,694 ANT
    - 103.89077 REP
    - 4,922 BAT

- 4.99995661 BTC (shown in the December 10, 2019 agent log)

Of these assets, the 4.99995661 BTC is unaccounted for in all Government reports and should be returned immediately.

2. Seized U.S. currency that is uncontested and identifiable without forensic analysis
    - $4,410 (Colorado; Schedule A, Item 81)
    - $7,500 (Florida; unopposed amount documented in multiple filings)

Each item is identifiable, severable, and subject to return even as broader digital-asset accounting issues remain pending.

## II. DIGITAL ASSETS NOT SUBJECT TO THE 3.67 BTC MOTION

### A. Digital Assets Extracted During the Government's Exodus Restore Operation

The following assets were transferred by agents during the December 10, 2019 "Exodus restore" procedure and appear in the Colorado Memorandum of Activity:

Table 1 – Assets Extracted on December 10, 2019 (Colorado MoA)

*(3.67 BTC included for completeness; not requested here)*

| Asset | Amount | Evidence Source | Logged on Schedule A? | Returned? | Notes |
|---|---|---|---|---|---|
| BTC | 3.6704622 | Screenshot (Dkt. 511) | NO | NO | Subject of separate ruling |
| BTC | 4.99995661 | Agent Log / Annexe | NO | NO | Shows missing BTC discrepancy |
| ETH | 48.916537 | Exodus Screenshot | NO | NO | Extracted by agents |
| LTC | 91.851854 | Exodus Screenshot | NO | NO | Extracted by agents |
| BCH | 2.9765462 | Exodus Screenshot | NO | NO | Extracted by agents |
| ANT | 492,694 | Exodus Token Log | NO | NO | ERC-20 extracted |

2

| REP | 103.89077 | Exodus Token Log | NO | NO | ERC-20 extracted |
| BAT | 4,922 | Exodus Token Log | NO | NO | ERC-20 extracted |

Under Rule 41(g), the Government bears the burden of demonstrating a lawful basis for continued retention once the existence and seizure of property is undisputed.

They were extracted by Government agents during a controlled restore and are therefore traceable to a single event.

The Government has never disputed their existence or the amounts.

No forfeiture proceedings exist.

Return is appropriate under Rule 41(g).

The 4.99995661 BTC transfer is blockchain-verified (Government log + on-chain confirmation).

The 3.6704622 BTC appears in the extraction table for completeness, but Defendant is not requesting its return in this motion because it is already before the Court in Dkt. 511.

**B. Missing ≈5 BTC (Blockchain-Verified and AUSA-Acknowledged)**

The restored Exodus wallet received:

- ≈8.67 BTC total inflows on December 10, 2019
- ≈3.67 BTC is acknowledged in the Government's crypto report
- ≈5 BTC is unaccounted for

This ≈5 BTC is:

1. Proven through blockchain analysis (Exhibit E)
2. Acknowledged by former AUSA Torntore in writing on December 6, 2024 as absent from the Government's inventory
3. Unopposed in every Government filing

As with the ETH / LTC / BCH, the ≈5 BTC is identifiable and must either be returned or the Government must explain its whereabouts in a sworn chain-of-custody declaration.

### III. U.S. CURRENCY REQUESTED

**A. $4,410 — Colorado Seizure (Schedule A, Item 81)**

Schedule A (Dkt. 421 Attachment A) lists Item 81, showing the following seized amounts:

- $3,400 in $100 bills
- $1,000 in $50 bills
- $2
- $8 in coins

   Total: $4,410

The Government has never disputed this amount or its seizure.

**B. $7,500 — Florida Seizure (Unopposed Amount)**

The Florida Memorandum of Activity documents:

- cash discovered concealed inside Defendant's belt, and
- additional currency hidden inside a phone case,
  both recovered during intake and sealed.

The MoA does not list a numeric total.

 However:

- Defendant has consistently stated the amount as $7,500 in Dkts. 446, 480, 485, and 486;
- The Government has never disputed this figure, never offered a different amount, and never initiated forfeiture.

4

Under Rule 41(g) and Third Circuit precedent, unrebutted factual assertions regarding seized property are accepted as true.

This cash should be returned.

**IV. RELIEF REQUESTED**

Defendant respectfully requests that the Court order the Government to return the following property within seven (7) days:

Digital Assets

- 48.916537 ETH
- 91.851854 LTC
- 2.9765462 BCH
- 492,694 ANT
- 103.89077 REP
- 4,922 BAT
- 4.99995661 BTC

Currency

- $4,410 (Colorado — Schedule A, Item 81)
- $7,500 (Florida seizure — undisputed amount)

If the Government contends that any asset cannot be returned, it should be required to file a sworn declaration from the responsible IRS-CI or FBI custodian identifying:

1. the current location of the property,
2. all chain-of-custody entries,
3. any transfers or conversions, and
4. the legal basis for continued retention.

This narrow request does not affect the broader pending motions regarding full digital-asset accounting, device-based cryptocurrencies, or unresolved discrepancies in the Government's December 2019 seizure logs.

## V. EXHIBITS

To be filed with the supplement:

- Exhibit A — Schedule A Item 81 ($4,410)
- Exhibit B — Florida MoA excerpt (cash seizure noted)
- Exhibit C — Colorado MoA Digital-Asset Extraction Attachments (ETH, LTC, BCH, ANT, REP, BAT "Success" Logs)
- Exhibit D — AUSA Torntore December 6, 2024 acknowledgment re missing BTC
- Exhibit E — Government-created report pages showing the 4.99995661 BTC transfer

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
Pro Se Defendant
Dated: November 18, 2025
18101 Collins Avenue, #4209
Sunny Isles Beach, FL 33160

Signed by:
Joby Weeks
87866A420DB4490...