# [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,
    Plaintiff,
v.
Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

**ORDER ON SUPPLEMENTAL MOTION FOR RETURN OF PROPERTY**

*(Fed. R. Crim. P. 41(g))*

This matter having come before the Court on Defendant Jobadiah Sinclair Weeks's Supplemental Motion for Return of Property pursuant to Fed. R. Crim. P. 41(g), and the Court having considered the submissions;

**IT IS on this \_\_\_ day of _____ 2025, ORDERED that:**

## A. RETURN OF DIGITAL ASSETS EXTRACTED ON DECEMBER 10, 2019

1. The Supplemental Motion is GRANTED as to the following digital assets extracted by Government agents on December 10, 2019:

   - 48.916537 ETH
   - 91.851854 LTC
   - 2.9765462 BCH
   - 492,694 ANT
   - 103.89077 REP
   - 4,922 BAT

2. The Government shall return these assets within seven (7) days.

## B. RETURN OR ACCOUNTING OF 4.99995661 BTC

2. The Supplemental Motion is GRANTED as to the 4.99995661 BTC documented in the Government's December 10, 2019 extraction log and confirmed through blockchain analysis.

   Within seven (7) days, the Government shall either:

   (a) return the 4.99995661 BTC, or
   (b) file a sworn declaration from the responsible IRS-CI or FBI evidence custodian detailing:

   - the current location of the BTC;
   - all chain-of-custody entries;
   - any transfers, conversions, or movements; and
   - the legal basis for continued retention, if any.

## C. RETURN OF U.S. CURRENCY

3. The Supplemental Motion is GRANTED as to seized U.S. currency:

   - $4,410 (Colorado seizure; Schedule A Item 81), and
   - $7,500 (Florida seizure; undisputed amount).

4. The Government shall return these amounts within seven (7) days.

## D. CLARIFICATION REGARDING THE SEPARATE 3.6704622 BTC ISSUE

4. This Order does not resolve, modify, or address the separate 3.6704622 BTC request, which remains pending before the Court in Dkt. 511. That request will be decided separately.

## E. SCOPE OF ORDER

5. This Order resolves only the discrete property identified above and is without prejudice to Defendant's remaining motions regarding broader digital-asset accounting, chain-of-custody disclosures, or forensic analysis.

SO ORDERED.

_____

**Hon. Claire C. Cecchi**
United States District Judge
District of New Jersey