## CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, certify that on November 18, 2025, I filed the foregoing Supplemental Motion for Return of Property and Proposed Order via the Court's CM/ECF system, which automatically serves all counsel of record.

Courtesy copies were also sent by email to:

- AUSA Trevor Chenoweth — *Trevor.Chenoweth@usdoj.gov*

- AUSA Robert Moore — *Robert.Moore3@usdoj.gov*

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
Pro Se Defendant
Dated: November 18, 2025
18101 Collins Avenue, #4209
Sunny Isles Beach, FL 33160

