PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Frantz Pasteur**

Docket No. **2:24-mj-10055**

### Petition for Action on Conditions of Pretrial Release

COMES NOW BRIAN MARTINS, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Frantz Pasteur**, who was placed under pretrial release supervision by the **HONORABLE MICHAEL A. HAMMER, UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **50 Walnut Street, Newark, New Jersey**, on March 14, 2024. The defendant was released on a $200,000 Unsecured Appearance Bond with the following conditions:

1. Pretrial Services Supervision.
2. Surrender all passports/travel documents. Do not apply for new travel documents.
3. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
4. Substance abuse testing and/or treatment as directed by Pretrial Services.
5. Maintain current residence or a residence approved by Pretrial Services.
6. Maintain or actively seek employment as approved by Pretrial Services.
7. No contact with codefendants or co-conspirators, unless in the presence of counsel.
8. The defendant with assistance of counsel, shall provide a completed financial affidavit to Pretrial Services by March 20, 2024.
9. Do not open any bank accounts or lines of credit, unless approved by Pretrial Services.
10. The defendant must get approval from Pretrial Services on any financial transactions greater than $10,000.
11. The defendant shall not file or aid in filing any false, fictitious, or fraudulent claims to the Internal Revenue Service.

On March 27, 2024, the defendant appeared before Your Honor on a Petition for Action of Pretrial Release. On this date, the following was ordered:

- The defendant shall be released into custody of a third-party custodian approved by Pretrial Services.
- The defendant is subject to GPS monitoring until such time as either
    - Defendant surrenders his Haitian passport and any other active passport or
    - The court is satisfied that after diligent search by the third-party custodian and the defendant, and after communication with Haitian passport officials, the Defendant does not have any active passport in his possession, custody, or control.
- All other conditions ordered on March 14, 2024 remain in full force and effect.

On April 3, 2024, Quettelin Lamour was approved to serve as a third-party custodian.

On April 5, 2025, Your Honor granted an order for removal of electronic monitoring after the defendant surrendered his Haitian passport.

Respectfully presenting petition for action of Court and for cause as follows:

[SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **the removal of the condition ordering substance abuse testing and/or treatment as directed by Pretrial Services.**

*And it Having Been Reported to the Court that the Government consents to the proposed modification, and for good cause shown;*

ORDER OF COURT

Considered and ordered this 18th day of November, 2025 and ordered filed and made a part of the records in the above case.

_____
Honorable Michael A. Hammer
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _November 13, 2025_

_____
BRIAN MARTINS
United States Pretrial Services Officer