

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

November 18, 2025

Honorable Michael A. Hammer
United States District Judge
Martin Luther King Building
   & U.S. Courthouse
50 Walnut Street Newark, NJ 07101

    Re: <u>United States v. Jobadiah Sinclair Weeks</u>

Dear Judge Hammer:

    The Government writes to request a one-week extension of the deadline to respond to defendant Jobadiah Sinclair Weeks's ("Weeks") November 5, 2025 letter. ECF No. 513. The Government's opposition is currently due on November 20, 2025. The Government is requesting a one-week extension to November 27, 2025. Given the nature of Weeks's filing – as well as the separate but related Government reply to a motion Weeks submitted to the Honorable Claire C. Cecchi, which is due to Her Honor on November 19, 2025 – the Government requires additional time to respond and effectively present its opposition to the Court.

    Very truly yours,

    TODD BLANCHE
    U.S. Deputy Attorney General

    ALINA HABBA
    Acting U.S. Attorney
    Special Attorney

    <u>/s/ Robert Taj Moore</u>
By:    Trevor A. Chenoweth
    Robert Taj Moore
    Assistant U.S. Attorneys

**SO ORDERED**

*s/Michael A. Hammer*
**Michael A. Hammer, U.S.M.J.**
Date: 11/19/2025

- 1 -