UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**
    v.
**JOBADIAH SINCLAIR WEEKS**
Criminal No. 19-cr-877 (CCC)

## PROPOSED ORDER

This matter having come before the Court on Defendant Jobadiah Sinclair Weeks' response to the Government's November 12, 2025 submission (Dkt. 524), and the Court having reviewed the parties' submissions, and for good cause shown,

**IT IS on this \_\_\_ day of _____ 2025, ORDERED that:**

1. **Production of Toxicology Documentation:**
   Within seven (7) days of this Order, the Government shall produce the laboratory report, chain-of-custody documentation, and any related correspondence or records concerning the alleged May 23, 2025 toxicology test referenced in Dkt. 472 and Dkt. 524, or shall confirm in writing that no such documentation exists.

2. **No Reliance on Unsupported Toxicology Allegation:**
   No condition of release shall be imposed or maintained based on the alleged May 23, 2025 toxicology result unless and until the Government produces the underlying laboratory documentation supporting that allegation.

3. **Clarification of Exhibit F:**
   Within seven (7) days, the Government shall state whether it contests any of the factual clarifications contained in Defendant's Exhibit F (Dkt. 518-1), which the Government has invoked through renewed reliance on historical assertions in Dkt. 24 and related filings.

4. **Reservation of Jurisdiction:**
   The Court retains jurisdiction to enter any further relief necessary to ensure accurate, complete, and reliable bail determinations.

**SO ORDERED.**


HON. MICHAEL A. HAMMER
United States Magistrate Judge