# CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, certify that on November 26, 2025, I filed the foregoing Reply to the Government's Submission (Dkt. 524) and accompanying Exhibits A–H via the CM/ECF system, which automatically serves all counsel of record.

Courtesy copies were also sent by email to:

Robert Frazer Moore
 AUSA – U.S. Attorney's Office, District of New Jersey
 Email: Robert.Moore3@usdoj.gov

Trevor C. Chenoweth
 AUSA – U.S. Attorney's Office, District of New Jersey
 Email: Trevor.Chenoweth@usdoj.gov

Dated: November 26, 2025
 Respectfully submitted,

**/s/ Jobadiah Sinclair Weeks**
 Jobadiah Sinclair Weeks
 Defendant, *pro se*
 Address on file with Pretrial Services

