UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**United States of America**,
    Plaintiff,

v.

**Jobadiah Sinclair Weeks**,
    Defendant (pro se).

**Crim. No. 19-00877 (CCC)**

DEFENDANT'S REPLY TO GOVERNMENT'S NOVEMBER 26, 2025 SUBMISSION (ECF 526) REGARDING SUPPLEMENTAL LETTER-MOTION (ECF 513)

**Hon. Michael A. Hammer**
United States Magistrate Judge
District of New Jersey

Dear Judge Hammer:

Defendant respectfully submits this short reply to the Government's November 26, 2025 submission (ECF 526), solely to clarify the narrow purpose of the supplemental letter-motion (ECF 513).

**1. Limited purpose: administrative record clarification.**
ECF 513 does not seek reconsideration or modification of Judge Cecchi's Opinion and Order (ECF 497). It requests only identification of discovery materials that the Court itself referenced—including the citation "Dkt. 1 at 12," the referenced "August 12, 2020 proffer," and the unredacted Treasury/IRS-CI Memorandum of Interview dated August 17, 2020—but which have never been produced to Defendant or verified as having been produced to prior counsel. Because these items were expressly relied upon by the Court, their existence and disclosure history must be clear to maintain an accurate and reviewable record.

**2. Properly within the Court's supervisory authority.**
The submission falls within the Court's record-clarification authority under 28 U.S.C. § 636(b)(1)(A) and Rule 36. ECF 513 expressly disclaims any request for new discovery, renewed Rule 41(g) relief, or reconsideration. No page limits are implicated, as this filing is not connected to the motion for reconsideration now pending before Judge Cecchi.

**3. The Government's filing does not address the underlying issue.**
The Government's response does not state whether the referenced materials actually exist, whether they were provided to former counsel, or whether the Government is willing to certify record completeness. The supplemental letter-motion seeks only that certification so the record reflects what the Court cited and what was—or was not—produced before the plea.

**4. Requested relief.**

Defendant respectfully requests that the Government be directed to provide the brief certification described in ECF 513:

1. the dates, formats, and Bates-ranges of materials produced to prior counsel before September 21, 2020;
2. whether the specific items cited in ECF 497 were included in those productions; and
3. whether unredacted versions of already-disclosed materials (including the August 17, 2020 memorandum) exist and were produced.

This limited clarification will ensure accuracy of the record without altering any prior ruling or expanding discovery.

Respectfully submitted,

**/s/ Jobadiah Sinclair Weeks**
Jobadiah Sinclair Weeks
Defendant (pro se)
Home address on file with Pretrial Services
Dated: November 26, 2025

Signed by:
Joby Weeks
87866A420DB4490...

2