## CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, certify that on November 26, 2025, I filed the foregoing Reply to the Government's November 26, 2025 Submission (ECF 526) via CM/ECF, which automatically serves all counsel of record.

Courtesy copies were also emailed to:

- Robert Moore — Robert.Moore3@usdoj.gov

- Trevor Chenoweth — Trevor.Chenoweth@usdoj.gov

Dated: November 26, 2025
Signed via DocuSign

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant (pro se)

Signed by:
Joby Weeks
87866A420DB4490...