UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY**

United States of America
     v.
 **Jobadiah Sinclair Weeks**,
 Criminal No. 19-cr-877 (CCC)

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

### Re: Request for Temporary Modification of Release Conditions — Funeral Attendance (Dec. 3–5, 2025)

Dear Judge Hammer:

I, Jobadiah Sinclair Weeks, respectfully submit this pro se letter-motion requesting a temporary modification of my pretrial release conditions to allow me to travel to Aurora/Foxfield, Colorado, from December 3–5, 2025, to attend the funeral of my close friend, Zachary Marcus Bruner, who passed away unexpectedly. The funeral Mass, burial, and family gathering will take place on December 4, 2025, as shown in the attached announcement.

## 1. Purpose of Travel

The services will occur at:

- Our Lady of Loreto Catholic Church, 18000 E. Arapahoe Rd., Foxfield, CO

- St. Simeon Catholic Cemetery, 22001 E. Highway 30, Aurora, CO

- Valley Country Club, 14601 Country Club Drive, Aurora, CO

This is a time-limited, structured, family-centered event of great personal significance.

My booked flights are:

- FLL → DEN: December 3 at 3:30 PM

- DEN → FLL: December 5 at 5:38 PM

## 2. Pretrial Services' Position

Pretrial Services Officers Samantha Reid and Tyrone Francis (Southern District of Florida) have confirmed by email that they do not oppose this travel, with the standard requirement that the receiving district be notified for GPS monitoring during my stay. Their communications are included in the attached email chain.

Upon Court approval, I will provide Pretrial Services with my full itinerary, lodging address, and schedule.

## 3. Custodian Requirement – Wife's Attendance

My wife is the Court-approved primary custodian under my release conditions. She assists with transportation, supervision, and compliance during all permitted movements. Her presence is required to ensure adherence to all conditions set by the Court and Pretrial Services.

## 4. Compliance and Monitoring

If approved, I will:

- remain under GPS monitoring at all times;
- maintain continuous phone and email availability;
- report to Pretrial as instructed before, during, and after travel; and
- return directly to Miami on December 5, 2025.

I have fully complied with all release conditions throughout this case and remain committed to doing so.

## 5. Email Correspondence With the Government

On December 1, 2025, I emailed the Government requesting its position on this travel. (Email attached.) The Government's response, through AUSA Trevor Chenoweth, stated that I should "file whatever request [I] want to make to the Court on the docket, and then the Government will respond accordingly."

I am therefore submitting this request directly to the Court as instructed.

## 6. Attachments

1. Funeral announcement (Zachary Marcus Bruner).

2. Email chain with AUSAs Moore and Chenoweth and Pretrial Services.

For the foregoing reasons, I respectfully request that the Court grant this temporary modification of my release conditions.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks, Defendant (Pro Se)
Date, December 1, 2025
Residential address on file with Pretrial Services

Signed by:
Joby Weeks
87866A420DB4490...