# Exhibit 1.

Funeral announcement (Zachary Marcus Bruner).

# IN LOVING MEMORY OF
# ZACHARY MARCUS BRUNER

## Please join us as we celebrate Zachary's life and say goodbye





DECEMBER 4TH, 2025 10 AM
OUR LADY OF LORETO CATHOLIC CHURCH
18000 EAST. ARAPAHOE RD., FOXFIELD, CO

(ROSARY PRAYER 10:30 AM FOR THOSE WHO WOULD LIKE TO)

11 AM FUNERAL MASS
UPON COMMENCEMENT, PROCESSION WILL THEN BE ESCORTED TO

12:30 PM BURIAL & COMMITTAL
ST SIMEON CATHOLIC CEMETERY
22001 E HIGHWAY 30
AURORA, CO 80018

1:45 PM LUNCH AND GATHERING
VALLEY COUNTRY CLUB
14601 COUNTRY CLUB DRIVE
AURORA, CO 80016

## Exhibit 2.

Email chain with AUSAs Moore and Chenoweth and Pretrial Services.

01-12-2025, 19:46 — Gmail - Request for Non-Opposition – Funeral Travel (Dec. 3–5, 2025)



**Silence Weeks <silenceweeks1@gmail.com>**

## Request for Non-Opposition – Funeral Travel (Dec. 3–5, 2025)
3 messages

**Silence Weeks** <silenceweeks1@gmail.com>     Mon, Dec 1, 2025 at 7:49 AM
To: Robert.Moore3@usdoj.gov, Trevor.Chenoweth@usdoj.gov
Cc: Ernesto Cerimele <ernesto@klingemanlaw.com>, Samantha_Reid@flsp.uscourts.gov, Tyrone Francis <tyrone_francis@flsp.uscourts.gov>
Bcc: Emma Enright <emma@klingemanlaw.com>, Wim Jagtenberg <miwjagtenberg@gmail.com>

Dear Mr. Moore and Mr. Chenoweth,

I write respectfully to request the Government's position on a temporary modification of my release conditions allowing me to travel to Aurora/Foxfield, Colorado from December 3 to December 5, 2025, to attend the funeral of my close friend, Zachary Marcus Bruner. The services will occur on December 4, 2025, as reflected in the attached announcement.

My scheduled flights are as follows:

- FLL → DEN: December 3 at 3:30 PM

- DEN → FLL: December 5 at 5:38 PM

Pretrial Services (Ms. Samantha Reid and Mr. Tyrone Francis) have confirmed that they do not object to this travel. I will comply with GPS monitoring, provide Pretrial Services with my full itinerary and lodging information, maintain continuous communication, and return as scheduled.

My wife will accompany me, as approved custodian.

If the Government has no opposition, may I kindly request a short statement to that effect so I may include it with my submission to Judge Hammer?

Thank you for your time and consideration.

Respectfully,
Jobadiah Sinclair Weeks
Defendant, Pro Se



signal-2025-11-26-162608.jpg
342K

**Tyrone Francis** <tyrone_francis@flsp.uscourts.gov>     Mon, Dec 1, 2025 at 9:09 AM

To: Silence Weeks <silenceweeks1@gmail.com>, "Robert.Moore3@usdoj.gov" <Robert.Moore3@usdoj.gov>, "Trevor.Chenoweth@usdoj.gov" <Trevor.Chenoweth@usdoj.gov>
Cc: Ernesto Cerimele <ernesto@klingemanlaw.com>, Sam Reid <Samantha_Reid@flsp.uscourts.gov>

Good morning everyone

For transparency, I have discussed the request by Mr. Weeks with United States Probation Samantha Reid who as to I as well did not give Mr. Weeks any position either oppose or approval about this request prior to his submission.

We have further discussed his request this morning. As of today, we do not oppose his request with the exception, the other district is notified of Mr. Weeks arrival for any Location Monitoring issues with his equipment.

If you have any further questions or concerns, please contact myself or USPO Reid for any further guidance. Thank you and Happy Monday.

Get Outlook for iOS

**From:** Silence Weeks <silenceweeks1@gmail.com>
**Sent:** Monday, December 1, 2025 7:49:54 AM
**To:** Robert.Moore3@usdoj.gov <Robert.Moore3@usdoj.gov>; Trevor.Chenoweth@usdoj.gov <Trevor.Chenoweth@usdoj.gov>
**Cc:** Ernesto Cerimele <ernesto@klingemanlaw.com>; Sam Reid <Samantha_Reid@flsp.uscourts.gov>; Tyrone Francis <tyrone_francis@flsp.uscourts.gov>
**Subject:** Request for Non-Opposition – Funeral Travel (Dec. 3–5, 2025)

 **CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Ernesto Cerimele** <ernesto@klingemanlaw.com>                    Mon, Dec 1, 2025 at 11:21 AM
To: Silence Weeks <silenceweeks1@gmail.com>

See below.

Ernesto Cerimele, Esq.

Klingeman Cerimele, Attorneys

100 Southgate Parkway, Suite 150

Morristown, New Jersey 07960

Cell: (908) 922-9630

klingemanlaw.com

---

**From:** Chenoweth, Trevor (USANJ) <Trevor.Chenoweth@usdoj.gov>
**Sent:** Monday, December 1, 2025 11:19 AM
**To:** Ernesto Cerimele <ernesto@klingemanlaw.com>
**Cc:** Sam Reid <Samantha_Reid@flsp.uscourts.gov>; Tyrone Francis <tyrone_francis@flsp.uscourts.

01-12-2025, 19:46                                                Gmail - Request for Non-Opposition – Funeral Travel (Dec. 3–5, 2025)

gov>; Moore, Taj (USANJ) <Robert.Moore3@usdoj.gov>
**Subject:** RE: Request for Non-Opposition – Funeral Travel (Dec. 3–5, 2025)

Ernesto,

Please inform Mr. Weeks that he should file whatever request he wants to make to the Court on the docket, and then the Government will respond accordingly.

Regards,

**Trevor A. Chenoweth** | Assistant United States Attorney

United States Attorney's Office for the District of New Jersey

970 Broad Street, Newark, NJ 07102

Phone:  (973) 645-2700

Email:  trevor.chenoweth@usdoj.gov

[Quoted text hidden]