# PROPOSED ORDER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**United States of America**
    v.
**Jobadiah Sinclair Weeks**,
Criminal No. 19-cr-877 (CCC)


**ORDER AUTHORIZING TEMPORARY MODIFICATION OF RELEASE CONDITIONS**

This matter having come before the Court on the request of Defendant Jobadiah Sinclair Weeks, proceeding pro se, for a temporary modification of his pretrial release conditions to allow travel to Colorado from December 3–5, 2025, in order to attend the funeral of his close friend Zachary Marcus Bruner, and the Court having considered the submission and the position of Pretrial Services, and for good cause shown;

IT IS on this ___ day of _____, 2025,

**ORDERED** that Mr. Weeks is authorized to travel to Aurora/Foxfield, Colorado during the period of December 3–5, 2025 for the limited purpose of attending the funeral and related services described in his motion; and it is further

**ORDERED** that Mr. Weeks shall provide Pretrial Services with his complete itinerary, including travel arrangements, lodging address, and contact information prior to travel; and it is further

**ORDERED** that Mr. Weeks shall remain in full compliance with all existing release conditions, including GPS monitoring, and shall maintain communication with Pretrial Services as directed; and it is further

**ORDERED** that Mr. Weeks shall return to Miami no later than December 5, 2025, and shall report his return to Pretrial Services immediately upon arrival.

SO ORDERED.

**Hon. Michael A. Hammer**
United States Magistrate Judge
District of New Jersey