# CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, certify that on November 28, 2025 I served a copy of this Letter-Motion and attachment via email upon:

- AUSA Robert Moore – Robert.Moore3@usdoj.gov
- AUSA Trevor Chenoweth – Trevor.Chenoweth@usdoj.gov
- Pretrial Services (SDFL):
      Samantha Reid – Samantha_Reid@flsp.uscourts.gov
      Tyrone Francis – tyrone_francis@flsp.uscourts.gov

Signed via DocuSign
/s/ Jobadiah Sinclair Weeks
Dated: December 1, 2025

Signed by:
Joby Weeks
87866A420DB4490...