UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America
     v.
**Jobadiah Sinclair Weeks**
Criminal No. 19-cr-877 (CCC)

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07102

**Re: Notice of Docket Irregularities Concerning ECF Nos. 521 and 522**

Dear Judge Hammer:

I respectfully write to bring to the Court's attention two apparent clerical irregularities on the docket that affect my ability, as a pro se defendant, to review filings and prepare timely responses.

**1. ECF No. 521**

Although the docket text states that ECF 521 is an order granting my request for an extension of time, the document currently linked at that entry is a two-page "Petition for Action on Conditions of Pretrial Release" for a different defendant (U.S.A. v. Frantz Pasteur, No. 2:24-mj-10055). The document appears to be unrelated to my case.

**2. ECF No. 522**

The docket text for ECF 522 indicates that it is the Government's "Response in Opposition" to my Motion for Reconsideration (ECF 511). However, the PDF currently linked at that entry is a one-page Government letter dated November 18, 2025 requesting an extension of time—identical to the document filed as ECF 519. No opposition brief is attached.

Because these two entries relate directly to pending motions and briefing deadlines, the mislinked documents make it difficult for me to determine whether the Government has filed a response and whether any further action is required on my part. I am not suggesting any intentional conduct; these issues appear to be clerical linking errors within CM/ECF.

**Request**

I respectfully request that the Court direct the Clerk's Office to review ECF Nos. 521 and 522, correct the linked documents as appropriate, and ensure that the Government's response (if filed) is properly accessible. Clarifying the record will allow me to comply with deadlines and avoid unnecessary motion practice.

I thank the Court for its attention to this matter.

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
Pro Se Defendant
Dated: December 2, 2025
Address on file with Pretrial Services

