UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -v- | : | Crim. No. 19-877 (CCC) |
| JOBADIAH SINCLAIR WEEKS, | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court by way of the Defendant's December 1, 2025 application to modify the conditions of bail in order to allow him to travel to Aurora/Foxfield, Colorado from December 3, 2025 to December 5, 2025, in order to attend a funeral [D.E. 529];

and the Court having also considered the position of Pretrial Services and the Government;

and the Court having considered the pertinent factors for pre-trial release pursuant to 18 U.S.C. § 3142;

and the Court concluding that the Defendant's request does not pose an undue risk of harm to the community, or undue risk of flight;

and for good cause shown;

IT IS on this 2nd day of December 2025,

ORDERED as follows:

1. Defendant's request to be permitted to travel to Aurora/Foxfield, Colorado from December 3, 2025 to December 5, 2025 in order to attend the funeral and burial services for Zachary Marcus Brunner is granted.

2. The services that Defendant may attend consist of:

    December 4, 2025 at 10:00 a.m.:  Funeral located at Our Lady of Loreto Catholic Church, 18000 East. Arapahoe Road, Foxfield, CO.

    December 4, 2025 at 12:30 p.m.:  Burial and Committal at St. Simeon Catholic Cemetery, 22001 E. Highway 30, Aurora, CO.

    December 4, 2025 at 1:45 p.m.:  Lunch and Gathering at Valley Country Club, 14601 Country Club Drive, Aurora, CO.

3. Prior to any travel, and not later than the close of business on December 2nd, Defendant shall provide a complete travel itinerary to his Pretrial Services Officer in Florida, including all flight information for Defendant and his third-party custodian, all hotel or other lodging information for Defendant and his third-party custodian, and any other information as required by Pretrial Services.

4. Defendant must be accompanied at all times by his third-party custodian.

5. Defendant shall remain on location monitoring at all times during travel.

6. While on travel, and upon returning from travel, Defendant shall report to Pretrial Services are Pretrial Services directs him to do so.

7. Defendant must return to his residence not later than December 5, 2025.

8. Defendant must abide by all other conditions of his release.

SO ORDERED.

                                                *Michael A. Hammer*
                                                United States Magistrate Judge