**Hon. Michael A. Hammer**
United States Magistrate Judge
District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: United States v. Jobadiah S. Weeks, Crim. No. 19-877 — Motion to Modify Bond Conditions under 18 U.S.C. § 3142(c)(3)

Dear Judge Hammer:

I respectfully move under 18 U.S.C. § 3142(c)(3) to modify my conditions of release by releasing the real-property collateral pledged by my parents and converting my bond to unsecured status. All other conditions of release would remain in effect.

1. Count One—the only charge tied to forfeiture, alleged loss amounts, and the original basis for imposing a secured bond—has been dismissed.

When the bond was originally set in early 2020, the Government relied on Count One's loss theory in requesting a secured bond. With that count now dismissed, the factual basis for continuing to encumber my parents' properties no longer exists.

2. I have remained compliant with my current conditions, and Pretrial Services reports no present concerns.

Since the modification of my conditions in 2025, I have adhered to all reporting requirements, maintained communication with Pretrial Services, and complied with all restrictions currently in place. Pretrial Services has not identified any present issues regarding my supervision or risk profile.

3. The continued encumbrance of my parents' properties is causing substantial hardship.

My parents, both approximately 75 years old, must sell their residence and a small cabin in order to relocate to senior housing. The bond liens prevent them from doing so and are creating significant practical and financial strain. Today marks the six-year anniversary of this case, during which time my parents have been unable to make necessary housing decisions because of the lien. The requested modification would alleviate this burden without undermining the aims of § 3142. This relief affects only my parents, not the Court's supervisory authority over me.

4. The requested modification is narrow and consistent with § 3142(c)(3).

I am not seeking any change to travel restrictions, reporting requirements, or any other supervision terms. I request only that the bond be converted from secured to unsecured so that the liens on my parents' properties may be lifted.

5. Communication with the Government.

On December 5, 2025, I contacted the Government by email to request its position and to ask whether it would consent to the proposed modification. As of this filing, I have not received a response. I therefore submit this motion so that the matter may be addressed without further delay for my parents.

Accordingly, I respectfully request that the Court:

1. Release the real-property collateral securing my bond;

2. Convert the bond to unsecured status, with all other existing conditions remaining unchanged; and

3. Enter the proposed order submitted herewith.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Pro Se Defendant
Address (on file with Pretrial Services)
Dated: December 10, 2025

