**[PROPOSED] ORDER**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

United States of America
 v.
Jobadiah S. Weeks,
Defendant.

Crim. No. 19-877 (CCC)

[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
PURSUANT TO 18 U.S.C. § 3142(c)(3)

This matter having come before the Court on Defendant Jobadiah Weeks's motion to modify his release conditions, and for good cause shown;

IT IS on this ___ day of December, 2025, ORDERED that:

1. The real-property collateral previously posted by the Defendant's parents to secure the Defendant's bond shall be released;

2. The Defendant's bond is hereby converted to unsecured status;

3. All other conditions of release remain in full force and effect; and

4. Pretrial Services shall update its records accordingly.


SO ORDERED.


Hon. Michael A. Hammer
United States Magistrate Judge