**United States v. Jobadiah Sinclair Weeks**
Crim. No. 19-877 (CCC)

**Hon. Claire C. Cecchi**
United States District Judge
District of New Jersey

Re: Request for Ruling on Motion to Unseal Asset-Related Records

Dear Judge Cecchi:

Defendant Jobadiah Sinclair Weeks respectfully submits this brief letter regarding the status of the sealing and unsealing issues addressed in the Court's October 8, 2025 Opinion and Order (ECF No. 497) and October 22, 2025 Text Order (ECF No. 508).

Pursuant to the Court's directive, the parties conferred and submitted their respective positions concerning the sealing and unsealing of filings relating to seized assets. Defendant filed his submission on October 28, 2025 (ECF No. 510), and the Government filed its joint letter on October 31, 2025 (ECF No. 512). The issue has therefore been fully briefed and ripe for resolution for several weeks.

Defendant respectfully notes that the sealed materials at issue concern seized assets and related records that have been referenced in prior proceedings, and that Defendant does not currently have access to the underlying warrant, inventory, or associated materials. Resolution of the sealing and unsealing issue would permit verification and, if necessary, correction of the record, and would assist in ensuring transparency and accuracy going forward.

Defendant fully appreciates the Court's docket demands and the upcoming holiday period, and submits this letter solely to request guidance as to when the Court anticipates resolving the sealing and unsealing issue, or whether the Court intends to address it in a forthcoming order.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, pro se
Address on file with Pretrial Services
Dated: December 16, 2025

Signed by:
Joby Weeks
87866A420DB4490...