**United States v. Jobadiah Sinclair Weeks**
Crim. No. 19-877 (CCC)

**Hon. Claire C. Cecchi**
United States District Judge
District of New Jersey

**Re: Status of Pending Rule 41(g) Motions for Return of Seized Property**

Dear Judge Cecchi:

Defendant Jobadiah Sinclair Weeks respectfully submits this brief status letter regarding his pending motions for return of seized property under Fed. R. Crim. P. 41(g), including the Supplemental Motion for Return of Seized Digital Assets and Currency filed on November 18, 2025 (ECF No. 520). Defendant has raised requests for return of the same acknowledged digital assets and currency in multiple filings over the past several months, and those requests remain unresolved.

The Rule 41(g) motions presently before the Court seek the return of discrete and severable items of property, including specific digital assets and U.S. currency, that the Government has never disputed were seized and for which no forfeiture proceedings have been initiated. As detailed in ECF No. 520, the Government has also acknowledged in writing that certain Bitcoin extracted during the December 10, 2019 wallet restore remains unaccounted for.

The relief requested is narrow. Defendant does not seek discovery or evidentiary hearings, but only an order directing the return of the identified property or, in the alternative, a sworn declaration from the appropriate custodian identifying the current location of the property and the legal basis for any continued retention.

Because Rule 41(g) imposes a non-discretionary obligation once the existence and seizure of property are undisputed and no forfeiture basis exists, Defendant respectfully requests guidance as to when the Court anticipates ruling on the pending Rule 41(g) motions, or whether the Court intends to address those requests in a forthcoming order.

Defendant appreciates the Court's docket demands and the upcoming holiday period, and submits this letter solely to ensure that the Rule 41(g) requests—which concern acknowledged and uncontested property—are resolved in an orderly manner.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, pro se
Address on file with Pretrial Services
Dated: December 17, 2025

Signed by:
Joby Weeks
87866A420DB4490...