# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | Crim. No. 19-877 |
| MATTHEW BRENT GOETTSCHE | AMENDED ORDER FOR A CONTINUANCE |

This matter having come before the Court on the joint application of the United States (by Trevor A. Chenoweth and Robert Taj Moore, Assistant United States Attorneys) and defendant Matthew Brent Goettsche (Rodney Villazor, Esq. and Matthew Menchel Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including December 26, 2025; the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); the defendant, through his attorney, having consented to this continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution, and the existence of novel questions of fact and law such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

(2)   The discovery in this case is voluminous, consisting of, among other things, the review of nearly two million electronic records, several different images and extractions of digital devices, the reconstitution and review of copies of website servers, and server data produced to the Government from Romania, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel has sufficient time to review and inspect discovery and further investigate the charges in this matter.

(3)   The parties continue to engage in discussions that may lead to the resolution of this case without the need for a trial; continuing this matter may likely conserve judicial resources and the parties' resources if a trial is rendered unnecessary.

(4)   The defendant has consented to the aforementioned continuance.

(5)   As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(ii) and (iv), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __12__ day of December, 2025;[1]

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including December 26, 2025; and it is further

---

[1] An order was entered on November 25, 2025, containing a typographical error such that it granted a continuance through December 26, 2026, rather than December 26, 2025. ECF No. 525. This amended order corrects the typographical error so that the continuance runs for only 31 days, as intended by the parties.

ORDERED that the period from the date this Order is signed through and including December 26, 2025, shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                                    HONORABLE CLAIRE C. CECCHI
                                                                    UNITED STATES DISTRICT JUDGE

Form and entry consented to:

Trevor A. Chenoweth
Robert Taj Moore
Assistant U.S. Attorneys


 /s/ Rodney Villazor
Rodney Villazor, Esq.
Matthew Menchel, Esq.
Counsel for Matthew Brent Goettsche