UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America
v.
Jobadiah Sinclair Weeks
Crim. No. 2:19-cr-00877 (CCC)

**DEFENDANT WEEKS' LETTER REQUESTING PRETRIAL SCHEDULING AND DISCOVERY MILESTONES (WITHOUT WAIVER OF SPEEDY TRIAL RIGHTS)**

Hon. Claire C. Cecchi
United States District Judge

Dear Judge Cecchi:

I write respectfully to request the Court's assistance in establishing concrete pretrial scheduling and discovery milestones in this matter, without waiving any Speedy Trial Act or constitutional objections previously asserted, including those set forth in my September 10, 2025 motion (ECF 482), and as further reflected in Defendant's objections and submissions filed on December 30, 2025 (ECF 544).[1]

As the Government has recently represented that discovery may still be ongoing and that additional time may be sought to complete Rule 16 obligations, I respectfully submit that further progress in this case would benefit from defined structure and dates. This is particularly important for my ability to prepare my defense and meaningfully review discovery, and for the orderly management of the docket.

As the Court is aware, Defendant also has a pending motion to compel discovery addressing unresolved Rule 16 materials (see ECF 406), which further underscores the need for defined discovery parameters and a date-certain structure to ensure meaningful review and preparation.

Accordingly, if the Court is inclined to consider excluding any additional time beyond the current period, I respectfully request that any such exclusion be accompanied by the following case-management milestones:

1. **Discovery Specificity and Completion Date**
   An identification by the Government of what Rule 16 discovery remains to be produced, whether such materials are inculpatory or exculpatory, and, to the extent the Government contends that certain materials do not exist, have already been produced, or are no longer available, a statement to that effect, together with a date-certain for completion.

2. **Firm Rule 16 Discovery Cutoff**
   Entry of a clear deadline for completion of Rule 16 discovery, so that discovery is no longer open-ended or rolling.

3. **Rule 12 Motion Deadline**
   Establishment of a deadline for filing Rule 12 pretrial motions, set after the discovery cutoff, to ensure orderly resolution of pretrial issues.

4. **Fixed Trial Date or Defined Trial Window**
   Setting a specific trial date or, at minimum, a defined trial window (even if in late 2026), as no trial date is currently set, so that any further exclusions are tied to a concrete schedule rather than generalized assertions of complexity.

## Requested Relief

For the foregoing reasons, Defendant respectfully requests that the Court enter an Order providing the following:

1. **Discovery Specificity.**
   Directing the Government, within a time set by the Court, to identify what Rule 16 discovery remains to be produced, including whether such materials are inculpatory or exculpatory.
2. **Rule 16 Discovery Cutoff.**
   Establishing a firm, date-certain deadline for completion of Rule 16 discovery.
3. **Production of Prior-Counsel Discovery.**
   Directing the Government to re-produce to Defendant all discovery previously provided to any prior defense counsel, in a usable and organized format.
4. **Discovery Format.**
   Requiring that discovery be produced in an organized manner, either through a secure digital repository or on an indexed external storage device.
5. **Rule 12 Motion Deadline.**
   Setting a deadline for filing Rule 12 pretrial motions, to run after the Rule 16 discovery cutoff.
6. **Trial Scheduling.**
   Setting a fixed trial date or, at minimum, a defined trial window, to which any further exclusions of time shall be tied.
7. **Preservation of Rights.**
   Clarifying that nothing in the Court's Order shall be deemed a waiver of Defendant's rights under the Speedy Trial Act or the Constitution.

This request is not made to obstruct proceedings or to seek delay. To the contrary, it is offered to promote transparency, fairness, and efficient case management, and to avoid indefinite extensions unsupported by case-specific milestones. Clear scheduling will also allow all parties to focus their preparation and conserve judicial resources.

I submit this request respectfully and without waiver of any rights, and solely to assist the Court in managing the remaining pretrial proceedings in an orderly and principled manner.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant

Address on file with Pretrial Services
Dated: January 6, 2026

Signed by:
Joby Weeks
87866A420DB4490...