UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**United States of America**,
    Plaintiff,

v.

**Jobadiah Sinclair Weeks**,
    Defendant (pro se).

**Crim. No. 19-00877 (CCC)**

NOTICE REGARDING PENDING SUBMISSIONS AND REQUEST FOR SCHEDULING

In light of the Court's December 15, 2025 Text Order (D.E. 538), which granted limited bail-related relief and expressly took no position on any non-bail relief sought in D.E. 517, Defendant respectfully provides notice that those non-bail submissions remain pending. Defendant therefore respectfully requests that the Court, in its discretion, set an appropriate schedule for resolution of the remaining pending matters, or such other administrative direction as the Court deems appropriate.

Respectfully submitted,

**/s/ Jobadiah Sinclair Weeks**
Jobadiah Sinclair Weeks
Defendant (pro se)
Home address on file with Pretrial Services
Dated: January 15, 2026

