## CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, certify that on January 15, 2026, I filed the foregoing via ECF and served it by email on:

- Robert Moore — Robert.Moore3@usdoj.gov

- Trevor Chenoweth — Trevor.Chenoweth@usdoj.gov

Dated: January 15, 2026
/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant (pro se)

