Jobadiah S. Weeks (the living man)
**On the land** of the county at Large, Arapahoe
Non-Domestic
c/o 44301 East Iliff Trail
near Bennett, Colorado Republic [80102]
Without the United States (28 U.S.C. 1746)



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **United States of America**<br>**Plaintiff**<br><br>v.<br><br>**MATTHEW BRENT GOETTSHE,**<br>**RUSS ALBERT MEDLIN,**<br>**JOBADIAH SINCLAIR WEEKS,**<br>**JOSEPH FRANK ABEL, and**<br>**SILVIU CATALIN BALACI** | **Hon. Claire C. Cecchi**<br>**Hon. Michael Hammer, U.S.M.J.**<br><br>**Crim. No.: 19-877**<br><br>**NOTICE-OF-DISMISSAL**<br>**OF-CARLTON-FIELDS & STONE**<br>**MAGNANINI & BOIES-SCHILLER**<br>**FLEXNER AS COUNSEL,**<br>**SUI-JURIS-APPOINTMENT-FOR,**<br>**AND-LIMITATIONS-UPON**<br>**FUTURE-COUNSEL**<br>**OF-JOBADIAH-SINCLAIR-WEEKS** |

## TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................................1
TABLE OF POINTS AND AUTHORITIES........................................................................1
1. INTRODUCTION..............................................................................................................4
2. NOTICE OF DISMISSAL OF MAGISTRATE HAMMER IN FAVOR OF THE JUDGE ONLY............5
3. CLARIFICATION OF WORD "DEFENDANT"................................................................7
4. NOTICE OF SERVICE MARK INFRINGEMENT.........................................................10
5. REMOVAL OF CARLTON FIELDS & STONE & MAGNANINI & BOIES SCHILLER FLEXNER AS COUNSEL......12
6. APPOINTMENT OF SELF AS SUI JURIS COUNSEL.....................................................12
7. WAIVER OF COURT-APPOINTED COUNSEL...............................................................12
8. LIMITATION UPON ALL FUTURE COUNSEL, EXCLUDING SELF................................12
9. REASONS AND ERRORS FOR DISMISSAL OF COUNSEL ............................................14
10. AFFIRMATION ..............................................................................................................28

## TABLE OF POINTS AND AUTHORITIES

Constitutional Provisions

1st Amendment ........................................................................................................................15
5th, 6th, 7th, and 8th Amendment ......................................................................................14
7th Amendment ....................................................................................................................13
8th Amendment ....................................................................................................................13
Article 1, Section 10 ............................................................................................................22
Article 4, Section 3, Clause 2 ..............................................................................................7
Article IV ..............................................................................................................................21
Sixth Amendment ................................................................................................................11

## Statutes

15 U.S.C. §77b(a)(2) ........................................................................................................4, 5
18 U.S. Code §1001 .......................................................................................................14, 16
18 U.S.C. §1201 ..................................................................................................................14
18 U.S.C. §3 and 4 ..............................................................................................................19
18 U.S.C. §371 ....................................................................................................................12
18 U.S.C. §4 ........................................................................................................................15
18 U.S.C. 1501-1521 ..........................................................................................................18
26 U.S.C. §7701(a)(1) ......................................................................................................4, 5
26 U.S.C. §7701(a)(26) ....................................................................................................7, 9
26 U.S.C. §7701(a)(9) and (a)(10) ......................................................................................5
28 U.S.C. §3002(15)(A) ........................................................................................................7
28 U.S.C. §636(c) ..................................................................................................................4
28 USC 533 and 535(a) ......................................................................................................17
4 U.S.C. §72 ....................................................................................................................7, 9
44 U.S.C. §1505(a) ................................................................................................................7
5 U.S.C. §553(a)(2) ..............................................................................................................7
Criminal Justice Act, 18 U.S.C. §3006A ..........................................................................11
Internal Revenue Code ........................................................................................................9
Title 18, Sec 241 ................................................................................................................14
Title 18, Sec 242 ................................................................................................................14
U.C.C. §1-308 ....................................................................................................................22
U.S. Code Title 18 ................................................................................................................9

## Cases

Agair Inc. v. Shaeffer ............................................................................................................6
Anderson v. Trueman, 100 Fla. 727, 130 So. 12, 13 ..........................................................7
Andres v. Andres, 1 Ark.App. 75, 613 S.W.2d. 404, 407 ....................................................5
Brown v. Keene, 8 Pet. 112, 115 (1834) ..............................................................................5
Buhl v. Cooksey, 233 F.3d. 783, 791 (3d Cir. 2000) ........................................................11
Curtin v. State, 61 Cal.App. 377, 214 P. 1030, 1035 ..........................................................9
Daves v. Lawyers Sur. Corp. ................................................................................................6
Davis v. Howard, 19 Or.App. 310, 527 P.2d. 422, 424 ......................................................5
Faretta v. California, 422 U.S. 806, 816 (1975) ................................................................11
Gideon v. Wainwright, 372 U.S. 335, 344-45 (1963) ........................................................11
Howell v. War Finance Corporation, C.C.A.Ariz., 71 F.2d 237, 243 ..................................7
In re Brock, 312 Pa. 92, 166 A. 778, 781 ............................................................................7
Lacey v. State, 13 Ala.App. 212, 68 So. 706, 710 ..............................................................8
License Tax Cases, 72 U.S. 462, 18 L.Ed. 497, 5 Wall. 462, 2 A.F.T.R. 2224 (1866) ......9
Newman-Green v. Alfonzo Larrain, 490 U.S. 826 (1989) ..................................................5
Pennoyer v. Neff, 95 U.S. 714 (1878) ................................................................................14
Robertson v. Cease, 97 U.S. 646, 648-649 (1878) ..............................................................5
Shelmadine v. City of Elkhart, 75 Ind.App. 493, 129 N.E. 878 ........................................9
State ex rel. Colorado River Commission v. Frohmiller, 46 Ariz. 413, 52 P.2d. 483, 486 ....9
State v. Brennan, 49 Ohio.St. 33, 29 N.E. 593 ....................................................................9
Walker v. Rich, 79 Cal.App. 139, 249 P. 56, 58 ..................................................................8
Yaselli v. Goff, C.C.A., 12 F.2d. 396, 403, 56 A.L.R. 1239 ................................................8

**Other Authorities**

(The IRS, Duns & Bradstreet #040539587)..................................................................................17
435 Congress members .......................................................................................................15
7 Corpus Juris Secundum Legal Encyclopedia (C.J.S.) Attorney & Client, § 4 ....................7
Affidavit of Material Facts..................................................................................................4
Andrew Schwartz ...............................................................................................................10
Biden ..................................................................................................................................16
Bitclub ...............................................................................................................................13
Black's Law 6th Ed, p.614 ...................................................................................................6
Black's Law Dictionary.....................................................................................................7, 8
Black's Law Dictionary, 4th Edition ...................................................................................7
Black's Law Dictionary, 6th Ed. p. 1092 .............................................................................6
Black's Law Dictionary, 6th Ed. p. 1510 .............................................................................6
Black's Law Dictionary, 6th Ed. p. 1513 .............................................................................5
Black's Law Dictionary, 6th Ed, p. 314 ...............................................................................5
Black's Law Dictionary, Fourth Edition, p. 1235.................................................................9
Capitis Diminutio Maxima..................................................................................................19
Carlton Fields .................................................................................................7, 8, 12, 15, 17
CDC (Duns & Bradstreet #927645465)................................................................................14
Challenge to Income Tax Enforcement Authority Within Constitutional States of the Union, Form #05,052................9
Congressman Ron Paul .......................................................................................................15
Constructive Trust ............................................................................................................5, 9
Covid ..............................................................................................................................14, 18
Department of Motor Vehicles (DMV) ................................................................................14
Dept. of Health and Human Services (Duns & Bradstreet #112463521),..............................18
Dept. of Treasury (Duns & Bradstreet #026661067) ............................................................17
Ed Snowden........................................................................................................................16
ens legis .............................................................................................................................18
FBI......................................................................................................................................17
FBI (Duns & Bradstreet # 878865674)................................................................................16
FDA (Duns & Bradstreet #138182175) ................................................................................14
Federal Reserve Bank (Duns & Bradstreet # 001959410)....................................................17
Hunter Biden's...................................................................................................................16
Injury Defense Franchise and Agreement, Form #06,027 ....................................................10
Internal Revenue Service (IRS)...........................................................................................12
Jeff Epstein.........................................................................................................................18
Jesus Christ.........................................................................................................................18
jobadiah sinclair of the family Weeks ..................................................................................7
jobadiah sinclair weeks ......................................................................................................10
JOBADIAH SINCLAIR WEEKS..........................................................................................7
JOBADIAH SINCLAIR WEEKS trust...........................................................................8, 9, 12
Joe Banister.......................................................................................................................15
John Turner.........................................................................................................................15
Julian Assange ...................................................................................................................16
Justice Department .............................................................................................................16
Michael L. Yaeger ..............................................................................................................10
N.J. Ct. R. app 3 R. R. 1.2 (D) .............................................................................................6
N.J. Ct. R. app 3 R.R. 8.4 ...................................................................................................6
NIH (Duns & Bradstreet #061232000)..................................................................................14
NSA, (Duns & Bradstreet #617395215)................................................................................16
Origins of Authority ...........................................................................................................17
Orwell.................................................................................................................................17
Path to Freedom .................................................................................................................15
Patrick Bryne......................................................................................................................16
President Kennedy...............................................................................................................16
S.E.D.M..............................................................................................................................14
Sherry Jackson....................................................................................................................15
Simon Gaugush ..................................................................................................................10
Social Security Administration........................................................................................6, 14
Trust ex maleficio...............................................................................................................5

U.S. Patent and Trademark Office (USPTO #97537251) ................................................................10

United States Government Manual 347-8 ......................................................................................17

Why Its a Crime for a Private state national to File a 1040 Income Tax Return, Form #08.021 ...........12


**Scriptures**

Luke 11:46, 52 ...................................................................................................................................18

# 1. <u>INTRODUCTION</u>

1.  First, I would like to thank my now ex attorney, known as the 800lb gorilla, the distinguished **David Boise**, whom without his friendship, guidance and mentorship, I would have not felt comfortable writing/filing this brief and fighting this fight on my own. He is a generous philanthropist and a legend with too many accolades to mention, my favorite being his service on the board of trustees of the National Constitution Center in Philadelphia which is a museum dedicated to the U.S. Constitution. I hope this brief furthers our mutual love and respect for that founding express trust document and helps to preserve freedom for the beneficiaries for generations to come! In law, I've learned that there are some things that you can only do on your own, without an attorney. Especially since I've hit the age of majority and am NOT a ward of the court... Thus, I've decided its best for me to exercise the DOCTRINE OF THE BELLIGERENT CLAIMANT. I stand as a Belligerent Claimant consistent with U.S. vs. JOHNSON (76 Fed, Supp. 538), Federal District Court Judge James Alger Fee ruled that..."*The privilege against self-incrimination (and/or insert any other right) is neither accorded to the passive resistant, nor to the person who is ignorant of his rights, nor to one who is indifferent thereto. It is a FIGHTING clause. It's benefits can be retained only by sustained COMBAT. <u>It cannot be claimed by attorney or solicitor.</u> It is valid only when insisted upon by a BELLIGERENT claimant in person (or by affidavit of truth).*" (McAlister vs. Henkle, 201 U.S. 90, 26 S.Ct. 385, 50 L. Ed. 671: Commonwealth vs. Shaw, 4 Cush. 594, 50 Am. Dec. 813; Orum vs. State, 38 Ohio App. 171, 175 N.E. 876).

2.  The purpose of this notice is to:

    A.  Officially dismiss Carlton Fields and Stone Magnanini, Boies Schiller Flexner, Mac McPherson, Josh Lockwood and David Rodman as lawyers "representing" the JOBADIAH SINCLAIR WEEKS trust.

    B.  Dismiss and/or render ineffectual any court-appointed future counsel.

    C.  Shift the burden of proof to the Plaintiff on any factual matters stated herein under penalty of perjury which are not expressly denied by a witness with personal knowledge and supporting evidence.

    D.  Eliminate any "plausible deniability" of the Plaintiff and this Court in the case of all the felonies being committed by the conspirators prosecuting this case for the criminal activities they are engaged in as documented herein.

3. Throughout this notice I specifically ask that the Prosecution and even the court remain SILENT on every fact stated herein that they agree with pursuant to Federal Rule of Civil Procedure 8(b)(6), since this pleading is submitted as an Affidavit of Material Facts by a federally protected witness, being myself. I can invoke "federal civil rules" in this quasi-criminal case because there is a predicate civil status of "person" for both charges I plead guilty to under criminal duress. Pay special attention to page 17…

## 2. NOTICE OF DISMISSAL OF MAGISTRATE HAMMER IN FAVOR OF THE JUDGE ONLY

3. Pursuant to 28 U.S.C. §636(c), consent of the Petitioner is required for every action by the court not executed by the judge.

4. This statute confers such jurisdiction upon civil matters. However, this is a quasi-criminal proceeding in which a predicate civil status is required because of the dependence on a civil statutory "person" in 26 U.S.C. §7701(a)(1) and 15 U.S.C. §77b(a)(2). If you read those definitions of "person" in title 26 and title 15 you will see that I am NOT a "person" as defined in the code. See: *IRS Fraud and Deception About the Statutory Word "Person" Rebut with evidence if you disagree.* https://sedm.org/Forms/08-PolicyDocs/IRSPerson.pdf

5. For the third time, this case is styled as a quasi-criminal and not criminal case because it has a predicate civil status of "person" for the purposes of 15 U.S.C. §77b(a)(2) in the case of the 18 U.S.C. §371 count and 26 U.S.C. §7701(a)(1) in the case of the 26 U.S.C. §7201 count. The fact that it has a predicate civil status is the reason, in fact, why it is quasi-criminal instead of purely criminal. Federal Rule of Civil Procedure 17 requires a domicile within the exclusive jurisdiction of the national government in the statutory geographical "United States" per 26 U.S.C. §7701(a)(9) and (a)(10) to be suable CIVILLY or to have a civil status that is suable for a failure to perform the CIVIL duty of securities registration or the filing of income tax forms. This action is the equivalent of a class action like Newman-Green, in which Bettison had to be dismissed from the class because he did not have a domicile within the statutory geographical "United States".

> "In order to be a citizen of a State within the meaning of the diversity statute, a natural person must both be a citizen of the United States and be domiciled within the State. See Robertson v. Cease, 97 U.S. 646, 648-649 (1878); Brown v. Keene, 8 Pet. 112, 115 (1834). The problem in this case is that Bettison, although a United States citizen, has no domicile in any State. He is therefore "stateless" for purposes of § 1332(a)(3). Subsection 1332(a)(2), which confers jurisdiction in the District Court when a citizen of a State sues aliens only, also could not be satisfied because Bettison is a United States citizen."
> [Newman-Green v. Alfonzo Larrain, 490 U.S. 826 (1989)]

The "thing" (res) that needs that domicile is the OFFICE of "person" and not the OFFICER consensually FILLING said office. The civil office of "person" in this case does have a domicile in the statutory geographical "United States" because it is created and owned by the bankrupt "Fed Zone" United States, which itself has said domicile as indicated by 4 U.S.C.

§72. HOWEVER, there is no consensual connection between the OFFICE and the alleged but not actual OFFICER, who the government falsely alleged is the Petitioner. A vacant civil office under 26 U.S.C. §7701(a)(1) and 15 U.S.C. §77b(a) (2) has no domicile until it is VOLUNTARILY filled, and the Petitioner never consented to fill it and vehemently denies that he can be COMPELLED to fill it without violating the Thirteenth Amendment and international human trafficking laws.

What my Carlton Fields attorneys have allowed the government to get away with, unbeknownst to most Americans, is creating, by operation of law, "constructive trusts" for every social security cardholder number issued. A constructive trust is defined as follows:

> "**Constructive Trust** [. . .] *A trust created by "operation of law" against one who by actual or constructive fraud, by duress or by abuse of confidence, or by commission of wrong, or by any form of unconscionable conduct, or other questionable means, has obtained or holds legal right to property which he should not, in equity and good conscience, hold and enjoy. Davis v. Howard, 19 Or. App. 310, 527 P.2d. 422, 424.*
> [Black's Law Dictionary, 6th Ed, p. 314]

6.  The administration of a Constructive Trust is also known as **Trust ex maleficio** defined below:

> "'**Trust ex maleficio.** [. . .] *Where actual fraud is practiced in acquiring legal title, the arising trust is referred to as a "trust ex maleficio." Andres v. Andres, 1 Ark. App. 75, 613 S.W.2d. 404, 407.*
> [Black's Law Dictionary, 6th Ed, p. 1513]

> "**Constructive Trust** [. . .] *A trust raised by construction of law, or arising by operation of law, as distinguished from an express trust. [. . .] Constructive trusts do not arise by agreement or from intention, but by operation of law, and fraud, active or constructive, is their essential element. Actual fraud is not necessary, but such a trust will arise whenever circumstances under which property was acquired made it inequitable that it should be retained by him who holds the legal title. Constructive trusts have been said to arise through the application of the doctrine of equitable estoppel, or under the broad doctrine that equity regards and treats as done what in good conscience ought to be done, and such trusts are also known as "trusts ex maleficio" or "ex delicto" or "involuntary trusts" and their forms and varieties are practically without limit, being raised by courts of equity whenever it becomes necessary to prevent a failure of justice.*
> [Black's Law Dictionary, 6th Ed, p. 1510]

7.  A "**constructive** trust," otherwise known as "**trust ex maleficio,**" is a trust by "operation of law" as defined below:

> "*Operation of law.* [. . .] *This term expresses the manner in which rights, and sometimes liabilities, devolve upon a person by the mere application to the particular transaction of the established rules of law, without the act or co-operation of the party himself.*
> [Black's Law Dictionary, 6th Ed, p. 1092]

8.  By definition, "Operation of law" is an act without my consent or full disclosure. I didn't knowingly consent to a trust being created with a similar name as mine when my mom went and signed me up for the socialist security Ponzi Scam as a child. And, once I was above the age of majority, without the disability of minority, I certainly did NOT agree to be a trustee/officer of said trust/office! I have court admissible evidence that destroys the presumption that I am. (See

exhibits) This is a constructive fraud. Trying to use equivocation to continue to commit this fraud upon the people is... fraud! There can be no judicial discretion in this matter.

9. In Black's Law 6th Ed, p.614 Constructive fraud exists where conduct, though not actually fraudulent, has all actual consequences and all legal effects of actual fraud. Agair Inc. v. Shaeffer, 232 Cal.App.2d 513, 42 Cal.Rptr. 883, 886, Breach of legal or equitable duty which, irrespective of moral guilt, is declared by law to be fraudulent because of its tendency to deceive others or violate confidence. Daves v. Lawyers Sur. Corp., Tex.Civ.App., 459 S.W.2d 655, 657.

10. I have court admissible evidence from the Social Security Administration that proves/confirms that I am NOT the cardholder/trustee but instead the **BENEFICIARY** of said trust. Beneficiaries are not liable for the actions or obligations of a trust. The trustee/fiduciary is the liable party, which is the government. Long and the short, <u>the government is in breach of contract and committing trust fraud.</u> The prosecutors are allowing their client (the government) to commit fraud in violation of their own BAR rules in N.J. Ct. R. app 3 R.R. 8.4. and N.J. Ct. R. app 3 R. R. 1.2 (D) "A lawyer shall not assist a client in conduct that the lawyer knows is illegal, criminal or fraudulent." The Carlton Fields attorneys refused to object to these crimes which implicates them as well. They are not in honor. This is grounds for disbarment. There can be no judicial discretion when contracts are breached. They exercised barratry and deprived me of my constitutional rights via intentional concealment of this material fact. For they should know, having been schooled in law, how this all works!


## 3. <u>CLARIFICATION OF WORD "DEFENDANT"</u>

11. There are THREE parties to this proceeding:

12. The alleged Defendant, JOBADIAH SINCLAIR WEEKS, aka, MR. WEEKS, aka, SIR, etc. (i.e. The Res) is a commercial vessel. It's an "office/trust" within the national government that is domiciled on federal territory as required by 4 U.S.C. §72 and satisfies one or more of the following:

   A. Is engaged in national franchises such as the "trade or business" excise taxable franchise within U.S. Code Title 26 and defined at 26 U.S.C. §7701(a)(26). Property under government control in this case is the office, which is a creation of and absolutely owned property of the bankrupt "Fed Zone" United States. per 28 U.S.C. §3002(15)(A). . . OR

   B. Is in possession, use, benefit, or custody of property owned by the national government and thereby subject to direct <u>legislative</u> jurisdiction of the national government under Article 4, Section 3, Clause 2, 5 U.S.C. §553(a)(2), and 44 U.S.C. §1505(a).

13. The second party is the "defendant in error" Jobadiah sinclair of the family Weeks, aka (Joby) who is a living man standing on the land, not lost at sea under admiralty law, above the age of majority, without the disability of minority, not civilly dead, a nonresident alien, a 15+ year perpetual traveler, whose domicile is the Kingdom of Heaven on Earth, and who was made via presumption, without his knowledge or consent, a criminally compelled surety for the artificial construct of "Defendant".

> *SURETY. One who undertakes to pay money or to do any other act if his principal fails therein. In re Brock, 312 Pa. 92, 166 A. 778, 781. One bound with his principal for the payment of a sum of money or for the performance of some duty or promise and who is entitled to be indemnified by someone who ought to have paid or performed if payment or performance be enforced against him. Anderson v. Trueman, 100 Fla. 727, 130 So. 12, 13. Everyone who incurs a liability in person or estate, for the benefit of another, without sharing in the consideration, stands in the position of a "surety," whatever may be the form of his obligation. Howell v. War Finance Corporation, C.C.A.Ariz., 71 F.2d 237, 243. [Black's Law Dictionary, 4th Edition]*

14. The third party is the "Plaintiff". I.e., "The United States" which is defined in 28 USC 3002(15)(A) as a Federal Corporation. The plaintiff masquerades as a "Government" and has its compartmentalized, unquestioning and obedient officers, which include, the prosecution team, the judge and, unbelievably, the Carlton Fields lawyers as well. Yes, you heard that right, it's the prosecutors, the judge and my own lawyers against me. So, in reality, most cases are 3 against 1... That doesn't seem fair does it? Remember, the court tries to maintain a pretense of fairness, however, nothing based on kidnapping, torture and violent coercion is fair... Here is the truth. In 7 Corpus Juris Secundum Legal Encyclopedia (C.J.S.) Attorney & Client, § 4, Defines the Attorney & Client Relationship. **All attorneys are officers of the court.** As an officer of the court, "His first duty is to the courts and the public, not to the client".

15. I was under the impression that my attorneys "represented" and worked to defend me first and foremost, not the court/de-facto "government"... But then I looked up the definition of "represent" and I found that According to Black's Law Dictionary, "represent" is synonymous with "personate" which means "without his consent or knowledge, in order to deceive others... to fraudulently do some act or gain some advantage to the harm or prejudice of the person being counterfeited". My attorneys are schooled in law. They told me that they "know the law". Have they therefore willingly, knowingly and maliciously defrauded and counterfeited me? How can this behavior be legal? It certainly isn't lawful. Do they really have a license to do this to their clients? I am not a "ward of the court". I'm a free, living man, standing on land, not lost at sea and I know my rights and what due process is. Their ignorance to these facts would constitute incompetence. Are they incompetent or did they have malicious intent to defraud me? Either option isn't good. Thus I must defend my rights myself.

16. One can only represent a "thing". Things are defined in Black's Law Dictionary as "The objects of dominion or property... the object of a right". Really? Is this what attorneys really think of their clients? That we are just things and not living

people? Or do they know that "the res" (civil statutory status) is a thing/office/trust? And if so, are they not a party to this fraud? They would have "mens rea" wouldn't they? This is called misidentification. Identifying a Honda as a Toyota is misidentification. Identifying a drone or missile as an airplane is misidentification. ACTINQ as if a rubber duck in the bath tub is a ship is misidentification. Today I'm setting the record straight and declare that I am NOT your thing or your property, or a ward of any court, I'm a free man and I stand in Yah/God, our creator's Kingdom under an express biblical Trust covenant with him. No more assumptions or presumptions to the contrary. No more misidentifying who I am. If it continues, its grounds for a counter claim/tort. I demand this case be dismissed with prejudice now!

17. As everyone is aware, this is contract law and fraud vitiates all agreements. I fired the above mentioned laws firms 3 separate times. Once by email, another verbally and now this notice for the record, the third. I fired them for committing fraud against me which they expressed within the RETAINER AGREEMENT document. The use of the word "represent" is synonymous with "defraud", "counterfeit" and to bring harm and therefore constitutes an admittance to defrauding me. No consent is given to them to sign any agreements on behalf of the trust or on behalf of me, the Beneficiary and NOT the trustee of the JOBADIAH SINCLAIR WEEKS trust. Since fraud invalidates all unconscionable agreements, the entire case "ab intio", (from the beginning) Thus any past agreements I signed with them including any agreements they signed with my power of attorney through the courts are also null and void. This includes the plea agreement that I was forced to sign, under duress, so that the torture and genocide would stop. **All forms and contracts with my signature on them have been rescinded.** All powers of attorney, seen and unseen, are hereby revoked, including the court and all its officers. My next document will be a notice of a formal rescission of the fraudulent plea statement that I was forced to sign under duress with more evidence that I am innocent of the charges in the defective indictment against the trust/office and a demand to dismiss this case with prejudice. Or, to save time, the judge could just dismiss, with prejudice, me from this case right now.

## 18. Explanation of office:

A.  A "public office" is legally defined as someone in charge of the property of the public for a fixed time:

> "*Public office.* The right, authority, and duty created and conferred by law, by which for a given period, either fixed by law or enduring at the pleasure of the creating power, an individual is invested with some portion of the sovereign functions of government for the benefit of the public. Walker v. Rich, 79 Cal. App. 139, 249 P. 56, 58. An agency for the state, the duties of which involve in their performance the exercise of some portion of the sovereign power, either great or small. Yaseli v. Goff, C.C.A., 12 F.2d. 396, 403, 56 A.L.R. 1239; Lacey v. State, 13 Ala. App. 212, 68 So. 706, 710; Curtin v. State, 61 Cal. App. 377, 214 P. 1030, 1035; Shelmadine v. City of Elkhart, 75 Ind. App. 493, 129 N.E. 878, State ex rel. Colorado River Commission v. Frohmiller, 46 Ariz. 413, 52 P.2d. 483, 486. Where, by virtue of [civil statutory] law, a [civil statutory] person is clothed, not as an incidental or transient authority, but for such time as de-notes duration and continuance, with independent power to control the property of the public, or with public functions to be

*exercised in the supposed interest of the people, the service to be compensated by a stated yearly salary, and the occupant having a designation or title, the position so created is a public office. State v. Brennan, 49 Ohio. St. 33, 29 N.E. 593.*
*[Black's Law Dictionary, Fourth Edition, p. 1235]*

B.  There is no constitutional authority to use gifts or grants of public property within Constitutional states of the Union to CREATE new public offices or appoint new public officers, and especially not for income taxation purposes. That would violate the separation of powers.

> *"Congress cannot authorize a trade or business [public office franchise] within a State in order to tax it."*
> *[License Tax Cases, 72 U.S. 462, 18 L. Ed. 497, 5 Wall. 462, 2 A.F.T.R. 2224 (1866)]*

C.  4 U.S.C. §72 mandates that ALL public offices (including the "trade or business" excise taxable franchises (under 26 U.S.C. §7701(a)(26)) of the national government, shall be exercised in the District of Columbia except as EXPRESSLY PROVIDED BY LAW.

D.  Congress has never "expressly authorized" new public offices to be created outside of the District of Columbia for the purposes of the Internal Revenue Code, or U.S. Code Title 18 because that would be illegal. Therefore, all those serving outside the District of Columbia are "de facto" officers, unauthorized to serve. This INCLUDES the office of "Defendant" in this case. And like I said, I resigned as said officer/trustee when I discovered the fraud long ago. For proof, see: *Challenge to Income Tax Enforcement Authority Within Constitutional States of the Union*, Form #05.052
https://sedm.org/Forms/05-Memlaw/ChallengeToIRSEnforcementAuth.pdf

19.  The JOBADIAH SINCLAIR WEEKS "Constructive Trust", (i.e. The Res or "thing") is the property of the government. The Social Security Card is the initial corpus of that trust, and NOT the numeric value on it, per 20 C.F.R. §422.103(d). When I found out that I may have been "signed up" and converted from the beneficiary to a trustee of this trust without my knowledge and consent, I immediately resigned from this de facto trustee/public officer position and sent the physical property back to the government. I have court admissible evidence that they have received it. If you found out that you were a trustee of a trust that you knew nothing about, you would probably step down immediately as well. Again, the trust/ office was abandoned years ago. I am the BENEFICIARY.

## 4. **NOTICE OF SERVICE MARK INFRINGEMENT**

1.  This Court is noticed that a service mark owned by me, Jobadiah Sinclair Weeks with the name "JOBADIAH SINCLAIR WEEKS" is on file with the U.S. Patent and Trademark Office (USPTO #97537251) prohibiting commercial use of the all caps artificial person's name for the "benefit" of anyone other than me, Jobadiah Sinclair Weeks. It is my intellectual property.

2. Here is proof that the government is has been making a fortune by issuing bonds on my intellectual property, birth certificate and even this court case! AND I HAVEN'T BEEN PAID A DIME FOR ITS USE!

'Your CUSIP Results are as follows!

**JOBADIAH SINCLAIR WEEKS (BC 105-81-030355)**
Fidelity Government Income Fund
Symbol:          PVIAX
CUSIP:           31617K782

Inception Date:  10/24/2006
Net Assets:      $3,449,859,000.00 as of
                 10/18/2022
Portfolio Assets: $3,449,859,000.00 as of
                 10/18/2022

'Your CUSIP Results are as follows!

**JOBADIAH SINCLAIR WEEKS (CC 19-CR-877-NJ-CECCHI)**
Fidelity Asset Manager 20%
Symbol:          FIKVX
CUSIP:           316069418
ISIN:            US3160694184
Inception Date:  10/4/2011
Net Assets:      $5,547,491,000.00 as of
                 10/17/2022
Portfolio Assets: $5,547,491,000.00 as of
                 10/17/2022

'Your CUSIP Results are as follows!

**JOBADIAH SINCLAIR WEEKS (CC 2:19-CR-00877-CCC)**
PIMCO StocksPLUS Small Fund
Symbol:          PCKAX
CUSIP:           72201F698
ISIN:            US72201F6988
Inception Date:  3/25/2009
Net Assets:      $1,316,629,000.00 as of
                 10/16/2022
Portfolio Assets: $1,316,629,000.00 as of
                 10/16/2022

3. The "Fed Zone" United States is hereby noticed that they are in violation of the prohibited uses of the Service Mark which is currently being used by them for commercial gain, and therefore, they agree:

   A. To be subject to the *Injury Defense Franchise and Agreement*, Form #06.027;

   https://sedm.org/Forms/06-AvoidingFranch/InjuryDefenseFranchise.pdf,

   B. Waive official, judicial, and sovereign immunity.

   C. Whatever terms are specified by me, Jobadiah Sinclair Weeks, the living man, for the beneficial use of the Service Mark. I'm happy to contract with you if you would like to use the service mark. However, I charge the following for each use:

      i.   All taxes supposedly owed by the service mark/trust plus,

      ii.  All penalties and interest, plus.

      iii. 100 BTC per use, per incident, per day. This is going to be a BIG counter claim! Payment is due immediately!

    iv.   That the person using it becomes the substitute surety for any public offices and obligations attached to it by them or their employer,

    v.   I demand that you dismiss with prejudice the case and let me get on with my life, that would be great!

## 5.  REMOVAL OF CARLTON FIELDS & STONE & MAGNANINI & BOIES SCHILLER FLEXNER AS COUNSEL

1.  Jobadiah sinclair of the family Weeks, a living man and illegally compelled surety for Defendant, hereby respectfully gives timely notice to the Court that the following Counsel are permanently removed from participation in the above styled case:

    A.  In particular Simon Gaugush, Adam Schwartz, Michael L. Yaeger, David Boise, David Stone, Richard Champion, David Rodman, Mac McPherson Josh Lockwood and anyone else who has been working on this particular frivolous case,

2.  Their powers of attorney have been revoked. I demand whats left of my retainer fees returned immediately.

## 6.  APPOINTMENT OF SELF AS SUI JURIS COUNSEL

1.  Jobadiah sinclair of the family Weeks, a living man and the illegally compelled surety for Defendant, the trust, "JOBADIAH SINCLAIR WEEKS" (property of the United States), hereby appoints myself as Sui Juris counsel under the authority the Sixth Amendment, Faretta v. California, 422 U.S. 806, 816 (1975), and Buhl v. Cooksey, 233 F.3d. 783, 791 (3d Cir. 2000). I'm ready for a Faretta hearing. I'm ready to have this case dismissed with prejudice or Im going to file a multi billion dollar counter claim for what you all have put me and my family through these past 5 years,

## 7.  WAIVER OF COURT-APPOINTED COUNSEL

1.  Jobadiah sinclair of the family Weeks, a man and the illegally compelled surety for Defendant, the trust "JOBADIAH SINCLAIR WEEKS" (property of the United States), hereby surrenders the right to court-appointed counsel under the Sixth Amendment, Federal Rule of Criminal Procedure 44, Gideon v. Wainwright, 372 U.S. 335, 344-45 (1963), and the Criminal Justice Act, 18 U.S.C. §3006A.

## 8.  LIMITATION UPON ALL FUTURE COUNSEL, EXCLUDING SELF

1.  This section limits the authority of any future counsel of JOBADIAH SINCLAIR WEEKS trust, in the event that he withdraws as Sui Juris counsel and appoints any other attorney, whether privately funded or court-appointed, pursuant to Federal Rule of Criminal Procedure 44.

2.  No counsel for the JOBADIAH SINCLAIR WEEKS trust may:

A.  Remove any motion, pleading, evidence, or filing of any kind submitted to the Court by or on behalf of himself.

B.  Act as a witness or informant of any kind of this case or any other case, as no attorney has first-hand knowledge of any facts and therefore cannot testify.

C.  Have any in camera communication with the Judge.

D.  Plea bargain on behalf of the JOBADIAH SINCLAIR WEEKS trust.

E.  Have any direct communication with opposing counsel without direct participation and consent of the JOBADIAH SINCLAIR WEEKS trust.

F.  Reveal their legal birth name, state bar number, or identity to any Judge or opposing counsel inside or outside of court. They will be on an NDA.

G.  File any pleading on behalf of JOBADIAH SINCLAIR WEEKS trust without my review and signature of the document to be filed.

H.  Conduct discovery, deposition, interrogatories, or admissions, deposition upon written questions, etc. without prior written authorization from the JOBADIAH SINCLAIR WEEKS trust.

3.  If a future attorney is court-appointed for the JOBADIAH SINCLAIR WEEKS trust, then:

A.  They shall be selected by only the JOBADIAH SINCLAIR WEEKS trust.

B.  Their identity may not be disclosed or known by the Judge or opposing Counsel so that they may not be targeted for selective enforcement or discipline by either. This will be accomplished by them wearing a face mask when interacting in the court, with opposing counsel, or during discovery.

C.  The court shall reimburse the JOBADIAH SINCLAIR WEEKS trust for the cost of such counsel and submit a bill directly to the court with the attorney identifying information redacted or anonymized. The JOBADIAH SINCLAIR WEEKS trust, in turn, will pay their counsel directly with the money they receive from the court.

D.  Anyone appointed by the court to ensure that the bills submitted by the JOBADIAH SINCLAIR WEEKS trust are accurate may not reveal the identity of the counsel whose trust account they are supervising.

4.  Duties of all future Counsel of the JOBADIAH SINCLAIR WEEKS trust shall be limited to:

A.  Timely providing copies of all filings in the case for all parties.

B.  Preparing draft pleadings and motions when authorized in writing by the JOBADIAH SINCLAIR WEEKS trust.

C.  Paralegal services, Legal research, Strategic and technical advisement, Presence at trial.

D.  Conducting discovery authorized by the JOBADIAH SINCLAIR WEEKS trust.

5.  The purpose of these provisions is to ensure that any and all counsel for the JOBADIAH SINCLAIR WEEKS trust do not have a financial conflict of interest and may speak anonymously just like the people at the Internal Revenue Service (IRS) do when interacting with the public.

## 9.  <u>REASONS AND ERRORS FOR DISMISSAL OF COUNSEL</u>

1.  My attorneys suggested/solicited that I should engage in a criminal conspiracy with them in violation of 18 U.S.C. §371 to commit the crimes documented in the PDF below by filing the WRONG income tax form, the IRS Form 1040.  Below is exhaustive proof:

> <u>*Why It's a Crime for a Private state national to File a 1040 Income Tax Return*</u>, Form #08.021
>
> <u>https://sedm.org/Forms/08-PolicyDocs/WhyCrimefileReturn.pdf</u>

2.  Besides defrauding me, my attorneys mentioned above, allowed the prosecutors to trick the Judge into doing an "ends of justice" ruling which denied me a speedy trial by presuming it was a "complex case" and needed more time for the prosecutors to try and build a case. 5 years later, still no case! It's ironic that they use the word "justice", as an excuse to violate due process. Ie. my right to a speedy trial. Talk about double think and double speak! Justice delayed is justice denied. The prosecutors should have been ready for trial BEFORE kidnapping me! I gave no consent to waive my right to a speedy trial and had my attorneys contested every continuance. Labeling a case "complex" is an illegal "loop hole" the government used to violate my right to a speedy trial and make me sit there in jail waiting for them to get around to building a case. **What they did is illegal.** It's been over 5 years now and they still aren't ready for a trial! This is a violation of 6th Amendment and will be prosecuted as such.

3.  They also allowed the prosecutors to trick the Magistrate into denying me bail because I was "presumed" to be a "flight risk". The Bible says, "Thou shalt not bear false witness." <u>They brought no witnesses to testified at my bail hearing that I was a flight risk.</u> Only the attorneys spoke and attorneys can't be witnesses. However, The United States Supreme Court ruled against Gods law "The 10 Commandments" and decided to give full immunity, against both civil and criminal prosecution, for "committing perjury" to Judges, Attorneys, Court Reporters, Stenographers, Law Enforcement Officers and Expert Witnesses, who testify for the state. They all have received an indulgence (permission or license) to BEAR FALSE WITNESS against me on behalf of the State. These "witnesses" receive a handsome amount of cash from the Court to tell their lies. Briscoe v LaHue, 460 US 325; 75 L Ed 2d 96, 103 S Ct 1108. Shame on the Supreme Court for allowing

this to happen. The prosecutors committed perjury and convinced the magistrate to violate my 7th Amendment right to bail. They are not above God's law and they will be prosecuted as such.

4. My attorneys, allowed the government to then torture me, keeping me locked in a concrete cell for up to 72 hours at a time. Hardened criminals and mass murderers in solitary confinement get 23 hours in a cell and an hour break to go outside and shower etc. This is a violation of 8th Amendment and will be prosecuted as such.

5. They allowed me to be bundled into an unconstitutional conspiracy in the district of New Jersey. I never went to the geographic New Jersey to promote Bitclub or did business in New Jersey. It's an improper venue and is against the law according to NJ Rev Stat § 2C:21-2 (2014) It's also Criminal simulation: *"A person commits a crime of the fourth degree if, with purpose to defraud anyone or with knowledge that he is facilitating a fraud to be perpetrated by anyone, he makes, alters or utters any object so that it appears to have value because of antiquity, rarity, source, or authorship which it does not possess".* This includes court documents which appear to have value and the force of law but in reality, they are fraudulently acting/pretending to have jurisdiction over me the living man by assuming I have a domicile in or am acting as a public officer subject to civil statutory rules and obligations of the national government. It will be prosecuted as such.

6. The attorneys didn't sever the matter so that the trust could have its own trial apart from its "co-conspirators" so it could get this fictitious and frivolous case, in REM against "The RES" i.e. government property (the trust/office) over with years ago, BUT they did charge me an exorbitant amount of money for them to type up an analysis that said severing the case was a "bad idea"… Its like they have been working for the government and not me this whole time!

7. They failed at getting me my medicine approved by the jail and instead allowed the jail to try and drug me with deadly, debilitating, destructive, addictive, toxic pharmaceutical drugs. Especially with the experimental DNA altering blood clot shot that's giving people myocarditis and strokes, killing millions around the world. News flash! Big pharma is getting away with genocide on a massive scale and they don't want the FDA (Duns & Bradstreet #138182175) to release anything about the jabs for 77 years! Yet the government spends money and resources to come after someone like me?? Creating bioweapons in a lab is not "gain of function" research, its "directed evolution" the Pfizer executives tell us on hidden camera, don't ya know… The NIH (Duns & Bradstreet #061232000) and the CDC (Duns & Bradstreet #927645465) experimentations on prisoners with bioweapons is illegal. (Nuremberg code article 6 section 3) No government can mandate or force medical treatment without individual consent. But they sure did try while I was being bounced around the country from jail to jail to jail! They will be prosecuted as such.

8. They allowed the jail to deny me physical exercise and dental care for a tooth ache.

9.  During the "scamdemic", the government let out violent felons with criminal histories because of "CONvid" but they kept nonviolent people like me, who harmed no one, in jail. I created no victims and I had never been first convicted of a crime. It's against the law and due process to throw people in jail for months or years at a time without FIRST convicting them of a crime. That is defined as kidnapping in 18 U.S.C. §1201. I gave no consent to being kidnapped. The role of government is to protect and defend our rights, NOT to steal them! Rights are property. My 5th, 6th, 7th, and 8th Amendment rights have been violated as described above. That means the government, acting under the color of law, is guilty of violating Title 18, Sec 241 (Conspiracy against the Rights of Citizens) and Title 18, Sec 242 (Deprivation of Rights) as well. Yet my attorneys let the prosecutors get away with lying to the Magistrate and not upholding their oath of office by breaking the supreme law of the land. Remember, lying, i.e., Using False & Fictitious Statements is a crime under 18 U.S. Code §1001.

> *"A judgment (or a plea deal) rendered in violation of due process is void in the rendering state and is not entitled to full faith and credit else ware" [Pennoyer v. Neff, 95 U.S. 714 (1878)]*

10. The attorneys gave no objection to me being bounced around the country from state to state to state and jail to jail to jail for 11 months. "Diesel therapy" they call it which is a form of torture condoned and therefore legitimized by this court. Shame on you for doing this to people. Especially people who are supposed to be presumed innocent!

11. They refused my request to file a writ of Habeas Corpus to release me from "unlawful imprisonment" since my right to bail and a speedy trial was denied. I was never convicted of a crime, yet I sat in a cage for over 11 months! Even now, 5 years later, I am still the courts illegal surety, under their custody, with this GPS tracker on my ankle. Look, if you are not going to give me a trial, then give me bail. If you're not going to give me bail, then give me a trial. I was denied both! And this court is the wrong venue anyways! You have no jurisdiction. You must dismiss with prejudice this case!

12. During the multiple bail hearings, they allowed the Magistrate to take the word of the prosecutors, who don't even know me and are NOT qualified to even be "witnesses", over the many character witnesses who came to my rescue who DO know and respect me! I had dozens and dozens of "letters to the judge" sent in. This is unacceptable. My due process rights are non negotiable! It will be prosecuted as such!

13. My attorneys refused to read the S.E.D.M. books that I highlighted and sent to them to use as my defense, which clearly lay out the fraud and felony crimes that the de-facto corporate state is involved in. I have placed the evidence on the record that I have reported the crimes that the government is perpetrating to the Secretary of State, the Attorney General, the Commission of IRS, the Social Security Administration, the Department of Motor Vehicles (DMV), the Passport Admin etc. The steps I took are clearly laid out in the Path to Freedom book pages 53-61, https://sedm.org/Forms/09-Procs/ PathToFreedom.pdf You can see these documents/evidence in the exhibits. Suffice it to say, the government has never

rebutted the correspondence that they have received from me, which means they are in agreement with my status above, which makes it unlawful for them to make me the target of any civil or criminal tax enforcement. <u>The plaintiff is estopped from changing their position, as they are trying to do now, under Federal Rule of Civil Procedure 8(b)(6).</u> They are also guilty of a misprision of many felonies and will be prosecuted as such!

14. I even helped to serve all 435 Congress members and 100 Senators via a Petition for Redress of Grievances, which is guaranteed in the last 10 words of the 1st Amendment. Besides Congressman Ron Paul and IRS Agent whistle blowers like Joe Banister, John Turner and Sherry Jackson, NO ONE did anything about the crimes the government is committing with impunity! This is called a "misprision of a felony" under 18 U.S.C. §4. *"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned or both..."* Now its on the record here too! I even called out Senator John McCain on CSPAN about the Petition for Redress of Grievances back when he was running for President in 2008! These authoritarian tyrannical legislators, in the "District of Criminals", are adhering to and giving aid and comfort to a foreign enemy of our Constitutional Republic (in particular, The BAR association terrorist cult/cabal) and are <u>committing acts of Treason and Fraud which are not protected by any kind of legislation of jurisdictional immunity.</u> Essentially, **"Acts of Congress"** cannot protect treason and fraud, nor protect the violation of the Oath of the officers who are giving aid and comfort to these enemies of the Constitution of the united States of America as alleged in my petition that I served them and have also laid out here in this document. Plausible deniability can no longer be used as an excuse for not bringing these criminals, who have infiltrated the power centers of our society, to justice. Seems the foxes have been in charge of the hen house... You will be prosecuted, even if I have to take this all the way to the Supreme Court with a Writ of Certiorari where Clarence Thomas and Neil Gorsuch are chomping at the bit and ready to pounce and "over rule" everything the criminal prosecutors are trying to do! You can't bring case law to a constitution fight! And, as a reminder, <u>these documents are also being served to Vice Admiral French, Navy JAG, (Judge Advocate General) with the military, who is responsible for prosecuting all those in public office who are committing treason against the constitution. Whats the penalty for treason?</u> <u>DEATH.</u> Remember, you have sworn an oath to the constitution, NOT case law and statutes! The opinion of the judge and the law are NOT one in the same thing. <u>You are BOUND to the Constitution/common law!</u> If I were the judge I would dismiss with prejudice this case immediately!

15. The Carlton Fields attorneys lied to me saying that all I needed to pay them was $500,000 USD and if there was any of that money left over after the trial, they would refund it to me. Then a month or two later, they demanded I send them another $600k! Unbelievably, they wanted $1.1m, ($100k for each month I was denied bail being bounced around the country from jail to jail!) I verbally fired them instead. This motion is to put this "theft" on the record. The total I sent to

Carlton Fields was $750k. What a rip off. This was a breach of our agreement that we have in writing and emails that were sent from them to my father, saying that they could handle the case, through trial, for $500k or less. Are they not liars?

16. They also told me that if I admitted that 2+2=5 and take a bogus plea deal, that my family and I would get our property back that the government stole without due process during the raid of my parents' home. They said there was no asset forfeiture for the "crimes" I plead to. Yet, it's been 5 years sitting here on house arrest and my family and I still haven't had our property returned to us... The government took a lot of stuff in the raid and we want it returned NOW! My parents had nothing to do with any of this, so why hasn't the government returned their property? Would this not be a violation of their contract (plea deal) with me?

17. They weren't interested in getting me a fair trial with a jury of my peers anyway. All they wanted was for the government to torture me until I was ready to admit that 2+2=5 and take a plea deal. This is why the Federal Government has a 95% success rate in convictions and avoids the inconvenience and work of a real and just trial. It's because they break the law and throw everyone in jail BEFORE they have been convicted of a crime and let people sit there until they are ready to take a deal. After 11 months of being tortured, I was ready to admit to killing President Kennedy if I knew that it would get me released and back to my family, even though I wasn't even born back then. This isn't justice. This will be prosecuted as such! I demand this case be dismissed with prejudice!

## 18. The plaintiff and their witnesses, like the FBI and IRS, are not credible.

19. It's obvious, the FBI/Justice Department has been weaponized against people like me who love our Constitutional Republic. It's no secret what's happened to famous whistle blowers like Ed Snowden, Julian Assange and others who speak the truth. FBI whistleblower Garrett O'Boyle stated in his testimony before Congress, "The FBI will crush you. This government will crush you and your family if you try to expose the truth about things they are doing that are wrong" Think about it, normal people could go to jail for even looking at what is on Hunter Biden's laptop. The plaintiff/FBI denied www.Biden.Digital the laptop's existence for over a year so Biden could get elected! They even got 50 intelligence agents to lie and say it was Russian disinfo... Speaking of laptops, whatever happened to Anthony Wieners laptop? Huma Abedin? We know that nothing has happened to Hillary Clinton for breaking the law, storing classified documents on her own servers and running weapons to Isis via Syria via Libya. Nothing happened except an American Ambassador got murdered... How about Seth Rich's laptop? The FBI/plaintiff wants to be given 66 years to reveal the contents on DNC insider Seth Rich's laptop?! First, like with Biden's laptop, they said they didn't even have it! Now the FBI says they have it? What information are they hiding about his murder? Lying is a crime under God's law and 18 U.S. Code §1001, even

though it is part and parcel of being a politician or working for a three letter agency. We've seen evidence of collusion between the NSA, (Duns & Bradstreet #617395215) the FBI (Duns & Bradstreet # 878865674) and big tech companies to violate the first amendment and interfere with and help criminals steal our elections. They faked the Gretchen Whitmer kidnapping in an effort to hurt Trump's image before the election. They faked the Russia Trump collusion fiasco but look the other way with the Biden's dealings in Ukraine and China. 10% for the big guy eh... Don't believe me, just read the Biden laptop, the CIA Vault 7 leak or the #TwitterFiles! The FBI says that the millions they paid twitter and the dozens of emails their agents sent asking for info to be censored, is disinformation and a "conspiracy theory" meant to discredit the agency... They are liars. At least the "new" Twitter, thanks to Elon Musk, (who spent $40B to become a whistle blower of his own company) is holding former FBI employees, like Jim Baker, accountable for their actions. Do you have any idea how much death and destruction the corrupt plaintiff caused by colluding with Twitter and banning brilliant, honest, life-saving, frontline doctors and scientists during the CONvid plan/scamdemic? The FBI/plaintiff is NOT a creditable witness. To top it off the FBI had over 40 confidential human sources involved in Biden family criminal investigations. However, the FBI's Washington Field Office shut down subpoenas, search warrants, and investigations into the Biden's, according to documents obtained by Sen. Chuck Grassley. The revelations were laid out in a letter Grassley, R-Iowa, wrote to Attorney General Merrick Garland and FBI Director Christopher Wray obtained by Fox News Digital. "Based on the information provided to my office over a period of years by multiple credible whistleblowers, there appears to be an effort within the Justice Department and FBI to shut down investigative activity relating to the Biden crime family," Grassley wrote in a letter to Attorney General Garland and FBI Director Wray. "Such decisions point to significant political bias infecting the decision-making of not only the Attorney General and FBI Director, but also line agents and prosecutors. "He added; "Our Republic cannot survive such a political infection"... They have the $200,000 kick back check to Biden from his brother for goodness sake! Why hasn't he been impeached yet? Oh wait, I know why, its because the Deep State likes to get dirt on people and then blackmail them to do their bidding... I guess Obama and his handlers are still running the show? And now these criminals are getting Biden to pardon themselves before leaving office. This isn't over. Kash and Bondi aren't going to let these things go on. Be ready, the hammer is going to drop on you criminals.

20. The plaintiff/FBI already caught Hilary Clinton taking an $18m bribe from Patrick Bryne and have done nothing about it. Was it because she lost to Trump so now Obama can't black mail her into doing his bidding? It's always nice when you have the President in your pocket, who has to do what she is told, or else the secrets come out. Regardless, its a misprision of a felony and the FBI allows these things to go on and on! I wonder if its possible for them to have a judge or a couple prosecutors in their pockets too?... I suppose if its possible to do it with the President, its possible to do it with a judge as well. I guess we shall see based on whether this case is dismissed with prejudice or if America really is a banana republic now. *Elkins Et Al v. United States, 364 U.S. 206*, the Court, reinforcing judicial integrity, stated; "In a

government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, the omnipresent teacher. For good or ill, it teaches the whole people by its example. Crime is contagious. If the government becomes a lawbreaker, it breeds contempt for law, it invites every man to become a law unto himself, and it invites anarchy."

21. They're letting the Chinese set up their own police stations all over our country for goodness sake! Don't even get me started about the Jan 6th so called "insurrection"! We all know what COINTELPRO is! The FBI "agent provocateurs" have been doing it for decades! The plaintiff/FBI is a criminal organization plain and simple. I get it, the "National Security Deep State" uses people like Epstein to blackmail people in positions of power to do their bidding and publicly discredit and/or murder those who don't. (Think Ruby Ridge, Waco, MLK. Jr. etc.) Yet the FBI has all the time and money in the world to come after peaceful, nonviolent, people like me, who have harmed no one? All I do is promote peaceful solutions to humanities problems. Am I that much of a threat to them? I guess they have been known to murder innocent women and children so... I wouldn't put it passed them. Anyways, their "testimony" can't be trusted. Look at the recent crimes they have been covering up! https://bidenlaptopreport.marcopolousa.org And now the Secret Service has found cocaine in the White House and they tell the world they have no idea who it belongs to? Sure they don't... Hunter's taking the fall for Kamala! The entire FBI/CIA/NSA/IRS/ATF/FDA organizations are a misprision of countless felonies! The good whistle blower agents get fired and the crimes of powerful people get covered up. Everyone reading this should know by now that the plaintiff/FBI isn't trustworthy and does not operate with integrity. The agencies actions are unconstitutional and should be abolished. Disagree? <u>Show me the charter/enabling act from Congress for the FBI to even exist. There isn't one! When it was brought to Congress, it was NOT approved because spying on Americans and assassinating sitting Presidents is unconstitutional! After being denied a charter, The Attorney General, Bonaparte, did an end run and created the FBI himself in 1908 (United States Government Manual 347-8) with limited powers. 28 U.S.C. 533 and 535(a) only authorizes the FBI to investigate GOVERNMENT and crimes involving government officers and employees, not private people like me. "Bureaus" like the FBI are created by regulation. They are not an agency created by Congress. They operate internally with in the government. They shouldn't even be involved in this case to begin with because I'm NOT an officer or employee of the Federal government and I didn't damage or misuse any government property. It's true with the IRS as well! In fact, the IRS/Plaintiff wasn't even created by regulation! There is NO STATUTE or REGULATION expressly creating "The Internal Revenue Service". It's a private debt collection agency for the PRIVATE Federal Reserve Bank, (Duns & Bradstreet # 001959410).</u>

See *Origins of Authority.* https://sedm.org/Forms/05-MemLaw/OrigAuthIRS.pdf

22. We can't be a "society of law" as SCOTUS said in Marbury v. Madison without a law EXPRESSLY authorizing EVERY agency and bureau within the government. The IRS makes it a "society of men" So the "office of taxpayer" in the I.R.C. is an office within the Dept. of Treasury (Duns & Bradstreet #026661067) and IT IS SUPERVISED by a PRIVATE company, (The IRS, Duns & Bradstreet #040539587) that is NOT authorized to even legislatively exist. What the heck is that!? Here's proof that "taxpayer" is an *office* in the Treasury working directly and ONLY for the Secretary:

*How State Nationals Volunteer to Pay Income Tax*

https://sedm.org/Forms/08-PolicyDocs/HowYouVolForIncomeTax.pdf

23. Orwell said it best. "In times of universal deceit, telling the truth becomes a revolutionary act". Are there any lawyers out there who have the courage to stand up to these criminals who run these 3 letter "agencies"? Apparently, my lawyers do not. It's dangerous to try and prosecute a criminal boss so I understand the hesitancy. Remember when Biden said on camera at a CFR meeting, that he told Ukraine that he was going to withhold $1 billion dollars of "aid" until they fired the prosecutor who was investigating his son Hunter/Burisma? Well, he did it again, on Dec 27th 2022, the AG of the USVI filed a lawsuit against JP Morgan Chase for helping Jeff Epstein run an "alleged" pedophile, sex trafficking network. Biden flew down there himself and days later the AG there was fired too. With the plaintiff/FBI's dismal track record of "obstruction of justice" (18 U.S.C. 1501-1521) by covering up high crimes and misdemeanors of the cabal, who use tax payer dollars to traffic children to be pimped out according to Tara Rodas, a whistle blower from the Dept. of Health and Human Services (Duns & Bradstreet #112463521), we can't trust their word on what they say about me or anything else for that matter. They should be struck down as a "witness" in this case. In fact, if you read the gigabits of discovery like I have, you will see that an FBI agent violated Bitclub's terms of service and joined Bitclub as an illegal member and actually made a profit! Did the FBI pay taxes on those gains they made with Bitclub/Bitcoin? Doubt it! They definitely weren't a victim! Dismiss, with prejudice, me from this case and leave me alone!

24. My lawyers didn't object to me being placed in a cell with a convicted murderer who had already been in jail for 17 years... Were they trying to get me "suicided" like Jeff Epstein? Why are "presumed innocent" people, who have no criminal record and have never been convicted of a crime, strip searched and molested and then put in cells with murderers for months? There was no "presumption of innocence". This case doesn't even have the illusion of being fair and just!

25. My lawyers came to visit me while locked in a cage in NJ from Florida only once because of CONvid, meaning the government sat and listened to all our recorded, "privileged" phone calls over the many months that I was criminally kidnapped and locked in a cage with actual killers. What happened to attorney client privileges?

26. Not only that, but they also allowed the government to get away with reading all my attorney client privileged emails. They made me sign a form, under duress, saying that I was cool with them breaking the law or else I wasn't going to get bail. They told me that I wasn't going to get bail unless I took a plea deal... That's CRIMINAL DURESS. That's not justice!

> *46 Jesus replied, "And you experts in the law, woe to you, because you load people down with burdens they can hardly carry, [there are 250,000 pages in the statutes at large, titles 1-50! If you read it for 10 hours a day, it would take 10 years to read it all! It's impossible to know all the codes and statutes!] and you yourselves will not lift one finger to help them. 52 Woe unto you, lawyers! For you have taken away [hidden] the key to knowledge [in the thousands of pages of code]: you entered not in yourselves, and them that were entering in you hindered."*
> [Luke 11:46, 52 KJB]

Yahshua (Jesus Christ's) words "Woe to you" means that most lawyers are all cursed and condemned for their evil deeds, using words of art, improper syntax, equivocation, presumptions and fictious conveyance of language to convert private rights into public privileges, enslaving hundreds of millions of innocent Americans in the process.

Look at how complicated and intentionally confusing they have made it! SHAME ON ALL INVOLVED!



Legal dictionaries and styles manuals make a clear distinction between proper styled names and the ALL-CAPS artificial person's name. They call it "ens legis" which are trusts, corporations and artificial constructs <u>which can never be a living man</u>. In fact, using the ALL-CAPS name, it actually changes the meaning of the word, it signifies what's called in Latin "Capitis Diminutio Maxima", which expresses the highest or most comprehensive loss of status. It's called "transmutation". This occurred when a man's condition was changed from one of freedom and liberty to one of bondage, when he became a slave, ( converting Rights into privileges) It swept away with it all rights of citizenship and all family rights. I, the living man, am not a slave! I stand in Yah, our creator's Kingdom under his trust indenture. My name is Jobadiah sinclair of the family Weeks not JOBADIAH SINCLAIR WEEKS, the artificial person/trust! Get it right! The criminals in government try to deceive us by using presumption and equivocation that words that are spelled similarly mean the same thing. For instance, they want us to think "Citizen" is the same as "citizen" and THE UNITED STATES is the same as the United States of America. Lawful vs. Legal etc, etc, etc, etc, etc, ect,. There are basically two or more of everything. Practically everything has been inverted. These BAR cult members/lawyers have been trying to trick and enslave us with their equivocation and legalese. It's treasonous and evil. Innocent people shouldn't be unknowingly converted into corporate slaves and then thrown into jail just so the prosecutors can get another conviction or promotion or pay raise under their belt, issuing and trading securities (bonds) for massive profits. I have the Cusip numbers for this case and this court, I know how much money you all are making off these bonds! Look them up yourselves. JOBADIAH SINCLAIR WEEKS (CC 2:19-CR-00877-CCC) PIMCO StocksPLUS Small Fund Symbol; PCKAX  CUSIP: 72201F698 ISIN US72201F6988 Net Assets: $1,316,629,000.00 as of 10/16/2022

And JOBADIAH SINCLAIR WEEKS (CC 19-CR-877-NJ-CECCHI) Fidelity Asset Manager 20%

Symbol: FIKVX CUSIP: 316069418 ISIN: US3160694184 Net Assets: $5,547,491,000.00 as of 10/17/2022

Just follow the money. Are you guys paying taxes on all that money you are making warehousing and torturing your fellow human beings? The evidence for this massive fraud is clear and on the record for the world to see. You should have dismissed me from this case long ago. You should have respected my right to due process. You will be prosecuted if this case is not immediately dismissed with prejudice.

If this court condones or permits criminal duress on the part of my attorneys and the Plaintiff in a Plea deal based on events that never actually happened, then the court becomes a party and accessory to it in violation of 18 U.S.C. §3 and 4. It certainly has an incentive to do so, because plea deals based on false information and duress minimize the need for the extra work of a trial at the expense of punishing the innocent. **I hope the character of those presiding over this proceeding places justice and protecting the innocent, such as me, above their own convenience and importance.**

The plaintiff has been interfering with the settlement of this case for years and years and years! They are making more work for the judge by doing so. I should NOT have been bundled into this conspiracy to begin with. When I found out there was an investigation taking place against Bitclub, I reached out to the investigating agents and met with them in person close to a year BEFORE I was indicted. I wasn't even aware of a crime taking place so news of the investigation surprised me. If there was in fact a conspiracy to harm the members in any way, wouldn't my actions be considered a withdrawal from it? I didn't flee the country. I didn't commit any overt action to further a crime. In fact, I stopped promoting Bitclub in 2018, BEFORE I even found out about the investigation taking place because the value of Bitcoin had dropped and mining wasn't very profitable. So, I figured I would just HODL my Bitcoin and wait for the value to go back up before I started promoting mining again and in the meantime my wife and I had a baby and took a vacation. **We took our baby daughter Liberty to all 50 states and 45 countries before her first birthday.**

There are only 24 hours in a day. It would be impossible to pull off this massive conspiracy (that I'm being accused of) at the same time as traveling the world with a new born baby. This was at least a year before I was indicted (Dec 2019) There is plenty of evidence to prove that I had moved on to other projects. While traveling, I was in regular communication with the agents who were investigating Bitclub and helped them any way I could. If that isn't an "abandonment from a conspiracy" that I had in fact, unknowingly, already abandoned, I don't know what is. Just because the value of Bitcoin dropped, doesn't mean that Bitclub was a scam. Bitclub had no control over the value of Bitcoin. Mining profitability is dependent on the value of bitcoin, the cost of electricity, the mining hardware and the difficulty to mine. And no one knows what those variables will be on any given day so it's impossible to promise any kind of ROI. I explained this at least dozens of times to people when asked. If Bitclub was a scam, then I as a member would be a victim! I didn't start or run Bitclub. I joined as a member more than a year after it was created. The government says Biclub was a Ponzi scam. That there was no mining taking place. The media loves to regurgitate that false story. I know for fact that they spent thousands of Bitcoin on computer equipment to mine crypto. I know they had a monster power bill. I've seen the Bitclub data centers and wallet addresses. They mined 92,000 Bitcoin and 500,000 ETH that they generated for the Bitclub members. It's all transparent for the world to see. Every satoshi is accounted for. Literally everything the government said about Bitclub being a Ponzi scam turned out to not be true. Thats why they haven't given us a trial still!! They've got NOTHING! Know what the biggest Ponzi in the world is? Social security! And the government is the one running it! The hypocrisy of the "plaintiff" makes me nauseous!

**I didn't steal anyone's money. Bitclub didn't even use money, it didn't touch the US Financial system. It used Bitcoin which is NOT money.** The government stole it and has it right now. I harmed no one. If you read the defective indictment, JOBADIAH WEEKS is mentioned only twice and both times I was encouraging the owners of Bitclub to do the right thing and never the wrong or illegal thing. When I found out that an investigation was going on, I didn't flee to a

non extradition country. I arranged to meet with the agents to find out what it was they wanted to know and how I could help them catch hackers and other bad actors who lock up hospitals with ransom wear etc. I got hacked and had thousands of ETH and BTC stolen from me. The New York Times ran a story on it talking about SIM swapping. The government made a terrible mistake in how they have handled this. They should allow the million + members to log back into their accounts and withdraw their Bitcoin. The Bitclub members are out 1000's of Bitcoin because of illegal government intervention. It's the least they could do.

If you were denied your right to bail and a trial, like I was... and you had a wife and a one year old daughter who was learning how to walk and talk while you're locked in a cage with killers, getting tortured, thinking you would die, you probably would eventually "admit" 2+2=5 and take a deal so you could escape with your life and get back to the safety of your family too, wouldn't you? This case should be dismissed, with prejudice, now.

Another problem I have with all of this frivolous nonsense the plaintiff has brought, besides all the due process violations, is that a "Conspiracy" is an "inchoate crime" because it does not require the "illegal acts" to have actually been completed. It's a lawful fact under the constitution that if there is no victim with standing, then there is no crime. Infractions and code violations aren't "crimes". *"__Although these acts are not themselves crimes__, they are considered illegal because they are conducted in the furtherance of a crime, and "society wishes to deter individuals" from taking such steps"*. Not only is that belief repugnant to the constitution and thus null and void, but it's also a big leap in this case, especially when the only "evidence" in the defective indictment with regards to me are emails I sent telling the owners of Bitclub to do the right things and never the wrong or illegal thing! The overt action of me encouraging them to do the right thing doesn't constitute the furtherance of a crime. So, why was the JOBADIAH SINCLAIR WEEKS trust "indicted" then?

It reminds me of that movie Minority Report which plays with the concept of punishing people for "pre-crime". Think about this scenario. If you could go back in time and assassinate Stalin before he killed 60,000,000 people, would you do it to save the millions of lives he took? Wouldn't that still be considered murder if he hadn't yet killed anyone? Think yes you would or no you would not before you read the next line...

Now wait, you just "committed the act" of thinking about murdering someone, and thoughts lead to further actions, don't they? Thus, by the prosecutor's standards, you and I should both be arrested and charged for the "conspiracy to commit" murder? Right? I told you to think about murdering Stalin and you thought about it. All a conspiracy needs is two or more people to participate... the murder doesn't have to actually take place... and the evidence of our crime is in writing non the less, so now there is "evidence" for the "inchoate crime" i.e. a crime that never happened that the prosecution can use to violate your rights and throw you in jail, like they did to me... And you are now guilty!

I hope you can see the ridiculousness of trying to prosecute a "crime" that never happened. But since "persons" do have their rights violated on a daily basis and they do get prosecuted for these inchoate "crimes" all the time, I guess the argument to get the above example thrown out, according to "case law", would be the "impossibility" of having a time machine... So, you're safe... for now.

**True justice can only act upon things that have already happened, not things which "might" happen in the future.** The doctrine of standing requires proving an injury, not a FUTURE injury. Thus, there is no one with standing and as a result, no crime. I created no victims. However, in this frivolous case, the difference between "conspiracy to commit" the sale of an unregistered security verses actually selling an unregistered security is moot. There isn't a victim either way. **That's why Title 15 is civil, not criminal. Most inchoate crimes i.e. crimes that never happened, are only possible in this legislatively made up system is because they are quasi criminal.** The franchise terms most Americans have fraudulently and unknowingly agreed to can specify literally anything as penalizable, including things that never actually caused an injury. Like not wearing a seat belt while "driving" a "motor vehicle" or a helmet while riding your motorcycle... or in this case "not filing forms", whether they be registering a security or sending in a 1040. **I'm fully UNaware of any contract that can compel me to perform those tasks, if there is such a contract, I'd love to see it. The burden of proof is on the prosecutors. Show me the contract or dismiss with prejudice this case!**

Just like title 15, title 26 is civil and not criminal as well. None of those things are actual crimes because there are no victims. The government should never make a business out of protecting you from your own stupidity, (like riding a motorcycle without a helmet) unless of course you knowingly and consensually volunteer to become a fiduciary of government property (i.e. the Office, Trust, Franchise, Cardholder, Res) by adopting a franchise status of officer/trustee/ franchisee/person etc. Then and only then can they mandate what their officers must do and obey... like the slave laws before the civil war. The burden of proof imposed upon the government is that their property or franchises were consensually tied to me in this case as the ONLY source of their extraterritorial CIVIL jurisdiction under Article 4, Section 3, Clause 2. The extraterritorial CIVIL obligations to register securities and to file tax forms both originate from ONLY these sources. All such duties constitute slavery and human trafficking without my consent to participate voluntarily as a franchisee participant and therefore public officer, which I never conveyed. **Since the government has not met that burden of proof, this case MUST be dismissed with prejudice!**

There is no constitutional provision which permits the government to abuse its PUBLIC property to create NEW extraterritorial civil or franchise offices. Officers of the public office franchise must be lawfully elected or appointed for them to be subject to civil statutory regulation per Title 5 of the U.S. code. All extraterritorial franchise offices PRESUMED to exist by the prosecution in this case are de facto, a violation of due process, a theft of my services, and a

criminal act and even conspiracy (by both this court and the prosecution) to represent a non-existent public franchise office/trust in violation of 18 U.S.C. 912 and 4 U.S.C. 72. It will be prosecuted as such!

For proof see: https://sedm.org/Forms/05-MemLaw/GovernmentIdentityTheft.pdf

For those reading this who are not schooled in law, like me, and might this all of this is confusing... Think of it this way. The NFL is its own private football "league/club/society" that has different "franchises" or teams, like the Broncos or Patriots. John Elway, who was my favorite player, decided to join the NFL because he was really good at football. He voluntarily signed the contract to join a "franchise" or "team" like "The Broncos." There are different "offices" or "positions" that he could fill. Like the office of "Quarter Back", "Running Back" or "Wide Receiver." As most of us remember, he filled the office or position of "Quarter Back" for the franchise team, "The Broncos" in the NFL sandbox. Now a bunch of new rules or **"NFL Laws"** apply to him that don't apply to us flag football players who like to play football at the neighborhood park, because we never signed the NFL franchise contract to join the league to begin with. Make sense? Now, if Elway breaks those NFL rules/codes/statutes/laws, he will get suspended for x number of games or fined x number of dollars etc. If he doesn't like the rules, he can always step down and retire from the league. The prosecutors have the burden of proof to show me the contract I signed so I could join your league/society!

**EVERYONE READING THIS WOULD AGREE THAT If you were kidnapped and dragged into a military court tribunal to be court-martialed. The first thing you would say is "Hey, you can't court-martial me, I never joined the military to begin with! Show me the enlistment papers I signed please or dismiss me from this case!" Right? However, if my attorneys were "representing" you they would just tell you to take a deal instead of arguing the point that you're not in the military and that none of those military codes apply to you! Now you see why I had to fire them?**

Honestly, I believe I was bundled into this "frivolous" conspiracy because of my political beliefs, which are based on truth, law and facts. They want to roll out their Central Bank Digital Currencies so they wanted to get the Bitcoin people out of the equation. The treasonous traitors of our constitutional republic, who have infiltrated the power centers of society, want to silence me anyway they can. My lawyers went along with it. However, Politics should not be senior to the law.

Here is a hard truth for them to accept. Real Article III courts can't entertain political questions, thus I must conclude this is an Article IV franchise court in the Executive Branch that CAN entertain political questions, and cannot operate on living people like me as a non-officer/trustee of the national government who is not subject to their club "by laws".

And remember, I wasn't an officer or decision maker of the Private Membership Association (Bitclub) that the SEC is trying to presume they have jurisdiction over, either. I was a vendor and member, along with a million other people. It's the role of the owners/officers of Bitclub to file the appropriate paperwork, if any. It's not the job of the members to do it. It's all about status, standing and jurisdiction. Remember, I have a right to self-determination and association. And I have chosen to stand under my own bond with my God and his trust covenant with me. Now please dismiss me with prejudice from this case and return my property to me. My now ex-wife has stage 4 cancer (a tumor the size of a baseball in her uterus) and the treatments she needs are expensive. This fiasco has put our family through hell for the last four years and destroyed our marriage. Enough! Thank you for doing whats right.

## 10. AFFIRMATION

1. I declare under penalty of perjury under the laws of the Republic of (but not "State of") Colorado from without the "United States" defined in, 26 U.S.C. §§7701(a)(9) and (a)(10), and 4 U.S.C. §110(d) and only when litigated under the common law, that I am NOT suicidal and that the foregoing facts, exhibits, and statements made by me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C. §1746(1).

2. Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading into the record by the court shall constitute withdrawal of consent to make a general appearance or submit myself to the jurisdiction of this foreign court and foreign state. This affirmation is an extension of my right to contract which is guaranteed under Article 1, Section 10 of the United States Constitution and may not be interfered with by any court of the United States.

Dated: 1/21/25

jobadiah sinclair weeks
Sui Juris, the living man
All rights reserved, U.C.C. §1-308

NOTARY:
DANA JENSEN
JAN. 21, 2025
MY COMMISSION EXPIRES MARCH 20, 2027
STATE OF: COLORADO
COUNTY OF: JEFFERSON

DANA JENSEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154011140
My Commission Expires: March 20, 2027

Case No: *19-cr-877-CCC* *In the Admiralty*

The above-entitled cause came on for hearing before this court on the _____ day of _____, 202__.

IT IS ORDERED, ABJUDGED AND DECREED that this cause of action is DISMISSED with prejudice.

**SO, ORDERED.**

SIGNED on this the ___ day of _____, 202___.

Judge_____

ENTERED on this the ____ day of _____, 202___.

_____ Clerk

Case No. *19-cr-877-CCC*