UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x

UNITED STATES OF AMERICA,

- v. -

MATTHEW BRENT GOETTSCHE et al.,

Defendants.

---------------------------------------------------------x

Hon. Claire C. Cecchi

Crim. No. 19 Cr. 877 (CCC)

**[PROPOSED] ORDER**

**THIS MATTER** having come before the Court upon the application of Defendant Matthew Brent Goettsche, ("Defendant") by and through his attorneys, Smith Villazor LLP and Kobre & Kim LLP, seeking entry of an order denying the government's motion for a continuance through November 18, 2026, and designation of the case as unusual or complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) (*see* Dkt. No. 556), the Court having reviewed the submissions, and for good cause shown;

**IT IS** on this _____ day of February, 2026,

**ORDERED** that 1) the government's motion is denied in its entirety, and 2) an in-person hearing is set to take place on February _____, 2026 at _____ a.m./p.m., at which time counsel of record shall appear to set the case for a firm trial date in June of 2026.

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE