# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JOBADIAH SINCLAIR WEEKS
*Defendant*

MAGISTRATE JUDGE: Hon. Michael A. Hammer
CASE NO. 19-877
DATE OF PROCEEDINGS: 2/24/2026
DATE OF ARREST:

**PROCEEDINGS:** Motion Hearing [D.E. 537]

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS    [ ] ADVISED OF CHARGES, PENALTIES, AND VIOLATIONS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL:   [ ] AFPD   [ ] CJA
- [ ] WAIVER OF HRG:   [ ] PRELIM   [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED:   [ ] GUILTY   [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED   [ ] FINANCIAL COLLOQUY

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL:   [ ] COURT   [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Robert Taj Moore and Trevor Chenoweth
DEFT. COUNSEL: Stand by counsel Ernesto Cerimele
PO/PTS: Andrew Dziopa
INTERPRETER
   Language:

TIME COMMENCED: 1:04
TIME TERMINATED: 1:20
CD NO: ECR

J. Baker
DEPUTY CLERK