UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -v- | : | Crim. No. 19-877 (CCC) |
| JOBADIAH SINCLAIR WEEKS, | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court by way of the Defendant's December 10, 2025 application to modify the conditions of release to remove his parents' property from the collateralization of his bond [D.E. 537];

and the Government having opposed the application by letter brief filed on January 7, 2026 [D.E. 547];

and the Court having held a hearing on the application on February 24, 2026;

and for the reasons set forth on the record on February 24, 2026;

and Defendant having failed to establish good cause for the proposed modification;

IT IS on this 24th day of February 2026,

ORDERED that Defendant's December 10, 2025 application to modify the conditions of release to remove his parents' property from the collateralization of his bond [D.E. 537] is hereby DENIED.

*Michael A. Hammer*
United States Magistrate Judge