UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America
v.
Jobadiah Sinclair Weeks

Crim. No. 2:19-cr-877-CCC-5


DEFENDANT'S RESPONSE TO GOVERNMENT LETTER REQUESTING
SENTENCING DATE

I, Jobadiah Sinclair Weeks, respectfully submit this response to the Government's April 1, 2026 letter requesting that the Court set a sentencing date.

I do not oppose the setting of a sentencing date and remain available at the Court's convenience.

My recent submission (ECF No. 569) was not intended to delay these proceedings, but to assist the Court in evaluating the appropriate sentence under 18 U.S.C. § 3553(a), particularly with respect to the reliability of the factual and financial framework underlying the advisory guideline calculation.

As set forth in that submission, the record reflects limitations concerning the factual basis of the plea, the absence of a disclosed financial methodology supporting the tax-loss calculation, and the incompleteness of underlying materials referenced in the Presentence Report (Dkt. 384). These same concerns were previously identified in my motion practice, including ECF No. 566, and remain unresolved in the current record.

Because the advisory guideline range in this case is driven primarily by the estimated tax-loss figure—arising from the alleged tax evasion, including the existence of a tax deficiency and the basis for willfulness—any uncertainty in that calculation directly affects the reliability of the guideline range and the Court's analysis under § 3553(a).

Sentencing determinations must be based on information bearing sufficient indicia of reliability to support probable accuracy.

In the absence of a disclosed and verifiable financial methodology, the record does not permit a fully reliable assessment of the tax loss or the assumptions underlying it, nor does it permit meaningful appellate review of the factual basis supporting the guideline calculation.

1

Accordingly, while I do not oppose the scheduling of sentencing, I respectfully request that the Court take these record-based limitations into account in determining the appropriate sentence.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se

Dated: April 1, 2026

[Address on file with Pretrial Services]
Email: silenceweeks1@gmail.com

Signed by:

Joby Weeks
87866A420DB4490...

2