UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                              Date: April 16, 2026


JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA MORALES

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 19-CR-877 (CCC)-01


Title of Case: U.S.A. v. MATTHEW BRENT GOETTSCHE

Appearances:  Andrew Trombly, Robert Moore, Trevor Chenoweth
              & Nathaniel Botwinick, AUSAs, for the Government
              Rodney Villazor, Jessica Felder & Michael Kielty, Esqs. for Defendant


**Nature of Proceeding:   Fry Hearing  & Status Conference**

Defendant present.
Defendant sworn
Conference held
Defense counsel for defendant advised the Court that he/she received, reviewed and discussed the plea agreement with the defendant in a timely manner.
Inquiry made by the Court to defendant, who acknowledged receipt, review and discussions with attorney as to the plea agreement.
Defendant advised the Court that he REJECTED the plea offer and would like to proceed to trial.
Trial date set for October 6, 2026.


Time Commenced    2:50 p.m.                    Time Adjourned   4:05 p.m.


*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk