UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :

        v.                              :        Crim. No. 19-00877

                                         :

GOETTSCHE et al.                 :        NOTICE OF APPEARANCE


PLEASE TAKE NOTICE that Nathaniel Botwinick, Assistant U.S. Attorney (Nathaniel.Botwinick@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

        ROBERT FRAZER
        United States Attorney


        */s/ Nathaniel Botwinick*

        By:  Nathaniel Botwinick
        Assistant U.S. Attorney


Dated: April 20, 2026