UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                    Date: April 21, 2026


JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA MORALES

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 19-CR-877 (CCC)-01


Title of Case: U.S.A. v. MATTHEW BRENT GOETTSCHE

Appearances:  Counsel of Record


**Nature of Proceeding:    Status Conference**

Status Conference held
Follow-up call April 28, 2026 at 11:00 a.m.


Time Commenced    3:00 p.m.                    Time Adjourned    4:00 p.m.


*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk