UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    v.                                   Crim. No. 19-cr-877 (CCC)

JOBADIAH SINCLAIR WEEKS,

    Defendant.

SUPPLEMENTAL NOTICE REGARDING SENTENCING RELIABILITY, RULE 32 PRESERVATION, RECORD INTEGRITY, AND RESERVATION OF RIGHTS

I respectfully submit this Supplemental Notice for the limited purpose of preserving issues relating to sentencing reliability, chronology, Rule 32 disputes, record integrity, and future review of matters presently reflected in the record.

This filing does not seek adjudication of attorney misconduct, ineffective assistance of counsel, malpractice, disciplinary matters, collateral relief, or evidentiary findings concerning any current or former attorney involved in my representation.

I. SENTENCING RELIABILITY AND CHRONOLOGY PRESERVATION

As reflected in prior filings, including Dkt. 590, I continue to preserve issues relating to the chronology and development of the asserted tax-evasion theory, attribution methodology, victim methodology, loss methodology, and related sentencing assertions.

I further preserve objection to reliance upon disputed assumptions, analytical theories or methodologies developed after execution of the plea agreement, incomplete supporting calculations, schedules, source documentation, or attribution materials, unresolved questions concerning authentication, attribution, reliability, or evidentiary foundation, unsupported factual inferences, or factual assertions lacking sufficient indicia of reliability for sentencing purposes.

The purpose of this preservation is not to relitigate prior motions or plea-related proceedings, but to ensure that disputed matters remain identified as disputed for sentencing purposes.

II. RECORD-INTEGRITY PRESERVATION

I further preserve issues concerning the completeness, accuracy, authenticity, attribution, and reliability of materials contained in or cited to the record, including references to materials not independently verifiable from the record before the Court.

This preservation includes, without limitation:

1

- references to proffers not contained in the record;
- references to exhibits not contained in the record;
- disputed documentary citations;
- cited materials that do not correspond to the referenced source;
- disputed summaries, characterizations, or descriptions of evidence;
- disputed factual assertions derived from materials whose reliability, authenticity, attribution, or completeness remain contested.

Such issues include disputes concerning referenced proffers, exhibits, documentary citations, and source materials that I contend are absent from the record, were not attached to the cited filing, or do not correspond to the cited source.

Nothing in this notice should be construed as acceptance of the accuracy, completeness, authenticity, reliability, or evidentiary sufficiency of any disputed material previously identified in filings, objections, or related submissions.

## III. RULE 32 PRESERVATION AND FINDINGS REQUESTED

I respectfully preserve all previously asserted Rule 32 objections, requests for clarification, factual disputes, evidentiary objections, and sentencing-related positions reflected in Dkt. 590, related submissions, and the record in this matter.

Pursuant to Fed. R. Crim. P. 32(i)(3)(B), I respectfully request that the Court either:

(a) rule upon disputed matters material to sentencing; or

(b) determine that disputed matters will not be relied upon in selecting sentence.

To the extent disputed matters are not relied upon, I respectfully request clarification that such matters remain disputed and are not adopted for sentencing purposes.

Because the disputed matters identified in my Rule 32 submissions concern guideline treatment, offense characterization, sentencing exposure, and factual reliability, clarification of the Court's findings will assist in ensuring an accurate sentencing record.

## IV. RESERVATION OF RIGHTS

I preserve all rights relating to direct appeal, post-conviction proceedings, Rule 11 issues, Rule 32 issues, due-process issues, discovery-related issues, evidentiary-reliability issues, factual-basis issues, sentencing-methodology issues, record-integrity issues, ineffective-assistance claims, professional-responsibility matters, effectiveness of representation, and matters requiring factual development outside the present record.

This notice is intended solely to preserve issues and avoid any implication that failure to identify every related issue before sentencing constitutes waiver.

**V. NON-WAIVER**

Nothing contained in this filing shall be construed as abandonment, withdrawal, concession, waiver, resolution, or forfeiture of any issue, objection, argument, claim, defense, request for clarification, or position previously raised in Dkt. 401, Dkt. 565, Dkt. 590, related submissions, or matters subsequently identified through review of the sentencing record.

This filing is submitted solely to preserve rights, clarify the record, and assist in ensuring that disputed matters remain properly identified for sentencing purposes and any further review permitted by law.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se

Address on file with U.S. Pretrial Services

Dated: June 4, 2026

Signed by:

*Joby Weeks*

87866A420DB4490...

3