**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

           v.

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

Hon. Claire C. Cecchi

CRIMINAL NO. 2:19-cr-877-CCC

**DEFENDANT MATTHEW BRENT GOETTSCHE'S NOTICE OF MOTION TO DISMISS THE INDICTMENT FOR VIOLATION OF THE SPEEDY TRIAL ACT AND THE SIXTH AMENDMENT**

**TO:**   Melissa E. Rhodes, Clerk of the Court
United States District Court for the District of New Jersey
U.S. Courthouse & Post Office
2 Federal Plaza
Newark, N.J. 07101

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5B
Newark, NJ 07101

Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2C
Newark, NJ 07101

Andrew M. Trombly, AUSA
Trevor A. Chenoweth, AUSA
Robert Taj Moore, AUSA
Office of the US Attorney
970 Broad Street
Newark, NJ 07102

**PLEASE TAKE NOTICE** that on June 29, 2026, at 9:00 a.m. or as soon as counsel may be heard, Defendant Matthew Brent Goettsche shall move before the United States District Court for the District of New Jersey for the entry of an Order to Dismiss the December 5, 2019 Indictment pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, and the Sixth Amendment, U.S. Const. amend VI.

**PLEASE TAKE FUTHER NOTICE** that in support of its motion the undersigned shall rely upon the Memorandum submitted herewith.  A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests oral argument if timely opposition is filed.

Dated: June 4, 2026

Respectfully submitted,

*/s/ Matthew I. Menchel*

Matthew I. Menchel
Jessica Fender
Michael Keilty
KOBRE & KIM LLP
800 3rd Ave
New York, NY 10022
(212) 488-1288
matthew.menchel@kobrekim.com
jessica.fender@kobrekim.com
michael.keilty@kobrekim.com

*/s/ Rodney Villazor*

Rodney Villazor
Emma R. Rosen
CLARK SMITH VILLAZOR LLP
666 3rd Ave 21st Floor
New York, NY 10017
(212) 377-0850
rodney.villazor@csvllp.com
emma.rosen@csvllp.com

*Attorneys for Defendant Matthew Brent Goettsche*

2