**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

        v.                                Hon. Claire C. Cecchi

MATTHEW BRENT GOETTSCHE,         CRIMINAL NO. 2:19-cr-877-CCC
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of the Motion of Defendant, Matthew Brent Goettsche to Dismiss Criminal Indictment 19-CR-877, and any response thereto, it is hereby **ORDERED** that Defendant's Motions are **GRANTED** and Criminal Indictment 19-CR-877 is **DISMISSED**, **WITH PREJUDICE**.

                             BY THE COURT:

                             _____
                             Honorable Claire C. Cecchi