UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Claire C. Cecchi, U.S.D.J. Crim. No. 19-877 |
| v. | **NOTICE OF MOTION TO MODIFY RESTRAINING ORDER** |
| MATTHEW BRENT GOETTSCHE, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, on July 6, 2026 or as soon thereafter as counsel may be heard, Non-Party Bountiful Flight, LLC ("Bountiful Flight"), by and through its undersigned counsel, shall move for an order modifying the Court's July 20, 2021 restraining order ("Motion") before the Honorable Claire C. Cecchi, U.S.D.J., Courtroom: MLK 5B, located at 50 Walnut Street, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Bountiful Flight shall rely upon the accompanying declarations of Jason Clark and Jason S. Gould and the exhibits thereto, the accompanying memorandum of law, and such other papers as may be filed in further support of, or in opposition to, the Motion.

**PLEASE TAKE FURTHER NOTICE** that Bountiful Flight respectfully requests oral argument on the Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted

herewith.

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

*Attorneys for non-party Bountiful
Flight, LLC*

Dated:  June 4, 2026                    By:/s/ Jason S. Gould