

| | |
|---|---|
| **Jason S. Gould**<br>Partner | One Lowenstein Drive<br>Roseland, New Jersey 07068 |

T: (862) 926-2035
M: (202) 329-7867
E: jgould@lowenstein.com

June 4, 2026

2026 JUN -4 P 5: 21

**VIA HAND DELIVERY**

Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:    United States of America v. Matthew Brent Goettsche
        Crim. No. 19-877**

Dear Sir/Madam

Enclosed herewith for filing are an original and two copies of the following:

1. Notice of Motion to Modify Restraining Order;

2. Non-Party Bountiful Flight, LLC's Brief in Support of Motion to Modify Restraining Order;

3. Proposed Order;

4. Declaration of Jason Clark with Exhibit 1; and

5. Declaration of Jason S. Gould with Exhibits 2 through 7.

Please file the original and return one stamped filed copy to this address via the enclosed self-addressed, pre-stamped envelope.

Respectfully submitted,

Jason S. Gould

JSC:bra
Enclosure(s)

48963/1
6/4/26 318945763.1