DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JOBADIAH SINCLAIR WEEKS

Defendant(s).

Criminal No.   19-877 (CCC)

**SENTENCING SUBMISSION NOTICE OF DEFENDANT**

Please be advised that, on this date, defendant  JOBADIAH SINCLAIR WEEKS submitted sentencing materials to the Court in this case.

Date:   June 16, 2026

By:   /s/ Ernesto Cerimele

Klingeman Cerimele, Attorneys