# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
www.csvllp.com

**RODNEY VILLAZOR**
D: 212.377.0852
rodney.villazor@csvllp.com

July 8, 2026

**VIA ECF**
Honorable Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: ***United States v. Goettsche*, 19-CR-877 (CCC)**

Dear Judge Cecchi:

On June 25, 2026, the Court set a telephonic status conference call for July 9, 2026 at 1:00 PM. The government and Defendant Matthew Goettsche have reached an agreement in principle to resolve the pending charges but need time to finalize the terms. In light of this development, the parties respectfully request to adjourn tomorrow's status conference call for one week to either July 16, 2026, or on a date and time convenient for the Court. The parties also request that the Court hold in abeyance the current deadlines outlined in the Scheduling Order (ECF 586) and Mr. Goettsche's pending Motions to Dismiss (ECF 594, 595).

Respectfully submitted,

/s/ *Rodney Villazor*

Rodney Villazor
Emma R. Rosen
**CLARK SMITH VILLAZOR LLP**
666 3rd Ave, 21st Floor
New York, NY 10017
Telephone: (212) 377-0850
rodney.villazor@csvllp.com
emma.rosen@csvllp.com

*Attorneys for Defendant Matthew Brent Goettsche*

cc: All counsel of record (via ECF)