

| | Jason S. Gould | One Lowenstein Drive |
|---|---|---|
| | Partner | Roseland, New Jersey 07068 |

T: (862) 926-2035
M: (202) 329-7867
E: jgould@lowenstein.com

June 25, 2026

**VIA ELECTRONIC FILING**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Court Room: MLK 5B
Newark, NJ 07102

**Re:    United States of America v. Matthew Brent Goettsche**
          **Crim. No. 19-877**

Dear Judge Cecchi,

This firm represents non-party Bountiful Flight, LLC ("Bountiful") in connection with Bountiful's June 4, 2026 Motion to Modify the Restraining Order ("Motion") filed in the above-referenced matter.  Pursuant to District of New Jersey Local Civil Rule 7.1(c)(1)—made applicable to this case through District of New Jersey Local Criminal Rule 1.1—Bountiful's Motion was made returnable on July 6, 2026 with opposition, if any, due no later than June 22, 2026.

As of the filing of this letter, no party has opposed Bountiful's Motion, meaning that any opposition has been forfeited.  *See United States v. Dowdell*, 70 F.4th 134, 140 (3d Cir. 2023).  Accordingly, Bountiful respectfully asks the Court to grant its unopposed Motion.  A revised proposed order reflecting that the Motion is unopposed is enclosed.

We thank the Court in advance for its attention to this matter and can make ourselves available to discuss this matter at the Court's convenience.

Respectfully submitted,

Jason S. Gould

JSC:bra
Enclosure(s)

48963/1
6/25/26 319109906.1