**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Hon. Claire C. Cecchi, U.S.D.J.<br>Crim. No. 19-877<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court upon the unopposed motion ("Motion") of Non-Party Bountiful Flight, LLC ("Bountiful Flight") for an order modifying the Court's July 20, 2021 restraining order ("Restraining Order") to allow $207,279.55 to be deposited with the U.S. Marshal and substituted as the *res* for all right, title, and interest of Bitwealth Holdings LLC in Bountiful Flight ("Bountiful Shares"); and the Court having considered the matter and no party having opposed the Motion; and good cause having been shown;

IT IS on this _____ day of _____ 2026, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that $207,279.55 ("Substitute Res") be and hereby is substituted as the *res* to be provided to the U.S Marshall in substitution for the Bountiful Shares; and it is further

ORDERED that within 10 days of this Order Bountiful Flight shall pay the Substitute Res to an interest-bearing account identified by the U.S. Marshal; and it is further

ORDERED that, upon Bountiful Flight's deposit or payment of the Substitute Res, any restraint, forfeiture claim, right, title, interest, lien, or encumbrance asserted by the United States, Matthew Brent Goettsche, Bitwealth Holdings LLC, or any person against the Bountiful Shares in this criminal action shall attach to the Substitute Res and not the Bountiful Shares; and it is further

ORDERED that, upon Bountiful Flight's deposit or payment of the Substitute Res, the Bountiful Shares shall be vested in Bountiful Flight, free and clear of any restraint, forfeiture claim, right, title, interest, lien, or encumbrance, and Bountiful Flight is authorized to amend its operating agreement, membership ledger, books and records, tax records, regulatory records, and other company records accordingly; and it is further

ORDERED that the Restraining Order and any other restraining order entered in this action are modified to the extent necessary to authorize and effectuate the terms of this Order; and it is further

ORDERED that Matthew Brent Goettsche and Bitwealth Holdings LLC (or any officers, managers, members or other persons with authority to act on behalf of

Bitwealth Holdings LLC) shall execute any documents reasonably necessary to effectuate this Order; and it is further

ORDERED that nothing in this Order adjudicates the final forfeiture of the Substitute Res or any claim, defense, lien, or ownership interest in the Substitute Res, all of which shall be preserved and shall be addressed by further order of this Court; and it is further

ORDERED that this Court shall retain jurisdiction to take additional action and enter further orders as necessary to implement and enforce this Order.

_____
The Honorable Claire C. Cecchi, U.S.D.J.

-3-