UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES    : Crim. No. 19-877 (CCC)
   v.      :
         :
MATTHEW GOETTSCHE  :
         : **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Robert Frazer,

Robert.Frazer@usdoj.gov, United States Attorney, is appearing for the

United States of America in the above-captioned matter.

ROBERT FRAZER
United States Attorney

Dated: July 27, 2026