**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | Crim. No. 19-877 |
| MATTHEW BRENT GOETTSCHE, et al. | ORDER FOR DISMISSAL |

Upon the application of the United States of America, dated July 27, 2026, it is hereby ORDERED that the Indictment in this case (D.E. 1) be dismissed with prejudice as to Defendant Matthew Goettsche.

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE