**ZIEGLER LAW GROUP, LLC**
Jason J. LeBoeuf, Esq. (#033612001)
651 Old. Mt. Pleasant Avenue, Suite 150
Livingston, New Jersey 07039
(973) 533-1100/ (973) 533-1144 (f)
jason@zlgllc.com
Attorney(s) for Defendant, Joseph Frank Abel

---------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -

Docket No.: 2:19-cr-00877-CCC

**CONSENT ORDER**

JOSEPH FRAK ABEL.

Defendant.
---------------------------------------------------------X

**THIS MATTER** having been opened to the Court by Jason J. LeBoeuf, Esq., counsel for defendant, Joseph Frank Abel., and U.S.A. Robert Fraizer for the Government and the Office of Pretrial Services (Officer David E. Hernandez) having been heard, it is therefore

**ON THIS** 24th day of SEPTEMBER, 2026;

**ORDERED** that the conditions of the defendant's pretrial release are hereby amended as follows: Removal of curfew and electronic monitoring. Defendant is free to travel within the continental United States with the travel itinerary to be provided to Pretrial Services within 72 hours of the requested travel.

Leda Dunn Wettre

The Honorable Leda Dunn Wettre, U.S.M.J.