**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,
Plaintiff,

v.
JOBADIAH SINCLAIR WEEKS,
Defendant.

Case No. 2:19-cr-00877

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Jobadiah Sinclair Weeks respectfully requests modification of his conditions of release to terminate electronic monitoring and associated curfew or home-confinement restrictions, permit domestic travel subject to notice to Pretrial Services, and remove special restrictions on lawful telephone, computer, and internet use. Defendant does not seek modification of his $2,000,000 bond or permission for international travel.

### 1. Duration and Family Circumstances

Defendant has been subject to substantial restrictions on his liberty for nearly seven years. His daughter is turning eight this month, and his son recently turned one.

During the past 537 days, Defendant has spent only seven days with his daughter. The existing restrictions have substantially limited his ability to attend her activities, travel to see her, and participate in ordinary family life. Defendant seeks greater freedom to be present and involved in the lives of both of his young children.

These years of childhood cannot be recovered later. Defendant therefore respectfully asks the Court to consider the continuing effect of the present restrictions on his ability to fulfill his responsibilities as a father.

**2. Physical Effects of Electronic Monitoring**

Defendant experiences recurring leg pain and swelling associated with wearing the ankle monitor. The discomfort interferes with ordinary movement and makes it more difficult to remain physically active with and care for his one-year-old son.

Given the duration of electronic monitoring and the availability of less restrictive conditions, Defendant respectfully requests termination of the ankle-monitoring requirement.

**3. Domestic Travel and Communication**

Defendant requests permission to travel within the continental United States without advance approval, subject to providing his travel itinerary to Pretrial Services. He also requests termination of any curfew or home-confinement condition inconsistent with such travel. Defendant does not request international travel.

Defendant further requests removal of special restrictions on lawful use of telephones, computers, and internet services so that he may conduct ordinary family and personal affairs.

**4. Continued Accountability and Less Restrictive Conditions**

Defendant recognizes his continuing obligation to appear as ordered and is willing for the existing $2,000,000 bond to remain in place.

Less restrictive means are available to ensure Defendant's continued compliance without electronic monitoring and the other restrictions addressed by this motion. Co-defendant Joseph Abel has recently been permitted, with the Government's consent, to discontinue electronic monitoring and curfew and to travel throughout the continental United States subject to providing his itinerary to Pretrial Services.

Defendant respectfully requests an individualized assessment based on the duration of his restrictions, his family circumstances, the physical effects of continued electronic monitoring, and the protections afforded by the substantial bond and other conditions that would remain in effect.

**5. Prayer for Relief**

Defendant respectfully requests that the Court enter an order:

> (a) terminating electronic monitoring and directing removal of the ankle monitor;
>
> (b) terminating associated curfew or home-confinement restrictions and permitting travel within the continental United States without advance approval, subject to providing his travel itinerary to Pretrial Services;
>
> (c) removing special restrictions on lawful telephone, computer, and internet use; and
>
> (d) retaining the existing $2,000,000 bond, required court appearances, and all other conditions not expressly modified by the Court.

If the Court determines that additional information is necessary, Defendant respectfully requests a prompt hearing. Alternatively, Defendant requests such lesser modification of the existing restrictions as the Court considers appropriate.

Respectfully submitted,

**Jobadiah Sinclair Weeks**
Defendant, Pro Se
Sunny Isles Beach, Florida
SilenceWeeks1@gmail.com

Dated: October 5, 2026