**[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE**

Upon consideration of Defendant Jobadiah Sinclair Weeks's Motion to Modify Conditions of Release, and the record in this matter, and upon finding that the modified conditions adequately address the applicable requirements for continued release, it is hereby **ORDERED**:

1. Defendant's Motion is **GRANTED** as set forth below.
2. Electronic location monitoring is terminated. The supervising agency shall promptly arrange removal of Defendant's ankle monitor. Defendant shall not remove or tamper with the device himself.
3. Defendant may travel within the continental United States without advance approval, subject to providing his travel itinerary to Pretrial Services. Any curfew or home-confinement requirement inconsistent with such travel is terminated. Existing restrictions on international travel remain in effect.
4. Special restrictions on Defendant's lawful possession and use of telephones, smartphones, computers, and internet services, including special approval and device-monitoring requirements, are terminated. This provision does not authorize conduct or communications otherwise prohibited by law or by any retained no-contact condition.
5. The existing $2,000,000 bond remains in effect. Defendant shall appear as ordered. All conditions of release not expressly modified by this Order remain in effect, including applicable reporting and contact-information requirements.
6. This Order shall take effect upon entry. The supervising agency shall implement the modifications stated above.

Dated: ____________________, 2026