**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Alex D. Silagi |
| v. | Crim. No. 19-877 |
| JOBADIAH SINCLAIR WEEKS | CONSENT ORDER MODIFYING CONDITIONS OF RELEASE |

This matter having come before the Court on the application of the Defendant, Jobadiah Sinclair Weeks, to modify the conditions of release, the Court having considered the consent of Pretrial Services and having received no objection from the Government, and for good and sufficient cause shown,

WHEREFORE, it is on this **4th** day of **November**, 2026,

ORDERED that the conditions of release for Defendant Weeks are modified as follows:

1. Home incarceration and electronic monitoring conditions are removed.

2. The Defendant may travel within the 48 contiguous United States. Travel outside of Florida and New Jersey (for court/legal appearances) requires the Defendant to provide prior notice to U.S. Pretrial Services of at least 72 hours. Such notice will include a detailed travel itinerary.

3. Computer, internet, and telephone restrictions are removed.

All other conditions of release previously imposed in this case shall remain in effect.

HONORABLE ALEX D. SILAGI
UNITED STATES MAGISTRATE JUDGE